In The United States District Court
For The Southern District of Illinois

Cristina Nichole Iglesias (AKA-
Cristian Noel Iglesias)
Federal Register # 17248-018

Plaintiff,

VS.

Ian Connors and the
Director of the Federal
Bureau of Prisons,

Defendants.

Case No. 3:19-cv-00415-JP6
Case No. 3:19-CV-00415-JPG

## Objection to Defendant's Motion for Extension of Time to Plaintiff's Motion for Preliminary Injunction filed by Plaintiff.

Comes Now, Cristina Nichole Iglesias (A.K.A- Cristian Noel Iglesias) files this Objection for Extension of Time for Plaintiff's Motion for Preliminary Injunction. Plaintiff filed for an Preliminary Injunction on September 10, 2019 due to the Federal Bureau of Prisons delaying and hindering a Process (Surgery) to a Serious Medical need due to Plaintiff having severe "Gender Dysphoria" and Plaintiff is in "excruciating Pain" because of the Bureau of Prisons continued delay.

Page - 1 of 3

The Governments reasoning for the Extension of Time motion is proof that #3) that the Bureau of Prisons nor the U.S. Attorney's office takes Plaintiff's motion for Preliminary serious by stating that another 30 day extension will not prejudice the Plaintiff. Plaintiff has been waiting more than a year by the Bureau of Prisons. This is a stall tatic with the sole purpose to continue the "Status Quo". Meanwhile, Plaintiff continues to suffer torture, anxiety, depression, and feels she cannot complete her existance due to the Bureau of Prisons delay, in giving her the much needed surgery (Gender Affirming Surgery) that has proven effective and denial of her 8th Amendment Rights mainly "Cruel & Unusal Punishment and medical Deliberate Indifference". Plaintiff has already cut horself and has Plan B (Auto-casteration) alsway's as an option. Psychotherapy and hormone therapy alone is not enough to stop her pain and suffering. What the Bureau of Prisons has and continues to do is bring and cause her "Irrepraple Harm". Age intencifies this, she is 45. Plaintiff has met all requirements for the surgery but the Bureau of Prisons fails and continues to fail in medical care for Plaintiff

Therefore, Plaintiff moves this Honorable Court to issue an order Denying the United States Government any Extension of Time and ORDER The U.S. Attorney to respond to Plaintiff's Preliminary Injuction, this is the Plaintiff's only hope and chance to get the medical care to help her be a whole person and to complete her existance as a woman and to stop the "excruciating Pain" she is in.

Plaintiff moves this Court to Grant Plaintiff's Objection to any Extension of Time filed by the U.S. Attorney's Office for the Federal Bureau of Prisons. Plaintiff contends that continued delay, she will suffer even greater harm. Please Grant Plaintiff's motion.

Respectfully,

Cristina N. Iglesias
17248-018
U.S. Penitentary - Marion
P.O. Box - 1000
Marion, Illinois
62959

Cristian Iglesias #17248-018
United States Penitentiary-Marion
P.O. Box- 1000
Marion, Illinois 62959

*Legal Mail*

MAIL CLEARED
US MARSHALS

17248-018
United Sta District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

62201-295429



✗ Legal Mail ✗

RECEIVED
OCT - 1 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Warden
United States Penitentiary
Marion, IL 62959
Date: SEP 28 2019

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has either been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, the staff will for you may wish to return the material for further information on clarification. If the writer encloses correspondence for forwarding to another addressee, please return to enclosure to the above address.