In The United States District Cour
For The Southern District of Illinois

Cristina Nichole Iglesias, AKA -
Cristian Noel Iglesias,
Federal Register No.# 17248-018

      Plaintiff

VS.

  Ian Connors, et al,

    Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. # 3:19-cv-00415-JPG

## Motion For Judicial Notice Filed by Plaintiff

Comes Now, Plaintiff, Pro se, Cristina Nichole -
Iglesias, A.K.A - Cristian Noel Iglesias, files this Motion-
For Judicial Notice due to a misunderstanding with
Plaintiff's Objection to the U.S. Government's
Motion For Extension of Time to respond to her
Prelimary Injunction.* Plaintiff has not engaged
in any self harm since 2009 which is documented
in Exhibits and the Prelimary Injunction and by a
Bureau of Prisons Psychologist (Dr. Hampton.)*
Plaintiff has in the Past attempted Auto - Casteration,
Plan B (Auto - Casteration) is Known to my current
Psychologist Dr. L. Owings, Whom I meet with 1X - a week,
Plaintiff wanted to make the Court that self harm was over-

Page - 1 of - 2

- 10 years ago,

Date: 10-1-19

Respectfully Submitted,

Cristina n. Iglesias
17248-018
United States Penitentiary
P.O. Box-1000
Marion, Ill 62959

Cristian Iglesias #17248-018
United States Penitentary - Marion
P.O. Box- 1000
Marion, Illinois 62959

SAINT LOUIS MO 630

02 OCT 2019 PM 5 1

◇17248-018◇
United Sta District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

MAIL CLEARED
US MARSHALS

62201-295429

∗Legal Mail∗



* Legal mail *

...ates Penitentiary
...rion, IL 62959

**DEC 10 2 2019**

The enclosed **letter was processed through**
special mailing **procedures for forwarding to you.**
The letter has **... een opened nor inspec**
If the v **...or rasce... .. ... or problem**
which this facility has jurisdic....
you may wish to return the material for
further information on clarification.
If the writer encloses correspondence for
forwarding to another addressee, please return
to enclosure to the above address.