United States District Court
For The Southern District of Illinois

Cristina Nichole Iglesias,                    )
  (A.K.A. Cristian Noel Iglesias)             )
            Plaintiff,                         )
                                              )    Case No.: 3:19-cv-00415-JPG
     vs.                                      )
                                              )
  Ian Connors, et al.,                        )
         Defendants,                          )

---

## Plaintiff's Response & Objections to Defendant Ian Connors Motion to Dismiss Individual-Claim.

Comes Now, Plaintiff, Cristina Nichole Iglesias, Pro Se Responds & Objects to Defendant Ian Connors claim Of Qualified Immunity,

Ian Connors is the National Inmate Appeals Administrator which is the last step in the Administrative Remedy Process. Ian Connors signed Plaintiffs Administrative Remedy. For that reason alone Ian Connors is responsible for what response with his signature appears. An inmate in the Federal Bureau of Prison exhausting his or her Administrative Remedy has to place the Administrative Remedy in the U.S. Postal Service —

With a Postage Stamp(s) to the National Appeals
Administrator at 320 First Street N.W.
Washington, D.C. 20534 Federal Bureau of Prisons
Due to Ian Connors being the National Inmate-
Appeals Administrator for the Bureau of Prisons
and his signature is on the response. Mr. Ian-
Connors is responsible. Qualified Immunity
cannot be solely used as an excuse to violate
Plaintiff's 8th Amendment Rights of
"Medical Deliberate Indifference."
Plaintiff agrees with the Defendant that other
Staff such as the T.C.C.T and T.C.E and
the Director of the Bureau of Prisons, since
Plaintiff is in there custody and has the
morale Authority to Provide Proper Medical &
mental Health treatment. Plaintiff in her complaint
filed for those other Staff responsible be held
accountable, however the Court Stated that
Ian Connor was the only Defendant that Plaintiff
could sue.
Facts: Plaintiff, who is transsexual female, has
been seeking gender affirming Surgery since 2016.
She has filed 2·X for Gender Affirming Surgery.

due to being in "excruciating pain" and frustration in the Steitus Que by the Bureau of Prisons.

The Anxiety caused by her Gender Dysphoria Causes symptoms such as sleeplessness, cold sweats, Panic attacks, mood swings and thoughts of "Auto-Castration" Plaintiff has and continues to experince "Psychological and emotional Pain" due to her not being able to complete who she is.

Plaintiff, does not like the U.S. Governments asserstion that Plaintiff believes she needs Gender Affinming Surgery due to believing have Gender dysphoria automatically requires surgery. That statement on Page 7.

C. Gender Affirming Surgery is misleading to the Court because in Plaintiffs Prelimary-Injunction Request, she asserts that she has met all requirements of surgery.

Facts: (1.) Persisant, Well documented gender dysphoria Plaintiffs response, have Well documented Gender-Dysphoria. (2.) Capacity to make Well informed decision and to consent to treatment. Plaintiff's response, able to make those desisions. (3.) Age of majority in a given country. Plaintiff's response, 45 years of age.
(4.) ____

(4.) If significant medical or mental Health concerns are present, they must be well controlled. Plaintiff's response, Medical and mental Health concerns are well controlled.

(5.) 12 Continuous months on hormone therapy as appropiate to the patients gender goals. Plaintiff's response, on hormone therapy since 2015.

(6.) 12 continuous months of living in a gender role that is congruent with patients identity. Plaintiff's response, have done so from 2015 to current.

Please read Administrative Remedy #-920251-A1, The T.C.C.T has acknowledged they have recieved your Parent institution request for you to recieve gender reassignment surgery. Having Gender Dysphoria causes Plaintiff to feel anxiety and depression as well as "emotional-Pain". Ian Connors name with signature, 's on that response. The U.S. Goverment response states that the Bureau of Prisons offers a 3 step approach for Gender Affirming surgery. *Borderline Personality Disorder is well under control. *.

This Court does have Jurisdiction because Plaintiff has been at USP-Marion since June 12, 2017 and the fact that Ian Connors works in DC, he works for the Federal Bureau of Prisons and the fact that Ian Connors is the only Inmate Appeals Administrator for the Federal Bureau of Prisons who is the final step in the administrative-Remedy Process makes this Court have Jurisdiction. That is why the P.L.R.A requires inmates to exhaust all Administrative Remedy's before going to Court.

Plaintiff has ~~ook~~ cut herself in the Past (2009.) to attempt at Auto casteration. A Plaintiff Should not have to Auto casterate or worse die due to Staff not giving her adequate and gender affirming surgery for Staff to be held liable.

Page-5-

Injunctive Relief is the only way that the plaintiff will be able to stop her "excruciating Pain" and stop the emotional and frustration, torture, to complete her existence. Plaintiff has met all requirements of Gender Affirming Surgery. The Bureau of Prisons Continued delay causes "irreparable Harm" and unwanton infliction of Pain caused by Prison — Officals delay or hinderence by Staff Proscribed by the 8th Amendment. Laser hair removal also causes torture and stress because being called a bearded lady by inmates as well as her gender dysphoria having facial hair causes "Pain" (emotiontional).

Please note Defendants Federal Bureau of — Prisons gave Vanessa Adams in Adams v. BOP No: 1:09 CV 10272 (D. Massachusetts) gave her laser — hair removal as part of her treatment.

Plaintiff has exhausted all Administrative Remedys created by the P.L.R.A.

Transfer to a female Prison has been requested 5 X since 2016 in which Ian Connors signed those responses as well. Being a femenite woman in a males Prison subjects Plaintiff to violence, and Sometimes sexual Violence. In the Complaint inmates, Peter Langdon is currently at FMC-Devens, biological-Male, at a womens Prisons, Vanessa Adams biological male was moved from FCI-Butner-1 to FCI-Dublin, Ca a womens prisons. Being in a males Prison causes me to live outwardly as a male and be treated as a male by staff and causes me stress and being feminite causes me alot of Problems.

Page-7-

Plaintiff, has Clearly demonstrated to this Court that the Federal Bureau of Prisons has and Continues to violate her Rights and cause delay and hinder her Process to gender affirming surgery. and to give her access to adequate Care (medical.)

Therefore, the Plaintiff Request that this Court deny the Motion by the Defendant to dismiss Individual Capacity Claim against Ian Connors.

Plaintiff also request this Court grant the Preliminary Injunction Ordering the Federal Bureau Of Prisons to grant Plaintiff access to adequate medical Care and referral to a qualified Surgeon for the Sole Purpose Of Gender Affirming Surgery. Then move Plaintiff to female Prison.

Pag- 8.

Plaintiff also ask this Court issue a Court order as to such.

Respectfully Submitted,

10-12-19

Cristine Iglesias,

Exhibit - R

R-1- Health Problem List
(Current)

R-2 - 2016 - Clinical Encounter

R-3- Sick CALL Request
2016 - 2019

**Bureau of Prisons**

**Health Services**

**Health Problems**

| Reg #: 17248-018 | Inmate Name: IGLESIAS, CRISTIAN NOEL |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Current

**Transgender, validated male to female**

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/10/2019 10:41 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| on injectable estradiol 10 mg q2week, spironolactone 100 bid, Finasteride - 2019: Estradiol level = 173, Testosterone level = 13 | | | | | | |
| 11/11/2018 17:54 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| on injectable estradiol 10 mg q2week, spironolactone 100 bid, Finasteride - 2018: Estradiol level = 290, Testosterone level = 17, prolactin level = 20 | | | | | | |
| 10/30/2018 10:06 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| on injectable estradiol 10 mg q2week, spironolactone 100 bid, Finasteride - 2018: Estradiol level = 200, Testosterone level = 17, prolactin level = 20 | | | | | | |
| 06/12/2018 11:46 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| on injectable estradiol 10 mg q2week, spironolactone 100 bid, Finasteride - 2018: Estradiol level = 200, Testosterone level = 18, prolactin level = 20 | | | | | | |
| 12/14/2017 15:19 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| on injectable estradiol 10 mg q2week, spironolactone 100 bid, Finasteride - 2017: Estradiol level = 163, Testosterone level = 16, prolactin level = 14 | | | | | | |
| 07/29/2017 19:16 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| 2017: Estradiol level = 391, Testosterone level = 21, prolactin level = 23 | | | | | | |
| 06/16/2017 14:58 EST  Pass, Randall MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| 2017: Estradiol level =208, Testosterone level =12 | | | | | | |
| 03/02/2017 15:23 EST  Wyche, Brandon PA-C | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Testosterone 96.6  2/2/17 Estradiol 249.4  2/2/17. Will draw labs again with appropriate timing before changing medication doses. | | | | | | |
| 10/17/2016 13:24 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions. Testosterone 8  6/7/16. Estradiol 197.9  8/16/16 | | | | | | |
| 08/31/2016 15:43 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions. Testosterone 8  6/7/15. Estradiol 197.9  8/16/16 | | | | | | |
| 06/22/2016 09:34 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions.  Estradiol 122  Testosterone 8  6/7/15 | | | | | | |
| 04/29/2016 10:05 EST  Sichel, Lawrence MD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions, updated to match current preferred coding. | | | | | | |
| 03/09/2016 14:03 EST  Morales, Ruben B. MD/CD | | ICD-10 | 302.5b | 10/15/2015 | Current | 10/15/2015 |

Reg #: 17248-018          Inmate Name: IGLESIAS, CRISTIAN NOEL

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| tolerating hormone Tx | | | | | | |
| Validated from review of BEMR/PDS reports and diagnostic impressions, updated to match current preferred coding. | | | | | | |
| 10/15/2015 10:55 EST  Lewis, Donald DO | I | ICD-9 | 302.5b | 10/15/2015 | Current | 10/15/2015 |
| Validated from review of BEMR/PDS reports and diagnostic impressions, updated to match current preferred coding. | | | | | | |
| **Allergic rhinitis, cause unspecified** | | | | | | |
| 03/02/2017 15:23 EST  Wyche, Brandon PA-C | III | ICD-9 | 477.9 | 06/25/2013 | Current | 08/31/2016 |
| Seasonal, Flonase has been ordered | | | | | | |
| 08/31/2016 15:41 EST  Sichel, Lawrence MD | III | ICD-9 | 477.9 | 06/25/2013 | Current | 08/31/2016 |
| Seasonal | | | | | | |
| 03/09/2016 14:03 EST  Morales, Ruben B. MD/CD | III | ICD-9 | 477.9 | 06/25/2013 | Resolved | 03/09/2016 |
| 06/25/2013 17:04 EST  Khan, Rashid M.D. | III | ICD-9 | 477.9 | 06/25/2013 | Current | 06/25/2013 |
| **Borderline Personality Disorder** | | | | | | |
| 04/05/2017 12:30 EST  Sheetz, Shane PsyD | II | DSM-IV | F60.3 | 03/11/2009 | Current | 06/21/2016 |
| Generally stable | | | | | | |
| 06/21/2016 09:51 EST  Gray, Brian PhD | II | DSM-IV | F60.3 | 03/11/2009 | Current | 06/21/2016 |
| 05/03/2016 10:20 EST  Owens, Thomas MD | II | DSM-IV | F60.3 | 03/11/2009 | Remission | 05/03/2016 |
| 01/29/2016 13:44 EST  Schmitt, Ericka PsyD | II | DSM-IV | F60.3 | 03/11/2009 | Current | 01/29/2016 |
| **Gender Dysphoria In Adolescents And Adults** | | | | | | |
| 04/05/2017 12:30 EST  Sheetz, Shane PsyD | I | DSM-IV | F64.1 | 06/21/2016 | Current | |
| Validated Transgender Male to Female, seeking Gender Affirmation Surgery | | | | | | |
| 06/21/2016 09:51 EST  Gray, Brian PhD | I | DSM-IV | F64.1 | 06/21/2016 | Current | |
| **Astigmatism** | | | | | | |
| 03/07/2019 08:36 EST  Bugg, K. OD | | ICD-10 | H52209 | 03/07/2019 | Current | |
| **Acute bronchitis, unspecified** | | | | | | |
| 08/26/2019 08:39 EST  Brooks, Leslee PA-C | | ICD-10 | J209 | 08/26/2019 | Current | |
| **Androgenic alopecia** | | | | | | |
| 03/02/2017 15:23 EST  Wyche, Brandon PA-C | | ICD-10 | L649 | 10/17/2016 | Current | |
| triangular Fronto-temporal. finasteride working well. | | | | | | |
| 10/17/2016 13:18 EST  Sichel, Lawrence MD | | ICD-10 | L649 | 10/17/2016 | Current | |
| triangular Fronto-temporal | | | | | | |
| **Encounter for exam and observation following alleged adult rape [PREA Exam]** | | | | | | |
| 05/02/2017 14:59 EST  Crites, Kristi CRNP | | ICD-10 | Z0441 | 05/02/2017 | Current | |
| **Encounter for exam and observation following alleged adult rape [PREA Exam]** | | | | | | |
| 04/14/2017 09:54 EST  Crites, Kristi CRNP | | ICD-10 | Z0441 | 04/14/2017 | Current | |

Reg #: 17248-018                          Inmate Name: IGLESIAS, CRISTIAN NOEL

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Last lipid on8/4/08=chol-232, TG=236,LDL=149 | | | | | | |
| **Other and unspecified hyperlipidemia** | | | | | | |
| 03/09/2016 14:03 EST  Morales, Ruben B. MD/CD | III | ICD-9 | 272.4 | 02/28/2012 | Resolved | 03/09/2016 |
| 02/28/2012 12:48 EST  Jones, Roger MD | III | ICD-9 | 272.4 | 02/28/2012 | Current | 02/28/2012 |
| **Obesity, unspecified** | | | | | | |
| 03/09/2016 14:03 EST  Morales, Ruben B. MD/CD | III | ICD-9 | 278.00 | 12/11/2012 | Resolved | 03/09/2016 |
| BMI = 33.19 Obese | | | | | | |
| 12/11/2012 08:49 EST  Newland, R. MD | III | ICD-9 | 278.00 | 12/11/2012 | Current | 12/11/2012 |
| BMI = 33.19 Obese | | | | | | |
| **Major depressive DO, recurrent epiode** | | | | | | |
| 05/03/2016 10:20 EST  Owens, Thomas MD | I | ICD-9 | 296.3 | 03/15/2010 | Resolved | 05/03/2016 |
| Mood improved back in an open compound. | | | | | | |
| 04/29/2016 10:05 EST  Sichel, Lawrence MD | I | ICD-9 | 296.3 | 03/15/2010 | Current | 11/20/2014 |
| Mood improved back in an open compound. | | | | | | |
| 03/09/2016 14:03 EST  Morales, Ruben B. MD/CD | I | ICD-9 | 296.3 | 03/15/2010 | Current | 11/20/2014 |
| Feeling anxious due to prolonged stay in SHU will start Prozac at low dose per Psychiatrist | | | | | | |
| 11/20/2014 13:04 EST  Starr, Yolanda FNP-BC | I | ICD-9 | 296.3 | 03/15/2010 | Current | 11/20/2014 |
| will start Prozac at low dose per Psychiatrist | | | | | | |
| 12/03/2013 15:46 EST  Longfellow, Thomas D.O. Clinical Director | I | ICD-9 | 296.3 | 03/15/2010 | Resolved | 12/03/2013 |
| 07/15/2010 18:46 EST  Severn, Daniel DO | III | ICD-9 | 296.3 | 03/15/2010 | Current | 07/15/2010 |
| **Unspecified episodic mood disorder** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | I | ICD-9 | 296.90 | 05/14/2010 | Resolved | 11/10/2010 |
| 11/10/2010 16:49 EST  Severn, D. DO | III | ICD-9 | 296.90 | 05/14/2010 | Resolved | 11/10/2010 |
| 05/14/2010 18:01 EST  Severn, Daniel DO | III | ICD-9 | 296.90 | 05/14/2010 | Current | 05/14/2010 |
| **Borderline personality disorder** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | II | ICD-9 | 301.83 | 03/11/2009 | Resolved | 05/21/2014 |
| 05/21/2014 18:08 EST  Jones, Roger MD/CD | II | ICD-9 | 301.83 | 03/11/2009 | Resolved | 05/21/2014 |
| 03/11/2009 15:50 EST  Severn, Daniel DO | III | ICD-9 | 301.83 | 03/11/2009 | Current | 03/11/2009 |
| **Gender identity disorder** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | I | ICD-9 | 302.85 | 05/21/2014 | Resolved | 10/15/2015 |
| Updated in health problems to reflect preferred coding. | | | | | | |
| 10/15/2015 10:55 EST  Lewis, Donald DO | I | ICD-9 | 302.85 | 05/21/2014 | Resolved | 10/15/2015 |
| Updated in health problems to reflect preferred coding. | | | | | | |
| 05/21/2014 18:08 EST  Jones, Roger MD/CD | I | ICD-9 | 302.85 | 05/21/2014 | Current | 05/21/2014 |
| **Other forms of epilepsy and recurrent seizures** | | | | | | |

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:   IGLESIAS, CRISTIAN NOEL | | Reg #:   17248-018 | |
| Date of Birth:   06/10/1974 | Sex:   M   Race:   WHITE | Facility:   CUM | |
| Encounter Date:   03/15/2017 10:16 | Provider:   Crites, Kristi CRNP | Unit:   C01 | |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Crites, Kristi CRNP

Chief Complaint: ENDO/LIPID

Subjective: Inmate is transgender and is currently on estrogen, finasteride, and spironolactone therapy. Inmate's last estrogen and testosterone levels were elevated. Will redraw. Inmate is requesting gender reassignment/correction surgery. Inmate saw psychology this morning.

Hx. of hyperlipidemia. Used to be on cholesterol medication, however, his liver enzymes became elevated and he had abdominal pain on the cholesterol medication. He was taken off of the medication. No recent lipid panels have been completed. Based on those values, his ASCVD calculator is 1.9% so he doesn't meet qualifications for lipid lowering medication.

Pain: Not Applicable

**COMPLAINT 2**      **Provider:** Crites, Kristi CRNP

Chief Complaint: PULMONARY/RESPIRATORY

Subjective: Inmate with what he says is a history of asthma. Just completed PFT's that were normal. Inmate is aware to report to h/s if any breathing problems occur to be evaluated. No refills on albuterol. No refills on Flonase at this time.

Pain: Not Applicable

Seen for clinic(s): Endocrine/Lipid

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 03/15/2017 | 09:52 CUM | | 97.3 | 36.3 | Temporal | Todd, C. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/15/2017 | 09:52 | 73 | Via Machine | | Todd, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/15/2017 | 09:52 CUM | 16 | Todd, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/15/2017 | 09:52 CUM | 107/65 | Right Arm | Sitting | Adult-regular | Todd, C. RN |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 03/15/2017 | 09:52 CUM | 460 | 500 | 500 | Good | Without | Todd, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: M   Race: WHITE | Facility: BUT |
| Encounter Date: | 08/19/2016 12:31 | Provider: Avent, Stephanie RN | Unit: W01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT** 1      **Provider:** Avent, Stephanie RN

**Chief Complaint:** Other Problem
**Subjective:** "I need to have this laser surgery to have this hair removed. The no no is not working."
**Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/19/2016 | 12:32 BUX | 98.0 | 36.7 | Oral | Avent, Stephanie RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/19/2016 | 12:32 BUX | 65 | Via Machine | | Avent, Stephanie RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/19/2016 | 12:32 BUX | 18 | Avent, Stephanie RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/19/2016 | 12:32 BUX | 123/67 | Left Arm | Sitting | Adult-regular | Avent, Stephanie RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/19/2016 | 12:32 BUX | 99 | Room Air | Avent, Stephanie RN |

**ASSESSMENT:**

Other
Inmate alert and oriented x3 respirations even and unlabored, no apparent distress. He reports to sick call this morning with requests to have laser hair removal surgery and requesting Fluticasone to be refilled.

Provider made aware of inmate's request. Inmate instructed to watch the call out for appointment. He verbalized understanding and left health services in stable condition. No appointment scheduled due to upcoming appointment on 08/31/16.

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: | M   Race:  WHITE | Facility: | BUT |
| Encounter Date: | 06/22/2016 09:15 | Provider: | Sichel, Lawrence MD | Unit: | W01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Sichel, Lawrence MD
  **Chief Complaint:** ENDO/LIPID
  **Subjective:**   Does not feel like Estrogen dose is large enough. Does not feel that breasts are enlarging as
            much as they did on oral estrogen.
            Has requested sexual reassignment surgery, transfer to female institution and laser hair
            removal.
  **Pain:**      No

**COMPLAINT  2**          **Provider:** Sichel, Lawrence MD
  **Chief Complaint:** PULMONARY/RESPIRATORY
  **Subjective:**   Has persistent mild cough. Slight sputum. Used inhaler this morning. He would like restriction
            on dust exposure placed back on MDS form.
  **Pain:**      No

**OBJECTIVE:**
**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/22/2016 | 09:21 BUX | | 98.0 | 36.7 | | Sichel, Lawrence MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/22/2016 | 09:21 BUX | 78 | | | Sichel, Lawrence MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/22/2016 | 09:21 BUX | 18 | Sichel, Lawrence MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/22/2016 | 09:21 BUX | 117/71 | | | | Sichel, Lawrence MD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 06/22/2016 | 09:25 BUX | 452 | 502 | | | With | Sichel, Lawrence MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/22/2016 | 09:21 BUX | 98 | | Sichel, Lawrence MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/22/2016 | 09:21 BUX | 234.0 | 106.1 | | Sichel, Lawrence MD |

**Exam:**
  **Pulmonary**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex:    M    Race:  WHITE | Facility: | BUT |
| Encounter Date: | 08/31/2016 15:33 | Provider:  Sichel, Lawrence MD | Unit: | W01 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Sichel, Lawrence MD

**Chief Complaint:** PULMONARY/RESPIRATORY

**Subjective:** Has noticed post nasal drip, itchy eyes and sneezing over past couple of months. Rhinorrhea from right nostril. Wheezing more with increased exercise. Had allergy problems in the past in Florida. Nasal steroid spray effective.

**Pain:** No

**COMPLAINT  2**          **Provider:** Sichel, Lawrence MD

**Chief Complaint:** ENDO/LIPID

**Subjective:** Notes breast enlargement and change in fat distribution to female pattern. Still seeking sexual reassignment surgery, transfer to female institution and laser hair removal. Requesting treatment plan that Central Office had referred to.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 97.1 | 36.2 | | Sichel, Lawrence MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 64 | | | Sichel, Lawrence MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 18 | Sichel, Lawrence MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 111/74 | | | | Sichel, Lawrence MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 99 | | Sichel, Lawrence MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 220.0 | 99.8 | | Sichel, Lawrence MD |

**Exam:**

**Nose**

**General**

Yes: Nares Patent

**Mouth**

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M   Race:  WHITE | Facility: | BUT |
| Encounter Date: | 08/31/2016 15:33 | Provider: | Sichel, Lawrence MD | Unit: | W01 |

**Exam:**

**Pharynx**
    Yes: Within Normal Limits

**ASSESSMENT:**

Allergic rhinitis, cause unspecified, 477.9 - Current - *Seasonal*

Transgender, validated male to female, 302.5b - Current - *Validated from review of BEMR/PDS reports and diagnostic impressions. Testosterone 8   6/7/15. Estradiol 197.9   8/16/16*

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 1200960-BUX | Fluticasone Prop 50mcg, 16ml Nasal spry | 08/31/2016 15:33 | place 2 sprays per nostril each day x 120 day(s) |
| | **Indication:** Allergic rhinitis, cause unspecified | | |
| 1169761-BUX | Albuterol Inhaler HFA (6.7 GM) 90mcg | 08/31/2016 15:33 | Inhale 2 puffs by mouth every six hours AS NEEDED for shortness of breath PRN x 180 day(s) |
| | **Indication:** Extrinsic asthma | | |
| 1187120-BUX | Estradiol Cypionate 5MG/ML INJ | 08/31/2016 15:33 | Inject 15mg (3mL) Intra-Muscularly q2w ***pill line*** x 180 day(s) Pill Line Only |
| | **Indication:** Transgender, validated male to female | | |
| 1187849-BUX | Spironolactone  50 MG Tab | 08/31/2016 15:33 | Take two tablets (100 MG) by mouth twice daily x 180 day(s) |
| | **Indication:** Transgender, validated male to female | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-E-Estradiol | One Time | 01/31/2017 00:00 | Routine |
| Lab Tests - Short List-General-Basic Metabolic Profile | | | |
| Lab Tests-T-Testosterone, Total | | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart_Review | 01/24/2017 00:00 | Physician 01 |

    Check on timing of lab work with Estradiol injections.

**Disposition:**

Follow-up in 6 Months

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/31/2016 | Counseling | Plan of Care | Sichel, Lawrence | Verbalizes Understanding |

    Plan to continue with Estradiol injections and Spironolactone to suppress Testosterone and help to change to feminine appearance. Other interventions would require approval at higher levels in organization.

**Bureau of Prisons**
# Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: IGLESIAS, CRISTIAN NOEL | | | Reg #: 17248-018 |
| Date of Birth: 06/10/1974 | Sex: M | Race: WHITE | Facility: FAI |
| Encounter Date: 12/10/2015 15:43 | Provider: Morales, Ruben B. MD/CD | | Unit: D03 |

Chronic Care - 14 day evaluation encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Morales, Ruben B. MD/CD

**Chief Complaint:** Chronic Care Clinic

**Subjective:** This 41 year old white transgender, relatively new here at FCI Fairton, expresses intense desire to obtain secondary female sex characteristics. She wanted to lose her facial hair, waist to get smaller and breast to become bigger. Currently on Estrace but claims that the medication is not giving him the physical changes she wanted to happen. She is asking for premarin in combination with Estrace. She states that she has been taking Estrogen on and off since a age 13 and usually combined it with premarin. She states that she feels frustrated and anxious for not being able to get what she has been asking for. She states that her ultimate goal is to get a sex change operation and thinks that she could not take that next step without the physical transformation she wanted to happen.

Asthma: mild, controlled, at treatment goal. No report of wheezing/cough/night symptoms and condition has not interfered with ADL's

**Pain:** No

---

**Seen for clinic(s):** Endocrine/Lipid, Gastrointestinal, Mental Health, Neurology, Pulmonary/Respiratory

**Removed from clinic(s):** Endocrine/Lipid, Gastrointestinal, Neurology

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/11/2015 10:13 FAI | | 68 | | | Morales, Ruben B. MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/11/2015 | 10:13 FAI | 18 | Morales, Ruben B. MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/11/2015 10:13 FAI | | 124/84 | | | | Morales, Ruben B. MD/CD |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 12/11/2015 10:13 FAI | | 400 | 540 | 540 | | With | Morales, Ruben B. |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/11/2015 | 10:13 FAI | 100 | Room Air | Morales, Ruben B. MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/11/2015 | 10:13 FAI | 242.5 | 110.0 | | Morales, Ruben B. MD/CD |

**Exam:**

**Pulmonary**

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: IGLESIAS, CRISTIAN NOEL | | Reg #: 17248-018 |
| Date of Birth: 06/10/1974 | Sex: M Race: WHITE | Facility: FLM |
| Encounter Date: 02/17/2011 12:44 | Provider: Wilson, CA DO | Unit: F04 |

Chronic Care encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Wilson, CA DO

        **Chief Complaint:** PULMONARY/RESPIRATORY

        **Subjective:** CCC visit fro evaluation of asthma,hyperlipidemia, and requesting to be restarted on Estrogen replacements since he was on them before and thinks his hormones are causing his symptoms of anxiety. Also he states that he is having forced vomiting spells.

        **Pain Location:**

        **Pain Scale:**

        **Pain Qualities:**

        **History of Trauma:**

        **Onset:**

        **Duration:**

        **Exacerbating Factors:**

        **Relieving Factors:**

        **Comments:**

**Seen for clinic(s):** Endocrine/Lipid, Pulmonary/Respiratory

**ROS:**

    **General**

        **Constitutional Symptoms**

            No: Fatigue

    **Integumentary**

        **Skin**

            No: Rashes

    **HEENT**

        **Head**

            No: Headaches

    **Cardiovascular**

        **General**

            Yes: Hx of Hyperlipidemia

    **Pulmonary**

        **Respiratory System**

            Yes: Hx Asthma

    **GI**

        hx of bulemia nervosa

    **Musculoskeletal**

        **General**

            No: Muscular Weakness

    **Endocrine**

        concerned that his body is reacting to not being on estrogen therapy

    **Psychiatric**

Inmate Copy Mailed On

APR 04 2011

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: M | Race: WHITE | Facility: | FLM |
| Encounter Date: | 02/17/2011 12:44 | Provider: Wilson, CA DO | | Unit: | F04 |

**ROS:**

    **General**

        Yes: Anxious

    bulemia nervosa, hx of wanting to have trans sexual surgery

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/17/2011 | 10:00 FLX | 96.7 | 35.9 | Oral | Wilson, CA DO |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/17/2011 | 10:00 FLX | 79 | Radial | Regular | Wilson, CA DO |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/17/2011 | 10:00 FLX | 12 | Wilson, CA DO |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/17/2011 | 10:00 FLX | 112/74 | Left Arm | Sitting | Adult-regular | Wilson, CA DO |

**Wright Peak Flow:**

| Date | Time | Attempt 1 | Attempt 2 | Attempt 3 | Effort | Bronchodilator | Provider |
|---|---|---|---|---|---|---|---|
| 02/17/2011 | 10:00 FLX | 350 | 420 | 370 | | Without | Wilson, CA DO |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/17/2011 | 10:00 FLX | 96 | | Wilson, CA DO |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/17/2011 | 10:00 FLX | 223.0 | 101.2 | | Wilson, CA DO |

Inmate Copy Mailed On

APR 04 2011

**Exam:**

    **Skin**

        **General**

            No: Dry

    **Head**

        **General**

            Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

    **Eyes**

        **General**

            Yes: PERRLA, Extraocular Movements Intact

    **Neck**

        **General**

            Yes: Supple, Symmetric, Trachea Midline

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  IGLESIAS, CRISTIAN NOEL | | Reg #:  17248-018 | |
| Date of Birth:  06/10/1974 | Sex:  M   Race:  WHITE | Facility:  BUT | |
| Encounter Date:  08/31/2016 15:33 | Provider:  Sichel, Lawrence MD | Unit:  W01 | |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Sichel, Lawrence MD
   **Chief Complaint:** PULMONARY/RESPIRATORY
   **Subjective:** Has noticed post nasal drip, itchy eyes and sneezing over past couple of months. Rhinorrhea from right nostril. Wheezing more with increased exercise. Had allergy problems in the past in Florida. Nasal steroid spray effective.
   **Pain:** No

**COMPLAINT 2**       **Provider:** Sichel, Lawrence MD
   **Chief Complaint:** ENDO/LIPID
   **Subjective:** Notes breast enlargement and change in fat distribution to female pattern. Still seeking sexual reassignment surgery, transfer to female institution and laser hair removal. Requesting treatment plan that Central Office had referred to.
   **Pain:** No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 97.1 | 36.2 | | Sichel, Lawrence MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 64 | | | Sichel, Lawrence MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 18 | Sichel, Lawrence MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 111/74 | | | | Sichel, Lawrence MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 99 | | Sichel, Lawrence MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 08/31/2016 | 15:39 BUX | 220.0 | 99.8 | | Sichel, Lawrence MD |

**Exam:**
   **Nose**
      **General**
         Yes: Nares Patent
   **Mouth**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: M Race: WHITE | | Facility: MAR |
| Encounter Date: | 09/23/2019 07:25 | Provider: Brooks, Leslee PA-C | | Unit: X02 |

Mid Level Provider - Triage Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Brooks, Leslee PA-C

**Chief Complaint:** Other Problem
**Subjective:**   Requesting gender affirmation surgery and laser hair removal for transitioning.
**Pain:**       No

**OBJECTIVE:**

**Exam:**
**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed

**ASSESSMENT:**

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Other:**
Her case is being reviewed by the TEC committee.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/23/2019 | Counseling | Access to Care | Brooks, Leslee | Verbalizes Understanding |
| 09/23/2019 | Counseling | Plan of Care | Brooks, Leslee | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No
Completed by Brooks, Leslee PA-C on 09/23/2019 09:06

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: M Race: WHITE | Facility: BUT |
| Encounter Date: | 09/23/2016 07:33 | Provider: Johnson, M. RN | Unit: W01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Johnson, M. RN

**Chief Complaint:** Other Problem
**Subjective:** I am requesting laser hair removal.
**Pain:** Not Applicable

---

**OBJECTIVE:**

**ASSESSMENT:**

Other
Inmate reports to medical requesting laser hair removal. Please review.

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/23/2016 | Counseling | Access to Care | Johnson, M. | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Johnson, M. RN on 09/23/2016 07:35
Requested to be cosigned by Sielicki, Stanislaw MLP.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex:  M   Race:  WHITE | Facility: | BUT |
| Encounter Date: | 08/09/2016 07:29 | Provider:  Carter, Chad RN | Unit: | W01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1** **Provider:** Carter, Chad RN

**Chief Complaint:** Other Problem

**Subjective:** I want gender reassignment surgery.

**Pain:** No

**OBJECTIVE:**

**ASSESSMENT:**

Other

Requests gender reassignment surgery.

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 08/09/2016 12:00 | Physician 01 |
| Requests gender reassignment surgery. | | |

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/09/2016 | Counseling | Access to Care | Carter, Chad | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Carter, Chad RN on 08/09/2016 07:33
Requested to be reviewed by  Sichel, Lawrence MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: IGLESIAS, CRISTIAN NOEL | | | Reg #: 17248-018 |
| Date of Birth: 06/10/1974 | Sex: M   Race: WHITE | | Facility: MAR |
| Encounter Date: 06/12/2018 09:45 | Provider: Pass, Randall MD/CD | | Unit: X02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Pass, Randall MD/CD

**Chief Complaint:** Chronic Care Clinic

**Subjective:**   44 year old transgender inmate here for CCC appointment regarding health issues as follows:
1)      TRANSGENDER ~ gets estradiol injection every 2 weeks, and takes self-carry finasteride and spironolactone ~ hormone levels are in desired range (see below)
2)      She is upset that she is being denied more aggressive treatment ~ laser hair removal, surgery, etc. ~ she is working with Psychology and denies being suicidal at this time
3)      Also takes aspirin due to elevated cardiovascular risk profile
Care Level 2, no medical restrictions
Immunizations ~ UTD with flu, pneumonia, and tetanus shots
Releases in 2023

**Pain:**           No

**Seen for clinic(s):** Endocrine/Lipid, General

**Added to clinic(s):** General

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Weight Gain

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/12/2018 | 10:19 MAR | 97.0 | 36.1 | | Pass, Randall MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/12/2018 | 10:19 | 67 | | | Pass, Randall MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/12/2018 | 10:19 MAR | 14 | Pass, Randall MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/12/2018 | 10:19 MAR | 121/71 | | | | Pass, Randall MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/12/2018 | 10:19 MAR | 98 | | Pass, Randall MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 06/12/2018 | 10:19 MAR | 264.0 | 119.8 | | Pass, Randall MD/CD |

**Exam:**

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: | M | Race: WHITE | Facility: | MAR |
| Encounter Date: | 06/12/2018 09:45 | Provider: | | Pass, Randall MD/CD | Unit: | X02 |

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|------------|------------------|
| 133432-MAR | Aspirin 81 MG EC Tab | 06/12/2018 09:45 | Take one tablet by mouth each day with food x 365 day(s) |
| | **Indication:** Hyperlipidemia, mixed, Obesity, unspecified | | |
| 136042-MAR | Estradiol Cypionate 5MG/ML Inj (Depo) 5ML | 06/12/2018 09:45 | Inject 2 mL (10 mg) Intra-Muscularly every 2 weeks on Fridays x 90 day(s) Pill Line Only -- Next injection due Friday June 22nd |
| | **Indication:** Transgender, validated male to female, Gender Dysphoria In Adolescents And Adults | | |
| 133434-MAR | Spironolactone  25 MG Tab | 06/12/2018 09:45 | Take four tablets (100 MG) by mouth twice daily x 365 day(s) |
| | **Indication:** Transgender, validated male to female | | |
| 133433-MAR | Finasteride 5 MG TAB | 06/12/2018 09:45 | Take one tablet (5 MG) by mouth each morning ***non-formulary approved*** until 10/17/17 x 180 day(s) |
| | **Indication:** Transgender, validated male to female, Androgenic alopecia | | |

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---------|-----------|----------|----------|
| Lab Tests-E-Estradiol | One Time | 10/30/2018 00:00 | Routine |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests-T-Testosterone, Total | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive | | | |
| Metabolic Profile (CMP) | | | |

Labs requested to be reviewed by:     Meyer, Caleb APRN-CNP

### Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Discharged to Housing Unit-No Restrictions

### Other:

Inmate allergies reviewed and needed updates were applied during this visit -- see Chart:Allergies for current inmate allergy list.

TRANSGENDER -
*overall she is happy with the current hormone prescriptions and the labs are right where we want them as well
*all meds will be renewed at current doses
*she is frustrated that her requests for laser hair removal and for sexual reassignment surgery are in limbo
*we discussed that at this point those procedures are not something we can initiate locally, and we, like her, are waiting for more guidance from the central office
*a separate Admin Note will be placed on record, with the details of the transgender treatment, that she can use for her petition to change her gender markings

MENTAL HEALTH -- denies any suicidal thoughts or other acute concerns -- working closely with Psychology

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: IGLESIAS, CRISTIAN NOEL | | | Reg #: 17248-018 |
| Date of Birth: 06/10/1974 | Sex: M  Race: WHITE | | Facility: MAR |
| Encounter Date: 12/11/2017 10:04 | Provider: Meyer, Caleb APRN-CNP | | Unit: X02 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Meyer, Caleb APRN-CNP

**Chief Complaint:** Chronic Care Clinic

**Subjective:**   43 year old here for MLP CCC F/U regarding:
1) TRANSGENDER ~ takes spironolactone and estradiol. Testosterone down to 16.2, prolactin down to 14, estradiol result pending. States she is happy with results of hormones and denies any complaints or concerns. States he really would like to have gender reassignment surgery.
2) MALE PATTERN BALDNESS: Reports receding hair line has actually greatly improved.
3) Also is prescribed aspirin due to elevated cardiovascular risk factor

Care Level 2, no medical restrictions
Had normal mammogram earlier this year, 2017 negative FOBT
UTD with hepatitis A, hepatitis B,  Pneumovax, Tdap, and MMR shots, will offer flu vaccine
Releases in 2023

**Pain:**       No

Seen for clinic(s): Endocrine/Lipid

**ROS:**
   **General**
      **Constitutional Symptoms**
         No: Chills, Easily Tired
   **Integumentary**
      **Hair**
         No: Abnormal Growth, Excessive Hair Loss
      **Skin**
         Yes: Within Normal Limits
   **Cardiovascular**
      **General**
         No: Angina, Cyanosis, Edema, Exertional dyspnea
   **Pulmonary**
      **Respiratory System**
         No: Cough - Dry, DOE, Dyspnea
   **GI**
      **General**
         No: Abdominal Pain or Colic, Blood in Stools, Constipation, Diarrhea
   **GU**
      **General**
         Yes: Within Normal Limits
   **Musculoskeletal**
      **General**
         Yes: Within Normal Limits

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: M   Race: WHITE | Facility: MAR |
| Encounter Date: | 06/10/2019 09:10 | Provider: Pass, Randall MD/CD | Unit: X02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Pass, Randall MD/CD

**Chief Complaint:** Chronic Care Clinic

**Subjective:**   44 year old here for CCC appointment regarding:
1)      TRANSGENDER ~ on injectable estradiol, plus oral finasteride and spironolactone ~ recent hormone levels with estradiol 173 and testosterone 13
2)      Also on daily aspirin to reduce CV risk
3)      Obesity ~ weight has really increased over the last 2 years
4)      Follows regularly with Psychology, has a lot of angst related to her inability to obtain the gender affirming surgery that she wishes

Care Level 2, no medical restrictions, works in Unicor
Optometry ~ seen in March
Immunizations ~ UTD with hepatitis, influenza, tetanus, and pneumonia vaccines
Releases in 2023

**Pain:**   Not Applicable

**Seen for clinic(s):** Endocrine/Lipid, General

**ROS:**

**General**

**Constitutional Symptoms**

No: Unexplained Weight Loss, Weight Gain

**Psychiatric**

**General**

Yes: Mood-Down

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/10/2019 | 09:24 MAR | 97.2 | 36.2 | | Pass, Randall MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/10/2019 | 09:24 | 66 | | | Pass, Randall MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/10/2019 | 09:24 MAR | 14 | Pass, Randall MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/10/2019 | 09:24 MAR | 109/63 | | | | Pass, Randall MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: | M | Race: WHITE | Facility: | MAR |
| Encounter Date: | 06/10/2019 09:10 | Provider: | Pass, Randall MD/CD | | Unit: | X02 |

| **Date** | **Time** | | **Value(%)** | **Air** | **Provider** |
|------|------|------|------|------|------|
| 06/10/2019 | 09:24 | MAR | 98 | | Pass, Randall MD/CD |

**Weight:**

| **Date** | **Time** | | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|------|------|------|------|------|------|------|
| 06/10/2019 | 09:24 | MAR | 264.0 | 119.8 | | Pass, Randall MD/CD |

**Exam:**

**Diagnostics**

**Laboratory**

Yes: Results

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: BMI reviewed (enter in comments), Appears Obese

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**General**

No: Non-Pitting Edema, Pitting Edema

**Musculoskeletal**

**Gait**

Yes: Normal Gait

**Mental Health**

**Mood**

Yes: Appropriate

**ROS Comments**

Working with Psychology to help with the gender dysphoria and her strong desire to have her male genitals removed

Other concerns:
-eyeglasses have not arrived
-wants to make sure mammogram is ordered -- she is concerned due to +FH of breast cancer -- reports she does daily self-breast exams and denies any areas of concern
-woke up this morning with "crick" in left upper back/neck

**Exam Comments**

BMI = 36
Has baseline CXR, EKG, and HIV testing on chart
Had mammogram last October
Recent labs:
-testosterone level 13

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex:   M   Race:   WHITE | Facility: | MAR |
| Encounter Date: | 06/10/2019 09:10 | Provider:   Pass, Randall MD/CD | Unit: | X02 |

\*gender dysphoria --discussed this quite a bit today -- she declines offer for antidepressant medication -- says that the sessions with Psychology are helpful but that she really needs the gender affirming surgery -- she understands that there has been no further direction from our central office regarding how/when/where this surgery will be done

Continues on daily aspirin for prevention of CV event and blood clot, at higher risk due to estrogen use

Obesity remains unchanged -- screening regularly for diabetes, dyslipidemia, etc.

Reassured her that glasses have been ordered and we will continue to track this

The "crick" in the neck seems to be a self-limited problem

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/10/2019 | Counseling | Plan of Care | Pass, Randall | Verbalizes Understanding |
| 06/10/2019 | Counseling | Test/X-ray Results | Pass, Randall | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Pass, Randall MD/CD on 06/10/2019 09:49

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: M   Race: WHITE | Facility: | MAR |
| Encounter Date: | 12/07/2018 13:05 | Provider: Richardson, J. FNP-C | Unit: | X02 |

Chronic Care - Advanced Practice Provider Follow Up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT** 1     **Provider:** Richardson, J. FNP-C

    **Chief Complaint:** Chronic Care Clinic

    **Subjective:** 44 year old transgender inmate here for CCC appointment:

    1) TRANSGENDER ~ gets estradiol injection every 2 weeks, and takes self-carry finasteride and spironolactone ~ hormone levels are in desired range (see below)

    2) She is continuing to work through the court system for more aggressive treatment ~ laser hair removal, surgery, etc. is currently quite happy with the medication regimen and hormone therapy she is receiving here~ she is working with Psychology and denies being suicidal at this time

    3) Also takes aspirin due to elevated cardiovascular risk profile

    Care Level 2, no medical restrictions
    Immunizations ~ UTD with flu, pneumonia, and tetanus shots

    **Pain:** No

Seen for clinic(s): Endocrine/Lipid, General

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/07/2018 | 13:05 MAR | 98.1 | 36.7 | | Richardson, J. FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|
| 12/07/2018 | 13:05 | 74 | | | | Richardson, J. FNP-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/07/2018 | 13:05 MAR | 16 | Richardson, J. FNP-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/07/2018 | 13:05 MAR | 131/76 | | | | Richardson, J. FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | | Provider |
|---|---|---|---|---|---|
| 12/07/2018 | 13:05 MAR | 100 | | | Richardson, J. FNP-C |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/07/2018 | 13:05 MAR | 261.0 | 118.4 | | Richardson, J. FNP-C |

**Exam:**

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M   Race:   WHITE | | Facility: | MAR |
| Encounter Date: | 12/07/2018 13:05 | Provider: | Richardson, J. FNP-C | | Unit: | X02 |

Return To Sick Call if Not Improved

**Other:**

Inmate allergies reviewed and needed updates were applied during this visit -- see Chart: Allergies for current inmate allergy list.

TRANSGENDER -
*overall she is happy with the current hormone prescriptions and the labs are within treatment goals as well
*all meds will be renewed at current doses
*she is still frustrated that her requests for laser hair removal and for sexual reassignment surgery are in limbo
*we discussed that at this point those procedures are not something we can initiate locally, and she understands this and she is actively working to advocate for change at the national level

MENTAL HEALTH -- denies any suicidal thoughts or other acute concerns -- sees Psychology monthly

WEIGHT GAIN -- weight has remained steady since last CCC with MD.  she has started working on increasing physical activity but still admits to over eating and making poor food choices.  Diet changes discussed today.
*cholesterol is high, but not to the point that a statin is indicated -- Framingham risk score at 1%
*does take aspirin daily for cardiac protective purposes

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/07/2018 | Counseling | Access to Care | Richardson, J. | Verbalizes Understanding |
| 12/07/2018 | Counseling | Diet | Richardson, J. | Verbalizes Understanding |
| 12/07/2018 | Counseling | Plan of Care | Richardson, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Richardson, J. FNP-C on 12/07/2018 13:45
Requested to be cosigned by  Pass, Randall MD/CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 | |
| Date of Birth: | 06/10/1974 | Sex: | M | Race: WHITE | Facility: | MAR | |
| Note Date: | 09/01/2017 07:25 | Provider: | Brooks, Leslee PA-C | | Unit: | X02 | |

Admin Note - Scheduling Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**      **Provider:** Brooks, Leslee PA-C
    Sick call request to officially request gender reassignment surgery.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 09/01/2017 00:00 | MLP 02 |

    Sick call request to officially request gender reassignment surgery.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No


Completed by Brooks, Leslee PA-C on 09/01/2017 07:26

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Race: WHITE | Facility: | MAR |
| Note Date: | 09/01/2017 10:15 | Provider: | Brooks, Leslee PA-C | | Unit: | X02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Brooks, Leslee PA-C

    There is no guidance in the CPG related to gender assignment surgery at this time. We are awaiting an updated CPG. Until then, there is no basis to proceed. This will be addressed further at each CCC.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Brooks, Leslee PA-C on 09/01/2017 10:16

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: | M | Race: WHITE | Facility: | MAR |
| Note Date: | 12/04/2017 07:46 | Provider: | | May, Samantha RN | Unit: | X02 |

Admin Note - Scheduling Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** May, Samantha RN

    Inmate here for sick call. Requesting gender reassignment surgery and laser hair removal to face.

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Sick Call/Triage | 12/04/2017 00:00 | MLP 02 |

    Inmate here for sick call. Requesting gender reassignment surgery and laser hair removal to face.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by May, Samantha RN on 12/04/2017 07:48

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: | M      Race: WHITE | Facility: | MAR |
| Note Date: | 09/26/2017 08:05 | Provider: | Meyer, Caleb APRN- | Unit: | X02 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**        **Provider:**  Meyer, Caleb APRN-CNP

    Patient presents to sick call requesting gender reassignment surgery.  Will discuss with Dr. Pass and MDS committee.  Patient agrees to send copout and I will let her know the status of requests for this surgery. Patient is agreeable to this plan.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Meyer, Caleb APRN-CNP on 09/26/2017 08:07

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  IGLESIAS, CRISTIAN NOEL | | Reg #:  17248-018 |
| Date of Birth:  06/10/1974 | Sex:    M    Race:  WHITE | Facility:  MAR |
| Encounter Date: 12/06/2017 13:07 | Provider:  Meyer, Caleb APRN-CNP | Unit:    X02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT  1**        **Provider:** Meyer, Caleb APRN-CNP

**Chief Complaint:** Other Problem

**Subjective:** Patient requests gender re-assignment surgery and laser hair removal. I advised patient that the BOP does not currently have a policy for providing these procedures.

**Pain:** No

## OBJECTIVE:

## ASSESSMENT:

Transgender, validated male to female, 302.5b - Current

## PLAN:

**Disposition:**
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/06/2017 | Counseling | Access to Care | Meyer, Caleb | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Meyer, Caleb APRN-CNP on 12/06/2017 13:12

# Exhibit - S

S-1-Individualized Reentry-
Plan   S-9-19

S-2-  11-15-2018

S-3-  8-24-2018

# Individualized Reentry Plan - Program Review  (File copy)

**SEQUENCE: 00575002**
**Team Date: 05-09-2019**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL   17248-018



Facility:   MAR  MARION USP
Name:   IGLESIAS, CRISTIAN NOEL
Register No.:   17248-018
Age:   44
Date of Birth:   06-10-1974
Proj. Rel. Date:   04-26-2023
Proj. Rel. Method:   GCT REL

DNA Status:   FLM02226 / 02-04-2011
CIMS Status:   YES
CIMS Reconciled:   YES

Inmate is subject to 18 U.S.C. 4042(B) Notification:    **Yes**

CURRENT CONVICTION FOR A CRIME OF VIOLENCE

Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:    **N/A**

## Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18:2332A(B) THREATENED USE OF A WEAPON OF MASS DESTRUCTION | 240 MONTHS |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 05-24-2018 |
| COMPUTR OK | USE OF INMATE ACCESS PC O.K. | 11-06-1996 |
| DEPEND N | DEPENDENTS UNDER 21 - NO | 05-24-2018 |
| PHOTO ID N | PHOTO ID - NO | 05-24-2018 |
| PSY ALERT | PSYCHOLOGY ALERT | 06-29-2015 |
| RPP PART | RELEASE PREP PGM PARTICIPATES | 03-30-2017 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 05-24-2018 |
| TRN M2F | SELF REPORT TRANSGENDER M TO F | 02-02-2017 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 05-24-2018 |
| VETERAN N | VETERAN - NO | 05-24-2018 |
| V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 06-30-2000 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 03-23-2007 |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | CBL ADMIN | INDUSTRIES ADMINISTRATION OFC | 12-29-2018 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 11-14-1996 |
| MAR | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-07-2000 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR | | ASQ QUALITY ASSURANCE | 03-05-2019 | CURRENT |
| MAR GP | C | BUSINESS START-UP ACE CLASS | 02-06-2019 | 05-07-2019 |
| MAR GP | C | ACE VIDEO NATURAL WONDERS | 02-04-2019 | 05-07-2019 |
| MAR GP | C | UNICOR OSHA 10 - 24 WEEKS | 01-31-2019 | 03-13-2019 |
| MAR GP | C | NUTRITION | 11-07-2017 | 01-05-2018 |
| MAR GP | C | CDL MANUAL STUDY ACE CLASS | 07-31-2017 | 09-19-2017 |
| CUM | C | SHU LANDSCAPE MAINTENANCE | 05-18-2017 | 05-31-2017 |
| CUM | C | CLN TIME MANAGEMENT | 05-01-2017 | 05-01-2017 |
| CUM | C | CLN STRESS MANAGEMENT | 04-17-2017 | 04-24-2017 |
| CUM | C | MRSA IN AN ATHLETIC FACILITY | 04-02-2017 | 04-16-2017 |
| BTF GP | C | SHU WORLD HISTORY | 02-16-2017 | 02-23-2017 |



## Individualized Reentry Plan - Program Review  (File copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL  17248-018

**SEQUENCE: 00575002**
**Team Date: 05-09-2019**

| Assignment | Description | Start | |
|---|---|---|---|
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 06-22-2016 | |
| YES F/S | CLEARED FOR FOOD SERVICE | 06-22-2016 | |

### Current PTP Assignments

| Assignment | Description | Start | |
|---|---|---|---|
| CHG INCOMP | CHALLENGE INCOMPLETE | 02-14-2013 | |
| STA INCOMP | STAGES INCOMPLETE | 11-02-2015 | |

### Current Drug Assignments

| Assignment | Description | Start | |
|---|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 02-26-2018 | |
| ED COMP | DRUG EDUCATION COMPLETE | 12-19-2012 | |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:**  **NO OBLG**  **FINANC RESP-NO**  **Start: 10-29-2010**

Inmate Decision: **AGREED**  **$25.00**  Frequency: **QUARTERLY**

Payments past 6 months:  **$0.00**  Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 4 | ASSMT | $300.00 | $300.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $50.00 | $25.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $862.57  Payments commensurate ?  Y

New Payment Plan:  ** No data **

### Progress since last review

Completed the UNICOR OSHA 10-24 weeks course. Actively participating in the ASQ Quality Assurance, Natural Wonders and the Business Start-Up course.

### Next Program Review Goals

Complete the ASQ Quality Assurance, Natural Wonders and the Business Start-Up course by 11/19. Meet with Counselor to obtain a certified copy of birth certificate and SSN card for central file, immediately.

### Long Term Goals

Attend the Career Resource Center.  Attending the center will allow you the opportunity to plan for your release and participate in job readiness activities.  Build skill inventory and begin goal setting through the resource center prior to next review 12/19.

### RRC/HC Placement

### Comments

407/408 reviewed and current.
Judicial Recommendations: No.
Concerns with transgender status raised.  Iglesias has requested a review for sexual reassignment surgery and transfer to a female institution.  Her request has been relayed to management.



**Individualized Reentry Plan - Program Review  (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL   17248-018

SEQUENCE: 00575002
Team Date: 05-09-2019

Name:  IGLESIAS, CRISTIAN NOEL
Register No.:  17248-018
Age:  44
Date of Birth:  06-10-1974

DNA Status:  FLM02226 / 02-04-2011

*x requests viv for sexual reassignment surgery and fixed institution*

Inmate   (IGLESIAS, CRISTIAN NOEL. Register No.: 17248-018)

5/9/19
Date

Unit Manager / Chairperson

5-9-19
Date

Case Manager

5/9/19
Date



## Individualized Reentry Plan - Program Review  (File copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL  17248-018

SEQUENCE: 00575002
Team Date: 11-15-2018



| | |
|---|---|
| Facility: | MAR  MARION USP |
| Name: | IGLESIAS, CRISTIAN NOEL |
| Register No.: | 17248-018 |
| Age: | 44 |
| Date of Birth: | 06-10-1974 |
| Proj. Rel. Date: | 04-26-2023 |
| Proj. Rel. Method: | GCT REL |

DNA Status:  FLM02226 / 02-04-2011
CIMS Status:  YES
CIMS Reconciled:  YES

**Inmate is subject to 18 U.S.C. 4042(B) Notification:**          Yes

CURRENT CONVICTION FOR A CRIME OF VIOLENCE

**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:**          N/A

### Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18:876 MAILING THREATENING COMMUNICATIONS | 46 MONTHS |
| 18:2332A(B) THREATENED USE OF A WEAPON OF MASS DESTRUCTION | 240 MONTHS |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 05-24-2018 |
| COMPUTR OK | USE OF INMATE ACCESS PC O.K. | 11-06-1996 |
| DEPEND N | DEPENDENTS UNDER 21 - NO | 05-24-2018 |
| PHOTO ID N | PHOTO ID - NO | 05-24-2018 |
| PSY ALERT | PSYCHOLOGY ALERT | 06-29-2015 |
| RPP PART | RELEASE PREP PGM PARTICIPATES | 03-30-2017 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 05-24-2018 |
| TRN M2F | SELF REPORT TRANSGENDER M TO F | 02-02-2017 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 05-24-2018 |
| VETERAN N | VETERAN - NO | 05-24-2018 |
| V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 06-30-2000 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 03-23-2007 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | CBL QA | INDUSTRIES QUALITY ASSURANCE | 10-15-2018 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 11-14-1996 |
| MAR | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-07-2000 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR GP | C | NUTRITION | 11-07-2017 | 01-05-2018 |
| MAR GP | C | CDL MANUAL STUDY ACE CLASS | 07-31-2017 | 09-19-2017 |
| CUM | C | SHU LANDSCAPE MAINTENANCE | 05-18-2017 | 05-31-2017 |
| CUM | C | CLN TIME MANAGEMENT | 05-01-2017 | 05-01-2017 |
| CUM | C | CLN STRESS MANAGEMENT | 04-17-2017 | 04-24-2017 |
| CUM | C | MRSA IN AN ATHLETIC FACILITY | 04-02-2017 | 04-16-2017 |
| BTF GP | C | SHU WORLD HISTORY | 02-16-2017 | 02-23-2017 |
| BTF GP | C | SHU PERSONAL FINANCE | 02-09-2017 | 02-16-2017 |
| BUT GP | C | (G)DECISION MAKING-CAI | 09-01-2016 | 11-15-2016 |
| BUT GP | C | (V)CNDCTNG INTVWS SUCCFL RESLT | 09-01-2016 | 11-15-2016 |



**Individualized Reentry Plan - Program Review  (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL  17248-018

SEQUENCE: 00575002
Team Date: 11-15-2018

## Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| CHG INCOMP | CHALLENGE INCOMPLETE | 02-14-2013 |
| STA INCOMP | STAGES INCOMPLETE | 11-02-2015 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 02-26-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 12-19-2012 |

## FRP Details

Most Recent Payment Plan

| FRP Assignment: | NO OBLG | FINANC RESP-NO | | Start: 10-29-2010 |
|---|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: | **QUARTERLY** |
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$0.00** | |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 4 | ASSMT | $300.00 | $300.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | ASSMT | $50.00 | $25.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 3 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $1,022.05             Payments commensurate ?   Y

New Payment Plan:   ** No data **

### Progress since last review

Assigned to UNICOR. Satisfactory work reports. Completed the Nutrition course.

### Next Program Review Goals

Meet with the Counselor to obtain an application for a certified birth certificate and SSN card. Attend the Tackling the Tough Issues through the education department prior to 05/19.

### Long Term Goals

Attend the Tackling the Tough Issues through the education department prior to 05/19.

### RRC/HC Placement

### Comments

407/408 reviewed and current.
Judicial Recommendations: No.
11/15/18 Concerns with transgender status raised.  Iglesias has requested a review for sexual reassignment surgery and transfer to a female institution. Her request has been relayed to management.



# Individualized Reentry Plan - Program Review  (File copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL   17248-018

SEQUENCE: 00575002
Team Date: 05-24-2018



Facility:   MAR  MARION USP
Name:   IGLESIAS, CRISTIAN NOEL
Register No.:   **17248-018**
Age:   43
Date of Birth:   06-10-1974
Proj. Rel. Date:   04-26-2023
Proj. Rel. Method:   GCT REL

DNA Status:   FLM02226 / 02-04-2011
CIMS Status:   YES
CIMS Reconciled:   YES

**Inmate is subject to 18 U.S.C. 4042(B) Notification:**                      Yes
  CURRENT CONVICTION FOR A CRIME OF VIOLENCE
**Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:**     N/A

## Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18:876 MAILING THREATENING COMMUNICATIONS | 46 MONTHS |
| 18:2332A(B) THREATENED USE OF A WEAPON OF MASS DESTRUCTION | 240 MONTHS |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 05-24-2018 |
| COMPUTR OK | USE OF INMATE ACCESS PC O.K. | 11-06-1996 |
| DEPEND N | DEPENDENTS UNDER 21 - NO | 05-24-2018 |
| PHOTO ID N | PHOTO ID - NO | 05-24-2018 |
| PSY ALERT | PSYCHOLOGY ALERT | 06-29-2015 |
| RPP PART | RELEASE PREP PGM PARTICIPATES | 03-30-2017 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 05-24-2018 |
| TRN M2F | SELF REPORT TRANSGENDER M TO F | 02-02-2017 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 05-24-2018 |
| VETERAN N | VETERAN - NO | 05-24-2018 |
| V94 CVA913 | V94 CURR VIOL ON/AFTER 91394 | 06-30-2000 |
| WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 03-23-2007 |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | CBL 1 | INDUSTRIES CABLE 1 | 11-03-2017 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MAR | ESL HAS | ENGLISH PROFICIENT | 11-14-1996 |
| MAR | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-07-2000 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| MAR GP | C | NUTRITION | 11-07-2017 | 01-05-2018 |
| MAR GP | C | CDL MANUAL STUDY ACE CLASS | 07-31-2017 | 09-19-2017 |
| CUM | C | SHU LANDSCAPE MAINTENANCE | 05-18-2017 | 05-31-2017 |
| CUM | C | CLN TIME MANAGEMENT | 05-01-2017 | 05-01-2017 |
| CUM | C | CLN STRESS MANAGEMENT | 04-17-2017 | 04-24-2017 |
| CUM | C | MRSA IN AN ATHLETIC FACILITY | 04-02-2017 | 04-16-2017 |
| BTF GP | C | SHU WORLD HISTORY | 02-16-2017 | 02-23-2017 |
| BTF GP | C | SHU PERSONAL FINANCE | 02-09-2017 | 02-16-2017 |
| BUT GP | C | (G)DECISION MAKING-CAI | 09-01-2016 | 11-15-2016 |
| BUT GP | C | (V)CNDCTNG INTVWS SUCCFL RESLT | 09-01-2016 | 11-15-2016 |



**Individualized Reentry Plan - Program Review  (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL  17248-018

SEQUENCE: 00575002
Team Date: 05-24-2018

| Assignment | Description | Start |
|---|---|---|
| CHG INCOMP | CHALLENGE INCOMPLETE | 02-14-2013 |
| STA INCOMP | STAGES INCOMPLETE | 11-02-2015 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP DECL | RESIDENT DRUG TRMT DECLINED | 02-26-2018 |
| ED COMP | DRUG EDUCATION COMPLETE | 12-19-2012 |

**FRP Details**

Most Recent Payment Plan

**FRP Assignment:**   **NO OBLG**   **FINANC RESP-NO**            **Start: 10-29-2010**

Inmate Decision:   **AGREED**      **$25.00**        Frequency: **QUARTERLY**

Payments past 6 months:     **$0.00**          Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 4 | ASSMT | $300.00 | $300.00 | IMMEDIATE | EXPIRED |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 1 | ASSMT | $100.00 | $100.00 | IMMEDIATE | EXPIRED |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 2 | ASSMT | $50.00 | $25.00 | IMMEDIATE | EXPIRED |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 3 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:   $846.10                Payments commensurate ?   Y

New Payment Plan:          ** No data **

**Progress since last review**

Complete the Nutrition educational course. Assigned to UNICOR.

**Next Program Review Goals**

Begin saving $25.00 a quarter to commence 06/18 for release preparation funds.  Continue to save $25.00 every quarter. Submit request in writing to unit team for consideration for transfer to female institution, immediately (per discussion at team).  Pursuing name change.  Obtain the paperwork and begin process.  Upon completion you will need to submit a request for a social security card.  Request certified copy of original birth certificate, immediately.

**Long Term Goals**

Continue to save $25.00 on 09/18, 12/18 and have a balance of $100.00 by 03/19. Request birth certificate with name change by 12/18

**RRC/HC Placement**

**Comments**

407/408 reviewed and current.
Judicial Recommendations: No.
05/24/18 Concerns with transgender status raised.  Iglesias has requested a review for sexual reassignment surgery and transfer to a female institution.
Her request has been relayed to management.

 **Individualized Reentry Plan - Program Review  (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: IGLESIAS, CRISTIAN NOEL  17248-018

SEQUENCE: 00575002
Team Date: 05-24-2018

Name:  IGLESIAS, CRISTIAN NOEL
Register No.:  17248-018
Age:  43
Date of Birth:  06-10-1974

DNA Status:  FLM02226 / 02-04-2011

*\* requests review for sexual reassignment surgery and transfer to female institution. \**

_____
Inmate   (IGLESIAS, CRISTIAN NOEL, Register No.: 17248-018)

5-24-18
_____
Date

_____
Unit Manager / Chairperson

5-24-18
_____
Date

_____
Case Manager

5/24/18
_____
Date

Individualized Reentry Plan - Program Review  (File Copy)                    Page 5 of 5

Exhibit - T

T-1 - Administrative Remedy
       Retrieval # 865340-A1
T-2 - 920251-A-1
T-3 - 945168-A3
T-4 - 923754-A1
T-5 - 865332-A1
T-6 - 876082-A1
T-7 - 880455-A1
T-8 - 897368-A1
T-9 - 914685-A1

```
  MARFM              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        10-01-2019
  PAGE 140         *                FULL SCREEN FORMAT               *     12:43:21


 REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
 RSP OF...: MAR UNT/LOC/DST: UM NORTH            QTR.: X02-228U   RCV OFC: BOP
 REMEDY ID: 865340-A1      SUB1: 26ZM SUB2:      DATE RCV:    08-10-2016
 UNT   RCV..: WF           QTR RCV.: W01-162U    FACL RCV: BUT
 UNT   ORG..: GT           QTR ORG.: G01-022U    FACL ORG: BUT
 EVT FACL.: BUT    ACC LEV:  BUT  1 MXR  1 BOP  1  RESP DUE:  SUN  10-09-2016
 ABSTRACT.: REQUESTS SEXUAL REASSIGNMENT SURGERY
 STATUS DT: 09-12-2016   STATUS CODE: CLD STATUS REASON:  DNY
 INCRPTNO.:               RCT: P EXT: D DATE ENTD: 08-17-2016
 REMARKS..:
```

```
 G0002      MORE PAGES TO FOLLOW . . .
```

```
   MARFM              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        10-01-2019
   PAGE 179           *            FULL SCREEN FORMAT              *        12:43:21


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH              QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 920251-A1      SUB1: 26TM SUB2:        DATE RCV:   01-18-2018
UNT  RCV..: UM NORTH       QTR RCV.: X02-219U     FACL RCV: MAR
UNT  ORG..: UM NORTH       QTR ORG.: X02-219U     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  03-19-2018
ABSTRACT.: REASSIGNMENT SURGERY
STATUS DT: 03-02-2018  STATUS CODE: CLO STATUS REASON:  XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 02-05-2018
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
  MARFM            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-02-2019
  PAGE 191         *              FULL SCREEN FORMAT              *      09:03:52


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH            QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 945168-A3       SUB1: 26TM SUB2: 32ZM DATE RCV:   11-20-2018
UNT   RCV..: UM NORTH      QTR RCV.: X02-229U    FACL RCV: MAR
UNT   ORG..: UM NORTH      QTR ORG.: X02-219U    FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:   MAR  1 NCR  1 BOP  3   RESP DUE:  SAT  01-19-2019
ABSTRACT.: REQ MALE TO FEMALE REFLECT ON ALL DOCUMENTS
STATUS DT: 02-05-2019   STATUS CODE: CLD STATUS REASON:  DNY
INCRPTNO.:                RCT: P EXT: P DATE ENTD:  11-30-2018
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   MARFM          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        10-02-2019
   PAGE 180          *            FULL SCREEN FORMAT            *        09:03:52


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH             QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 923754-A1      SUB1: 26TM SUB2: 26BM DATE RCV:   03-14-2018
UNT  RCV..: UM NORTH      QTR RCV.: X02-219U     FACL RCV: MAR
UNT  ORG..: UM NORTH      QTR ORG.: X02-219U     FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  SUN  05-13-2018
ABSTRACT.: MEDICAL TREATMENT
STATUS DT: 04-06-2018   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 03-26-2018
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
   MARFM          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        10-01-2019
   PAGE 139         *              FULL SCREEN FORMAT            *        12:43:21


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH             QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 865332-A1      SUB1: 10ZS SUB2: 26TS DATE RCV:    08-10-2016
UNT   RCV..: WF          QTR RCV.: W01-162U     FACL RCV: BUT
UNT   ORG..: GT          QTR ORG.: G01-022U     FACL ORG: BUT
EVT FACL.: BUT    ACC LEV: BUT  1 MXR  1 BOP  1   RESP DUE:  SUN  10-09-2016
ABSTRACT.: TRANSFER TO FEMALE INST.;MALE TO FEMALE TRANSGENDER
STATUS DT: 02-28-2017   STATUS CODE: CLD STATUS REASON:  DNY
INCRPTNO.:               RCT: N EXT: N DATE ENTD: 08-16-2016
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

```
   MARFM            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        10-01-2019
   PAGE 150          *              FULL SCREEN FORMAT            *        12:43:21


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH              QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 876082-A1     SUB1: 1OZS SUB2: 26TS DATE RCV:    12-19-2016
UNT   RCV..: WF           QTR RCV.: X04-005L      FACL RCV: BUT
UNT   ORG..: WF           QTR ORG.: W01-162U      FACL ORG: BUT
EVT FACL.: BUT    ACC LEV:  BUT  1 MXR  1 BOP  1   RESP DUE:  FRI  02-17-2017
ABSTRACT.: TRANSFER TO FEMALE INST.;MALE TO FEMALE TRANSGENDER
STATUS DT: 02-28-2017   STATUS CODE: CLO STATUS REASON:  REP
INCRPTNO.:               RCT: P EXT: P DATE ENTD: 01-25-2017
REMARKS..:




G0002        MORE PAGES TO FOLLOW . . .
```

```
 MARFM          )    *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2019
 PAGE 154       *                 FULL SCREEN FORMAT              *      12:43:21


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH            QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 880455-A1       SUB1: 26TM SUB2: 1OZM DATE RCV:      03-06-2017
UNT  RCV..:O UNIT        QTR RCV.: Z03-147LAD    FACL RCV: BTF
UNT  ORG..:WF           QTR ORG.: W01-162U      FACL ORG: BUT
EVT FACL.: BUT    ACC LEV: BUT  1 MXR  1           RESP DUE:
ABSTRACT.: TXF TO FEMALE PRISON;CHANGED FROM M TO FM IN SENTRY
STATUS DT: 03-30-2017   STATUS CODE: REJ STATUS REASON:  LEG UTA MEM OTH
INCRPTNO.:        RCT:   EXT:   DATE ENTD: 03-30-2017
REMARKS..: YOUR REGIONAL RESPONSE IS DATED 1-3-17, YOUR BP-11
           ARRIVED IN THE CENTRAL OFFICE ON 3-6-17, 62 DAYS
           LATER.




G0002      MORE PAGES TO FOLLOW . . .
```

```
  MARFM          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2019
  PAGE 166         *              FULL SCREEN FORMAT            *      12:43:21


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH              QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 897368-A1      SUB1: 10ZM SUB2: 26TM DATE RCV:    05-31-2017
UNT  RCV..: HOLDOVER      QTR RCV.: E02-617L     FACL RCV: OKL
UNT  ORG..: UNIT C        QTR ORG.: C01-128L     FACL ORG: CUM
EVT FACL.: CUM    ACC LEV:  CUM  1 MXR  1 BOP  1  RESP DUE:  SUN 07-30-2017
ABSTRACT.: TRANSGENDER INMATE / TRANSFER TO FEMALE INSTITUTION
STATUS DT: 07-06-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 06-14-2017
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
  MARFM          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-01-2019
  PAGE 176           *           FULL SCREEN FORMAT           *      12:43:21


REGNO: 17248-018 NAME: IGLESIAS, CRISTIAN
RSP OF...: MAR UNT/LOC/DST: UM NORTH           QTR.: X02-228U   RCV OFC: BOP
REMEDY ID: 914685-A1      SUB1: 10ZM SUB2:     DATE RCV:   12-07-2017
UNT  RCV..: UM NORTH      QTR RCV.: X02-219U   FACL RCV: MAR
UNT  ORG..: UM NORTH      QTR ORG.: X02-234L   FACL ORG: MAR
EVT FACL.: MAR    ACC LEV:  MAR  1 NCR  1 BOP  1   RESP DUE:  MON  02-05-2018
ABSTRACT.: REQUESTING TO BE TRANSFERRED TO ANOTHER INSTITUTION
STATUS DT: 01-18-2018   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 01-03-2018
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

Exhibit - U

U-1- Psychology Services
7-3-2019

U-2 - 1-4-2016- Dr. J. Smith

**Bureau of Prisons**
**Psychology Services**
**Clinical Intervention - Clinical Contact**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
| Date of Birth: | 06/10/1974 | Sex: | M    Facility:  MAR | Unit Team: | UM NORTH |
| Date: | 07/03/2019 10:10 | Provider: | Owings, Lindsay PhD/SOMP | | |

### Focus of Session

Inmate IGLESIAS presented on time to her scheduled callout.

### Subjective/Objective Presentation

She stated her mood was alright and her affect was consistent with the topics discussed. Her speech was normal with regard to rate, tone, and volume. No evidence of delusional thought processes or perceptual disturbances were noted throughout the interaction. Her memory appeared to be intact. She denied suicidal ideation, intent or plan. She continued to acknowledge passive thoughts of self-harm specific to her genitalia and her distress associated with that appendage.

### Intervention(s)

Inmate IGLESIAS completed the Trauma and Life workbook and the materials were discussed. She acknowledged she had a difficult time completing it as it brought back a lot of memories but noted she was excited to move forward to seeking safety.

### Progress/Plan

Inmate IGLESIAS will continue to be met with individually for care2-mh contacts to assess mental status and provide clinical intervention. She will also be met with for individual seeking safety (notes will be entered in a group as seeking safety is a priority practice approved group but will be offered individually as the empirically supported manual supports the use of the material in that manner).

Completed by Owings, Lindsay PhD/SOMP Coord on 07/12/2019 07:47

**Bureau of Prisons**
**Psychology Services**
**Consultation - CO-Psychiatry/Psychology**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: | M | Facility: FAI | Unit Team: | DR |
| Date: | 01/04/2016 15:16 | Provider: | Smith, Julie Psy.D./Chief | | | |

**Comments**

Have reached out to Central Office Staff for guidance regarding this inmate's concern regarding need to live/express self as female (as fully as possible) prior to pursuing reassignment surgery.

Completed by Smith, Julie Psy.D./Chief Psychologist on 01/05/2016 10:55

Exhibit - V -

V - 1 - 3 - Pages  of  Electronic
Request TO Staff

TRULINCS  17248018 - IGLESIAS, CRISTIAN NOEL - Unit: BUT-W-A

--------------------------------------------------------------------------------

FROM: 17248018
TO: BUT/AWO
SUBJECT: ***Request to Staff*** IGLESIAS, CRISTIAN, Reg# 17248018, BUT-W-A
DATE: 08/15/2016 11:48:36 AM

To: AW-Maat
Inmate Work Assignment: WK-ICP

I have been trying to get these recommendations from Medical. To no avail, can you please ensure that Medical responds to
my request to find out what i need to do to get my Sexual reassignment surgery from Central Office. Thank you.
-----IGLESIAS, CRISTIAN NOEL on 8/2/2016 3:52 PM wrote:

>

I am writing this to get some clarification from you, i received my Administrative Remedy from the Mid-Atlantic [BP-10]today
8/2/16 in regards to  my Request for the sexual reassignment surgery, in the response ,it stated that Central Office had made
recommendations in order for them to consider me for the surgery and that i should get with my local health care team to get
these reccomendations?I am asking you to please let me know what were the reccomendations and what steps are needed to
continue the process? Please let me know. Thank you very much.

CC-File/Printed 08/02/16
Cristian Iglesias #17248-018

TRULINCS  17248018 - IGLESIAS, CRISTIAN NOEL - Unit: MAR-X-A

-----------------------------------------------------------------------------------------------------------

FROM: 17248018
TO: Health Services
SUBJECT: ***Request to Staff*** IGLESIAS, CRISTIAN, Reg# 17248018, MAR-X-A
DATE: 11/02/2017 08:02:22 AM

To: Dr.Pass/Clinical Director- Request-11/2/17
Inmate Work Assignment: AM Corridor

I am Officially Requesting to receive Approval for laser hair removal on my face, as this was done for other transgender females
in the BOP. I am transsexual/transgender female with a current diagnoses of Gender Dsyphoria,having facial hair on my face
causes me great stress, depression,saddness.This is not a cosmetic procedure for me as a woman transitioning and wanting
the sexual reassignment surgery to a female this is medically necassary.Please Approve me to get this procedure.

CC-File/C.N.I-#17248-018
**Printed-11/2/17-Copies sent to the following -
Ilona Turner/Jennifer Kent/Lauren Dow/Chase Strangio-Attorney's At Law

TRULINCS  17248018 - IGLESIAS, CRISTIAN NOEL - Unit: BUT-W-A
--------------------------------------------------------------------------------------------------

FROM: 17248018
TO: BUT/AWO
SUBJECT: ***Request to Staff*** IGLESIAS, CRISTIAN, Reg# 17248018, BUT-W-A
DATE: 08/15/2016 11:48:36 AM

To: AW-Maat
Inmate Work Assignment: WK-ICP

I have been trying to get these recommendations from Medical. To no avail, can you please ensure that Medical responds to
my request to find out what i need to do to get my Sexual reassignment surgery from Central Office. Thank you.
-----IGLESIAS, CRISTIAN NOEL on 8/2/2016 3:52 PM wrote:

>

I am writing this to get some clarification from you, i received my Administrative Remedy from the Mid-Atlantic [BP-10]today
8/2/16 in regards to  my Request for the sexual reassignment surgery, in the response ,it stated that Central Office had made
recommendations in order for them to consider me for the surgery and that i should get with my local health care team to get
these reccomendations?I am asking you to please let me know what were the reccomendations and what steps are needed to
continue the process? Please let me know. Thank you very much.

CC-File/Printed 08/02/16
Cristian Iglesias #17248-018

CERTIFIED MAIL®

7018 2290 0001 6395 9262

Cristian Iglesias #17248-018
United States Penitentary - Marion
Post Office Box-1000
Marion, Illinois 62959-1000

MAIL CLEARED
US MARSHALS

17248-018
United Sta District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States















PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT



RECEIVED

OCT 17 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

The enclosed letter was processed through
special mailing procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or problem over
which this facility has jurisdiction,
you may wish to return the material for
further information or clarification.
If the writer encloses correspondence for
forwarding to another addressee, please return
to enclosure to the above address.

Date: OCT 15 2019

Warden
United States Penitentiary
Marion, IL 62959

Legal Mail $\times$