In The United States District Court
for The Southern District of Illinois

Cristina Nichole Iglesias, )
(A.K.A. Cristian Noel Iglesias) )
    Plaintiff, )
) Civil No: 03:19-cv-00415-JPG
Vs. )
)
Ian Connors, et. al, )
    Defendants. )
)

## Motion For Appointment of Counsel by Plaintiff,

Comes now, Cristina Nichole Iglesias, (A.K.A- Cristian Noel Iglesias) moves this Honorable Court to Appoint Counsel for Plaintiff to help her Prepare her legal defense. Plaintiff has requested Attorney Shelia Bedi, Alan Mills, Chase Strangio. to represent her. (Please see copies of Letters with copy of stamped enveloped dated 10-1-19 and mailed legal mail on 10-2-19 from United States Penitentiary-Marion Legal mail Room. Via U.S. Postal Service.) I have recieved no response from these Attorney's, however due to the severity and serious medical need that Plaintiff has, needs urgent Legal Counsel.

Page - 1 of - 2

Plaintiff, is not an Attorney nor has any legal trainning and not able to prepare her defense. Therefore, the reasons stated, Plaintiff request that this court Appoint Counsel to help Plaintiff with her defense.

Respectfully,

Date: 10-24-19

Cristine Iglesiss

\* Please be advised Plaintiff has enclosed the Copy of letters to Attorney's, Shelia Bedi, Alan Mills, Chase Strangio, with envelopes \*

Legal Mail X          October 1, 2019

To: Chase Strangio - Attorney At Law -
    125 Broad Street
    18th Floor
    New York, NY 10004

From: Cristian (Cristina Nichole Iglesias) Iglesias
    #17248-018
    United States Penitentiary - Marion
    P.O. Box - 1000
    Marion, Illinois 62959

RE: Civil Case No: 3:19-CV-00415-JPG
    United States District Court / Southern District of Illinois
    Iglesias vs. Ian Connors, et al.

Dear Chase Strangio,

    I am writing to you with the hopes that you could take a look at my civil case against the Federal Bureau of Prisons. I am transsexual/transgender female with a Mental Health diagnosis of Gender Dysphoria. I have been fighting for Gender-Affirming Surgery due to Psychotherapy and hormone therapy not being enough to stop the "excruciating pain" I am in. I have filed Pro Se and recently filed for a Preliminary Injunction to begin the Process of Surgery, the B.O.P has delayed and stalled in the process to hinder my treatment (Surgery) that would eleviate my pain and suffering. I have all the P.L.R.A requirements (Exhausted all Administrative Remedies).
I really need an Attorney to help me. I have also filed 5 times to be moved to a female prison. The B.O.P has total disreguard for transgender health and does not follow W.P.A.T.H - (World Professional ~~~~ Association of Transgender Health guidelines).
Please send me a Courtesy letter if you are not able to represent me to show the Court that I tried to obtain Counsel, I look forward to hearing from you. Thank you for your Time,

10-1-19          Page -1- of -1-          Cristina Iglesias

Cristian Iglesias #17248-018
United States Penitentary - Marion
P.O. Box - 1000
Marion, Illinois 62959



⇔17248-018⇔
Chase Strangio
\*\*\* Attorney At Law \*\*\*
125 Broad ST
18th Floor
NEW YORK, NY 10004
United States

\*Legal Mail\*

Legal Mail ✗                        October 1, 2019

To: Shelia Bedi - Attorney At Law -
375 E. Chicago Ave
Chicago, Illinois 60611

From: Cristian (Cristina Nichole Iglesias) Iglesias
#17248-018
United States Penitentiary - Marion
P.O. Box - 1000
Marion, Illinois 62959

RE: Civil CaseNO: 3:19-cv-00415-SPG
United States District Court, Southern District of Illinois
Iglesias VS. Ian Conners, et al

Dear Shelia Bedi,

               I am writing to you with the hopes that you could take a look at my Civil Case against the Federal Bureau of Prisons, I am transsexual/transgender female with a mental-health Diagnosis of Gender Dysphoria. I have been fighting for Gender Affirming Surgery due to Psychotherapy and Hormone therapy is not enough to stop the "excruciating pain" I am in. I have filed Pro se and recently filed for a Prelimanary Injunction to begin the Process of the Surgery, the B.O.P has delayed and Stalled, in the Process to hinder my treatment that would eleviate my Pain. I have Completed all P.L.R.A, Exhausted all Administrative Remedies. I really need an Attorney -

Page - 1 of -

Continued: Shelia Bedi - Attorney-At-Law          10-1-19

to help me. I have also filed 5 times to be moved to a female Prison. The B.O.P has total disreguard for Transgender Health and does not follow W.P.A.T.H (World Professional Association Transgender Health Guidelines.) Please send me a Courtesy letter if you are not able to represent me to show the Court that I tried to obtain Counsel. I look forward to hearing from You,

Thank You for Your Time,

Cristina Iglesias

0-1-19

Cristian Iglesias #17248-018
United States Penitentary- Marion
P.O. Box- 1000
Marion, Illinois 62959



⇔17248-018⇔
Shelia Bedi
375 E Chicago AVE
Attorney AT LAW
Chicago, IL 60611
United States

*Legal mail*

✡ Legal Mail ✡                                      October 1, 2019
TO: Alan Mills - Attorney At Law -
    4413 N. Sheridan Road
    Chicago, Illinois 62959

From: Cristian (Cristina Nichole Iglesias) Iglesias
      # 17248-018
      United States Penitentary - Marion
      P.O. Box - 1000
      Marion, Illinois 62959

RE: Civil Case No: 3:19-cv-00415-JPG
    United States District Court/Southern District of Illinois
    Iglesias vs. Ian Connors, et al.

Dear Alan Mills,
           I am writing to you with the hopes that you could take a look at my case - (civil) against the Federal Bureau of Prisons, I am transsexual/transgender female with a Mental Health Diagnosis of Gender Dysphoria. I have been fighting for Gender Affirming Surgery due to Psychotherapy and Hormone therapy not being enough to stop the "excruciating pain I am in. I have filed Pro Se and recently filed for a Preliminary Injunction to begin the process of Surgery, the B.O.P has delayed and stalled in the process to hinder my treatment (surgery) that would eleviate my pain and suffering. I have completed all P.L.R.A. requirements (Exhausted all Administrative Remedies, I really need an Attorney to help me.
                            Page - 1 - of - 2

Continued: Alan Mills / Attorney At Law                    10-1-19

I have also filed 5 times to be moved to a female Prison. The B.O.P has total disreguard for Transgender Health and does not follow W.P.A.T.H - (World Professional Association on Transgender Health) guidlines. Please send me a Courtesy letter if you are not able to represent me to show the Court that I tried to obtain Counsel. I look forward to hearing from you.

                                                Thank You for your Time,

10-1-19                                         Cristina Iglesias

Page - 2 - of - 2

Cristian Iglesias #17248-018
United States Penitentiary - Marion
P.O. Box - 1000
Marion, Illinois 62959



⇔17248-018⇔
Alan Mills
4413 N Sheridan RD
Chicago, IL 60640
United States

✓Legal Mail✓

Cristian Iglesias #17248-018
United States Penitentary- Marion
P.O. Box- 1000
Marion, Illinois 62959-1000

* Legal mail *

SAINT LOUIS MO 630
25 OCT 2019 PM 5 L

MAIL CLEARED
US MARSHALS

Att. Clerk of Court
⇔17248-018⇔
United Sta District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States



✳ Legal mail ✳

OCT 2 8 2019

RECEIVED
OCT 2 8 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE