In The United States District Court
For The Southern District of Illinois

Cristina Nichole Iglesias, )
(A.K.A - Cristian Noel Iglesias) )
    Plaintiff, )
                     ) Civil no: 03:19-CV-00415-JPG
VS, )
                       )
Ian Connors, et al. )
    Defendants. )

---

Plaintiff's response to Defendants motion to Dismiss Preliminary Injunction.

---

Comes now, Cristina Nichole Iglesias, (A.K.A - Cristian-Noel Iglesias) files this Response and Objection to Defendants motion to Dismiss Preliminary-Injunction.

Plaintiff filed her Preliminary Injunction to ensure the Federal Bureau of Prisons gives her access to Proper Medical Care and to have a qualified - Surgeon perform Sexual reassignment Surgery A.S.A.P and to have laser hair removal (facial) as well transfer to a female Prison. Plaintiff, has Exhausted all her Administrative Remedys in Compliance with -

Page-1-of 7

the Prison Litigation Reform Act. Please See Administrative Remedy # 920251-A1 - Gender Reassignment-Surgery - Response date: 3-19-18 * Plaintiff also Exhausted Administrative Remedy # 865340-A1 - Response date: 10-9-16 * Also Gender Reassignment Surgery *

Administrative Remedy # 923754-A1 - Laser Hair Removal- Response date: 5-13-2018

Administrative Remedy's # 945168-A3, Request male to Female to reflect on All documents - Response date: 1-19-2019, Administrative Remedy # 880455-A1, Changed from male to Female in sentry Response date: 3-30-17

The following Administrative Remedy all requesting to be transferred to a female Institution.
# 865332- A1- response date: 10-9-16
# 876082- A1- response date: 2-17-17
# 897368- A1- response date: 7-30-17
# 914685- A1- response date: 2-5-18

Plaintiff has Clearly Exhausted her Administrative-Remedy's. Plaintiff, is transsexual female with a diagnosis of Gender Dysphoria. Plaintiff, has sought out Gender Affirming Surgery since 2011 however, has filed officially in 2016 # 865340-A1- 10-9-16 which was denied by the Bureau of Prisons, since that time Plaintiff has filed and Exhaust her Administrative Remedy # 920251-A1- 3-19-18, Plaintiff has been to sick-call since 2016 to 2019 Request Gender Affirming Surgery.

Page-2-of-7

Plaintiff, has already attempted Auto Casteration in 2009 and has Plan-B as an option, (*which is known to her treating Psychologist Dr. L. Owings P.H.D.) Plaintiff has "excruciating and emotional Pain" because of the Bureau of Prisons delay or hinderence in granting Gender Affirming Surgery further causes frustration and agony because of her Gender Dysphoria, she is unable to complete her existence and complete who she is a woman. Male to Female transsexuals without acess to appropriate care may resort to attempting auto-castration in order to alleviate their distress, without treatment. People with Gender-Dysphoria experience anxiety, depression, suicidality, and other mental health issues.

Gender Dysphoria intensifies with age, be advised Plaintiff is 45.

At times her anxiety caused by her Gender Dysphoria due to lack of Gender Affirming Surgery causes symptoms of hypervigiliance, panic attacks, sleeplessness, mood swings. This is "severe" anxiety symptoms constistant with Gender Dysphoria diagnosis, including " feeling hot, heart pounding fear of the worst happening

Page-3-of 7

While many transsexual, transgender, and gender-non-conforming individuals find comfort with their gender identity, role and expression without surgery, for many others surgery is essential and medically necessary to alleviate their Gender Dysphoria. For the latter group, relief from gender dysphoria cannot be achieved without modification of their primary and or secondary sex characteristics to establish greater congruence with their gender identity.

Plaintiff, contends due to her "severe gender dysphoria" hormone therapy alone is insufficent, the only relief for her dysphoria cannot be achieved without surgical intervention to modify primary sex characteristics, To establish congruence with her gender identity of female. Plaintiff meets all requirements for vaginoplasty,

1.) Persisant, well-documented gender dysphoria, since 2016
2.) Capacity to make fully informed decision and to consent for treatment, stable medical and mental health
3.) Age of majority in a given country - 45 yrs. old
4.) If significant medical or mental health are present, they must be well controlled, medical and mental health issues are well controlled.
5. 12 continous months of hormone therapy as appropriate to the patients gender goals. On hormones since 2015.

page - 4 of 7

6.) Plaintiff, has lived in a gender role that is congruent with Patients identity, since 2015.

Plaintiff, has had Psycotherapy since 2015 since becoming offically recognized by the B.O.P as transgender female.

She is currently under the care of Psychologist Dr. L. Owings and has completed Trauma treatment (PTSD) Borderline Personality-Disorder in dealing with issues related to her identity. When she does not recieve mental health-treatment she seek out actively mental health therapy.

*Plaintiff, on her Central Office Administrative-Remedy Appeal #920251-A1, She states, "I am Appealing to the Bureau of Prisons reguarding my Request for sexual reassignment surgery at the earliest opportunity, delaying this process leads to emotiotional and Psychological distress, depression, anxiety, stress, and thoughts of self-mutilation (because of my gender dysphoria). The only appropriate treatment option at this time is gender reassignment surgery. My gender dysphoria, making me a transgender females causes me Great Pain and Psychological torture, due to having body parts that make me a biological male. The F.B.O.P refusing or hindering in anyway to give me sexual reassignment surgery is a violation of my constitutional Rights (under the 8th Amendment - Cruel & Unusal -

Page-5-of 7

Punishment). Please approve me for sexual reassignment-surgery as I clearly qualify for this procedure, and as you say: "I am continue adhering to institution, rules as well as treatment and programing recommendations," which I have been doing. The F.B.o.P has an obligation to provide such treatment. Recieved: 1-18-18 and responsed date: 3-2-18 from Ian Connors National Appeals F.B.OP.

The Response states that my Parent institutions (U.S.P-Marion) request for Plaintiff recieve gender-affirming surgery. Health services will notify you when a decision has been made. Given, the foregoing, we shall defer all surgical approvals until the TCCT reaches a decision. Plaintiff has continued to suffer because of delay and she continues to suffer "severe emotional-and excruciating pain" due to her severe gender dysphoria. Plaintiff, continues to request gender affirming surgery. Plaintiff, continues to be deliberately indifferent to her serious medical need. "Deliberate indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain" proscribed by the Eighth Amendment."

Plaintiff will continue to recieve and suffer irreparable harm without an injunction.

Page-6-of 7


Punishment). Please approve me for sexual reassignment-surgery as I clearly qualify for this procedure, and as you say: "I am continue adhering to institution, rules as well as treatment and programing recommendations," which I have been doing. The F.B.o.P has an obligation to provide such treatment. Recieved: 1-18-18 and responsed date: 3-2-18 from Ian Connors National Appeals F.B.OP.

The Response states that my Parent institutions (U.S.P-Marion) request for Plaintiff recieve gender-affirming surgery. Health services will notify you when a decision has been made. Given, the foregoing, we shall defer all surgical approvals until the TCCT reaches a decision. Plaintiff has continued to suffer because of delay and she continues to suffer "severe emotional-and excruciating pain" due to her severe gender dysphoria. Plaintiff, continues to request gender affirming surgery. Plaintiff, continues to be deliberately indifferent to her serious medical need. "Deliberate indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain" proscribed by the Eighth Amendment."

Plaintiff will continue to recieve and suffer irreparable harm without an injunction.

Therefore, Plaintiff, Moves this Court to issue an Order to have a hearing on Plaintiff's Motion for Preliminary-Injunction and to Order the Bureau of Prisons to continue to give Plaintiff adequate medical care as well as not limited Gender Affirming-Surgery and referal to a qualified Surgeon A.S.A.P and to be transfered to a female Prison and Ian Connors be held accountable in his offical capacity for delaying my treatment and any other Bureau of Prisons offical in their offical capacity for medical Deliberate Indifference.

Respectfully,

Cristina Iglesias

Date: 10-24-19

Cristian Iglesias #17248-019
United States Penitentiary - Marion
P.O. Box - 1000
Marion, Illinois 62959-1000

SAINT LOUIS MO 630
25 OCT 2019 PM 4 L

Att Clerk of Court

⇔17248-018⇔
United Sta District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

MAIL CLEARED
US MARSHALS

*Legal mail*

62201-295429

# RECEIVED

## OCT 28 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Warden
United States Pen.
47949

OCT 25 2019

The ...
are has n...
...the w. letter ...
which this facility has jurisdiction
you   wish to return the m...
furth... information on this location
If the writer encl... ...     ...esidence for
forwarding to another addressee, please return
to e...    to the above address

as processed t... ...
- for forw...ding to you.
...ed not inspected.
Item over

※ Legal Mail ※