United States District Court
For The Southern District of Illinois

Cristina Nichole Iglesias (A.K.A -
Cristian Noel Iglesias)
            Plaintiff,

VS.

Ian Connors, et al,
        Defendents.

)
)
)
)
)
)
)
)
)
)

Case NO: 03:19-cv-00415-JPG

---

Motion To Amend Complaint / Preliminary Injunction
filed by Plaintiff.

---

        Comes Now, Cristina Nichole Iglesias, (A.K.A -
Cristian Noel Iglesias) Plaintiff, files Pro Se, motion-
To Amend Complaint / Preliminary Injunction to add
the Federal Bureau of Prisons as a Defendant
in "Offical Capacity".

        Plaintiff, contends that Ian Connors alone cannot
    be Ordered to carry out gender reassignment surgery,
Laser hair removal (facial) and transfer to a female
Prison. Ian Connors, merely answers the final step in
the Bureau of Prisons Administrative Remedy
Program (Central office Appeals) in compliance
with the P.L.R.A.

                        Page - 1 of - 6

Plaintiff, filed complaint seeking Warden True, Ian Connors, Deborah Schult, Alix McLearen, Donald Trump and John Does #1-10, for constitutional violations of Plaintiff rights mainly 8th Amendment "medical Deliberate Indifference" under Bivens v. Six Unknown Named Agents, 403 U.S.-388 (1971).

This Court having Jurisdiction, Plaintiff has been at United States Penitentary Marion since 6-12-17. Plaintiff has exhausted All Administrative-Remedy's available to her § under the P.L.R.A. Plaintiff suffers daily great "excruciating §-emotional Pain" due to having "severe" Gender-Dysphoria. Plaintiff suffers greatly due to the severe Gender Dysphoria because she cannot complete her existence as a woman. Plaintiff has been on continous hormone therapy since 2015 and has been in Psycho therapy since 2015. Plaintiff, is suffering greatly by the Federal Bureau of Prisons not affording her gender affirming Surgery.

Plaintiff has exhausted Administrative Remedy's and other avenues like Request to staff and at Chronic Care visits to recieve the only treatment that will help eleveate her suffering, "gender affirming Surgery."

Hormone Therapy and Psycho therapy alone is not enough to stop her Pain- and Suffering which causes Plaintiff great anxiety, thoughts of Auto-Casteration as well agony at the frustration with the Unknown help not being giving by the Bureau of Prisons.

Plaintiff's, gender dysphoria is a serious medical need and Plaintiff has met all criteria by W.P.A.T.H and the Bureau of Prisons still hinders —

her Surgery. Plaintiff has met all criteria for severe Gender Dysphoria as well as gender affirming Surgery.

Plaintiff, agrees with the U.S. Government's Response that Defendant Ian Connors should not be alone responsible for Plaintiff's Suffering & Pain, and delay or hinderence in Providing adequate medical including access to gender affirming Surgery, under 28 C.F.R Plaintiff is in the Custody of the Federal Bureau of Prisons. by Judgement & Commitment. That alone says Federal Bureau of Prisons in the "Offical Capacity" should be added on the Complaint & Preliminary-Injunction as Defendant's, Plaintiff, who is still waiting for relief from the Federal Bureau of Prisons and continues to suffer by the Federal Bureau of Prisons.

Because of the "Medical Deliberate Indifference" by the Federal Bureau of Prisons continues to delay or hinder gender affirming Surgery Causing Unwanton infliction of Pain, which violates the 8th Amendment. Bureau of Prisons Staff are aware of my Pain and suffering and fail to provide Care that would offer help to Plaintiff's severe gender dysphoria, which has been left untreated and causes Plaintiff "Irreprable Harm" daily.

Therefore, Plaintiff hearby Request that the Federal Bureau of Prisons be added in "Offical Capacity" bop Plaintiff's Complaint & Preliminary Injunction with IAN connors, Director Kathleen Hawk-Sawyer and Alix Mclearen in "Offical Capactity" (Individual). The T.E.C.

Plaintiff, moves this Court to add the Federal Bureau of Prisons in "Offical Capicity" to Plaintiff's complaint & Preliminary Injunction.

Plaintiff also moves this Court Keep Ian Connors and Director of the Federal Bureau of Prisons as defendants as well in their "Individual Capacity" and order the Defendants served.

Respectfully,

Cristina Iglesiss

Date: 10-31-19

Cristian N. Iglesias #17248-018
United States Penitentary - Marion
Post Office Box - 1000
Marion, Illinois 62959-1000



⇔17248-018⇔
United Sta District Court
** Clerks Office **
750 Missouri AVE
E Saint Louis, IL 62201
United States

Legal Mail

RECEIVED

NOV - 4 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE