United States District Court
For the Southern District of Illinois

*mailed Certified mail # 7007 0710 0000 0272 3732 *

Cristina Nichole Iglesias (AKA -
Cristian Noel Iglesias)
            Plaintiff

VS.                          Case no: 3:19-cv-00415-JPG

Ian Connors, et al
            Defendant(s)

*Emergency Temporary Restraining Order
Motion/Request filed by Plaintiff *

        Comes Now, Cristina Nichole Iglesias,
(AKA - Cristian Noel Iglesias) Federal Bureau-
of Prisons Register Number # 17248-018 who
is currently at Federal Medical Center-
Lexington, KY files this Emergency Motion
for a Temporary Restraining Order to move
Plaintiff back to United States Penitentary
Marion, Illinois 62959, from Federal -
Medical Center - Lexington, KY 40512.

1. The Plaintiff reminds this Honorable Court
that Plaintiff's Civil Lawsuit is still
under the United States District Court -
            Page - 1 - 4

For the Southern District of Illinois,
In Which this Court has Jurisdiction.

2. Plaintiff filed this Emergency Motion for
Temporary Restraining Order due to the
following Constitutional Violations that
this Court has Jurisdiction. 8th Amendment
"Medical Deliberate Indifference" as
well as Farner Vs. Brennan.
When Plaintiff filed Civil Case # 3:19-cv-00415
JPG She was at USP-Marion, Ill.
Where She enjoyed Safety, Programming,
(Educational & Psychological) and absoulty
the Best Medical Care in the
Bureau of Prisons. Plaintiff also
was treated seriously and never
put into harms way by Staff at
USP-Marion. Plaintiff had her private
toliet in the cell as well as maxium
Privacy in the Shower. Staff ensured
Plaintiff never was victimized at
USP-Marion, Ill. Plaintiff, was moved
on 11-4-19 by the Transgender Executive-
Counsel to Federal Medical Center-
Lexington, KY which a Management
Varible to be a low for Gender Affirming-
Surgery Evaluation and Care,

                    Page - 2 - 4

3. The FMC-Lexington, KY staff has placed Plaintiff in harms way and has total disregard for her Programming or Privacy, instead when Plaintiff files for help, she is threatened with the Special-Housing Unit (SHU). On 12-13-19 Plaintiff went to the Endo. Clinic at University of KY and was told (Please Know a medical Records Request) has been filed by Plaintiff as soon available to her she will file Exhibit Lex-A-() the Doctors stated there is no one in the state of KY to perform Gender affirming Surgery. I have went to sick call on 12-10-19 requesting once again Gender Affirming Surgery.

I request that this honorable Court Move Plaintiff back to United States- Penitentiary - Marion, Ill where she is safe and recieves proper medical- Psychological Care, FMC-Lexington, KY is not a safe place and further hindering her Psychological state and care. Please grant this Motion.

12-29-19

Page - 3 - 4

Cristina Iglesias

4. Plaintiff has been put into PREA Situations at FMC-Lexington and Staff has total disreguard. Since I was moved here for Gender Affirming Care due to Civil case 3:19-cv-00415 JPG and I cannot get that care, it is only reasonble to believe that the Bureau of Prisons would send me back to my parent institution USP-Marion, where I am safe.

(* I will be filing a BP/10 Sensative Nature with the Mid-Atlantic Regional Office Federal Bureau of Prisons and will send a copy to the U.S.- District Court with Exhibit-A-2. Due to fear of Adverse Reaction at FMC-Lexington by Staff, Please grant my Emergency- Motion For Temporary Restraining Order and send me back to USP-Marion, ILL at once where I am safe and get Proper medical- Psychological Care and not fall thru cracks.

Page- 4-4

Legal Mail

Federal Medical Center - Lexington
P. O. Box - 14500
Lexington, KY 40512

7007 0710 0000 0272 3732

MAIL CLEARED
US MARSHALS

United States District Court
"Clerks Office"
750 Missouri Avenue
East Saint Louis, Ill

17248-018
United Sta District Court
** Clerks Office **
750 Missouri AVE
E Saint Louis, IL 62201
United States



FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: _12-21-18_

The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has been neither opened nor inspected. If the
writer raises a question or problem over which this
facility has jurisdiction, you may wish to return the
the material for further information or clarification. If
If the writer encloses correspondence for forwarding
to another addressee, please return the enclosure
to the above address.

EAST ST. LOUIS OFFICE
SOUTHERN DISTRICT OF ILLINOIS
CLERK, U.S. DISTRICT COURT

JAN 0 6 2020

RECEIVED