# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CRISTIAN NOEL IGLESIAS** ) <br> also known as ) <br> **CRISTINA NICHOLE IGLESIAS,** ) <br> #17248-018, ) <br> ) <br>       **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **IAN CONNORS** ) <br> **and DIRECTOR OF** ) <br> **FEDERAL BUREAU OF PRISONS,** ) <br> ) <br>       **Defendants.** ) | Case No. 19-cv-00415-JPG |

_____

## ENTRY OF APPEARANCE

NOW COMES Angela M. Povolish of the law firm of FEIRICH/MAGER/GREEN/RYAN and hereby enters her appearance as counsel on behalf of the Plaintiff, Cristian Noel Iglesias, also known as Cristina Nichole Iglesias, in the above-captioned matter. Notices of all hearings or other matters should be sent to the undersigned at the address noted below.

    Angela M. Povolish  
    FEIRICH/MAGER/GREEN/RYAN  
    P.O. Box 1570  
    Carbondale, IL 62903  
    apovolish@fmgr.com

                                                          Respectfully submitted,

                                                          FEIRICH/MAGER/GREEN/RYAN

                                                          By:    /s/ Angela M. Povolish  
                                                                  Angela M. Povolish, #6287120

FEIRICH/MAGER/GREEN/RYAN  
2001 West Main Street  
Post Office Box 1570  
Carbondale, IL 62903  
Telephone: 618-529-3000  
Fax: 618-529-3008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record of all parties to the above cause on the 18th day of February, 2020, by e-mail through the court's e-filing system, which will send notification of such filing to the following:

| | |
|---|---|
| Laura J. Jones | Laura K. Smith |
| Assistant U.S. Attorney - Fairview Heights | U.S. Department of Justice |
| 9 Executive Drive | P.O. Box 7146 |
| Fairview Heights, IL 62208 | Washington, DC 20044 |
| laura.jones@usdoj.gov | laura.smith@usdoj.gov |

Further, the undersigned certifies that on the 18th day of February 2020, a copy of the foregoing document was sent via U.S. mail to the following:

Cristian Noel Iglesius, #17248-018
*also known as Cristina Nichole Iglesius*
Lexington Federal Medical Center
P.O. Box 14500
Lexington, KY 40512


/s/ Angela M. Povolish


FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street, P.O. Box 1570
Carbondale, IL 62903
Telephone:    618-529-3000
Facsimile:    618-529-3008
G:\Iglesias v. True\EOA.wpd