IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CRISTIAN NOEL IGLESIAS** | ) | |
| also known as | ) | |
| **CRISTINA NICHOLE IGLESIAS** | ) | |
| #17248-018, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-00415-JPG |
| | ) | |
| **IAN CONNORS** | ) | |
| and **DIRECTOR OF** | ) | |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT**

NOW COMES the Plaintiff, Cristian Noel Iglesias, a/k/a Cristina Nichole Iglesias, by and through her attorney, Angela M. Povolish of FEIRICH/MAGER/GREEN/RYAN, and for her Motion for Extension of Time to Amend Complaint, and states as follows:

1. The Plaintiff filed her five (5) count Complaint in this Court on April 12, 2019.

2. On July 25, 2019, this Court screened Plaintiff's Complaint and permitted Plaintiff to proceed with instructions to file an amended complaint.

3. On February 10, 2020, this Court entered an Order appointing counsel for the Plaintiff and setting the deadline of April 6, 2020 for Plaintiff to file her First Amended Complaint.

4. In order for Plaintiff's counsel to prepare the First Amended Complaint, counsel must work with Plaintiff to conduct a good faith investigation of the facts and of the law.

5.      Due to the restrictions imposed during the COVID-19 pandemic and the fact that the Plaintiff has been moved to an out-of-state facility, Plaintiff and her counsel have encountered delay and obstacles to obtaining the necessary information to amend Plaintiff's Complaint.

6.      Plaintiff requests additional time of at least ninety (90) days in which to file her amended complaint.

7.      This request is not made for purposes of delay, and this is Plaintiff's first request for an extension of time to plead.

8.      Counsel for Defendants, Laura J. Jones and Laura K. Smith, have indicated they have no objection to the extension of time requested in this motion.

WHEREFORE, Plaintiff, Cristian Noel Iglesias a/k/a Cristina Nichole Iglesias, requests an additional ninety (90) days, until July 6, 2020, to file an amended complaint.

Respectfully submitted,

FEIRICH/MAGER/GREEN/RYAN

  /s/ Angela M. Povolish
Angela M. Povolish, #6287120
apovolish@fmgr.com
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
Telephone:   618-529-3000
Facsimile:    618-529-3008
**Attorney for Plaintiff, Cristian Noel Iglesias aka Cristina Nichole Iglesias**

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record of all parties to the above cause on the 30th day of March, 2020, by e-mail through the court's e-filing system, which will send notification of such filing to the following:

| | |
|---|---|
| Laura J. Jones | Laura K. Smith |
| Assistant U.S. Attorney- Fairview Heights | U.S. Department of Justice |
| 9 Executive Drive | P.O. Box 7146 |
| Fairview Heights, IL 62208 | Washington, DC 20044 |
| laura.jones@usdoj.gov | laura.smith@usdoj.gov |

  Further, the undersigned certifies that on the 30th day of March 2020, a copy of the foregoing document was sent via U.S. mail to the following:

Cristian Noel Iglesias, #17248-018
*also known as Cristina Nichole Iglesias*
Lexington Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

                 /s/ Angela M. Povolish

FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street, P.O. Box 1570
Carbondale, IL 62903
Telephone: 618-529-3000
Facsimile: 618-529-3008