## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CRISTIAN NOEL IGLESIAS**<br>also known as<br>**CRISTINA NICHOLE IGLESIAS**<br>**#17248-018,**<br><br>        **Plaintiff,**<br><br>vs.<br><br>**IAN CONNORS**<br>**and DIRECTOR OF**<br>**FEDERAL BUREAU OF PRISONS,**<br><br>        **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 19-cv-00415-JPG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT

    NOW COMES the Plaintiff, Cristian Noel Iglesias, a/k/a Cristina Nichole Iglesias, by and through her attorney, Angela M. Povolish of FEIRICH/MAGER/GREEN/RYAN, and for her Motion for Extension of Time to Amend Complaint, and states as follows:

    1.    On February 10, 2020, this Court entered an Order appointing counsel for the Plaintiff and setting the deadline of April 6, 2020 for Plaintiff to file her First Amended Complaint.

    2.    On March 31, 2020, this Court granted Plaintiff's first Motion for Extension of Time to Amend Complaint, and setting the pleading deadline for July 6, 2020.

    3.    Since then, Plaintiff and her counsel have experienced continued difficulty in communicating and transmitting documents between them due to the ongoing pandemic, which has been further exacerbated because Plaintiff has had to quarantine at the FMC Lexington

facility where she is currently held due to an outbreak of COVID-19 at the facility.

4. In order for Plaintiff's counsel to prepare the First Amended Complaint, counsel must work with Plaintiff to conduct a good faith investigation of the facts and of the law.

5. Plaintiff requests additional time of at least sixty (60) days in which to file her amended complaint.

6. This request is not made for purposes of delay, and this is Plaintiff's second request for an extension of time to plead.

7. Counsel for Defendants, Laura J. Jones and Laura K. Smith, have indicated they have no objection to the extension of time requested in this motion.

WHEREFORE, Plaintiff, Cristian Noel Iglesias a/k/a Cristina Nichole Iglesias, requests an additional sixty (60) days, until and including September 8, 2020, to file an amended complaint.

Respectfully submitted,

FEIRICH/MAGER/GREEN/RYAN

  /s/ Angela M. Povolish
Angela M. Povolish, #6287120
apovolish@fmgr.com
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
Telephone:    618-529-3000
Facsimile:    618-529-3008
**Attorney for Plaintiff, Cristian Noel Iglesias aka Cristina Nichole Iglesias**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record of all parties to the above cause on the 11th day of June, 2020, by e-mail through the court's e-filing system, which will send notification of such filing to the following:

| | |
|---|---|
| Laura J. Jones | Laura K. Smith |
| Assistant U.S. Attorney- Fairview Heights | U.S. Department of Justice |
| 9 Executive Drive | P.O. Box 7146 |
| Fairview Heights, IL 62208 | Washington, DC 20044 |
| laura.jones@usdoj.gov | laura.smith@usdoj.gov |

      Further, the undersigned certifies that on the 11th day of June, 2020, a copy of the foregoing document was sent via U.S. mail to the following:

Cristian Noel Iglesias, #17248-018
*also known as Cristina Nichole Iglesias*
Lexington Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

                                                     /s/ Angela M. Povolish

FEIRICH/MAGER/GREEN/RYAN
2001 West Main Street, P.O. Box 1570
Carbondale, IL 62903
Telephone:    618-529-3000
Facsimile:    618-529-3008