# EXHIBIT 1

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons
_____

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Iglesias, Cristian    N.__    __17248-018__    __X__    __USP Marion__
       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**

    I am appealing to the Bureau of Prisons regarding my request for
sexual reassignment surgery at the earliest opportunity. delaying this
process leads to emotional and psychological distress, depression,
anxiety, stress, and thoughts of self mutilation (because of my gender
dysphoria). The only appropriate treatment option at this tinme is
sexual reassignment surgery. My gender dysphoria, making me a transgender
female, causes me GREAT pain and psychological torture, due to having
body parts that make me a biological male. TThe FBOP refusing or hindering
in any way to give me sexual reassignment surgery is a violation of my
Constitutional rights   (under the 8trh amendment- Cruel & Unusual
Punishment). Please approve me for sexual reassignment surgery as I
clearly qualify for this procedure, and as you say: "I am continue
adhering to institution rules as well as treatment and programing
recommendations", witch i have been doing. The FBOP has an obligation
to provide such treatment.

__1-6-18__                                 _17248-018_
   DATE                                     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JAN 1 8 2018

Administrative Remedy Section
Federal Bureau of Prisons

Case 3:19-cv-00415-NJR  Document 52-1  Filed 09/08/20  Page 2 of 39  Page ID #585

_____
     DATE                               GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE               CASE NUMBER: __922251-A1__
_____

**Part C - RECEIPT**                          CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
     DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
JUNE 2002

# EXHIBIT 2

**Administrative Remedy No. 920251-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal wherein you request sexual reassignment surgery without
delay.  You allege the Bureau of Prisons is violating your
Constitutional rights by refusing or hindering this surgery.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Further, Program Statement 6031.04, Patient Care,
provides that inmates in the custody of the Bureau of Prisons
with a possible diagnosis of Gender Identity Dysphoria (GID)
will receive a current, individualized assessment and
evaluation.  Treatment options will not be precluded solely due
to level of services received, or lack of services, prior to
incarceration.  If a diagnosis of GID is reached, a proposed
treatment plan will be developed which promotes the physical and
mental stability of the patient.  Treatment plans will be
reviewed regularly and updated as necessary.

The Transgender Clinical Care Team (TCCT) has acknowledged they
have received your parent institution's request for you to
receive gender reassignment surgery.  Health Services will notify
you when a decision has been made.  Given the foregoing, we
shall defer all surgical approvals until the TCCT reaches a
decision.

Case 3:19-cv-00415-NJR   Document 52-1   Filed 09/09/20   Page 4 of 39   Page ID #597

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.

3/2/18
_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

# EXHIBIT 3

**Administrative Remedy No. 991304-A1**
**Part B – Response**

This is in response to your Administrative Remedy Appeal wherein you request gender-affirming surgery and associated treatment; staff training regarding transgender inmates; and the enactment of policies relating to the care and treatment of transgender inmates.

Gender-affirming surgery is considered after real life experience in your preferred gender. Therefore, you were reviewed for transfer to a female facility. Based on BOP Program Statement 5200.04 Transgender Offender Manual, which is the agency's policy regarding the care and management of transgender inmates, several factors were considered to determine whether your current placement is appropriate, including your health and safety; your behavioral history, overall demeanor, and likely interactions with other inmates; whether placement would threaten the management and security of the institution and/or pose a risk to other inmates in the institution; and whether there has been significant progress towards transition as demonstrated by your medical and mental health history.

Your most recent laboratory results were also reviewed and considered. Your laboratory results reflect that your hormone levels have not been maximized or stabilized. Therefore, your medications and hormone levels will continue to be monitored by Health Services staff at the institution.

Accordingly, after consideration and review, it was determined that your current designated facility is appropriate.

With respect to your concerns regarding staff training and the enactment of policies relating to the care and management of transgender inmates, the BOP issued the above-referenced program statement and the BOP provides staff specialized training in working with unique issues when managing transgender inmates, with refresher training at annual training.

Considering the foregoing, this response is provided for informational purposes only.

3/13/20
Date

Ian Connors, Administrator
National Inmate Appeals

# EXHIBIT 4



**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Correctional Institution*
*Post Office Box 1000*
*Butner, North Carolina 27509*

December 21, 2016

Iglesias, Cristian Noel
Register No.:  17248-018
Wake Forest Unit

Dear Ms. Iglesias:

I am in receipt of your correspondence to Loretta Lynch, Attorney General, dated November 21, 2016.   This correspondence has been forwarded to my office for response.   In your correspondence, you request to be transferred to a female facility.

Your requests for transfer to a female facility are being seriously considered by the Bureau of Prisons.   The decision to transfer a transgender inmate to a female facility is not one that is taken lightly by the Agency.   It is a decision that involves many factors, one of which is the safety and security of the inmate who would be transferred.   That being said, your request is under review as part of an ongoing process.   I encourage you to continue to work closely with your treatment team, including medical providers and psychologists, to address any issues that may arise in your transition.

Your concerns regarding your safety at the Federal Correctional Institution, Butner, North Carolina, have been forwarded to the appropriate individuals for investigation and review.   I encourage you to talk with not only your Unit Team, but also SIS and Psychology staff, particularly with regard to specific threats to your safety.   Our primary concern is the safety and security of all inmates.   All staff receive frequent training in gender related issues and strive to treat inmates according to the inmate's reported gender.

If you have further concerns regarding this matter, please refer them to your Unit Team. I trust this addresses your concerns.

Sincerely,

S. Ma'at
Acting Warden

# EXHIBIT 5

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Iglesias, Cristian N.__   __17248-018__   __C-1__   __FCI Cumberland__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A—REASON FOR APPEAL I am appealing the Regional Directors response to my Request to be transferred to a female Prison. I am a transgender female on hormone therapy and I have breast and am very effeminate in my mannerisms and I identify as a female and am recognized and validated transgender female with a current CmA as, fm m2F. (*In the response it appears that I just was recognized on 2-2-17, as a transgender female, the CmA SENTRY assignment was due to new Program statement - OPI: RSD/FoB - #5200.04 - Dated: 1-18-17. I have been recognized by the BoP since 2015. I am transitioning to a female with the end result of having gender affirming surgery. Part of my treatment is to live "real time experience" as a female and gender-consolidation meaning female. I request this transfer to a female Prison so that I can continue my treatment, the next Phase as well be safer for me. No PREA issues. Please grant my request.

__5-16-17__   _e - O - 17248-018_
DATE   * Exhibit Enclosed *   SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED
MAY 31 2017
Administrative Remedy Section
Federal Bureau of Prison

Case 3:19-cv-00415-NJR   Document 52-1   Filed 09/08/20   Page 10 of 39   Page ID #593

_____   GENERAL COUNSEL
DATE

ORIGINAL: RETURN TO INMATE   CASE NUMBER: __897368-A1__

Part C—RECEIPT   CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

**Administrative Remedy No. 914685-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy Appeal, wherein you state that you meet the requirements to be considered as a female due to your diagnoses of gender dysphoria. For relief, you request to be transferred to a female institution.

We have reviewed documentation relevant to your appeal and, based on the information gathered, concur with the manner in which the Warden and Regional Director addressed your concerns at the time of your Request for Administrative Remedy and subsequent appeal.  In accordance with Program Statements 5324.12, Sexually Abusive Behavior Prevention and Intervention, and 5200.04, Transgender Offender Manual, decisions regarding transgender inmate designations are carefully scrutinized and made with safety and security as vital considerations.  The record reflects that the Central Office Transgender Executive Counsel reviewed and approved of your close supervision transfer to USP Marion.  This placement was determined to be commensurate with your current programming and security needs.  You are advised to participate in recommended programming as well as communicate your needs/concerns with your Unit Team, Psychology Services, and Health Services.

Staff will continue to review your specific needs on a regular basis to determine your appropriateness to remain at your current facility.

Accordingly, this response is for informational reasons only.

_____                    _____
Date                                         Ian Connors, Administrator
                                             National Inmate Appeals

# EXHIBIT 6

**Administrative Remedy Number 897368-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal wherein you request a transfer to a female facility.

Following our review, we find your complaint is repetitive to Central Office Administrative Remedy Appeal number 865332-A1, for which we have previously provided a response.  That is, we do not find the appeal is materially or substantively different and, as such, we refer you to that response, rather than elaborating further with like conclusions.

Accordingly, we find your appeal repetitive and have closed it as such.


‾⁊|ᵤ|ᵤ|ᵔ‾
Date

Ian Connors, Administrator
National Inmate Appeals

# EXHIBIT 7

TRULINCS 17248018 - IGLESIAS, CRISTIAN NOEL - Unit: LEX-A-B         *COPY*

---------------------------------------------------------------------

FROM: 17248018
TO: Warden
SUBJECT: ***Request to Staff*** IGLESIAS, CRISTIAN, Reg# 17248018, LEX-A-B
DATE: 03/24/2020 09:08:21 AM

To: 03/24/2020
Inmate Work Assignment: ORDERLY

I AM " OFFICIALLY " REQUESTING IN WRITING THAT I BE CONSIDERED AND BE SENT TO A FEMALE PRISON WITHIN
THE BUREAU OF PRISONS. I HAVE BEEN ON HORMONE THERAPY FOR 5 YEARS WITH A DIAGNOSIS OF GENDER
DYSPHORIA, MY HORMONE LEVELS FOR WELL OVER 4 YEARS HAVE BEEN CONSISTENT WITH FEMALE LEVELS,
PLEASE SEE ADMINISTRATIVE NOTE PLACED INTO MY MEDICAL RECORD BY CLINICAL DIRECTOR DR.PASS AT MY
PREVIOUS INSTITUTION STATING AS SUCH. I AM A TRANSSEXUAL FEMALE INMATE AND MEET ALL REQUIREMENTS
TO BE PLACED INTO FEMALE INSTITUION,THE BUREAU OF PRISONS HAS AN OBLIGATION UNDER POLICY AND LAW
TO ENSURE THAT MY MEDICAL AND PSYCHOLOGICAL NEEDS ARE BEING MET,THEREFORE,IN ORDER FOR ME TO
COMPLETE MY EXISTENCE AS A WOMAN, I HAVE TO COMPLETE THE "REAL TIME LIVING AS THE GENDER
DESIRED,FEMALE'.THE BUREAU OF PRISONS KNOWS THAT GENDER DSYPHORIA THAT IS NOT TREATED IS CAUSES
ISSUES, THE BUREAU OF PRISONS IS ALSO AWARE THAT I HAVE REQUESTED THE ONLY TREATMENT NECESSARY
TO TREAT MY SEVERE GENDER DSYPHORIA, I HAVE SEVERE GENDER DSYPHORIA BECAUSE WITHOUT THIS
TREATMENT I SEE NO NORMAL LIFE AND IT IS TORTUROUS TO LIVE LIFE DAILY WITHOUT GENDER AFFIRMING
SURGERY.SO,THEREFORE, I HEREBY REQUEST IN WRITING THAT I BE CONSIDERED AND MY REQUEST TO BE SENT
TO A FEMALE PRISON BE SENT TO THE TRANSGENDER EXECUTIVE COUNSEL FOR CONSIDERATION AND REVIEW
FOR ME TO BE PLACED IN A WOMAN'S PRISON SO THAT I CAN COMPLETE THE " REAL TIME LIVING EXPERIENCE "
AS REQUIRED TO BE CONSIDERED FOR PROPER MEDICAL TREATMENT FRO MY GENDER DYSPHORIA.
PLEASE PROCESS MY REQUEST. THANK YOU FOR YOUR TIME.
CC-ATTORNEY -ANGELA POVOLICH
FILE- PRINTED-03/24/2020

# EXHIBIT 8

## Bureau of Prisons
## Psychology Services
## Diagnostic and Care Level Formulation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
| Date of Birth: | ████1974 | Sex: | M   Facility: MAR | Unit Team: | UM NORTH |
| Date: | 06/16/2017 10:43 | Provider: | Hampton, Sarah PhD | | |

### Relevant Historical Information

Inmate IGLESIAS is a 43-year-old WHITE anatomical male who identifies as female, serving a 98-month sentence for Mailing Threatening Communications. Her projected release date is 04/26/2023. Inmate Iglesias described a childhood in which her father was physically and emotionally abusive due to his difficulty accepting her femininity and sexual orientation. Following the divorce of her parents, she was raised primarily by her mother, who died during inmate Iglesias's incarceration. Inmate Iglesias has previously reported a history of head injury in a car accident at age 12 with loss of consciousness and subsequent seizures, for which she received anti-seizure medication until 2002. Sentry assignment is GED HAS. Inmate Iglesias reported that she withdrew from formal school in tenth grade due to running away. She denied a history of behavioral problems, learning disorder diagnosis, or special education placement. She said she obtained her GED in state prison. She denied a legitimate employment history, stating she was in state prison beginning at age 17 or 18, was in the community for two months, and has been in BOP custody since. Inmate Iglesias said she is single and has not fathered any children. Of note, she has been in BOP custody since 1994. She denied chronic medical concerns.

Inmate Iglesias has a lengthy history of reporting being the victim of sexual abuse while incarcerated, including but not limited to: 1993 (FL state prison), 2001 (BOP; Otisville, NY), 1993 (threat of an assault), 2001(reported being assaulted), 2013 (reported sexual harassment), 2015 (reported sexual harassment by staff), 2015 (reported sexual harassment by inmates), 2016 (reported sexual harassment by staff), 2016 (reported sexual harassment by staff), 2016 (reported sexual harassment by another inmate), 2016 (reported being sexually propositioned by other inmates), 2016 (reported being fondled by another inmate), and 2017 (reported being sexually propositioned by other inmates and received brief supportive services through a crisis response center). She has previously acknowledged engaging in consensual sexual behavior while incarcerated. Inmate Iglesias also has a lengthy history of requesting protective custody due to gang involvement and has previously been housed at the ADX. She said she used to "run with the Nietas for protection" but has been "Xed out." She does not have a noted history of violence but has incurred multiple incident reports, including 205 Engaging in Sexual Acts, 219 Stealing, and Threatening Bodily Harm. Inmate Iglesias said she communicates regularly with her aunt and uncle, sister, and other relatives.

### MENTAL HEALTH HISTORY:

Inmate Iglesias described a history of emotional difficulties since childhood. She has previously been diagnosed with Adjustment Disorder With Depressed Mood and Major Depressive Disorder. In 2009, following a psychiatry consultation, she was diagnosed with Bulimia Nervosa due to reporting purging activity as well as a history of same behavior periodically over the past several years. Records indicate that inmate Iglesias's affective instability is better accounted for by diagnosis of Borderline Personality Disorder. Inmate Iglesias has a history of reporting symptoms of depression and/or anxiety, specifically when she perceives interpersonal stressors or perceives herself to have limited control over her environment. She has demonstrated a history of poor judgment, as she appears to repeat patterns of maladaptive behavior (e.g., unhealthy interpersonal relationships, accruing debt, etc.) despite her ability to acknowledge these patterns as being maladaptive and being provided with treatment (e.g., programming and therapy) to develop more adaptive coping skills and behaviors. She is also currently diagnosed with Gender Dysphoria.

Inmate Iglesias has reported a history of multiple inpatient hospitalizations while in the community due to suicidal ideation. From ages 13 to 16, she underwent outpatient counseling. She has also periodically engaged in counseling and taken psychotropic medication (e.g., Lithium, Fluoxetine, Mirtazapine, Buspirone, Oxcarbazepine, Citalopram) while incarcerated, vacillating between CARE2-MH and CARE3-MH status. She was coded as incomplete from the Challenge program in 2013, expelled from the RHU program in 2015, and incomplete from the Stages program in 2015.

### SELF-HARM HISTORY:

Inmate Iglesias has denied a history of suicide attempts with intent to die but reported suicidal behavior including hanging at age 13, overdose on Lithium at age 18, and hanging in 2010 following the death of her mother. In 1991 and again in 1992, she made suicidal threats while in county jail and state custody. She has also reported that she

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
| Date of Birth: | [redacted]1974 | Sex: | M | Facility: MAR | Unit Team: | UM NORTH |
| Date: | 06/16/2017 10:43 | Provider: | Hampton, Sarah PhD | | | |

rehearsed strangulation in 2006 and again in 2015. She reported that she cut her penis in 2009. Overall, inmate Iglesias's risk for suicide has been assessed on approximately 33 occasions during her course of incarceration with the BOP (most often due to an overreaction to stressors, inadequate coping skills, conflict with other inmates, or frustration with circumstances) with 12 placements on suicide watch.

SUBSTANCE USE HISTORY:
Inmate Iglesias reported alcohol and marijuana use when she was younger. She said she experimented with Valium one time. Inmate Iglesias completed BOP drug education in 2012 and NRDAP in 2016.

### Presenting Problem/Symptom

Inmate Iglesias stated, "I struggle every day waking up in this body," adding that she reportedly cut her penis in 2009. She identified mild anxiety surrounding her adjustment to USP Marion and what commissary items would be available for transgender inmates. Speech was normal in rate, volume, and tempo. Mannerisms were overtly feminine. She was alert and oriented to person, place, date, and situation. Grooming and hygiene were appropriate. The inmate denied delusional or psychotic symptoms. She denied recent or current thoughts of self-harm, and there was no overt evidence to suggest suicidal ideation. Inmate IGLESIAS was asked if she was currently suicidal, and she stated, "No." She is not currently prescribed psychotropic medication.

### Diagnostic Reconciliation

As previously noted, features of affective instability appear primarily related to Borderline Personality Disorder diagnosis rather than Major Depressive Disorder.

### Diagnostic Formulation

Inmate Iglesias meets the following criteria, warranting diagnosis of Gender Dysphoria in Adolescents and Adults (portions of the following were copied from a previous Diagnostic and Care Level Formulation note and have been updated accordingly):

1. Marked incongruence between experienced/expressed gender and primary and/or secondary sex characteristics
2. Strong desire to be rid of one's primary and/or secondary sex characteristics because of the incongruence
3. Strong desire for the primary and/or secondary sex characteristics of the other gender
4. Strong desire to be of the other gender
5. Strong desire to be treated as the other gender
6. Strong conviction that one has the typical feelings and reactions of the other gender
B. Her transgender condition is associated with clinically significant distress or impairment in social, occupation, or other important areas of functioning.

Inmate Iglesias also meets criteria for diagnosis of Borderline Personality Disorder. She has exhibited efforts to avoid abandonment (e.g., behavior following news that primary psychologist would be transferring to a different institution), periods of extreme and transient mood changes (marked affective instability apparent throughout review of PDS record), recurrent suicidal behavior and gestures (approximately 33 SRAs while in BOP custody with 12 suicide watch placements), a pattern of unstable and intense interpersonal relationships (e.g., associating with gangs, engaging in sexual behavior while incarcerated), identity disturbance, and marked impulsivity (e.g., suicidal behavior, incurring debts, associating with gangs, description of criminal behavior).

### Care Level Formulation

Justification for CARE2-MH assignment:

History of suicidal behavior in the last five years (most recent suicide risk assessment May 2017).
Lengthy history of disruptive behavior and adjustment concerns.
The inmate requires monthly clinical intervention to maintain outpatient status.

### Diagnosis:

Gender Dysphoria In Adolescents And Adults, F64.1 - Current - *Validated Transgender Male to Female, seeking Gender Affirmation Surgery*

Borderline Personality Disorder, F60.3 - Current - *Generally stable*

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
| Date of Birth: | ████1974 | Sex: | M | Facility: MAR | Unit Team: | UM NORTH |
| Date: | 06/16/2017 10:43 | Provider: | Hampton, Sarah PhD | | | |

Completed by Hampton, Sarah PhD on 06/27/2017 12:17

# EXHIBIT 9

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name:   IGLESIAS, CRISTIAN NOEL | | | Reg #:   17248-018 |
| Date of Birth:   ████1974 | Sex:   M   Race:  WHITE | | Facility:   LEX |
| Encounter Date:  11/22/2019 11:34 | Provider:  Van Cleave, Jamie PA-C | | Unit:   B04 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

> **COMPLAINT 1**        **Provider:**  Van Cleave, Jamie PA-C
>
> **Chief Complaint:** ENDO/LIPID
>
> **Subjective:**    14 day MD review completed by the APP per waiver to policy P6031.04, Patient Care, Section 15, approved and effective until September 23, 2020
>
> 45 yo MTF transgender patient
> CARE 2
> AD 11/14/2019
> PRD 04/26/2023
>
> Pt states she's been receiving hormone therapy since 2015. States compliant with estradiol and spironolactone. Notes she believes her hormone therapy is doing well. However, is interested in switching from injectable estradiol to PO estradiol if possible.
> States is also compliant with finasteride which she began in 2016. States this has been extremely beneficial for pattern baldness.
>
> Most recent estradiol on 10/29/19 of 292 which elevated above goal. States this lab was taken close to when injection was given. States she believes it may be falsely elevated. However, she also notes the importance and risks of avoiding supratherapeutic estradiol levels.
>
> MAMM on 10/10/19 was BI RADS 1. Notes mother died from breast cancer at age 57. States she is compliant with self breast exams. No areas of concern at this time.
>
> Pt also notes that she is requesting to have gender affirming surgery including penectomy and orchiectomy.
> Notes she attempted to remove penis herself in 2009 however stopped once she "saw all the blood".
> Pt denies any current suicidal ideation or previous suicide attempt. Although notes she has previously been placed on suicide watch after her mother died.
>
> **Pain:**          No

> **COMPLAINT 2**        **Provider:**  Van Cleave, Jamie PA-C
>
> **Chief Complaint:** GENERAL
>
> **Subjective:**    Pt is currently prescribed ASA for increased CV and DVT risk.
> States she is compliant with this therapy.
> Denies any frank bleeding or blood loss.
>
> Surgical Hx: MVA in 1988 requiring L knee arthroscopy and clean out. Tonsillectomy in 1978
> Social Hx: Pt incarcerated x 26 years. Denies history of cigarette smoking. Notes has tried marijuana a couple times prior to incarceration but denies any IV drug use. Notes infrequent EtOH use prior to incarceration
> FH: Father deceased at age 57 d/t leukemia. Mother deceased at 57 d/t breast cancer. Only sibling (sister) diagnosed with ovarian cancer in 30s, however in remission at this time
>
> **Pain:**          No

**Seen for clinic(s):** Endocrine/Lipid, General

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|
| Date of Birth: | ████/1974 | Sex: M | Race: WHITE | Facility: | LEX |
| Encounter Date: | 11/22/2019 11:34 | Provider: | Van Cleave, Jamie PA-C | Unit: | B04 |

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/22/2019 | 08:46 LEX | 98.6 | 37.0 | | Thompson, H. CNA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/22/2019 | 08:46 LEX | 68 | | | Thompson, H. CNA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/22/2019 | 08:46 LEX | 18 | Thompson, H. CNA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/22/2019 | 08:46 LEX | 119/73 | | | | Thompson, H. CNA |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/22/2019 | 08:46 LEX | 97 | | Thompson, H. CNA |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 11/22/2019 | 08:46 LEX | 225.0 | 102.1 | | Thompson, H. CNA |

**Exam:**

**General**

  **Affect**

    Yes: Cooperative

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

    No: Appears Distressed, Jaundiced, Dyspneic, Appears in Pain, Diaphoretic, Acutely Ill

**Pulmonary**

  **Observation/Inspection**

    Yes: Within Normal Limits

    No: Tachypnea

  **Auscultation**

    Yes: Clear to Auscultation

    No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

  **Observation**

    Yes: Within Normal Limits

    No: Cardiopulmonary Distress, Painful Distress

  **Auscultation**

    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Abdomen**

  **Auscultation**

    Yes: Normo-Active Bowel Sounds

  **Palpation**

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|
| Date of Birth: | ▮▮▮▮/1974 | Sex: | M   Race:   WHITE | Facility: | LEX |
| Encounter Date: | 11/22/2019 11:34 | Provider: | Van Cleave, Jamie PA-C | Unit: | B04 |

## Exam:

        Yes: Within Normal Limits, Soft

        No: Guarding, Rigidity, Tenderness on Palpation

### Musculoskeletal

#### Gait

        Yes: Normal Gait

#### Ankle/Foot/Toes ROM and Tests

        Yes: Hallux Valgus

### Mental Health

#### Posture

        Yes: Upright, Attentive

        No: Tense, Agitated

#### Grooming/Hygiene

        Yes: Appropriate Grooming

        No: Unkempt, Malodorous

#### Facial Expressions

        Yes: Appropriate Expression

#### Affect

        Yes: Appropriate

        No: Anxious, Sad

#### Speech/Language

        Yes: Within Normal Limits, Normal Rate, Normal Articulation

#### Thought Process

        Yes: Appropriate, Logical, Goal Directed

#### Thought Content

        Yes: Goal Directed

        No: Delusional, Suicidal or Homicidal Ideation

#### Perceptions

        Yes: Within Normal Limits

#### Exam comments

    10/29/19:

    Estradiol 292

    Testosterone 12.7

## ASSESSMENT:

Allergic rhinitis, cause unspecified, 477.9 - Remission

Acute bronchitis, unspecified, J209 - Resolved

Androgenic alopecia, L649 - Current

Transgender, validated male to female, 302.5b - Current

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 696086-LEX | Aspirin 81 MG EC Tab | 11/22/2019 11:34 | Take one tablet (81 MG) by mouth each day with food -- intake x 365 day(s) |

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|---|
| Date of Birth: | ████/1974 | Sex: | M   Race:   WHITE | | Facility: | LEX |
| Encounter Date: | 11/22/2019 11:34 | Provider: | Van Cleave, Jamie PA-C | | Unit: | B04 |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | **Indication:** Encounter for exam and observation following alleged adult rape [PREA Exam] | | |
| 696105-LEX | Estradiol Cypionate 5MG/ML Inj (Depo) 5ML | 11/22/2019 11:34 | Inject 2 mL (10 mg) Intra-Muscularly EVERY 2 weeks on Fridays in TELEMED -- *DUE 11/15, 11/29, 12/13, 12/27* x 365 day(s) Pill Line Only |
| | **Indication:** Transgender, validated male to female | | |
| 696087-LEX | Finasteride 5 MG TAB | 11/22/2019 11:34 | Take one tablet (5 MG) by mouth each morning -- intake x 365 day(s) |
| | **Indication:** Gender Dysphoria In Adolescents And Adults | | |
| 696088-LEX | Spironolactone 100 MG Tab | 11/22/2019 11:34 | Take one tablet (100 MG)  by mouth two times a day ***NOTE DOSE and STRENGTH*** -- intake x 365 day(s) |
| | **Indication:** Transgender, validated male to female | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-E-Estradiol | Recurring | 11/25/2019 00:00 | Routine |
| Lab Tests-T-Testosterone, Total | | | |
| **Labs requested to be reviewed by:** | Thompson, A. H. MD | | |
| Lab Tests-E-Estradiol | Recurring | 02/25/2020 00:00 | Routine |
| Lab Tests-T-Testosterone, Total | | | |
| **Labs requested to be reviewed by:** | Thompson, A. H. MD | | |
| Lab Tests-E-Estradiol | Recurring | 05/25/2020 00:00 | Routine |
| Lab Tests-T-Testosterone, Total | | | |
| **Labs requested to be reviewed by:** | Thompson, A. H. MD | | |
| Lab Tests-E-Estradiol | Recurring | 08/25/2020 00:00 | Routine |
| Lab Tests-T-Testosterone, Total | | | |
| **Labs requested to be reviewed by:** | Thompson, A. H. MD | | |
| Lab Tests - Short List-General-CBC | One Time | 11/25/2019 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| **Labs requested to be reviewed by:** | Thompson, A. H. MD | | |
| Lab Tests - Short List-General-CBC | One Time | 10/21/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| **Labs requested to be reviewed by:** | Thompson, A. H. MD | | |
| Lab Tests - Short List-General-Lipid Profile | One Time | 05/06/2020 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| **Labs requested to be reviewed by:** | Thompson, A. H. MD | | |

Inmate Name:  IGLESIAS, CRISTIAN NOEL                                              Reg #:      17248-018
Date of Birth:  ████ 1974                    Sex:   M   Race:   WHITE              Facility:   LEX
Encounter Date: 11/22/2019 11:34             Provider:  Van Cleave, Jamie PA-C     Unit:       B04

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | | Translator | Language |
|---|---|---|---|---|---|---|
| Optometry | 03/07/2022 | 03/07/2022 | Routine | | No | |

   **Subtype:**

      Onsite

   **Reason for Request:**

      Pt with astigmatism and rx specs. Last seen by Optometry on 03/07/19 with recs to f/u in 3-5 years

   **Provisional Diagnosis:**

      astigmatism
      rx specs

| Endocrinology | 12/22/2019 | 12/22/2019 | Routine | | No | |
|---|---|---|---|---|---|---|

   **Subtype:**

      Ky Clinic Endocrinology

   **Reason for Request:**

      45 yo MTF TG
      1) Pt requesting estradiol injection be changed to PO. Pt is currently supratherapeutic on most recent labs
      (10/29/19) with new labs being drawn (11/25/19). Pt also with elevated TG on 6/3/19 (repeats also ordered
      for 11/25/19).
      2) Pt wants to be evaluated for gender affirming surgery including penectomy and orchiectomy

   **Provisional Diagnosis:**

      MTF

| Physical Therapy | 12/22/2019 | 12/22/2019 | Routine | | No | |
|---|---|---|---|---|---|---|

   **Subtype:**

      staff PT

   **Reason for Request:**

      Pt with bunion to R great toe, short term soft shoe pass supplied. Please evaluate need for specialty shoes

   **Provisional Diagnosis:**

      R great toe bunion

| Mammogram | 10/10/2020 | 10/10/2020 | Routine | | No | |
|---|---|---|---|---|---|---|

   **Subtype:**

      Mammogram (Routine)

   **Reason for Request:**

      MTF patient with family history of breast cancer
      Last MAMM 10/10/19 BI RADS 1

   **Provisional Diagnosis:**

      yearly screening

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | | Van Cleave, Jamie PA-C |

      **Order Date:**          11/22/2019

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Assessment | 11/22/2019 00:00 | IDC |

      Pt new transfer to FMC Lexinton, requesting flu vaccine.
      Thanks!

| Chart_Review | 05/06/2020 00:00 | MLP 08 |

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
| Date of Birth: | ██1974 | Sex: | M   Race:   WHITE | Facility: | LEX |
| Encounter Date: | 11/22/2019 11:34 | Provider: | Van Cleave, Jamie PA-C | Unit: | B04 |

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
| --- | --- | --- |
| 14 Day Eval by MLP on 11/22/19 | | |
| Chronic Care Visit | 10/20/2020 00:00 | Physician 05 |
| 14 Day Eval by MLP on 11/22/19 | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
Will Be Placed on Callout
Consultation Written

**Other:**

Meds renewed - will discuss with Catchment MD and Pharmacy about switching patient from injectable estradiol to PO vs waiting Endocrinology consult
Labs
Endocrinology, PT, and MAMM
EKG for increased risk of CV disease due to hormone therapy
CCC
MDS
Counseled on diet, exercise, weight management, infectious disease, hand washing, and access to care
RTC as scheduled and PRN

**Patient Education Topics:**

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
| --- | --- | --- | --- | --- |
| 11/22/2019 | Counseling | Access to Care | Van Cleave, Jamie | Verbalizes Understanding |
| 11/22/2019 | Counseling | Diet | Van Cleave, Jamie | Verbalizes Understanding |
| 11/22/2019 | Counseling | Exercise | Van Cleave, Jamie | Verbalizes Understanding |
| 11/22/2019 | Counseling | Plan of Care | Van Cleave, Jamie | Verbalizes Understanding |
| 11/22/2019 | Counseling | Test/X-ray Results | Van Cleave, Jamie | Verbalizes Understanding |
| 11/22/2019 | Counseling | Treatment Goals | Van Cleave, Jamie | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Van Cleave, Jamie PA-C on 11/22/2019 12:40
Requested to be cosigned by Thompson, A. H. MD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: | 17248-018 |
| Date of Birth: | ■■■■1974 | Sex: M | Race: | WHITE |
| Encounter Date: | 11/22/2019 11:34 | Provider: Van Cleave, Jamie PA-C | Facility: | LEX |

**Cosigned by Thompson, A. H. MD on 11/22/2019 14:26.**

# EXHIBIT 10

 

**Report Status:** Final

**IGLESIAS, CRISTIAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **IGLESIAS, CRISTIAN** | Specimen: WX471887R | Client #: 10407160  4000000 |
| | Requisition: 0002811 | JAMIE VAN CLEAVE |
| **DOB:** ████/1974  **AGE:** 45 | Lab Ref #: 326191847 | FMC LEXINGTON |
| Gender: M  Fasting: Y | | Attn: TRACI MULLINS |
| Phone: NG | Collected: 02/25/2020 / 07:00 EST | 3301 LEESTOWN RD |
| Patient ID: 17248-018 | Received: 02/26/2020 / 07:13 EST | LEXINGTON, KY 40511-8702 |
| | Reported: 02/28/2020 / 18:49 EST | |

**COMMENTS:**      FASTING:YES

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ESTRADIOL | 24 | | < OR = 39 pg/mL | CB |

Reference range established on post-pubertal patient population. No pre-pubertal reference range established using this assay. For any patients for whom low Estradiol levels are anticipated (e.g. males, pre-pubertal children and hypogonadal/post-menopausal females), the Quest Diagnostics Nichols Institute Estradiol, Ultrasensitive, LCMSMS assay is recommended (order code 30289).

Please note: patients being treated with the drug fulvestrant (Faslodex(R)) have demonstrated significant interference in immunoassay methods for estradiol measurement. The cross reactivity could lead to falsely elevated estradiol test results leading to an inappropriate clinical assessment of estrogen status. Quest Diagnostics order code 30289-Estradiol, Ultrasensitive LC/MS/MS demonstrates negligible cross reactivity with fulvestrant.

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TESTOSTERONE, TOTAL, MS | | 16 L | 250-1100 ng/dL | SLI |

For additional information, please refer to http://education.questdiagnostics.com/faq/Total TestosteroneLCMSMS (This link is being provided for informational/e ducational purposes only.)

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

**PERFORMING SITE:**
CB      QUEST DIAGNOSTICS WOOD DALE, 1355 MITTEL BOULEVARD, WOOD DALE, IL 60191-1024 Laboratory Director: ANTHONY V. THOMAS, MD, CLIA: 14D0417052
SLI     QUEST DIAGNOSTICS NICHOLS VALENCIA, 27027 TOURNEY ROAD, VALENCIA, CA 91355-5386 Laboratory Director: JON M NAKAMOTO, MD, PHD, CLIA: 05D0550302

**LIST OF RESULTS PRINTED IN THE OUT OF RANGE COLUMN:**

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TESTOSTERONE, TOTAL, MS | | 16 L | 250-1100 ng/dL | SLI |

For additional information, please refer to http://education.questdiagnostics.com/faq/Total TestosteroneLCMSMS (This link is being provided for informational/e ducational purposes only.)

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

CLIENT SERVICES: 866.697.8378          SPECIMEN: WX471887R                    PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: | 17248-018 |
| Date of Birth: | ▆▆▆1974 | Sex: M | Race: | WHITE |
| Encounter Date: | 03/02/2020 11:49 | Provider: Lab Result Receive | Facility: | LEX |

Cosigned by Thompson, A. H. MD on 03/02/2020 11:53.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: | 17248-018 |
| Date of Birth: | ▮1974 | Sex: M | Race: | WHITE |
| Encounter Date: | 03/02/2020 11:49 | Provider: Lab Result Receive | Facility: | LEX |

**Reviewed by Van Cleave, Jamie PA-C on 03/02/2020 12:48.**



**Federal Bureau of Prisons**

# FMC LEXINGTON
3301 Leestown Road
Lexington, KY 40511
859-255-6812 x5344

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** IGLESIAS, CRISTIAN | **Facility** FMC Lexington | **Collected** 03/27/2020 07:10 |
| **Reg #** 17248-018 | **Order Unit** A03-207U | **Received** 03/27/2020 07:17 |
| **DOB** ▮▮▮▮1974 | **Provider** Jamie Van Cleave, PA-C | **Reported** 03/27/2020 08:33 |
| **Sex** M | | **LIS ID** 080201558 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | L | 135 | 136-145 | mmol/L |
| Potassium | | 3.8 | 3.5-5.1 | mmol/L |
| Chloride | | 99 | 98-107 | mmol/L |
| CO2 | | 24.3 | 21.0-32.0 | mmol/L |
| BUN | | 10 | 7-18 | mg/dL |
| Creatinine | | 1.02 | 0.70-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | L | 8.2 | 8.5-10.1 | mg/dL |
| Glucose | | 91 | 74-106 | mg/dL |
| AST | | 18 | 15-37 | U/L |
| ALT | | 34 | 16-63 | U/L |
| Alkaline Phosphatase | | 53 | 46-116 | U/L |
| Bilirubin, Total | | 0.40 | 0.20-1.00 | mg/dL |
| Total Protein | | 7.0 | 6.4-8.2 | g/dL |
| Albumin | | 3.7 | 3.4-5.0 | g/dL |
| Globulin | | 3.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.12 | 1.00-2.30 | |
| Anion Gap | | 11.7 | 7.0-16.0 | |
| BUN/Creat Ratio | | 9.8 | 5.0-30.0 | |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| WBC | | 6.1 | 4.2-9.6 | 10^3/uL |
| RBC | | 4.61 | 4.20-5.70 | 10^6/uL |
| Hemoglobin | | 13.5 | 13.0-17.1 | g/dL |
| Hematocrit | | 40.4 | 38.7-49.8 | % |
| MCV | | 87.6 | 82.0-93.0 | fL |
| MCH | | 29.3 | 27.6-31.6 | pg |
| MCHC | | 33.4 | 33.2-34.8 | g/dL |
| RDW | H | 14.2 | 11.8-14.0 | % |
| Platelet | | 242 | 155-328 | 10^3/uL |
| MPV | | 10.2 | 9.4-11.7 | fL |

---

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

Page 1 of 1

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|
| Date of Birth: | ████1974 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/27/2020 08:34 | Provider: | Lab Result Receive | Facility: | LEX |

**Cosigned by Thompson, A. H. MD on 03/27/2020 08:51.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
| Date of Birth: | ████1974 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/27/2020 08:34 | Provider: | Lab Result Receive | Facility: | LEX |

**Reviewed by Van Cleave, Jamie PA-C on 03/27/2020 14:53.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | Reg #: 17248-018 |
| Date of Birth: | ████ 1974 | Sex: M   Race: WHITE | Facility: LEX |
| Encounter Date: | 03/17/2020 09:28 | Provider: Thompson, A. H. MD | Unit: A03 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Thompson, A. H. MD

**Chief Complaint:** GENERAL

**Subjective:** 45 year old transgender male
Care 2, MH 2
ccc general, endocrine
Medical transgender under management by Endocrinologist and taking hormones for around 5 years
Surgery none
Flu vaccine administer this year, Hepatitis vaccine current
Allergic to statin which caused elevated transaminase level
Remains in pursuit of gender affirming surgery which is not available in Kentucky, inmate has requested transfer to a facility where it can be performed.

**Pain:** No

**COMPLAINT 2**      **Provider:** Thompson, A. H. MD

**Chief Complaint:** ENDO/LIPID

**Subjective:** Compliant with oral agents. Inmate is aware of lower estradiol levels since change to oral estrogen. Other meds include oral finasteride and spironolactone.
Continues to take aspirin to reduce CV risk.
Obesity is a persistent problem, weight fluctuates, diet is variable.

**Pain:** No

**Seen for clinic(s):** Endocrine/Lipid, General

**ROS:**

**General**

  **Constitutional Symptoms**

    No: Chills, Fever

**Integumentary**

  **Skin**

    No: Rashes, Sores that won't heal

**HEENT**

  **Head**

    No: Headaches

**Cardiovascular**

  **General**

    No: Angina, Edema

**Pulmonary**

  **Respiratory System**

    No: Cough - Dry, Shortness of breath, Wheezing

**GI**

  **General**

    No: Abdominal Pain or Colic, Constipation, Diarrhea

**GU**

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|
| Date of Birth: | ▓▓▓▓ 1974 | Sex: | M   Race:   WHITE | Facility: | LEX |
| Encounter Date: | 03/17/2020 09:28 | Provider: | Thompson, A. H. MD | Unit: | A03 |

**ROS:**

    **General**

        No: Dysuria

    **Musculoskeletal**

        **General**

        Yes: Within Normal Limits

    **Endocrine**

        **General**

        No: Polydipsia, Polyphagia, Polyuria, Tremor

    **Psychiatric**

        **General**

        Yes: Mood-Erratic, Anxiety-Moderate, Sleep-Decreased

**OBJECTIVE:**

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/17/2020 | 09:58 LEX | 124/76 | | | | Thompson, A. H. MD |

**Exam:**

  **General**

    **Affect**

      Yes: Pleasant, Cooperative

    **Appearance**

      No: Appears Distressed

  **Skin**

    **General**

      Yes: Within Normal Limits

  **Head**

    **General**

      Yes: Atraumatic/Normocephalic

  **Eyes**

    **Conjunctiva and Sclera**

      Yes: Within Normal Limits

  **Face**

    **General**

      No: Asymmetry

  **Mouth**

    **Pharynx**

      Yes: Within Normal Limits

  **Neck**

    **Thyroid**

      No: Within Normal Limits

  **Pulmonary**

    **Auscultation**

      Yes: Clear to Auscultation

| Inmate Name: IGLESIAS, CRISTIAN NOEL | | Reg #: 17248-018 |
|---|---|---|
| Date of Birth: ████ 1974 | Sex: M  Race: WHITE | Facility: LEX |
| Encounter Date: 03/17/2020 09:28 | Provider: Thompson, A. H. MD | Unit: A03 |

**Exam:**
- **Cardiovascular**
  - **Auscultation**
    - Yes: Regular Rate and Rhythm (RRR)
  - **Abdomen**
    - **Palpation**
      - Yes: Within Normal Limits

**Exam Comments**
- mild asymmetry of thyroid fullness R lobe, nontender
- Neuro no deficits

**ASSESSMENT:**

Gender Dysphoria In Adolescents And Adults, F64.1 - Current

Borderline Personality Disorder, F60.3 - Current

Anxiety disorder, F419 - Current

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 697066-LEX | Aspirin 81 MG EC Tab | 03/17/2020 09:28 |

**Prescriber Order:** Take one tablet (81 MG) by mouth each day with food x 365 day(s)

**Indication:** Encounter for exam and observation following alleged adult rape [PREA Exam]

| 705200-LEX | busPIRone 10 MG TAB | 03/17/2020 09:28 |
|---|---|---|

**Prescriber Order:** Take one tablet (10 MG) by mouth twice daily x 158 day(s)

**Indication:** Anxiety disorder

| 700185-LEX | Estradiol 2 MG Tab | 03/17/2020 09:28 |
|---|---|---|

**Prescriber Order:** Take two tablets (4 MG) by mouth daily x 90 day(s)

**Indication:** Transgender, validated male to female, Gender Dysphoria In Adolescents And Adults

| 697086-LEX | Finasteride 5 MG TAB | 03/17/2020 09:28 |
|---|---|---|

**Prescriber Order:** Take one tablet (5 MG) by mouth each morning x 258 day(s)

**Indication:** Gender Dysphoria In Adolescents And Adults

| 706221-LEX | FLUoxetine HCl 20 MG Cap | 03/17/2020 09:28 |
|---|---|---|

**Prescriber Order:** Take one capsule (20 MG) by mouth every day x 180 day(s)

**Indication:** Anxiety disorder, Bulimia nervosa

| 697087-LEX | Spironolactone 100 MG Tab | 03/17/2020 09:28 |
|---|---|---|

**Prescriber Order:** Take one tablet (100 MG) by mouth two times a day ***NOTE DOSE and STRENGTH*** x 365 day(s)

**Indication:** Transgender, validated male to female

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 03/18/2020 | 03/18/2020 | Routine | No | |

**Subtype:**
Ultrasound onsite

**Reason for Request:**

| | | | |
|---|---|---|---|
| Inmate Name: IGLESIAS, CRISTIAN NOEL | | | Reg #: 17248-018 |
| Date of Birth: ▓▓▓▓1974 | Sex: M | Race: WHITE | Facility: LEX |
| Encounter Date: 03/17/2020 09:28 | Provider: Thompson, A. H. MD | | Unit: A03 |

US thyroid, gland is asymmetrical on exam R lobe slightly enlarged compared to L

**Disposition:**

To be Evaluated by Provider
Will Be Placed on Callout
Consultation Written

**Other:**

BP was elevated on arrival to clinic, repeat BP normal, it has been recorded. New finding of thyroid asymmetry on exam.
Plan: refills, thyroid US and lab, continue periodic hormone level determinations.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/17/2020 | Counseling | Access to Care | Thompson, A. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Thompson, A. H. MD on 03/17/2020 10:12

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: IGLESIAS, CRISTIAN NOEL | | Reg #: 17248-018 |
| Date of Birth: ▉▉ 1974 | Sex: M   Race: WHITE | Facility: LEX |
| Encounter Date: 03/17/2020 09:21 | Provider: Thompson, A. H. MD | Unit: A03 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT 1**    **Provider:** Thompson, A. H. MD
        **Chief Complaint:** GENERAL
        **Subjective:**   See ccc note for today.
        **Pain:**      No

**OBJECTIVE:**

**ASSESSMENT:**

Transgender, validated male to female, 302.5b - Current

**PLAN:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 03/17/2020 09:30 | Physician 05 |

**Disposition:**
    To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/17/2020 | Counseling | Access to Care | Thompson, A. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Thompson, A. H. MD on 03/17/2020 09:29