# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Cristina Nichole Iglesias (aka Cristian Noel Igles )<br>*Plaintiff(s)*<br>v.<br>Federal Bureau of Prisons, et al. )<br>*Defendant(s)* | Case Number: 19-cv-00415-JPG |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff Cristina Nichole Iglesias (aka Cristian Noel Iglesias).

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Illinois. The state and federal bar numbers issued to me are: 6320819.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Sep 9, 2020
Date

Signature of Movant

35 West Wacker Drive
Street Address

Katherine D. Hundt
Printed Name

Chicago, Illinois, 60601
City, State, Zip