# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS, #17248-018 ) | |
| *Plaintiff(s)* ) | |
| v.  ) | Case Number: 3:19-cv-00415-JPG |
| FEDERAL BUREAU OF PRISONS, ET AL. ) | |
| *Defendant(s)* ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of __Cristina Nichole Iglesias__.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of __New York__. The state and federal bar numbers issued to me are: __ARN 5678602__.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Sep 24, 2020
Date

*Signature of Movant*

125 Broad St., 18th Fl.
Street Address

Meredith Taylor Brown
Printed Name

New York, NY 10004
City, State, Zip