**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

CRISTINA NICHOLE IGLESIAS
(a.k.a. CRISTIAN NOEL IGLESIAS),

              Plaintiff,

     v.

IAN CONNORS, *et al.*,

              Defendants.

Case No. 19-cv-00415-RJN

Judge Nancy J. Rosenstengel

**DECLARATION OF DR. RANDI ETTNER, Ph.D., IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

I, Dr. Randi Ettner, hereby state:

1.      I am a clinical and forensic psychologist with expertise concerning the diagnosis and treatment of gender dysphoria. I am the immediate past Secretary and served as a member for more than twelve years of the Board of Directors of the World Professional Association of Transgender Health ("WPATH"), the preeminent professional organization dedicated to the understanding and treatment of gender dysphoria worldwide. I have extensive experience treating transgender individuals with gender dysphoria in my clinical practice and have published numerous books and articles on the topic.

2.      I have been retained by counsel for Plaintiff Cristina Iglesias to provide the Court with my expert evaluation and opinion regarding the appropriateness of the treatment for gender dysphoria provided by the Defendants. This declaration provides my opinions and conclusions, including (i) scientific information regarding gender dysphoria and its impact on the health and well-being of individuals living with gender dysphoria; (ii) information regarding best practices and the generally accepted standards of care for individuals with gender dysphoria; and (iii) the

1

results of my review of Plaintiff's treatment for gender dysphoria. I have actual knowledge of the matters stated herein and could and would so testify if called as a witness.

## I.      QUALIFICATIONS AND BASIS OF DECLARATION

3.      I am a licensed clinical and forensic psychologist with a specialization in the diagnosis, treatment, and management of gender dysphoric individuals. I received my doctorate in psychology (with honors) from Northwestern University in 1979. I am a Fellow and Diplomate in Clinical Evaluation of the American Board of Psychological Specialties, and a Fellow and Diplomate in Trauma/Post-Traumatic Stress Disorder.

4.      During the course of my career, I have evaluated, diagnosed, and treated between 2,500 and 3,000 individuals with gender dysphoria and mental health issues related to gender variance from 1977 to present.

5.      I have published four books related to the treatment of individuals with gender dysphoria, including the medical text entitled *Principles of Transgender Medicine and Surgery* (co-editors Monstrey & Eyler; Rutledge 2007); and the 2nd edition (co-editors Monstrey & Coleman; Routledge, 2016). In addition, I have authored numerous articles in peer-reviewed journals regarding the provision of health care to the transgender population.

6.      I have served as a member of the University of Chicago Gender Board, am on the editorial boards of *Transgender Health* and the *International Journal of Transgender Health*, and an author of the WPATH Standards of Care for the Health of Transsexual, Transgender and Gender-nonconforming People (7th version), published in 2011. WPATH is an international association of 2,500 medical and mental health professionals worldwide specializing in the treatment of gender diverse people. I chair the WPATH Committee for Incarcerated Persons and provide training to medical professionals on healthcare for transgender inmates.

2

7.      I have lectured throughout North America, Europe, South America, and Asia on topics related to gender dysphoria and have given grand rounds on gender dysphoria at university hospitals. I am the honoree of the externally funded Randi and Fred Ettner Fellowship in Transgender Health at the University of Minnesota. I have been an invited guest at the National Institute of Health to participate in developing a strategic research plan to advance the health of sexual and gender minorities, and in November 2017 was invited to address the Director of the Office of Civil Rights of the United States Department of Health and Human Services regarding the medical treatment of gender dysphoria. I received a commendation from the U.S. Congress House of Representatives on February 5, 2019 recognizing my work for WPATH and gender dysphoria in Illinois.

8.      I have been a consultant to news media and have been interviewed as an expert on gender dysphoria for hundreds of television, radio, and print articles throughout the country.

9.      I have been retained as an expert regarding gender dysphoria and the treatment of gender dysphoria in multiple court cases and administrative proceedings, including cases involving the treatment of individuals with gender dysphoria in prison settings. I was deposed as an expert in the following cases over the past four years: *Claire, et al. v. Fla. Dep't of Management Serv., et al.*, Case No. 4:20-cv-00020 (2020); *Soneeya v. Turco*, No. 07-12325-DPW (D. Mass. 2019); *Edmo v. Idaho Dep't of Corr.*, No. 1:17-CV-00151-BLW (D. Idaho 2018); *Monroe v. Jeffreys*, No. 18-156-NJR (S.D. Ill. 2018); *Faiella v. Am. Med. Response*, No. HHD CV-15-6061263 (Conn. Super. Ct. 2015); *Broussard v. First Tower Loan*, No. 2:15-CV-011-61 (D. La. 2016); *Carrillo v. U.S. Dep't of Justice Exec. Office of Immigr. Rev.* (2017); *Jane Doe v. Clenchy, et al.*, No. CV-09-201 (Me. Super. Ct. 2011); *Kothmann v. Rosario*, No. 13-CV-28-OC22 (D. Fla. 2013); *Gore v. Lee*, No. 3:19-cv-00328 (M.D. Tenn. 2020); *Williams v. Allegheny Cty.*, No. 2:17-cv-01556-MJH

(W.D. Pa. 2020); *Eller v. Prince George's Cty. Pub. Schs.*, No. 8:18-cv-03649-TDC (D. Md. 2020); *Ray v. Himes*, No. 2:18-cv- 00272-MHW-CMV (S.D. Ohio).

10.     A true and correct copy of my Curriculum Vitae, which provides a complete overview of my education, training, and work experience and a full list of my publications, is attached hereto as Appendix A.

11.     My clinical consulting fee in this case is 375 USD per hour. My retention agreement in this case is attached hereto as Appendix C.

## II.     MATERIALS CONSIDERED

12.     I have considered information from various sources in forming my opinions enumerated herein, in addition to drawing on my extensive experience and review of the literature related to gender dysphoria over the past three decades. Attached as Appendix B is a bibliography of relevant medical and scientific materials related to transgender people and gender dysphoria. I generally rely on these materials when I provide expert testimony, in addition to the documents specifically cited as supportive examples in particular sections of this declaration.

13.     In preparing this declaration, I also reviewed and relied on the following:  Plaintiff's medical and mental health records that have been provided to me by counsel; records related to Plaintiff's Federal Bureau of Prisons ("BOP") grievances; Plaintiffs' First Amended Complaint; Declaration in Support of Plaintiff's Motion for Preliminary Injunction; and BOP policies and procedures related to transgender prisoners and gender dysphoria treatment.

14.     Lastly, I conducted and have relied on a very brief phone interview of Plaintiff.

### III.     GENDER DYSPHORIA

15.     The term "gender identity" is a well-established concept in medicine, referring to one's internal sense of oneself as belonging to a particular gender. All human beings develop this elemental internal conviction of belonging to a particular gender, such as male or female.

16.     At birth, infants are typically classified as male or female. This classification becomes the person's birth-assigned gender. Typically, persons born with the external physical characteristics of males psychologically identify as men, and those with the external physical characteristics of females psychologically identify as women. However, for transgender individuals, this is not the case. For transgender individuals, the sense of one's self—one's gender identity—differs from the birth-assigned gender, giving rise to a sense of being "wrongly embodied."

17.     For some, the incongruence between gender identity and assigned gender does not create clinically significant distress. However, for others, the incongruence results in gender dysphoria, a serious medical condition characterized by a clinically significant and persistent feeling of stress and discomfort with one's assigned gender.

18.     In 1980, the American Psychiatric Association introduced the diagnosis Gender Identity Disorder (GID) in the third edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-III). The diagnosis GID was maintained in a revised version of DSM, known as DSM-III-R (1987), as well as in DSM-IV which was issued in 1994.

19.     In 2013, with the publication of DSM-5, the Gender Identity Disorder ("GID") diagnosis was removed and replaced with gender dysphoria. This new diagnostic term was based on significant changes in the understanding of the condition of individuals whose birth-assigned sex differs from their gender identity. The change in nomenclature was intended to acknowledge

5

that gender incongruence, in and of itself, does not constitute a mental disorder. Nor is an individual's identity disordered. Rather, the diagnosis is based on the distress or dysphoria that some transgender people experience as a result of the incongruence between assigned sex and gender identity and the social problems that ensue. The DSM explained that the former GID diagnosis connoted "that the patient is 'disordered.'" American Psychiatric Association ("APA"), Gender Dysphoria (2013). But, as the APA explained, "[i]t is important to note that gender nonconformity is not in itself a mental disorder. The critical element of Gender Dysphoria is the presence of clinically significant distress associated with the condition." *Id.* By "focus[ing] on dysphoria as the clinical problem, not identity per se," the change from GID to Gender Dysphoria destigmatizes the diagnosis. American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders (5th ed. 2013).

20.     In addition, the categorization of gender dysphoria and its placement in the DSM system is different for gender dysphoria than it was for GID. In every version of the DSM prior to 2013, GIDs were a subclass of some broader classification, such as Disorders Usually First Evident in Infancy, Childhood, or Adolescence, or alongside other subclasses such as Developmental Disorders, Eating Disorders, and Tic Disorders. For the first time ever, DSM-5 categorizes the diagnosis separately from all other conditions. Under DSM-5, gender dysphoria is classified on its own. And as recently as June 16, 2018, the World Health Organization ("WHO") likewise reclassified the gender incongruence diagnosis in the forthcoming International Classification of Diseases-11 ("ICD-11"). This is significant because the new classification removes gender incongruence form the chapter on mental and behavioral disorders, recognizing that it is not a mental illness.

21.     The diagnostic criteria for Gender Dysphoria in Adolescents and Adults in DSM-5

are as follows:

A.     A marked incongruence between one's experienced/expressed gender and
assigned gender, of at least 6 months' duration, as manifested by at least two ofthe
following:

1.  A marked incongruence between one's experienced/expressed gender and
primary and/or secondary sex characteristics (or in young adolescents,
theanticipated secondary sex characteristics).
2.  A strong desire to be rid of one's primary and/or secondary sex characteristics
because of a marked incongruence with one's experienced/expressed gender
(orin young adolescents, a desire to prevent the development of the anticipated
sexcharacteristics).
3.  A strong desire for the primary and/or secondary sex characteristics of the
othergender.
4.  A strong desire to be of the other gender (or some alternative gender
differentfrom one's assigned gender).
5.  A strong desire to be treated as the other gender (or some alternative
genderdifferent from one's assigned gender).
6.  A strong conviction that one has the typical feelings and reactions of the
other gender (or some alternative gender different from one's assigned
gender).

B.     The condition is associated with clinically significant distress or impairment
in social, occupational, or other important areas of functioning.

22.     In addition to renaming and reclassifying gender dysphoria, the medical research

that supports the gender dysphoria diagnosis has evolved. Unlike DSM's treatment of GID, the

DSM-5 includes a section entitled "Genetics and Physiology," which discusses the genetic and

hormonal contributions to Gender Dysphoria. *See* DSM-5 at 457 ("For individuals with gender

dysphoria . . . some genetic contribution is suggested by evidence for (weak) familiarity of

transsexualism among nontwin siblings, increased concordance for transsexualism in monozygotic

compared with dizygotic same-sex twins, and some degree of heritability of gender dysphoria").

23.     There is now a scientific consensus that gender identity is biologically based and a

significant body of scientific and medical research that gender dysphoria has a physiological and

biological etiology. It has been demonstrated that transgender women, transgender men, non-transgender women, and non-transgender men have different brain composition, with respect to the white matter of the brain, the cortex (central to behavior), and subcortical structures. *See, e.g.*, Rametti et al., *White Matter Microstructure in Female to Male Transsexuals Before Cross-Sex Hormonal Treatment: A Diffusion Tensor Imaging Study*, 45 J. Psychiatric Res. 199–204 (2011); Rametti et al., *The Microstructure of White Matter in Male to Female Transsexuals Before Cross-Sex Hormonal Treatment: A DTI Study*, 45 J. Psychiatric Res. 949–54 (2011); Luders et al., *Gender effects on cortical thickness and the influence of scaling*, 2 J. Behav. & Brain Sci. 357, 360 (2006); Krujiver et al*., Male-to- female transsexuals have female neuron numbers in a limbic nucleus*, 85 J. Clin. Endocr. Met., 2034–41 (2000). Interestingly, differences between transgender and non-transgender individuals primarily involve the right hemisphere of the brain. The significance of the right hemisphere is important because that is the area that relates to attitudes about bodies in general, one's own body, and the link between the physical body and the psychological self.

24.     In addition, scientific investigation has found a co-occurrence of gender dysphoria in families. Gomez-Gill et al. concluded that the probability of a sibling of a transgender individual also being transgender was 5 times higher than someone in the general population. Gomez- Gil et al., *Familiarity of gender identity disorder in non-twin siblings*, 39 Arch Sex Behav., 265–69 (2010). And, in identical twins, there was a very high likelihood (33%) of both twins being transgender, even when reared apart, demonstrating the role of genetics in the development of gender dysphoria. *See* Diamond, *Transsexuality among twins: identity concordance, transition, rearing, and orientation*, 14 Int'l J. Transgenderism 24 (2013) (abstract: "[t]he responses of our twins relative to their rearing along with our findings regarding some of their experiences during childhood and adolescence show their [gender] identity was much more influenced by their

genetics than their rearing."); *see also* Green, *Family co-occurrence of "gender dysphoria": ten siblings or parent-child pairs*, 29 Arch Sex Behav. 499–507 (2000).

25.      It is now believed that gender dysphoria evolves as a result of the interaction of the developing brain and sex hormones. For example, one study found that:

> [d]uring the intrauterine period a testosterone surge masculinizes the fetalbrain, whereas the absence of such a surge results in a feminine brain. As sexual differentiation of the brain takes place at a much later stage in the development than sexual differentiation of the genitals, these two processes can be influenced independently of each other. Sex differences in cognition, gender identity . . . , sexual orientation . . . , and the risks of developing neuropsychiatric disorders are programmed into our brainduring early development. There is no evidence that one's postnatal socialenvironment plays a crucial role in gender identity or sexual orientation.

Garcia-Falgueras & Swaab, *Sexual Hormones and the Brain: As Essential Alliance for Sexual Identity and Sexual Orientation*, 17 Pediatric Neuroendocrinology 22–25 (2010). Similarly, Lauren Hare et al. finds that "a decrease in testosterone levels in the brain during development might result in incomplete masculinization of the brain . . . resulting in a more feminized brain and a female gender identity." Hare et al., *Androgen Receptor Repeat Length Polymorphism Associated with Male-to- Female Transsexualism*, 65 Biological Psychiatry 93, 93, 96 (2009). Because gender dysphoria is biologically based, efforts to change a person's gender identity are futile, cause psychological harm, and are unethical.

## IV.      TREATMENT OF GENDER DYSPHORIA

### A.      WPATH Standards of Care

26.      Gender dysphoria can be ameliorated or even effectively cured through medical treatment. The standards of care for treatment of gender dysphoria are set forth in the *World Professional Association for Transgender Health (WPATH) Standards of Care* (7th version, 2011). The WPATH promulgated Standards of Care ("SOC") are the internationally recognized

guidelines for the treatment of persons with gender dysphoria and inform medical treatment throughout the world. The American Medical Association, the Endocrine Society, the American Psychological Association, the American Psychiatric Association, the World Health Organization, the American Academy of Family Physicians, the American Public Health Association, the National Association of Social Workers, the American College of Obstetrics and Gynecology and the American Society of Plastic Surgeons all endorse protocols in accordance with the SOC. *See, e.g.*, American Medical Association (2008) Resolution 122 (A-08); Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline (2009); American Psychological Association Policy Statement on Transgender, Gender Identity and Gender Expression Nondiscrimination (2009).

27.    As part of the SOC, many transgender individuals with gender dysphoria undergo a medically-indicated and supervised gender transition in order to ameliorate the debilitation of gender dysphoria and live life consistent with their gender identity. The SOC recommend an individualized approach to gender transition, consisting of one or more of the following protocol components of evidence-based care for gender dysphoria:

- Changes in gender expression and role (which may involve living part time or full time in another gender role, consistent with one's gender identity);
- Hormone therapy to feminize or masculinize the body;
- Surgery to change primary and/or secondary sex characteristics (e.g. breasts/chest, external and/or internal genitalia, facial features, body contouring);
- Psychotherapy (individual, couple, family, or group) for purposes such as exploring gender identity, role, and expression; addressing the negative impact of gender dysphoria and stigma on mental health; alleviating internalizedtransphobia; enhancing social and peer support improving body image; orpromoting resilience.

SOC at 9–10.

28.     The treatment of incarcerated persons with gender dysphoria has been addressed in the SOC since 1998. As with protocols for the treatment of diabetes or other medical disorders, medical management of gender dysphoria for incarcerated individuals does not differ from protocols for non-institutionalized persons. For this reason, the SOC expressly state that all elements of the prescribed assessment and treatment are equally applicable to patients in prison (Section XIV) and the National Commission on Correctional Health (NCCHC) recommends treatment in accordance with the SOC for people in correctional settings. *See* NCCHC Position Statement, Transgender, Transsexual, and Gender Non-Conforming Health Care in Correctional Settings (October 18, 2009, reaffirmed with revisions April, 2015), http://www.ncchc.org/transgender-transsexual-and gender-nonconforming health-care).

29.     Under the SOC, while it is true that "[r]easonable accommodations to the institutional environment can be made in the delivery of care consistent with the [Standards of Care]." SOC at 68. "Denial of needed changes in gender role or access to treatments, including sex reassignment surgery, on the basis of residence in an institution are not reasonable accommodations." *Id.*

30.     Once a diagnosis of gender dysphoria is made, a treatment plan should be developed based on an individualized assessment of the medical needs of the particular patient.

31.     The development of any treatment plan and all subsequent treatment must be administered by clinicians qualified in treating patients with gender dysphoria. The SOC specify the qualifications that professionals must meet in order to provide care to gender dysphoric patients. *See* Section VII. In particular, the SOC provide that all mental health professionals should have certain minimum credentials before treating patients with gender dysphoria, including a master's degree (or equivalent) in a clinical behavioral science field; competencies in using the

11

DSM-5 and/or the International Classification of Diseases for diagnostic purposes; ability to recognize and diagnose co-existing mental health concerns and to distinguish these from gender dysphoria; documented supervised training and competence in psychotherapy or counseling; knowledge of gender nonconforming identities and expressions, and the assessment and treatment of gender dysphoria; and continuing education in the assessment and treatment of gender dysphoria. SOC at 22.

32.    Importantly, the SOC require that "[m]ental health professionals who are new to the field (irrespective of their level of training and other experience) should work under the supervision of a mental health professional with established competence in the assessment and treatment of gender dysphoria." SOC at 22–23. Self-study cannot substitute for first-hand clinical experience in treating the range of clinical presentations of gender dysphoria, or the mentorship and supervision of an expert in this field.

33.    In addition to these minimum credentials, clinicians working with gender dysphoric patients should develop and maintain cultural competence to provide optimal care. A growing body of scientific literature underlies this specialized area of medicine and presents advances in treatment that inform care.

34.    Treatment plans generated by providers lacking the requisite experience can result in inappropriate care, or place patients at significant risk.

35.    While psychotherapy or counseling can provide support and help with the personal and social aspects of a gender transition, they are not a substitute for medical intervention where medical intervention is needed, nor are they preconditions for such intervention. By analogy, in Type One diabetes, counseling might provide psychoeducation about living with a chronic condition, and information about nutrition, but it does not obviate the need for insulin.

36.     For many individuals with gender dysphoria, changes to gender expression and role to feminize or masculinize one's appearance, often called "social transition," are an important part of treatment for the condition. This involves dressing, grooming and otherwise outwardly presenting oneself through social signifiers of gender consistent with one's gender identity. This is an appropriate and necessary part of identity consolidation. Through this experience, the shame of growing up living as a "false self" and the grief of being born into the "wrong body" can be ameliorated. *See, e.g.*, Greenberg & Laurence 1981; Ettner 1999; Devor 2004.

**B.     Hormone Therapy**

37.     For almost all individuals with persistent, well-documented gender dysphoria, hormone therapy is essential and medically indicated treatment to alleviate the distress of the condition. The Standards of Care specify that "feminizing/masculinizing hormone therapy—the administration of exogenous endocrine agents to induce feminizing or masculinizing changes—is a medically necessary intervention for many transsexual, transgender, and gender non-conforming individuals with gender dysphoria." SOC at Section VIII, p. 33.

38.     Hormone therapy is a well-established and effective means of treating gender dysphoria. The American Medical Association, the Endocrine Society, the American Psychiatric Association and the American Psychological Association all agree that hormone therapy in accordance with the WPATH Standards of Care is medically necessary treatment for many individuals with gender dysphoria. *See* American Medical Association (2008), Resolution 122 (A-08); Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline (2009); American Psychological Association Policy Statement on Transgender, Gender Identity and Gender Expression Nondiscrimination (2009).

13

39.    The goals of hormone therapy for individuals with gender dysphoria are: (i) to significantly reduce hormone production associated with the person's sex assigned at birth and, thereby, the secondary sex characteristics of the individual's sex assigned at birth; and (ii) to replace circulating sex hormones associated with the person's sex assigned at birth with feminizing or masculinizing hormones, using the principles of hormone replacement treatment developed for hypogonadal patients (i.e., non-transgender males born with insufficient testosterone or non-transgender females born with insufficient estrogen). *See* Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline (2009).

40.    The therapeutic effects of hormone therapy are twofold: (i) with endocrine treatment, the patient acquires congruent sex characteristics, i.e., for transgender women, breast development, redistribution of body fat, cessation of male pattern baldness, and reduction of body hair; and (ii) hormones act directly on the brain, via receptors sites for sex steroids, which produces an attenuation of dysphoria and attendant psychiatric symptoms, and the promotion of a sense of well-being. *See, e.g.*, Cohen-Kettenis & Gooren 1993. Hormone therapy induces desired physical changes for transgender men as well, such as a deepened voice, growth in facial and body hair, cessation of menses, and atrophy of breast tissue, among other changes. SOC at 36.

41.    The efficacy of hormone therapy to treat gender dysphoria is observed clinically and is well documented in the literature. For example, in one study, researchers investigated 187 transgender individuals who had received hormones and compared them with a group of transgender individuals who did not. Untreated individuals showed much higher levels of depression, anxiety, and social distress than those who received hormone therapy. *See* Rametti, et al. 2011; *see also* Colizzi et al. 2014; Gorin-Lazard et al. 2014; Gorin-Lazard et al. 2011.

42.     Some individuals with gender dysphoria experience profound relief from hormone therapy alone such that further treatment, such as surgical intervention, is not required. *See* SOC at 8–9.

43.     While the WPATH Standards indicate that significant mental health concerns must be reasonably well-controlled prior to initiation of hormone therapy, co-occurring mental health conditions should only be a reason to delay therapy in the most exceptional circumstances. For example, a physician might not initiate hormone therapy in a patient who is actively psychotic or so delusional as to be unable to consent to the treatment plan. Otherwise, it is extremely common for gender dysphoric patients to present with co-existing mental health issues and past trauma, which usually are a result of their underlying gender dysphoria. There is no legitimate medical basis for denying treatment simply because a patient also has been diagnosed with, for example, clinically significant anxiety, depression, or PTSD.

### C.     Gender-Affirming Surgery

44.     For some individuals with severe gender dysphoria, hormone therapy alone is insufficient. Relief from their dysphoria cannot be achieved without surgical intervention to modify primary sex characteristics, i.e., genital reconstruction. Under the contemporary understanding of gender identity, transition-related medical treatments confirm, not "change," an individual's sex by aligning primary and secondary sex characteristics with a person's gender identity. The WPATH Standards state:

> While many transsexual, transgender, and gender- nonconforming individuals find comfort with their gender identity, role, and expression without surgery, for many others surgery is essential and medically necessary to alleviate their gender dysphoria . . . . For the latter group, relief from gender dysphoria cannot be achieved without modification of their primary and/or secondary sex characteristics to establish greater congruence with their gender identity.

SOC at 54–55.

15

45.    Genital reconstruction surgery for transgender women has two therapeutic purposes. First, removal of the testicles eliminates the major source of testosterone in the body. Second, the patient attains body congruence resulting from the uro-genital structures appearing and functioning as is typical for non-transgender women. Both are critical in alleviating or eliminating gender dysphoria. Other forms of gender-affirming surgeries, such as bilateral mastectomy for transgender men, allow the individual to attain body congruence with respect to secondary sex characteristics.

46.    Decades of careful and methodologically sound scientific research have demonstrated that gender-affirming surgery is a safe and effective treatment for severe gender dysphoria and, indeed, for many people, it is the only effective treatment. *See, e.g.*, Pfäfflin & Junge 1998; Smith et al. 2005; Jarolím et al. 2009.

47.    WPATH, the American Medical Association, the Endocrine Society, and the American Psychological Association all support surgery in accordance with the SOC as medically necessary treatment for individuals with severe gender dysphoria. *See* American Medical Association (2008), Resolution 122 (A-08); Endocrine Treatment of Transsexual Persons: An Endocrine Society Clinical Practice Guideline (2009) ("For many transsexual adults, genital sex reassignment surgery may be the necessary step towards achieving their ultimate goal of living successfully in their desired gender role."); American Psychological Association Policy Statement on Transgender, Gender Identity and Gender Expression Nondiscrimination (2009) (recognizing "the efficacy, benefit and medical necessity of gender transition treatments" and referencing studies demonstrating the effectiveness of gender-affirming surgeries).

16

48.     Surgeries are considered "effective" from a medical perspective if they "have a therapeutic effect." *See* Monstrey et al. 2007. More than three decades of research confirms that gender-affirming surgery is therapeutic and therefore an effective treatment for gender dysphoria.

49.     In a 1998 meta-analysis, Pfäfflin and Junge reviewed data from 80 studies, spanning 30 years, from 12 countries. They concluded that "reassignment procedures were effective in relieving Gender Dysphoria. There were few negative consequences and all aspects of the reassignment process contributed to overwhelmingly positive outcomes." Pfäfflin & Junge 1998.

50.     Numerous subsequent studies confirm this conclusion. Researchers reporting on a large-scale prospective study of 325 individuals in the Netherlands concluded that after gender-affirming surgery there was "a virtual absence of gender dysphoria" in the cohort and "results substantiate previous conclusions that sex reassignment is effective" Smith et al. 2005. Indeed, the authors of the study concluded that the surgery "appeared therapeutic and beneficial" across a wide spectrum of factors and "[t]he main symptom for which the patients had requested treatment, Gender Dysphoria, had decreased to such a degree that it had disappeared." *Id.*

51.     In 2007, Gijs and Brewayes analyzed 18 studies published between 1990 and 2007, encompassing 807 patients. The researchers concluded: "Summarizing the results from the 18 outcome studies of the last two decades, the conclusion that [gender-affirming surgery] is the most appropriate treatment to alleviate the suffering of extremely gender dysphoric individuals still stands: Ninety-six percent of the persons who underwent [surgery] were satisfied and regret was rare."

52.     Studies conducted in countries throughout the world conclude that surgery is an extremely effective treatment for gender dysphoria. For example, a 2001 study published in

Sweden states: "The vast majority of studies addressing outcome have provided convincing evidence for the benefit of sex reassignment surgery in carefully selected cases" Landen 2001. Similarly, urologists at the University Hospital in Prague, Czech Republic, in a Journal of Sexual Medicine article concluded, "Surgical conversion of the genitalia is a safe and important phase of the treatment of male-to-female transsexuals." Jarolím 2009.

53.     Patient satisfaction is an important measure of effective treatment. Achieving functional and normal physical appearance consistent with gender identity alleviates the suffering of gender dysphoria and enables the patient to function in everyday life. Studies have shown that by alleviating the suffering and dysfunction caused by severe gender dysphoria, gender-affirming surgery improves virtually every facet of a patient's life. This includes satisfaction with interpersonal relationships and improved social functioning (Rehman et al. 1999; Johansson et al. 2010; Hepp et al. 2002; Ainsworth & Spiegel 2010; Smith et al. 2005); improvement in self-image and satisfaction with body and physical appearance (Lawrence 2003; Smith et al. 2005; Weyers et al. 2009); and greater acceptance and integration into the family (Lobato et al. 2006).

54.     Studies have also shown that surgery improves patients' abilities to initiate and maintain intimate relationships. *See, e.g.*, Lobato et al. 2006; Lawrence 2005; Lawrence 2006; Imbimbo et al. 2009; Klein & Gorzalka 2009; Jarolím et al. 2009; Smith et al. 2005; Rehman et al. 1999; De Cuypere et al. 2005).

55.     Multiple long-term studies have confirmed these results. *See, e.g.*, "Transsexualism in Serbia: a twenty-year follow-up study" (Vujovic et al. 2009); "Long-term assessment of the physical, mental, and sexual health among transsexual women" (Weyers et al. 2009); "Treatment follow-up of transsexual patients" (Hepp et al. 2002); "A five-year follow-up study of Swedish adults with gender identity disorder" (Johansson et al. 2010); "A report from a single institute's 14

year experience in treatment of male-to-female transsexuals" (Imbimbo et al. 2009); "Follow up

of sex reassignment surgery in transsexuals: a Brazilian cohort" (Lobato et al. 2006).

56.     Given the extensive experience and research supporting the effectiveness of

gender-affirming surgery spanning decades, it is clear that surgery is a medically necessary, not

experimental, treatment for severe gender dysphoria as demonstrated by its inclusion as a

medically necessary treatment in the SOC.

57.     In 2008, WPATH issued a "Medical Necessity Statement" expressly stating:

"These medical procedures and treatment protocols are not experimental: decades of both clinical

and medical research show they are essential to achieving well-being for the transsexual patient."

58.     Similarly, Resolution 122 (A-08) of the American Medical Association states:

"Health experts in GID, including WPATH, have rejected the myth that these treatments are

'cosmetic' or 'experimental' and have recognized that these treatments can provide safe and

effective treatment for a serious health condition."

59.     On September 25, 2013, the Department of Health Care Services of the State of

California Health and Human Services Agency issues All Plan Letter 13-011, which makes clear

that gender confirmation surgery was a covered service for Medi-Cal beneficiaries when the

surgery was not cosmetic in nature and referred providers to the WPATH Standards of Care for

the "criteria for the medical necessity of transgender services." Illinois recently joined the states

that will provide gender confirmation surgery for Medicaid recipients. *See, e.g.*, Lisa Schencker,

*Illinois Medicaid to cover gender reassignment surgery*, Chi. Trib. (Apr. 5, 2019 at 4:40 AM),

https://www.chicagotribune.com/business/ct-biz-medicaid-gender-reassignment-surgery-

20190405-story.html.

60.     On May 30, 2014, the Appellate Division of the Departmental Appeals Board of the United States Department of Health and Human Services issued decision number 2576, in which the Board determined that a Medicare regulation denying coverage of "all transsexual surgery as a treatment for transsexualism" was not valid under the "reasonableness standard." The Board specifically concluded that "transsexual surgery is an effective treatment option for transsexualism in appropriate cases." The corpus of studies increases yearly as access to gender confirmation surgery increases. For example, a group at Cornell University conducted a review of 56 studies from 1991 to June 2017 on the outcomes of gender confirming surgeries for transgender individuals. The results verify the efficacy of surgery: 52 studies (93%) reported beneficial effects, 4 studies reported mixed or null effects, and no studies demonstrated that gender confirming surgeries cause harm. What We Know: The Public Policy Research Portal, What does the scholarly research say about transition on transgender well-being?, Cornell University; 2019), https://whatweknow.inequality.cornell.edu/topics/lgbt-equality/what-does-the-scholarly-research-say-about-the-well-being-of-transgender-people//.

### D.     Living Consistently with Gender Identity

61.     The SOC establish the therapeutic importance of changes in gender expression by means of social signifiers that align with gender identity. Gender dysphoria, like many medical conditions, often requires more than a single intervention for effective treatment. For example, clothing and grooming that affirm one's gender identity, such as bras for transgender females, and the use of congruent pronouns are critically important components of treatment protocols. *See* Greenberg & Laurence 1981; Ettner 1999; Devor 2004.

62.     The SOC also specifically provide that permanent body hair removal, the elimination of a visible secondary sex characteristic, is significant in alleviating gender dysphoria

for transgender women. Other gender-appropriate grooming items for transgender women such as feminine deodorant, moisturizer, hair care, and make-up may also be necessary for treatment. Similarly, male grooming items are important components of social role transition for transgender men. These accoutrements are critical to the mental well-being and social transition of gender dysphoric people.

63.     The most commonly pursued gender confirming medical intervention in transgender women is hair removal. Facial hair is an obvious source of distress in those who are transitioning. Electrolysis and/or laser hair removal are typically required to live safely and comfortably in the affirmed female gender. The removal of hair is an ongoing process for most transgender women, particularly those with dark and coarse hair, and requires numerous treatments. A very recent study explored satisfaction with hair removal in relation to gender dysphoria and psychological symptoms in a group of 281 transgender women. Bradford, Rider & Spencer, 2019. Results found satisfaction with hair removal correlated with less body dysphoria, less depression and anxiety, and an overall enhanced sense of wellbeing. The authors conclude that "[t]hese findings cast significant doubt on the assertion that hair removal services for transfeminine people are cosmetic" *Id.*

64.     "Mis-gendering"—the act or referring to a transgender person by the incorrect gender—is harmful to the mental health of transgender persons. It threatens their identity and exacerbates the mental health problems attendant to gender dysphoria. It is therefore important, especially for those charged with the medical treatment and mental health care of transgender persons with gender dysphoria, to refer to transgender people using the correct, gender-affirming names and pronouns. *See* Bauer et al. 2015; Frost et al. 2015; Bockting 2014.

65.     Gender dysphoric prisoners are at heightened risk. In addition to the concerns outlined above, it is important for correctional facilities to consider appropriate housing and shower/bathroom facilities for transgender individuals. Each individual's gender identity and role, dignity, and personal safety should be taken into account in housing and other assignments. *See* SOC at 68. If the institution fails to do so, there can be serious consequences for mental and physical health. *See* Seelman, 2016.

66.     Moreover, transgender women with feminine characteristics are at elevated risk for harm when housed in male prisons. Verbal harassment, physical abuse, sexual assault, and sexual coercion occur at an alarming rate, and too often there is inadequate protection.

67.     Clothing and grooming items are particularly important to provide to transgender patients with gender dysphoria who have initiated hormone therapy. The physical changes facilitated by hormones in these patients make gender-affirming clothing and grooming items necessary not only for the mental health of these patients, but also for their basic physical comfort and dignity. For example, for transgender women, female undergarments allow testicles to be tucked and less visible, reducing symptoms of gender dysphoria. Likewise, regardless of breast development, a bra may be an important and affirming symbol of femininity for gender dysphoric women.

68.     Transgender individuals in the correctional environment sometimes are disciplined for attempts at grooming that effectively amount to self-treatment of their gender dysphoria. For example, transgender women may be disciplined for tattooing makeup, for wearing a ponytail, or modifying their clothing to match their gender identity.

69.     Social role transition—including, for example, transgender women appearing feminine—has an enormous impact in the treatment of gender dysphoria. An early seminal study

emphasized the importance of aligning presentation and identity and its benefits to mental health. Greenberg and Laurence compared the psychiatric status of gender dysphoric individuals who had socially transitioned with those who had not. Those who had implemented a social transition showed "a notable absence of psychopathology" compared to those who were presenting in their birth-assigned sex role. Greenberg & Laurence 1981. In addition, social transition should include use of facilities (restrooms, showers, etc.) that are consistent with one's gender identity. More recently, Sevelius (2013) proposed a "gender affirmation model" which demonstrated that access to gender affirming components of social role transition equated with better mental health, fewer suicide attempts, and lower levels of depression and posttraumatic stress disorder (PTSD) symptoms.

### E.    Risks of Providing Inadequate Care

70.    Without adequate treatment, adults with gender dysphoria experience a range of debilitating psychological symptoms such as anxiety, depression, suicidality, and other attendant mental health issues. They are frequently socially isolated as they carry a burden of shame and low self-esteem, attributable to the feeling of being inherently "defective." This leads to stigmatization, and over time proves ravaging to healthy personality development and interpersonal relationships. Without treatment, many gender dysphoric people are unable to adequately function in occupational, social, or other areas of life. Many gender dysphoric women without access to appropriate care are often so desperate for relief that they resort to life-threatening attempts at auto-castration (the removal of one's testicles) in the hopes of eliminating the major source of testosterone that kindles the dysphoria. Brown & McDuffie 2009. A recent survey found a 41% rate of suicide attempts among this population, which is far above the baseline rates for North America.

71.     Gender dysphoria intensifies with age. As cortisol rises with normal aging, the ratio of DHEA to cortisol is affected, which acts to alter brain chemistry and intensify gender dysphoria. With the passage of time, inmates who require surgical treatment will experience greater distress, and no means of relief. *See* Ettner 2013; Ettner & Wiley 2013. This is particularly deleterious for transgender inmates serving long sentences.

72.     Because gender dysphoria entails clinically significant and persistent feeling of stress and discomfort with one's assigned gender, if it is not treated, those feelings of stress and discomfort will increase and may become critical. The results are serious and debilitating symptoms of anxiety, depression, and hopelessness. Without treatment, these individuals may not be capable of accomplishing simple everyday tasks, and may become increasingly socially withdrawn and isolated, which only serves to further exacerbate their symptoms.

73.     Gender dysphoria left untreated or inadequately treated, will result in serious physical harm. The depression and hopelessness associated with the condition causes suicidal ideation, which will result in actual suicide for many individuals. *See* SOC at 67. Research shows that the risk of suicide can be significantly diminished with prompt and effective treatment. *See, e.g.*, Bauer 2015.

74.     Moreover, gender dysphoric individuals have a profound discomfort with their genitalia. Without effective treatment as outlined above, this often leads to attempts at auto-castration, which can result in lasting physical trauma or even death in more serious cases. *See* Brown & McDuffie 2009.

75.     In sum, the results of providing inadequate treatment are predictable and dire, and take one of three paths: profound psychological decompensation, surgical self-treatment, or suicide.

## V.   CONCERNS REGARDING THE ADEQUACY OF PLAINTIFF'S TREATMENT FOR GENDER DYSPHORIA BY THE DEFENDANTS

76.     Based on the small amount of information I have been able to receive about Plaintiff's treatment, I reached some tentative conclusions regarding the adequacy of the treatment provided to Plaintiff by Defendants as well as instances where the treatment deviated from the accepted standards set forth in the SOC. To do so, I reviewed a handful of Plaintiff's medical records kept by the BOP and spoke for approximately 30 minutes with the Plaintiff by phone. I also received her First Amended Complaint and reviewed her Declaration in Support of Plaintiff's Motion for Preliminary Injunction. In order to properly analyze the treatment that Plaintiff is receiving, I would need to be able to see a more complete set of her medical and mental health records and an opportunity to conduct a longer interview of her. It would also be helpful if I could conduct psychological testing of her.

77.     Plaintiff is a 46-year-old transgender woman currently incarcerated and in the custody of the BOP at Federal Correctional Institution Fort Dix ("Fort Dix"), a men's prison. Plaintiff has identified as a female since a very young age. At the age of 12, Plaintiff told her mother that she wanted to have gender confirmation surgery in order to live as a female. She acted in a very feminine manner and was subjected to emotional and physical abuse by her father. Plaintiff withdrew from school in tenth grade and began to socially transition, living her life as a woman. She started to wear her hair in a traditionally feminine hairstyle, wear female clothes, and use birth control to develop breasts.

78.     Plaintiff entered BOP custody in 1994. Soon thereafter, in or around 1994, she was diagnosed with GID by Dr. Brian Gray, a BOP psychologist who treated her. In 2015, Dr. Lewis, BOP's Chief Psychologist, changed Ms. Iglesias's diagnosis from GID to gender dysphoria to reflect the updated diagnosis in the DSM-5, published in 2013. Medical records for Ms. Iglesias

indicate that in 2009, she attempted auto-penectomy. Attempts to remove the genitals are not uncommon in prison settings, but only occur when the gender dysphoria is inadequately or inappropriately treated. *See* Brown, 2010. Auto-castration and auto-penectomy are not considered genital mutilation or evidence of psychosis. Rather, they are referred to as surgical-self-treatment ("SST"). These life-threatening behaviors occur when severe gender dysphoria is undertreated. For Ms. Iglesias, the anatomical dysphoria regarding her genitalia is severe.  She describes her genitals as a "tumor or cancer that needs to be removed," feels "dirty and disgusted" when viewing or touching her genitals, and relates that it is hard to control the impulse to auto-penectomize.

79.     On March 23, 2021, I spoke with Plaintiff by phone for approximately one-half hour. Ms. Iglesias related that her gender dysphoria was intensifying, which is typical at middle age, and tearfully described the extreme distress she is now experiencing. She related "feeling as though her existence is torture." She has been traumatized by the numerous attacks she has endured and the indifference to her safety. She is permitted to shave only once a week, which leaves her feeling like a "bearded lady," i.e., a freak of nature. She described experiencing symptomatology consistent with posttraumatic stress disorder: sadness, fear, hopelessness, nightmares, panic attacks, and disordered eating.

80.     I have serious concerns about Plaintiff's treatment for gender dysphoria. It appears to fall far outside of what is recommended by the SOC in that BOP personnel have been aware of Plaintiff's gender dysphoria diagnosis since 1994 but delayed providing her with hormone therapy for more than twenty years until 2015. And for five years, it appears that they have ignored her serious medical needs for surgery and transfer to a female facility. She has also been denied permanent hair removal for several years.

26

81.     In addition, Plaintiff has been housed in male prisons for many years despite the fact that she has identified and lived only as a woman for many years, even prior to her incarceration. A note in her medical records on December 18, 2019 states that she has developed female physical characteristics: "breast development, body fat changes, more feminine, skin is better" as a result of hormone therapy. After years of endocrine treatment, Ms. Iglesias has been hormonally confirmed. In other words, she has the female secondary sex characteristics and circulating sex steroids corresponding to adult females. She has been subjected to extensive sexual abuse, physical abuse, and harassment and misgendering by BOP staff and male prisoners during her time in BOP custody in male facilities.

82.      Public spaces and facilities—such as restrooms, locker rooms, and correctional facilities—are designed to segregate men and women. Prison settings where transgender people are confined and lack agency can be particularly devastating and even deadly.

83.     While it is impossible for me to reach any definitive conclusions based on the small amount of information I have received, I have grave concerns regarding Ms. Iglesias.  She reports being extorted for money and forced to engage in coercive sexual acts. She is experiencing psychological symptoms consistent with complex posttraumatic stress disorder (PTSD), which is chronic and intractable. Her feelings of hopelessness are clinically concerning, given that hopelessness is a reliable predictor of suicide, more so even than depression. Her status as a transgender woman is being weaponized against her. Other prisoners torment and victimize her, and prison officials are indifferent to her medical needs and safety.

## VI.    CONCLUSION

84.     It is my experience that when transgender women are placed in a facility with men and subjected to abuse, they inevitably develop complex trauma, a form of PTSD. Complex trauma

is a result of traumatic stressors that are interpersonal, i.e., intentionally caused and planned by humans. Interpersonal trauma results in more severe harm than random or impersonal trauma., i.e., "acts of God." Additionally, interpersonal victimization is typically repeated and chronic. Whether it occurs routinely or intermittently, the victim does not have adequate time to regain emotional equilibrium between "assaults" and the fear that another attack can occur at any time leads to states of hypervigilance and hyperarousal. Thus, the trauma of PTSD has biological and psychological sequelae.

85.     It is my opinion that Ms. Iglesias requires transfer to a female facility where she will be free from violent sexual assault and able to live consistent with her affirmed gender. Having evaluated several other transgender women to determine their eligibility for transfer to female facilities, I am not aware of any reason Ms. Iglesias could not be safely placed in a female correctional facility. The SOC confirm that placement of individuals should be made on a case-by-case basis—rather than on the basis of sex assigned at birth or a person's surgical history—with an eye towards safety and to minimize the risk of attacks. SOC Section XIV. It is my understanding that, consistent with this guidance, the BOP and state corrections departments have begun housing transgender women in female facilities, on a case-by-case basis, in consideration of their safety.

86.     It is also my opinion that Ms. Iglesias should be provided gender confirmation surgery. She successfully consolidated her female identity long ago. She has relentlessly advocated for medical and surgical care. Despite years of feminizing hormone therapy, she continues to suffer from gender dysphoria. The long-term hormonal treatment she has undergone has served to intensify her anatomical dysphoria. Having a female appearance and male genitalia generates

profound distress. Her inability to reduce or modulate this internal anguish is likely to result in emotional decompensation and/or self-harm.

87.     Ms. Iglesias has met and exceeded the five enumerated criteria for gender confirmation surgery as stated in the WPATH SOC: (1) she has persistent, well-documented gender dysphoria; (2) she is free of any disorders of thought and able to provide informed consent; (3) she is over the age of majority; (4) she has no medical or mental health issues that contraindicate surgery. On the contrary, surgery is the therapeutic intervention that would significantly improve her emotional and physical health; (5) she has lived in her affirmed and well-consolidated female gender.

88.     I have read Defendant Connor's statement that "gender-affirming surgery is considered after real life experience in your preferred gender." However, this is not accurate. The "real life experience" criterion was abandoned twelve years ago. The SOC do not require patients to have "real life experiences," only to live in the congruent gender role for twelve months. Ms. Iglesias has done so for decades. The SOC do not focus on the location where the patient lived in the role but on the patient's experience of living in the role, regardless of the patient's surroundings.

89.     It is my opinion that owing to the severity of her gender dysphoria, the ensuing clinically significant distress, and the limited efficacy of hormone therapy, gender confirmation surgery is medically necessary for Ms. Iglesias.


Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.


Dated: April 5, 2021                    Dr. Randi Ettner PhD
                                        _____
                                        Dr. Randi Ettner, Ph.D.

29

# APPENDIX A

## RANDI ETTNER, PHD
### 1214 Lake Street
### Evanston, Illinois 60201
### 847-328-3433

## POSITIONS HELD

Clinical Psychologist
Forensic Psychologist
Fellow and Diplomate in Clinical Evaluation, American Board of
    Psychological Specialties
Fellow and Diplomate in Trauma/PTSD
President, New Health Foundation Worldwide
Secretary, World Professional Association for Transgender Health
    (WPATH)
Chair, Committee for Institutionalized Persons, WPATH
Global Education Initiative Committee, WPATH
University of Minnesota Medical Foundation: Leadership Council
Psychologist, Center for Gender Confirmation Surgery, Weiss Memorial
    Hospital
Adjunct Faculty, Prescott College
Editorial Board, *International Journal of Transgender Health*
Editorial Board, *Transgender Health*
Television and radio guest (more than 100 national and international
    appearances)
Internationally syndicated columnist
Private practitioner
Medical staff; Department of Medicine: Weiss Memorial Hospital,
    Chicago, IL
Advisory Council, National Center for Gender Spectrum Health

## EDUCATION

| | |
|---|---|
| PhD, 1979 | Northwestern University (with honors) Evanston, Illinois |
| MA, 1976 | Roosevelt University (with honors) Chicago, Illinois |
| BA, 1969-73 | Indiana University<br>Bloomington, Indiana<br>Cum Laude<br>Major: Clinical Psychology; Minor: Sociology |
| 1972 | Moray College of Education<br>Edinburgh, Scotland<br>International Education Program |

| 1970 | Harvard University |
| | Cambridge, Massachusetts Social Relations Undergraduate |
| | Summer Study Program in Group Dynamics and Processes |

## CLINICAL AND PROFESSIONAL EXPERIENCE

| 2016-present | Psychologist: Weiss Memorial Hospital Center for Gender Confirmation Surgery |
| | |
| | Consultant: Walgreens; Tawani Enterprises |
| | Private practitioner |
| 2011 | Instructor, Prescott College: Gender-A multidimensional approach |
| 2000 | Instructor, Illinois Professional School of Psychology |
| 1995-present | Supervision of clinicians in counseling gender non conforming clients |
| 1993 | Post-doctoral continuing education with Dr. James Butcher in MMPI-2 Interpretation, University of Minnesota |
| 1992 | Continuing advanced tutorial with Dr. Leah Schaefer in psychotherapy |
| 1983-1984 | Staff psychologist, Women's Health Center, St. Francis Hospital, Evanston, Illinois |
| 1981-1984 | Instructor, Roosevelt University, Department of Psychology: Psychology of Women, Tests and Measurements, Clinical Psychology, Personal Growth, Personality Theories, Abnormal Psychology |
| 1976-1978 | Research Associate, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1975-1977 | Clinical Internship, Cook County Hospital, Chicago, Illinois, Department of Psychiatry |
| 1971 | Research Associate, Department of Psychology, Indiana University |
| 1970-1972 | Teaching Assistant in Experimental and Introductory Psychology Department of Psychology, Indiana University |
| 1969-1971 | Experimental Psychology Laboratory Assistant, Department of Psychology, Indiana University |

## INVITED PRESENTATIONS AND HOSPITAL GRAND ROUNDS

*Care of the Older Transgender Patient,* Weiss Memorial Hospital, Chicago, IL, 2021

*Working with Medical Experts,* The National LGBT Law Association, webinar presentation, 2020
*Legal Issues Facing the Transgender Community,* Illinois State Bar Association, Chicago, IL, 2020

*Providing Gender Affirming Care to Transgender Patients,* American Medical Student Association, webinar presentation, 2020

*Foundations in Mental Health for Working with Transgender Clients; Advanced Mental Health Issues, Ethical Issues in the Delivery of Care,* Center for Supporting Community Development Initiatives, Vietduc University Hospital, Hanoi, Vietnam, 2020

*The Transgender Surgical Patient,* American Society of Plastic Surgeons, Miami, FL 2019

*Mental health issues in transgender health care,* American Medical Student Association, webinar presentation, 2019

*Sticks and stones: Childhood bullying experiences in lesbian women and transmen,* Buenos Aires, 2018

*Gender identity and the Standards of Care,* American College of Surgeons, Boston, MA, 2018

*The mental health professional in the multi-disciplinary team, pre-operative evaluation and assessment for gender confirmation surgery,* American Society of Plastic Surgeons, Chicago, IL, 2018; Buenos Aires, 2018

*Navigating Transference and Countertransference Issues,* WPATH global education initiative, Portland, OR; 2018

*Psychological aspects of gender confirmation surgery* International Continence Society, Philadelphia, PA 2018

*The role of the mental health professional in gender confirmation surgeries,* Mt. Sinai Hospital, New York City, NY, 2018

*Mental health evaluation for gender confirmation surgery,* Gender Confirmation Surgical Team, Weiss Memorial Hospital, Chicago, IL 2018

*Transitioning; Bathrooms are only the beginning,* American College of Legal Medicine, Charleston, SC, 2018

*Gender Dysphoria: A medical perspective,* Department of Health and Human Services, Office for Civil Rights, Washington, D.C, 2017

*Multi-disciplinary health care for transgender patients*, James A. Lovell Federal Health Care Center, North Chicago, IL, 2017

*Psychological and Social Issues in the Aging Transgender Person,* Weiss Memorial Hospital, Chicago, IL, 2017.

*Psychiatric and Legal Issues for Transgender Inmates,* USPATH, Los Angeles, CA, 2017

*Transgender 101 for Surgeons,* American Society of Plastic Surgeons, Chicago, IL, 2017.

*Healthcare for transgender inmates in the US,* Erasmus Medical Center, Rotterdam, Netherlands, 2016.

*Tomboys Revisited: Replication and Implication; Models of Care; Orange Isn't the New Black Yet*- WPATH symposium, Amsterdam, Netherlands, 2016.

*Foundations in mental health; role of the mental health professional in legal and policy issues, healthcare for transgender inmates; children of transgender parents; transfeminine genital surgery assessment:* WPATH global education initiative, Chicago, IL, 2015; Atlanta, GA, 2016; Columbia, MO, 2016; Ft. Lauderdale, FL, 2016; Washington, D.C., 2016, Los Angeles, CA, 2017, Minneapolis, MN, 2017, Chicago, IL, 2017; Columbus, Ohio, 2017; Portland, OR, 2018; Cincinnati, OH, 2018, Buenos Aires, 2018

*Pre-operative evaluation in gender-affirming surgery*-American Society of Plastic Surgeons, Boston, MA, 2015

*Gender affirming psychotherapy; Assessment and referrals for surgery-Standards of Care*-Fenway Health Clinic, Boston, 2015

*Gender reassignment surgery*- Midwestern Association of Plastic Surgeons, 2015

*Adult development and quality of life in transgender healthcare*- Eunice Kennedy Shriver National Institute of Child Health and Human Development, 2015

*Healthcare for transgender inmates*- American Academy of Psychiatry and the Law, 2014

*Supporting transgender students: best school practices for success*- American Civil Liberties Union of Illinois and Illinois Safe School Alliance, 2014

*Addressing the needs of transgender students on campus*- Prescott College, 2014

*The role of the behavioral psychologist in transgender healthcare* – Gay and Lesbian Medical Association, 2013

*Understanding transgender*- Nielsen Corporation, Chicago, Illinois, 2013

*Role of the forensic psychologist in transgender care*; *Care of the aging transgender patient*-University of California San Francisco, Center for Excellence, 2013

*Evidence-based care of transgender patients*- North Shore University Health Systems, University of Chicago, Illinois, 2011; Roosevelt-St. Vincent Hospital, New York; Columbia Presbyterian Hospital, Columbia University, New York, 2011

*Children of Transsexuals*-International Association of Sex Researchers, Ottawa, Canada, 2005; Chicago School of Professional Psychology, 2005

*Gender and the Law*- DePaul University College of Law, Chicago, Illinois, 2003; American Bar Association annual meeting, New York, 2000

*Gender Identity, Gender Dysphoria and Clinical Issues* –WPATH Symposium, Bangkok, Thailand, 2014; Argosy College, Chicago, Illinois, 2010; Cultural Impact Conference, Chicago, Illinois, 2005; Weiss Hospital, Department of Surgery, Chicago, Illinois, 2005; Resurrection Hospital Ethics Committee, Evanston, Illinois, 2005; Wisconsin Public Schools, Sheboygan, Wisconsin, 2004, 2006, 2009; Rush North Shore Hospital, Skokie, Illinois, 2004; Nine Circles Community Health Centre, University of Winnipeg, Winnipeg, Canada, 2003; James H. Quillen VA Medical Center, East Tennessee State University, Johnson City, Tennessee, 2002; Sixth European Federation of Sexology, Cyprus, 2002; Fifteenth World Congress of Sexology, Paris, France, 2001; Illinois School of Professional Psychology, Chicago, Illinois 2001; Lesbian Community Cancer Project, Chicago, Illinois 2000; Emory University Student Residence Hall, Atlanta, Georgia, 1999; Parents, Families and Friends of Lesbians and Gays National Convention, Chicago, Illinois, 1998; In the Family Psychotherapy Network National Convention, San Francisco, California, 1998; Evanston City Council, Evanston, Illinois 1997; Howard Brown Community Center, Chicago, Illinois, 1995; YWCA Women's Shelter, Evanston, Illinois, 1995; Center for Addictive Problems, Chicago, 1994

*Psychosocial Assessment of Risk and Intervention Strategies in Prenatal Patients*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984; Purdue University School of Nursing, West Layette, Indiana, 1980

*Psychoneuroimmunology and Cancer Treatment*- St. Francis Hospital, Evanston, Illinois, 1984

*Psychosexual Factors in Women's Health*- St. Francis Hospital, Center for Women's Health, Evanston, Illinois, 1984

*Sexual Dysfunction in Medical Practice*- St. Francis Hospital, Dept. of OB/GYN, Evanston, Illinois, 1980

*Sleep Apnea* - St. Francis Hospital, Evanston, Illinois, 1996; Lincolnwood Public Library, Lincolnwood, Illinois, 1996

*The Role of Denial in Dialysis Patients* - Cook County Hospital, Department of Psychiatry, Chicago, Illinois, 1977

## PUBLICATIONS

Narayan, S., Danker, S Esmonde, N., Guerriero, J., Carter, A., Dugi III, D., Ettner, R., Radix A., Bluebond-Langner, R., Schechter, L., Berli, J. (2021) Guiding the conversation: Types of regret after gender-affirming surgery and their associated etiologies. *Annals of Translational Medicine.*

Ettner, R., White, T., Ettner, F., Friese, T., Schechter, L. (2018) Tomboys revisited: A retrospective comparison of childhood behaviors in lesbians and transmen. *Journal of Child and Adolescent Psychiatry.*

Ettner, R.  Mental health evaluation. Clinics in Plastic Surgery. (2018) Elsevier, 45(3): 307-311.

Ettner, R. Etiology of gender dysphoria in Schechter (Ed.) Gender Confirmation Surgery: Principles and Techniques for an Emerging Field. Elsevier, 2017.

Ettner, R.  Pre-operative evaluation in Schechter (Ed.) Surgical Management of the Transgender Patient. Elsevier, 2017.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., et al. Gender Confirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery*; 2017.

Ettner, R., Ettner, F. & White, T. Choosing a surgeon: an exploratory study of factors influencing the selection of a gender affirmation surgeon. *Transgender Health*, 1(1), 2016.

Ettner, R. & Guillamon, A. Theories of the etiology of transgender identity. In Principles of Transgender Medicine and Surgery. Ettner, Monstrey & Coleman (Eds.), 2nd edition; Routledge, June, 2016.

Ettner, R., Monstrey, S, & Coleman, E. (Eds.) Principles of Transgender Medicine and Surgery, 2nd edition; Routledge, June, 2016.

Bockting, W, Coleman, E., Deutsch, M., Guillamon, A., Meyer, I., Meyer, W., Reisner, S., Sevelius, J. & Ettner, R. Adult development and quality of life of transgender and gender nonconforming people. *Current Opinion in Endocrinology and Diabetes*, 2016.

Ettner, R. Children with transgender parents in Sage Encyclopedia of Psychology and Gender. Nadal (Ed.) Sage Publications, 2017

Ettner, R. Surgical treatments for the transgender population in Lesbian, Gay, Bisexual, Transgender, and Intersex Healthcare: A Clinical Guide to Preventative, Primary, and Specialist Care. Ehrenfeld & Eckstrand, (Eds.) Springer: MA, 2016.

Ettner, R. Etiopathogenetic hypothesis on transsexualism in Management of Gender Identity Dysphoria: A Multidisciplinary Approach to Transsexualism. Trombetta, Liguori, Bertolotto, (Eds.) Springer: Italy, 2015.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, Vo*l. 20(6), 580-584.

Ettner, R., and Wylie, K. Psychological and social adjustment in older transsexual people. *Maturitas,* March, 2013, Vol. 74, (3), 226-229.

Ettner, R., Ettner, F. and White, T. Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine* 2012, Vol. 2012.

Ettner, R. Psychotherapy in Voice and Communication Therapy for the Transgender/Transsexual Client: A Comprehensive Clinical Guide. Adler, Hirsch, Mordaunt, (Eds.) Plural Press, 2012.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W., Monstrey, S., Adler, R., Brown, G., Devor, A., Ehrbar, R., Ettner, R., et.al. Standards of Care for the health of transsexual, transgender, and gender-nonconforming people. World Professional Association for Transgender Health (WPATH). 2012.

Ettner, R., White, T., and Brown, G. Family and systems aggression towards therapists. *International Journal of Transgenderism,* Vol. 12, 2010.

Ettner, R. The etiology of transsexualism in Principles of Transgenger Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.). Routledge Press, 2007.

Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Principles of Transgender Medicine and Surgery. Routledge Press, 2007.

Monstrey, S. De Cuypere, G. and Ettner, R. Surgery: General principles in Principles of Transgender Medicine and Surgery, Ettner, R., Monstrey, S., and Eyler, E. (Eds.) Routledge Press, 2007.

Schechter, L., Boffa, J., Ettner, R., and Ettner, F. Revision vaginoplasty with sigmoid interposition: A reliable solution for a difficult problem. The World Professional Association for Transgender Health (WPATH), 2007, *XX Biennial Symposium,* 31-32.

Ettner, R. Transsexual Couples: A qualitative evaluation of atypical partner preferences. *International Journal of Transgenderism,* Vol. 10, 2007.

White, T. and Ettner, R. Adaptation and adjustment in children of transsexual parents. *European Journal of Child and Adolescent Psychiatry,* 2007: 16(4)215-221.

Ettner, R. Sexual and gender identity disorders in <u>Diseases and Disorders</u>, Vol. 3, Brown Reference, London, 2006.

Ettner, R., White, T., Brown, G., and Shah, B. Client aggression towards therapists: Is it more or less likely with transgendered clients? *International Journal of Transgenderism,* Vol. 9(2), 2006.

Ettner, R. and White, T. in <u>Transgender Subjectives: A Clinician's Guide</u> Haworth Medical Press, Leli (Ed.) 2004.

White, T. and Ettner, R. Disclosure, risks, and protective factors for children whose parents are undergoing a gender transition. *Journal of Gay and Lesbian Psychotherapy,* Vol. 8, 2004.

Witten, T., Benestad, L., Berger, L., Ekins, R., Ettner, R., Harima, K. Transgender and Transsexuality. <u>Encyclopeida of Sex and Gender</u>. Springer, Ember, & Ember (Eds.) Stonewall, Scotland, 2004.

Ettner, R. Book reviews. *Archives of Sexual Behavior,* April, 2002.

Ettner, R. <u>Gender Loving Care: A Guide to Counseling Gender Variant Clients</u>. WW Norton, 2000.

"Social and Psychological Issues of Aging in Transsexuals," proceedings, Harry Benjamin International Gender Dysphoria Association, Bologna, Italy, 2005.

"The Role of Psychological Tests in Forensic Settings," *Chicago Daily Law Bulletin,* 1997.

<u>Confessions of a Gender Defender: A Psychologist's Reflections on Life amongst the Transgender</u>. Chicago Spectrum Press. 1996.

"Post-traumatic Stress Disorder," *Chicago Daily Law Bulletin*, 1995.

"Compensation for Mental Injury," *Chicago Daily Law Bulletin*, 1994.

"Workshop Model for the Inclusion and Treatment of the Families of Transsexuals," Proceedings of the Harry Benjamin International Gender Dysphoria Symposium; Bavaria, Germany, 1995.

"Transsexualism- The Phenotypic Variable," Proceedings of the XV Harry Benjamin International Gender Dysphoria Association Symposium; Vancouver, Canada, 1997.

"The Work of Worrying: Emotional Preparation for Labor," <u>Pregnancy as Healing. A Holistic Philosophy for Prenatal Care</u>, Peterson, G. and Mehl, L. Vol. II. Chapter 13, Mindbody Press, 1985.

## **PROFESSIONAL AFFILIATIONS**

University of Minnesota Medical School–Leadership Council
American College of Forensic Psychologists
World Professional Association for Transgender Health
World Health Organization (WHO) Global Access Practice Network
TransNet national network for transgender research
American Psychological Association
American College of Forensic Examiners
Society for the Scientific Study of Sexuality
Screenwriters and Actors Guild
Phi Beta Kappa


**AWARDS AND HONORS**
University of Minnesota, Program of Human Sexuality *Distinguished Sex and Gender Revolutionary* award, 2021
Letter of commendation from United States Congress for contributions to public health in Illinois, 2019
WPATH Distinguished Education and Advocacy Award, 2018
*The Randi and Fred Ettner Transgender Health Fellowship*-Program in Human Sexuality, University of Minnesota, 2016
Phi Beta Kappa, 1972
Indiana University Women's Honor Society, 1970-1972
Indiana University Honors Program, 1970-1972
Merit Scholarship Recipient, 1970-1972
Indiana University Department of Psychology Outstanding Undergraduate Award
        Recipient, 1970-1972
Representative, Student Governing Commission, Indiana University, 1970


**LICENSE**

Clinical Psychologist, State of Illinois, 1980

# APPENDIX B

# BIBLIOGRAPHY

Ainsworth, T. & Spiegel, J. (2010) Quality of life of individuals with and without facial feminization surgery or gender reassignment surgery. *Quality of Life Research,19(7),* 1019–24.

American Medical Association. (2008). *Resolution 122 (A-08), Removing FinancialBarriers to Care for Transgender Patients.*

American Psychiatric Association (1980). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1987). *Diagnostic and Statistical Manual of Mental Disorders (DSM-III-R).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (1994). *Diagnostic and Statistical Manual of Mental Disorders (DSM-IV).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association (2013) *Diagnostic and Statistical Manual ofMental Disorders (DSM-5).* Washington, D.C.: American Psychiatric Publishing.

American Psychiatric Association, *Gender Dysphoria* (2013), http://www.dsm5.org/documents/gender%20dysphoria%20fact%20sheet.pdf.

Bao, A.M. & Swabb, D.F. (2011). Sexual differentiation of the human brain: Relationto gender identity, sexual orientation and neuro-psychiatric disorders, *Frontiers inNeurology, 32(2)*, 214–26.

Bauer, G., Scheim, A., Pyne, J. *et al.* (2015). Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario,Canada. *BMC Public Health*, 15:525.

Bennet, K., Qi, J, Kim, H., Hamill, J. et al. (2018). Comparison of 2-year complication rates among common techniques for post-mastectomy breast reconstruction. *JAMASurgery.*

Bentz, E.K., Hefler, L.A., Kaufman, U. *et al.* (2008). A polymorphism of the CYP17 gene related to sex steroid metabolism is associated with female-to-male but notmale-to-female transsexualism. *Fertility and Sterility, 90(1),* 56–59.

Berli, J., Kudnson, G., Fraser, L., Tangpricha, V., Ettner, R., *et al.* (2017). GenderConfirmation Surgery: what surgeons need to know when providing care for transgender individuals. *JAMA Surgery, 152(4),* 394–400.

Bockting, W. (2013). Transgender identity development. In Tolman & Diamond (Eeds.), *American Psychological Association's Handbook of Sexuality and Psychology.*Washington, D.C.: American Psychological Association.

Bockting, W. (2014). The impact of stigma on transgender identity development and mental health. In Kreukels, Steensma, and De Vries (Eds.), *Gender dysphoria and disorders of sex development: Progress in care and knowledge.* New York: Springer.

Brown, G. (2010) Auto-castration and auto-penectomy as surgical self-treatment in incarcerated persons with Gender Identity Disorder. *International Journal of Transgenderism, 12: 31-39.*

Brown, G. & McDuffie, E. (2009) Health care policies addressing transgender inmates in prison systems in the US. *Journal of Correctional Health.*

Chung, W., De Vries, G., Swaab, D. (2002). Sexual differentiation of the bed nucleus of the stria terminalis in humans may extend into adulthood. *Journal of Neuroscience, 22(3),* 1027–33.

Cohen-Kettenis, P.T. and Gooren, L.J.G. (1993). The influence of hormone treatment on psychological functioning of transsexuals. *Journal of Psychology and Human Sexuality, 1993(4),* 55–67.

Colborn, T. Dumanoski, D. & Meyers, W. (1997). *Our Stolen Future.* New York: Penguin.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J. Zucker, K. (2011). WPATH Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism, 13,* 165–232.

Colizzi, M., Costa, R., & Todarello, O. (2014). Transsexual patients' psychiatric comorbidity and positive effect on cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology,* 39: 65-73.

Devor, A. (2004). Witnessing and mirroring: A fourteen stage model of transsexual identity formation. *Journal of Gay and Lesbian Psychotherapy, 8(1-2),* 41–67.

De Cuypere, G., T'Sjoen, G., Beerten, R., Selvaggi, G., *et al.* (2005). Sexual and physical health after sex reassignment surgery. *Archives of Sexual Behavior, 34(6),* 679–90.

Diamond, M. (2013). Transsexuality among twins: identity concordance, transition, rearing, and orientation. *International Journal of Transgenderism, 14(1),* 24–38.

Diamond, L., Pardo, S., Butterworth, M. (2011). Transgender experience and identity. In Schwartz *et al.* (Eds.), *Handbook of Identity Theory and Research.* New York: Springer.

Edgerton, M.T., and Meyer, J. K. (1973). Surgical and psychiatric aspects of transsexualism. In Horton, C. (Ed.), *Surgery of the External Genitalia* (pp. 117–61). Boston: Little, Brown.

Erickson, E. (1956). The problem of ego identity. *Journal of the American Psychoanalytic Association,* 4(1), 56–121.

Ettner, R. (1999). *Gender Loving Care.* New York: Norton.

Ettner, R. (2007) The etiology of transsexualism. In Ettner, R., Monstrey, S. & Eyler, A. (Eds.) *Principles of Transgender Medicine and Surgery* (pp. 1-14). New York: Haworth.

Ettner, R., Ettner, F. & White, T. (2012). Secrecy and the pathophysiology of hypertension. *International Journal of Family Medicine*, 2012.

Ettner, R. Care of the elderly transgender patient. *Current Opinion in Endocrinology and Diabetes, 2013*, 20(6), 580-584.

Ettner, R. & Wylie, K. (2013) Psychological and social adjustment in older transsexual people. *Maturitas, 74(3),* 226–29.

Ettner, R. (2015). Etiopathogenetic hypothesis on transsexualism. In Trombetta, Luguori & Bertolotto (Eds.) *Management of Gender Identity Dysphoria: A Multidimensional Approach to Transsexualism* (pp. 47–54). Italy: Springer.

Ettner, R. (2016). Surgical treatments for the transgender population. In Eckstrand, K. & Ehrenfeld, J. (Eds.) *Lesbian, Gay, Bisexual and Transgender Health Care.* (pp. 363–77). New York: Springer.

Ettner, R. & Guillamon, A. (2016). Theories of the etiology of transgenderism. In Ettner R., Monstrey, S. & Coleman E. (Eds.). *Principles of Transgender Medicine and Surgery* (pp. 3–15). New York: Routledge.

Ettner, R., Monstrey, S., & Eyler, A. (Eds.) (2007). *Principles of Transgender Medicine and Surgery* (1st ed.). New York: Routledge.

Ettner, R. Monstrey, S., & Coleman, E. (Eds.) (2017). *Principles of Transgender Medicine and Surgery* (2nd ed.). New York: Routledge.

Fernandez, R, Esteva, I., Gomez-Gil, E., Rumbo, T., Almaraz, MC., Roda, E., Haro-Mora, JJ., Guillamon, A., & Pasaro, E. (2014a). Association study of *ERb*, *AR*, and *CYP19A1* genes and MtF transsexualism. *Journal of Sexual Medicine, 11(12),* 2986–94.

Fernandez, R., Esteva, I., Gomez-Gil, E., Rumbo, T. *et al.* (2014b) The (CA) in polymorphism of ER*b* gene is associated with FtM transsexualism. *Journal of Sexual Medicine, 11(3),* 720–28.

Frost, D., Lehavot, K., & Meyer, I. (2015). Minority stress and physical health among sexual minority individuals. *Journal of Behavioral Medicine. Journal Behavioral Medicine, 38(1),* 1–8.

Galis, F., Ten Broek, C., Van Dongen, S., *et al.* (2010). Sexual dimorphism in the prenatal digit ratio (2D:4D). *Archives of Sexual Behavior, 39(1),* 57–62.

Garcia-Falgueras, A. & Swaab, D (2008). A sex difference in the hypothalamic uncinate nucleus: relationship to gender identity. *Brain, 131(12),* 3132–46.

Garcia-Falgueras, A. & Swaab, D (2010). Sexual hormones and the brain: As essential alliance for sexual identity and sexual orientation. *Pediatric Neuroendocrinology, 17,* 22–35.

Garn, S., Bundi, A., Babler, W., *et al*. (1975). Early prenatal attainment of adult metacarpal-phalangeal rankings and proportions. *American Journal of Physical Anthropology, 43*, 327-32.

Gijs, L., & Brewaeys, A. (2007). Surgical treatment of gender dysphoria in adults and adolescents: recent developments, effectiveness, and challenges. *Annual Review of Sex Research, 18(1),* 178–224.

Goffman, E. (1969). *The Presentation of Self in Everyday Life.* London: Allen Lane.

Gomez-Gil, E., Esteva, I., Almaraz, M,C. *et al.* (2010). Familiarity of gender identity disorder in non-twin siblings. *Archives of Sexual Behavior, 39(2),* 265–69.

Gomez-Gil, E., Zubiaurre-Elorza, L., Esteva, I., Guillamon, A. *et al.* (2012). Hormone-treated transsexuals report less social distress, anxiety and depression. *Psychoneuroendocrinology, 37(5),* 662–70.

Gooren, L.J. (2011). Care of transsexual persons. *New England Journal of Medicine, 364,* 1251–57.

Gorin-Lazard, A., Baumstark, K., Boyer, L., Maguigneau, A., et al. (2012). Is hormonal therapy associated with better quality of life in transsexuals? A cross-sectional study. *Journal of Sexual Medicine*, 9(2): 531-41.

Green, R. (2000). Family co-occurrence of "gender dysphoria": Ten siblings or parent-child pairs. *Archives of Sexual Behavior, 29(5),* 499–507.

Greenberg, R. & Laurence, L. (1981). A comparison of MMPI results for psychiatric patients and male applicants for transsexual surgery. *Journal of Nervous and Mental Disease, 169(5),* 320–23.

Guillamon, A., Junque, C., & Gomez-Gil, E. (2016). A Review of the status of brain structure research in transsexualism. *Archives of Sexual Behavior, 45(7),* 1615–48.

Haas, A. *et al.* (2014). *Suicide Attempts among Transgender and Gender Non-Conforming Adults*, http://williamsinstitute.law.ucla.edu/wp- content/uploads/AFSP-Williams-Suicide-Report-Final.pdf.

Halim, M.L., & Ruble, D. (2010). Gender identity and stereotyping in early and middle childhood. In Chrisler, J.C. & McCreary, D.R. (Eds.), *Handbook of gender research in psychology* (Vol. 1, pp. 495–526). New York: Springer.

Hare, L., Bernard, P., Sanchez, F. *et al.* (2009). Androgen receptor length polymorphism associated with male-to-female transsexualism. *Biological Psychiatry, 65(1),* 93–96.

Hatzenbuehler, M., Bellatorre, A., Lee, Y., *et al.* (2014). Structural stigma and all- cause mortality in sexual minority populations. *Social Science & Medicine*, 103; 333-41.

Henningsson, S., Westberg, L, Nilsson, S. *et al.* (2005). Sex steroid-related genes andmale-to-female transsexualism. *Psychoneuroendocrinology, 30(7),* 657–64.

Hines, M. (2011). Gender development and the human brain. *Annual Review ofNeuroscience 34*, 69-88.

Jarolím, L., Šedý, J., Schmidt, M., Ondřej, N., Foltán, R., & Kawaciuk, I. (2009). Gender reassignment surgery in male-to-female transsexualism: A retrospective 3-month follow-up study with anatomical remarks. *Journal of Sexual Medicine, 6*, 1635–44.

Kerlin, S. (2004). The presence of gender dysphoria, transsexualism, and disordersof sex differentiation in males prenatally exposed to diethylstilbestrol: initial evidence from a 5-year study. DES Sons International network. TransAdvocate.org.

Kruijver, F.P. *et al.* (2000), Male-to-female transsexual have female neuron numbersin a limbic nucleus. *Journal of Clinical Endocrinology & Metabolism, 5(1),* 2034–41.

Landen, M. *et al.* (2001). Done is done – and gone is gone: Sex reassignment surgeryis presently the best cure for transsexuals. *Lakartidningen*, 98(30-31), 3322–26.

Landen, M. et al. (2011). Long-term follow-up of transsexual persons undergoing sex reassignment surgery: cohort study in Sweden. *PloS One, 6(2):* e16885.

Lawrence, A. (2003). Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Archives of Sexual Behavior, 32(4),* 299–315.

Lobato, M., Koff, W, Manenti, C., Seger, D. *et al.* (2006). A follow-up of sex reassignment surgery in transsexuals: A Brazilian cohort. *Archives of SexualBehavior, 35(6),* 711–15.

Longo, M., Azanon, E. & Haggard, P. (2010). More than skin deep: Body representation beyond primary somatosensory cortex. *Neuropsychologia, 48(3),*665–68.

Luders, E., Narr, K., Thompson, P., Rex, D. *et al.* (2006). Gender effects on corticalthickness and the influence of scaling. *Human Brain Mapping, 27(4)*, 314–24.

Manning, J., Fink, B. Neave, N. *et al.* (1998). The ratio of 2nd to 4th digit length, apredictor of sperm numbers and concentrations of testosterone, luteinizing hormone and estrogen. *Human Reproduction, 13*, 3000-04.

Marique, O., Odabi, K., Martinez-Jorge, J., Ciudad, P., et al (2018) Complications andpatient-reported outcomes in male-to-female vaginoplasty-where we are today: Asystematic review and meta-analysis. *Annals of Plastic Surgery 80(6)*: 684-91.

Miranda, R., Scott, M., Hicks, R., Wilcox, H., Munfakh, J.L.H., & Shaffer, D. (2008). Suicide attempt characteristics, diagnoses, and future attempts: Comparing multiple attempters to single attempters and ideators. *Journal of the American Academy of Child and Adolescent Psychiatry, 47(1)*, 32–40.

Nuttbrock, L, Rosenblum, A. & Blumenstein, R. (2002). Transgender identity affirmation and mental health. *International Journal of Transgenderism, 6(4).*

Phelps, V. (1952). Relative index finger as a sex-influenced trait in man. *American Journal of Human Genetics, 4*, 72-89.

Pfäfflin, F., & Junge, A. (1998). *Sex reassignment: Thirty years of international follow-up studies after sex reassignment surgery, a comprehensive review, 1961–1991* (Jacobson, R., & Meier, A., Trans.). Retrieved from http://www.symposion.com/ijt/pfaefflin/1000.htm (Original work published 1992).

Rehman, J., Lazar, S., Benet, A., Schaefer, L, & Melman, A. (1999). The reported sex and surgery satisfaction of 20 postoperative male-to female transsexual patients. *Archives of Sexual Behavior, 28(1),* 71–89.

Rametti, G., Carillo, B., Gomez-Gil, E., Junque, C. *et al.* (2011) White matter microstructure in female to male transsexuals before cross-sex hormonal treatment: A diffusion tensor imaging study. *Journal of Psychiatric Research, 45(2),* 199–204.

Rametti, G. *et al.* (2011). The Microstructure of White Matter in Male to Female Transsexuals Before Cross-Sex Hormonal Treatment: A DTI Study, *Journal Psychiatric Research, 45(7),* 949–54.

Ruble, D., Taylor, L., Cyphers, L., Greulich, F., Lurye, L., Shrout, P. (2007). The role of gender constancy in early gender development. *Child Development 78(4),* 1121- 1136.

Savic, I. & Arver, S. (2011). Sex dimorphism of the brain in male-to-female transsexuals. *Cerebral Cortex, 23(11),* 2855–62.

Schneider, H., Pickel, J., Stalla, G. (2006). Typical female 2nd-4th finger length (2D:4D) ratios in male-to-female transsexuals-possible implications for prenatal androgen exposure. *Psychoneuroendocrinology, 31(2),* 265–69.

Seelman, K. (2016). Transgender adults' access to college bathrooms and housing and the relationship to suicidality. *Social Work Faculty Publications*, 64.

Shaw, P., Kabani, N., Lerch, J. Eckstrand, K. *et al.* (2008). Neurodevelopmental trajectories of the human cerebral cortex. *Journal of Neuroscience, 28(14),* 3586–94.

Singh, A., Hays, D. & Watson, L.S. (2011). Strengths in the face of adversity: Resilience strategies of transgender individuals. *Journal of Counseling and Development, 89(1),* 20–27.

Smith, Y., van Goozen, S., Kuiper, A., & Cohen-Kettenis, P. (2005). Sex reassignment: Outcomes and predictors of treatment for adolescents and adult transsexuals. *Psychological Medicine, 35(1)*, 8999.

Steensma, T., Biemond, R., de Boer, F. & Cohen-Kettenis, P. (2011). Desisting andpersisting gender dysphoria after childhood: a qualitative follow-up study. *Clinical Child Psychology and Psychiatry 16(4)*, 499-516.

Steensma, T., McGuire, J., Kreukels, B., Beekman, A. & Cohen-Kettenis, P. (2013). Factors associated with desistance and persistence of childhood gender dysphoria: aquantitative follow-up study. *Journal of American Academy of Child and Adolescent Psychiatry 52(6)*, 582-590.

Steensma, T., van der Ende, J. Verhulst, F. & Cohen-Kettenis, P. (2013). Gender variance in childhood and sexual orientation in adulthood: A prospective study.*Journal of Sexual Medicine 10(11)*, 2723-2733.

Taziaux, M., Swaab, D., Bakker, J. (2012). Sex differences in the neurokin B system inthe human infundibular nucleus. *Journal of Clinical Endocrinology and Metabolism*, *97(12),* 2010–20.

Wiepjes C., Nota N., de Blok C, et al. (2018) The Amsterdam Cohort of Gender Dysphoria Study: Trends in Prevalence, Treatment, and Regrets. *Journal of SexualMedicine 15*:582-90.

Weyers, S. *et al.* (2009). Long-term assessments of the physical, mental and sexualhealth among transsexual women. *Journal of Sexual Medicine*, 6(3), 752-–60.

World Health Organization. (1992). International Classification of Diseases (10thed.).

World Professional Association for Transgender Health, Inc. (2008). WPATH clarification on medical necessity of treatment, sex reassignment, and insurance coverage U.S.A., http://www.wpath.org/documents/Med%20Nec%20on%202008%20Letterhead.pdf

Zhou, J., Hofman, M., Gooren, L. *et al.* (1995). A sex difference in the human brain andits relation to transsexuality. *Nature, 378,* 68–70.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A. (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex23*, 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E., Segovia, S., Carrillo, B., Rametti, G. & Guillamon, A. (2013). Cortical thickness in untreated transsexuals. *Cerebral Cortex23,* 2855-62.

Zubiaurre-Elorza, L., Junque, C., Gomez-Gil, E. & Guillamon, A. (2014). Effects ofcross-sex hormone treatment on cortical thickness in transsexual individuals. *Journal of Sexual Medicine, 11(5),* 1248–61.

# APPENDIX C

**ACLU**

**ROGER BALDWIN FOUNDATION
OF ACLU, INC.**

Illinois

ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 N. MICHIGAN AVENUE
SUITE 600
CHICAGO, ILLINOIS  60601-7570
(312) 201-9740
FAX (312) 201-9760
WWW.ACLU-IL.ORG

March 17, 2021

Dr. Randi Ettner
1214 Lake Street
Evanston, IL 60201
rettner@aol.com

Dear Dr. Ettner:

As you know, the American Civil Liberties Union Foundation ("ACLUF"), the Roger Baldwin Foundation of ACLU, Inc. ("RBF"), Feirich Mager Green Ryan ("FMGR") and Winston & Strawn LLP ("W&S") represent the plaintiff Cristina Iglesias in *Iglesias v. Connors* in connection with the adequacy of her medical care and protection from harm provided by the Federal Bureau of Prisons. Acting on behalf of the plaintiff, we have discussed with you the possibility of your serving in this matter as a testifying expert. Thank you for agreeing to serve as an expert witness in this case. The terms of your retention are set forth below. Please signify your agreement to these terms by countersigning this letter and returning it to me.

This letter confirms that the ACLUF, RBF, FMGR and W&S have retained you as an expert in this case and we have agreed to pay your pro bono rate of $375 per hour, up to a maximum of $3000 per day. The same rate applies to report writing, phone conferences, face-to-face meetings and travel time. You will charge us the rate of $425 per hour for trial and deposition testimony. In addition to professional fees, we will compensate you for reasonable direct out-of-pocket expenses, such as charges for travel. You will inform us if you anticipate that your total fees will exceed $10,000 prior to incurring those costs in excess of that amount, and inform us of the same for every additional $10,000 thereafter prior to incurring those costs in excess of that amount.

You should send your bills directly to my attention at the Roger Baldwin Foundation of ACLU, Inc., and bills should be issued no less frequently than every other month. You have advised us that no conflicts exist with your taking on this assignment. You agree that you will not provide expert witness services in this case or matters directly connected with this case for any person or entity, other than the plaintiffs and their attorneys, without the advance written approval of the plaintiffs' attorneys. In addition, you agree that while this matter is still active you will not provide expert services for any person or entity who has asserted or proposes to assert any position antagonistic to that of the plaintiffs in this case, without the advance written approval of the plaintiffs' attorneys.

In the course of your retention, we may call upon you to provide information, prepare studies or reports, participate in meetings, review materials, and undertake other tasks for ACLUF, RBF, FMGR and W&S as counsel to Ms. Iglesias. We intend that your work, opinions,

1

conclusions and communications will be covered by the attorney-client privilege and attorney work product rule to the extent provided by law, and you agree to do all things necessary to preserve those privileges.

You agree that documents and information of any kind that you (or anyone assisting you) acquire will be maintained in strict confidence and not disclosed to any other person or party without your prior written consent. All documentary material provided to you (or to anyone assisting you) together with all copies thereof must be returned immediately upon request. In addition, any activities that you perform under this agreement and any conclusions or judgments that you reach or have reached must be maintained as confidential in the same way. You should understand that these restrictions will continue even after the termination of your consulting work for us and after the termination of the matter.

Reports and other documents generated, or obtained by you, in the course of your work on this matter will be the property of the ACLUF, RBF, FMGR and W&S. If authored by you, the work will be considered "Works Made For Hire" and all right, title and interest in such works is hereby assigned by you to the ACLUF, RBF, FMGR and W&S.

The nature and duration of your retention will be determined by the ACLUF, RBF, FMGR and W&S and may be modified or terminated by us at any time for any reason. This agreement may not be amended or modified, nor any provision waived by any means other than an express writing to such effect which is signed by you and the ACLUF, RBF, FMGR and W&S.

\* \* \*

We greatly appreciate your help in this matter, and we are looking forward to working with you.

Sincerely yours,

The Roger Baldwin Foundation of ACLU, Inc.

By: _____
Name: John A. Knight

Agreed and accepted this ____ day of _____, 2021.

Dr. Randi Ettner

By: 

Agreed and accepted this **18** day of **March**, 2021.

2

The American Civil Liberties Union Foundation

By: _____

Name: ___James D. Esseks_____

Agreed and accepted this 18 day of March_____, 2021.

Feirich Mager Green Ryan

By: _____

Name: _____

Agreed and accepted this ___ day of _____, 2021.

Winston & Strawn

By: _____

Name: ___Kevin Warner_____

Agreed and accepted this 18 day of March_____, 2021.

3