IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>  Plaintiff,<br><br>v.<br><br>IAN CONNORS, *et al.*,<br><br>  Defendants. | Case No. 19-cv-00415-RJN<br><br>Judge Nancy J. Rosenstengel |

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH EFC NO. 94

In compliance with EFC No. 94, Plaintiff Cristina Nichole Iglesias hereby submits a service address for Defendant L.J.W. Hollingsworth based upon a diligent search:

L.J.W. Hollingsworth
2084 Eucalyptus Way
Nolensville, TN 37135-9642

Ms. Iglesias further states that service of Defendant L.J.W. Hollingsworth may not be required. As outlined in greater detail in her Motion for Leave to File Second Amended Complaint, Ms. Iglesias has learned that Defendant L.J.W. Hollingsworth is no longer the Warden of United States Penitentiary-Marion ("USP-Marion"). (EFC. No. 85 at 2). She thus seeks to replace Defendant Hollingsworth with the current Warden of USP-Marion, Dan Sproul, who is named as a defendant in the proposed Second Amended Complaint. (EFC. No. 85, Ex. 1, ¶10). If the Court grants leave to amend the complaint to name Warden Sproul as a defendant, Plaintiff (via her counsel) commits to serving him in compliance with Federal Rule of Civil Procedure 4 if the Court so approves.

Plaintiff also states that she is female and uses female pronouns, as the Court did in the Memorandum and Order (EFC. No. 70), and respectfully asks the Court to correct the inadvertent use of male pronouns for her in EFC No. 94.

Dated: April 13, 2021

Respectfully submitted,

*/s/* John A. Knight
**John A. Knight**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org

**Kevin Warner**
**Frank Battaglia**
**Katherine D. Hundt**
**Courtney Block**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
kwarner@winston.com
fbattaglia@winston.com
khundt@winston.com
cblock@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

**Taylor Brown**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Nichole Iglesias*