UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS<br>(a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>          Plaintiff,<br><br>          v.<br><br>IAN CONNORS, *et al.*,<br><br>          Defendants. | Case No. 19-cv-00415-RJN |

**DEFENDANTS' NOTICE OF CASE DEVELOPMENTS**

Defendants, by their attorneys Joshua E. Gardner and Gary D. Feldon, United States Department of Justice, Civil Division, submit this notice of case developments.

1. On April 6, 2021, Plaintiff filed a motion for preliminary injunction and sought to "enjoin Defendants to (i) provide Plaintiff with the medically necessary healthcare she needs, including permanent hair removal and gender confirmation surgery; (ii) house Plaintiff at an institution consistent with her gender identity; and (iii) protect Plaintiff from the known and serious risks of harm she continues to face while housed in a men's prison." Dkt. No. 93 at 20.

2. On April 20, Defendants filed their opposition to Plaintiff's motion and explained that the Federal Bureau of Prisons' Transgender Executive Council ("TEC") has recommended Plaintiff's transfer to a female facility, and that the recommendation would be subject to approval by the Designation and Sentence Computation Center ("DSCC"). Dkt. No. 99 at 11.

3. Since Defendants filed their opposition, the DSCC has accepted the TEC's recommendation and Plaintiff will be placed in a female facility. *See* Declaration of Steven Cole, ¶ 5. She will be transported there as soon as practicable. *Id.*

Dated: April 27, 2021                          Respectfully submitted,

STEVEN D. WEINHOEFT                            BRIAN M. BOYNTON
United States Attorney                         Acting Assistant Attorney General
                                               Civil Division
LAURA J. JONES
Assistant United States Attorney               ALEXANDER K. HAAS
                                               Director, Federal Programs Branch

                                               */s/ Joshua E. Gardner*
                                               JOSHUA E. GARDNER
                                               Special Counsel
                                               GARY D. FELDON
                                               Trial Attorney
                                               United States Department of Justice
                                               Federal Programs Branch
                                               1100 L St. NW, Room 11502
                                               Washington, DC 20530
                                               Tel.:   (202) 305-7583
                                               Fax:    (202) 616-8470
                                               Email:  joshua.e.gardner@usdoj.gov

                                               *Counsel for Defendants*