IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>Plaintiff,<br><br>v.<br><br>IAN CONNORS, *et al.*,<br><br>Defendants. | Case No. 19-cv-00415-RJN<br><br>Judge Nancy J. Rosenstengel |

**DECLARATION OF CRISTINA NICHOLE IGLESIAS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION REPLY**

I, Cristina Nichole Iglesias, am the Plaintiff in the above captioned case. I have personal knowledge of the information set forth herein and, if called upon to testify, would testify to the truth of the following:

1. I have been told that I will be transferred to a female facility but remain concerned about whether that will in fact happen and, if it does, about whether the Federal Bureau of Prisons ("BOP") might later transfer me back to a male facility. I have been transferred many times to different male facilities while in BOP custody.

2. It is my understanding that there were several inaccuracies and misleading statements in the declarations filed by Defendants regarding my medical treatment and the circumstances regarding the assaults I suffered while in BOP custody. That may result in part from the fact that I have never actually met or communicated in any way with Dr. Alison Leukefeld, Dr. Berhan Yeh, or Captain Kimberly Shivers.

3. Tamara Lamer—my case manager for three years at United States Penitentiary-Marion ("USP-Marion")—told me that I was approved for gender-confirmation surgery and was being transferred to Federal Medical Center-Lexington ("FMC-Lexington") for that surgery. Once

1

I arrived there, the Health Services Administrator at FMC-Lexington confirmed that I had been transferred there for gender-confirmation surgery, but there was no surgeon at the University of Kentucky or anywhere in the state of Kentucky who was qualified to perform such surgery. I was never told that I was being transferred to FMC-Lexington as an intermediate step before being transferred to a female facility.

4. While at FMC-Lexington, I requested that my injectable hormones be changed to oral medication because FMC-Lexington staff gave other transgender women inmates oral medication and at times failed to put me on the call-out list for my injections, resulting in me missing dosages. When the hormone therapy was changed to oral medication, prison medical staff reduced my hormones from 15 mg of estradiol cypionate by intramuscular injection every two weeks to 4mg of oral estradiol daily. I soon felt the impact of my dosage being reduced both emotionally and in minor changes in the way my breasts appeared to me. I do not believe the changes in my appearance were noticeable to others, but they were to me. I requested that my dosage be increased. Medical staff at FMC-Lexington increased my dosage to 6 mg daily by oral administration in October 2020. I have never refused to take the hormone therapy that was provided to me, nor have I ever asked that my dosage be reduced.

5. At all relevant times, my access to hormone therapy and my hormone levels have been controlled by BOP's medical staff. I understand that BOP stated that the blood tests I took on February 25, 2020, May 26, 2020, and August 27, 2020 showed that my hormone levels were below the target level. No one at the BOP ever informed me that my hormone levels had fallen below their target goal. Otherwise, I would have requested that my hormone dosage be increased.

6. Since I have been in protective custody in the Security Housing Unit at Federal Correctional Institution-Fort Dix ("Fort Dix"), I have only been given a razor to shave once per

week, not three times as Ms. Shivers stated. I have been allowed to shower three times per week but only given a razor once per week. I have refused to shower a few times because of my discomfort with the guard who took me to the showers and because the showers are built in a way that reveals my breasts to other showering male inmates. I have never refused to shower on the one day a week when I was permitted to shave. On Monday, April 26, 2021, I was told for the first time that I would be able to shave three times per week.

7.  Until March 2021, I had been searched by male prison officers at Fort Dix. Recently, I have been searched exclusively by female prison officers.

8.  I have not received any individual or group therapy to treat my gender dysphoria since I arrived at Fort Dix other than five monthly twenty- to thirty-minute meetings with a psychologist. I had not seen a doctor until after the motion for a preliminary injunction was filed.

9.  I understand that BOP claimed that I was transferred to Fort Dix from FMC-Lexington because I owed money to other prisoners for drugs for my personal use. Staff at FMC-Lexington told me I was being transferred to Fort Dix because I was being threatened with assault. I never owed money to other prisoners at Lexington.

10. At Fort Dix, I complained at the same time of being assaulted by both Rosa and Mejia, two other prisoners. However, BOP only investigated my assaults by Rosa. Ms. Shivers's statement that I owed money to Mejia for candy from another institution is inaccurate. Her statement that I informed psychology staff on March 15, 2021 of my assault by Mejia is misleading because I had informed BOP of my assaults by both Rosa and Mejia at the same time on March 4, 2021.

11. I have been living and identifying myself as a woman since I was in tenth grade and have identified myself as a transgender woman since I entered BOP custody in 1994. I took

hormonal birth control to develop breasts in high school and began to request feminizing hormones from BOP in 2011. I took hormone medication as soon as BOP medical staff made it available to me in 2015. I wore a bra, panties, and female clothing before prison and in BOP custody since 2015. I have worn BOP-provided make up and used female grooming items since 2017, which is when BOP first started to provide such items to transgender inmates. I have asked BOP staff to treat me as a woman in every way, including referring to me as "Cristina," and have done everything within my power to continue living as a woman since I entered BOP custody.

12. I have consistently and repeatedly asked BOP to transfer me to a female facility. BOP has sole control over inmate housing designations.

13. My understanding is that my attorneys have been seeking my medical records since I signed a release for those records on December 2, 2020. However, because my attorneys have been unable to receive my medical records, I put in my own request for the records approximately two weeks ago in mid-April 2021.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Dated: May 3, 2021                    /s/ Cristina Nichole Iglesias
                                       Cristina Nichole Iglesias[1]

---

[1] Plaintiff's counsel spoke with Ms. Iglesias on April 30, 2021 by telephone. During this conversation Ms. Iglesias authorized Plaintiff's counsel to file this declaration on her behalf. Plaintiff's counsel will supplement this declaration with a signed copy from Ms. Iglesias once it is returned to them by U.S. Mail from Ms. Iglesias.