## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS<br>(a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>v.<br><br>IAN CONNORS, *et al.*,<br><br>    Defendant. | Case No. 19-cv-00415-RJN |

## **CERTIFICATE OF SERVICE**

  I, Frank A. Battaglia, certify that a true and correct copy of Plaintiffs' Reply to Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned case.


Dated: May 3, 2021                  /s/ *Frank A. Battaglia*
                                     Frank A. Battaglia