# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>    Defendant. | Case No. 19-cv-00415-NJR<br><br>Judge Nancy J. Rosenstengel |

## EXHIBITS IN SUPPORT OF
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to this Court's April 23, 2021 Order (ECF No. 101), Plaintiff Cristina Nichole Iglesias filed her Second Amended Complaint (ECF No. 106). It has come to Plaintiff's attention that the exhibits attached to that complaint were inadvertently omitted from that filing. These exhibits are identical to the exhibits attached to Plaintiff's First Amended Complaint (*see* ECF No. 52-1) and are being refiled to accompany Plaintiff's Second Amended Complaint.

Dated: May 6, 2021

                                                                    Respectfully submitted,

                                                                    */s/ Kevin Warner*
                                                                    **Kevin Warner**
                                                                    **Frank Battaglia**
                                                                    **Katherine D. Hundt**
                                                                    **Courtney Block**
                                                                    WINSTON & STRAWN LLP
                                                                    35 W. Wacker Drive
                                                                    Chicago, IL 60601-9703
                                                                    (312) 558-5600
                                                                    kwarner@winston.com
                                                                    fbattaglia@winston.com
                                                                    khundt@winston.com
                                                                    cblock@winston.com

                                                                    **John A. Knight**

1

ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

**Taylor Brown**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Noel Iglesias*

## CERTIFICATE OF SERVICE

      I, Frank A. Battaglia, certify that a true and correct copy of the Exhibits in Support of Plaintiffs' Second Amended Complaint were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in the above-captioned case.

Dated: May 6, 2021                                             */s/ Frank A. Battaglia*
                                                                                 Frank A. Battaglia