UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS<br>(a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>Plaintiff,<br><br>v.<br><br>IAN CONNORS, *et al.*,<br><br>Defendants. | Case No. 19-cv-00415-RJN |

**DEFENDANTS' NOTICE OF CASE DEVELOPMENTS**

Defendants, by their attorneys Joshua E. Gardner and Gary D. Feldon, United States Department of Justice, Civil Division, submit this notice of case developments.

1. On April 6, 2021, Plaintiff filed a motion for preliminary injunction and sought to "enjoin Defendants to (i) provide Plaintiff with the medically necessary healthcare she needs, including permanent hair removal and gender confirmation surgery; (ii) house Plaintiff at an institution consistent with her gender identity; and (iii) protect Plaintiff from the known and serious risks of harm she continues to face while housed in a men's prison." Dkt. No. 93 at 20.

2. On April 20, Defendants filed their opposition to Plaintiff's motion and explained that the Federal Bureau of Prisons' Transgender Executive Council ("TEC") has recommended Plaintiff's transfer to a female facility, and that the recommendation would be subject to approval by the Designation and Sentence Computation Center ("DSCC"). Dkt. No. 99 at 11.

3. On April 27, 2021, Defendants notified the Court that the DSCC had accepted the TEC's recommendation and that Plaintiff would be placed in a female facility. Dkt. No. 103.

4. On May 25, 2021, Plaintiff arrived at Federal Medical Center at Carswell, Texas, a female Federal Bureau of Prisons facility located in Fort Worth, Texas. *See* Declaration of Steven Cole, ¶¶ 3-4.

Dated: May 25, 2021                    Respectfully submitted,

STEVEN D. WEINHOEFT                    BRIAN M. BOYNTON
United States Attorney                 Acting Assistant Attorney General
                                       Civil Division
LAURA J. JONES
Assistant United States Attorney       ALEXANDER K. HAAS
                                       Director, Federal Programs Branch

                                       */s/ Joshua E. Gardner*
                                       JOSHUA E. GARDNER
                                       Special Counsel
                                       GARY D. FELDON
                                       Trial Attorney
                                       United States Department of Justice
                                       Federal Programs Branch
                                       1100 L St. NW, Room 11502
                                       Washington, DC 20530
                                       Tel.:   (202) 305-7583
                                       Fax:    (202) 616-8470
                                       Email:  joshua.e.gardner@usdoj.gov

                                       *Counsel for Defendants*