IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS (a.k.a.,⠀⠀⠀)
CRISTIAN NOEL IGLESIAS),⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
vs.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀Case No. 19-cv-00415-NJR
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
IAN CONNORS, ET AL.,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Defendants.⠀⠀⠀⠀⠀⠀⠀⠀)

## DECLARATION OF STEVEN COLE

I, Steven Cole, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1.⠀⠀⠀⠀I am currently employed by the Federal Bureau of Prisons ("BOP") as Designator at the Designation and Sentence Computation Center (DSCC) in Grand Prairie, Texas.  I have held my current position since February 2021.  I have been employed by the BOP since August 2003.  As a Designator, I am responsible for classifying inmates to place them in the most appropriate facility for service of their sentence.

2.⠀⠀⠀⠀I previously provided a declaration dated April 27, 2021, explaining that inmate Iglesias, reg. no. 17248-018, had been designated to a BOP facility which houses female offenders and that she would be transferred as soon as possible.

3.⠀⠀⠀⠀After that declaration was executed, Iglesias was transferred from the Federal Correctional Institution at Fort Dix, New Jersey (FCI Fort Dix), to the Carswell Federal Medical Center (FMC Carswell), located in Fort Worth, Texas.  FMC Carswell, the facility to which Iglesias is currently designated, is a medical center housing female inmates.

4.⠀⠀⠀⠀Specifically, according to BOP's SENTRY system (a computerized database of

1

inmate records), Iglesias arrived at FMC Carswell on May 25, 2021, after a brief stay at an in-transit facility between FCI Fort Dix and FMC Carswell.[1]


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 25th  day of May 2021.


_____

Steven Cole

---

[1] An inmate's current location can be found using the inmate locator on the BOP's public website at https://www.bop.gov/inmateloc/.