## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), | |
| Plaintiff, | Case No. 19-cv-00415-NJR |
| v. | Judge Nancy J. Rosenstengel |
| FEDERAL BUREAU OF PRISONS, *et al.*, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF SERVICE OF SECOND AMENDED COMPLAINT

Notice is hereby given that, following this Court's April 23, 2021 Order granting Plaintiffs' Motion for Leave to File her Second Amended Complaint (ECF No. 101) and ordering Plaintiff to effectuate service of the same on the newly added defendants, Defendants' counsel accepted service of the Second Amended Complaint on behalf of the newly added individual Defendants Dr. Dan Sproul and Dr. Jeffery Allen in their official capacities on May 10, 2021.

Defendants Federal Bureau of Prisons, Michael Carvajal, Chris Bina, Ian Connors, Alix McLearen, Thomas Scarantino, and Donald Lewis were named as defendants in Ms. Iglesias's First Amended Complaint and received service of that Complaint. Counsel for those Defendants was also provided with a copy of the Second Amended Complaint.

Dated: June 4, 2021

                                        Respectfully submitted,

                                        */s/ Frank Battaglia*
                                        **Kevin Warner**
                                        **Frank Battaglia**
                                        **Katherine D. Hundt**
                                        **Courtney Block**
                                        Winston & Strawn LLP
                                        35 W. Wacker Drive
                                        Chicago, IL 60601-9703

(312) 558-5600
kwarner@winston.com
fbattaglia@winston.com
khundt@winston.com
cblock@winston.com

**John A. Knight**
ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

**Taylor Brown**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Noel Iglesias*

## **CERTIFICATE OF SERVICE**

I, Frank A. Battaglia, certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-captioned case.

Dated: June 4, 2021                                                          /s/  *Frank A. Battaglia*
                                                                                           Frank A. Battaglia