# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Cristina Nichole Iglesias (aka Cristian Noel Iglesias),<br>*Plaintiff(s)*<br>v.<br>Ian Connors, et al.<br>*Defendant(s)* | )<br>)<br>)  Case Number: 19-cv-00415-JPG<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

    I hereby enter my appearance as counsel for Plaintiff Cristina Nichole Iglesias (aka Cristian Noel Iglesias).

DATED: June 15, 2021

/s/ Joshua D. Blecher-Cohen
Signature

Joshua D. Blecher-Cohen
Name

150 N. Michigan Ave., Ste. 600, Chicago, IL 60601
Address

312-201-9740
Phone Number

312-535-6571
Fax Number

jblechercohen@aclu-il.org
E-Mail Address

Rev.  2/11

**CERTIFICATE OF SERVICE**

  I certify that on June 15, 2021, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

              /s/ Joshua D. Blecher-Cohen
              Joshua D. Blecher-Cohen