IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>          Plaintiff,<br><br>     v.<br><br>IAN CONNORS, *et al.*,<br><br>          Defendants. | Case No. 19-cv-00415-RJN<br><br>Judge Nancy J. Rosenstengel |

## JOINT STIPULATION TO DISMISS CERTAIN CLAIMS

Plaintiff and Defendants hereby stipulate that Plaintiff will dismiss her claims under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Michael Carvajal, Chris Bina, Ian Connors, Alix McLearen, Thomas Scarantino, Dan Sproul, Dr. Jeffery Allen, and Donald Lewis in their individual capacity, but not in their official capacity, in exchange for the agreement and confirmation of the Bureau of Prisons ("BOP"), which BOP hereby provides, that BOP is capable of providing all of the relief Plaintiff seeks in her Second Amended Complaint and that Defendants will not argue that maintaining *Bivens* claims against any of the individual defendants is a prerequisite to Plaintiff obtaining that requested relief.

Defendants reserve all rights to seek the dismissal of official-capacity claims against current and former BOP defendants, as well as any other remaining claims, at the appropriate time. Except as explicitly provided above, nothing herein shall constitute a waiver of any defense or argument that could be raised by Defendants.

Dated:  June 16, 2021

/s/ Joshua E. Gardner
Joshua E. Gardner
Special Counsel
Gary D. Feldon
Trial Attorney
United States Department of Justice
Federal Programs Branch
1100 L St. NW, 11502
Washington, DC 20530
Tel: (202)-305-7583
Fax: (202)-616-8470
Email: joshua.e.gardner@usdoj.gov

Laura K. Smith
Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
Tel: (202) 616-0419
Laura.smith2@usdoj.gov

Steven D. Weinhoeft
United States Attorney

Laura J. Jones
Assistant United States Attorney

Bryan M. Boynton
Acting Assistant Attorney General
Civil Division

Alexander K. Hass
Director
Federal Programs Branch

*Attorneys for Defendants*

Respectfully Submitted,

/s/ John A. Knight
John A. Knight
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org

Kevin Warner
Frank Battaglia
Katherine D. Hundt
Courtney Block
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
kwarner@winston.com
fbattaglia@winston.com
khundt@winston.com
cblock@winston.com

Angela M. Povolish
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

Taylor Brown
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004 (212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Nichole Iglesias*