# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS <br> (a.k.a. CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> v. <br><br> IAN CONNORS, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) Case No. 19-cv-00415-RJN ) ) ) ) ) |

## DEFENDANTS' NOTICE OF CASE DEVELOPMENTS

Defendants, by their attorneys Joshua E. Gardner and Gary D. Feldon, United States Department of Justice, Civil Division, submit this notice of case developments.

1. On April 6, 2021, Plaintiff filed a motion for preliminary injunction and sought, among other things, to "enjoin Defendants to . . . provide Plaintiff with the medically necessary healthcare she needs, including permanent hair removal . . ." Dkt. No. 93 at 20.

2. On May 25, 2021, Plaintiff arrived at Federal Medical Center at Carswell, Texas, a female Federal Bureau of Prisons facility located in Fort Worth, Texas. *See* Dkt. No. 111-1, Declaration of Steven Cole, ¶¶ 3-4.

3. On June 23, 2021, the Federal Bureau of Prisons provided Plaintiff with Nair hair remover lotion with soothing aloe and lanolin. *See* Ex. 1.

Dated: June 24, 2021                                            Respectfully submitted,

STEVEN D. WEINHOEFT                              BRIAN M. BOYNTON
United States Attorney                                      Acting Assistant Attorney General
                                                                              Civil Division
LAURA J. JONES
Assistant United States Attorney                     ALEXANDER K. HAAS
                                                                              Director, Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel

*/s/ Gary Feldon*
GARY D. FELDON
Trial Attorney
United States Department of Justice
Federal Programs Branch
1100 L St. NW, Room 11104
Washington, DC 20530
Tel.:    (202) 598-0905
Email:  gary.d.feldon@usdoj.gov

*Counsel for Defendants*

# EXHIBIT 1

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | IGLESIAS, CRISTIAN NOEL | | | Reg #: | 17248-018 |
|---|---|---|---|---|---|
| Date of Birth: | 06/10/1974 | Sex: F | Race: WHITE | Facility: | CRW |
| Note Date: | 06/23/2021 15:28 | Provider: | Langham, Charles (MAT) | Unit: | H02 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1          Provider:   Langham, Charles (MAT) MD/CD

    46y/o white Transgender Male to Female stated significant concern for need for facial hair removal. Requested a depilatory.

    P - Issued Nair hair remover lotion with soothing Aloe & Lanolin (net wt. 9 oz., 255g)

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Langham, Charles (MAT) MD/CD on 06/23/2021 15:33