IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> vs. <br><br> IAN CONNORS, ET AL., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 19-cv-00415-NJR <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF ALISON LEUKEFELD**

I, Alison Leukefeld, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as the Psychology Services Branch Administrator. I have held my current position since April of 2020. I have been employed by the BOP since May of 2004.

2. I previously provided a declaration dated April 20, 2021. In that declaration, in addition to other items, I explained my role on the BOP's Transgender Executive Council (TEC) and explained the BOP's process in making housing determinations for transgender inmates, such as the Plaintiff in this case, inmate Iglesias reg. no. 17248-018. The TEC is comprised of BOP employees who work in BOP's Central Office in Washington, D.C. The TEC meets at BOP's Central Office in Washington, D.C.

3. Additionally, in my April 20, 2021 declaration I explained that the TEC had recently reviewed Iglesias and recommended that she be transferred to a facility which houses female inmates.

1

4.   Prior to the April 2021 recommendation, Iglesias had been housed at facilities for male inmates. Although her incarceration began much earlier, it is noted here that Iglesias was designated to the United States Penitentiary in Marion, Illinois (USP Marion), from June 12, 2017, to November 4, 2019; The Federal Medical Center in Lexington, Kentucky (FMC Lexington), from November 14, 2019, to November 17, 2020; and the Fort Dix Federal Correctional Institution in New Jersey, from December 14, 2020, to May 24, 2021.

5.   Additionally, prior to the April 2021 recommendation, Iglesias had submitted administrative remedy requests seeking gender conforming surgery. See Attachment 1, a true and accurate copy of an Administrative Remedy Generalized Retrieval, which lists administrative remedies submitted by Iglesias, as maintained in BOP's Sentry system. Specifically, Iglesias submitted such requests while at the Federal Correctional Institution in Fairton, New Jersey, in 2016; at the Federal Correctional Institution in Butner, North Carolina, in 2016; at the Federal Correctional Institution in Cumberland, Maryland, in 2017; at USP Marion in 2017-2019; and at FMC Lexington in 2019-2020,

6.   After the TEC recommended in April 2021 that Iglesias be transferred to a female facility, the recommendation was communicated to staff at the Fort Dix Correctional Institution in New Jersey (FCI Fort Dix), as institution staff are generally responsible for day to day management of inmates for items including housing, transfer requests, and medical treatment. FCI Fort Dix staff then requested a transfer, which was approved by the BOP's Designation and Sentence Computation Center (DSCC) in Grand Prairie, Texas. Iglesias was subsequently transferred to the Carswell Federal Medical Center (FMC Carswell), located in Fort Worth, Texas, where she is currently housed.

7.   In designating inmates, BOP considers Program Statement 5100.08, Inmate Security and Custody Classification ("Program Statement"). The Program Statement focuses on three primary factors for making designation decisions: (1) the level of security and supervision the inmate

requires; (2) the level of security and staff supervision the institution is able to provide; and (3) the inmate's program needs. Other factors to be considered include: the inmate's release residence; the level of overcrowding at an institution; any security, location or program recommendation made by the sentencing court; any Central Inmate Monitoring issues; any additional security measures to ensure the protection of victims/witnesses and the public in general; and, any other factor(s) which may involve the inmate's confinement, the protection of society, and/or the safe and orderly management of a BOP facility. Additionally, Program Statement 5200.04, also known as the Transgender Offender Manual, directs BOP staff to make individualized decisions about transgender inmate housing, taking into account gender identity, the safety of all parties, and individual inmate behavior and history, among other factors. This is necessary to ensure the needs of transgender inmates are addressed and safety is maximized for all inmates.

8. In recommending Iglesias be housed at a female facility, it was the TEC's intention that her placement at a female facility continue, so long as it is consistent with BOP policy.

9. Inmates may be designated to community confinement (commonly referred to as a halfway house) during the final months of their term of imprisonment, not to exceed twelve months. 28 C.F.R. § 570.21. Iglesias's current projected release date is December 25, 2022. Accordingly, Iglesias may be eligible for halfway house placement as soon as December 25, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of July 2021.

_____
Alison Leukefeld

3

# ATTACHMENT 1

```
CSTAK              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      07-06-2021
PAGE 001 OF                                                              13:02:02
       FUNCTION: L-P SCOPE: REG    EQ 17248-018     OUTPUT FORMAT: SAN
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____  THRU _____    DT STS: FROM _____  THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _                RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____       ____      ____      ____      ____      ____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ___        ___        ___        ___        ___        ___
        TYPE: ___        ___        ___        ___        ___        ___
EVNT FACL: EQ ____       ____       ____       ____       ____       ____
RCV FACL.: EQ ____       ____       ____       ____       ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____       ____       ____       ____       ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

```
  CSTAK           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-06-2021
PAGE 002 OF         *              SANITIZED FORMAT              *     13:02:02

  REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT----------------------
                 RCV-OFC    RCV-FACL    DATE-RCV       STATUS      STATUS-DATE

  253586-R1      34ZM/26ZM    STAFF COMPLAINT
                 NER        DEV         11-13-2001     REJ         11-14-2001

  253974-R1      34ZM/        STAFF COMPLAINT
                 NER        DEV         11-15-2001     REJ         11-19-2001

  254216-R1      34ZM/22ZM    STAFF COMPLAINT/DOESN'T WANT PLACEMENT IN SHU
                 NER        DEV         11-19-2001     REJ         11-21-2001

  254217-R1      34ZM/22ZM    STAFF COMPLAINT/DOESN'T WANT PLACEMENT IN SHU
                 NER        DEV         11-19-2001     REJ         11-21-2001

  257689-A1      34AM/        CLMS STF THREATENED TO KILL HIM, SHOOT HIM W/MEDS
                 BOP        OKL         01-02-2002     CLO         01-11-2002

  270498-F1      34CM/        REQUEST FOR RE-DESIGNATION TO FCI
                 MIM        MIM         06-17-2002     CLO         07-01-2002

  270498-A1      34CM/        REQUEST FOR RE-DESIGNATION TO FCI
                 BOP        MIM         06-25-2002     REJ         06-25-2002

  276336-R1      10ZM/        WNTS TRF/WORK CADRE I'S TEASE B/CAUSE HE WENT TO MED
                 SER        MIM         08-12-2002     CLO         09-20-2002

  280293-F1      27AM/        REQUESTS TO SEE ORTHODONTIST FOR BRACES
                 MIM        MIM         10-15-2002     CLD         10-28-2002

  284995-R1      34AM/20DM    APPEALS DHO 07-29-2002
                 SER        MIM         12-03-2002     REJ         12-03-2002

  325513-R1      10AS/34ES    ALLEGE VICTIM OF EXTORTION BY INMATES
                 SER        EST         02-23-2004     CLO         03-24-2004

  325906-F1      10ZM/34ZM    TRANSFER TO LOWER SEC/SAFETY FROM INMATES & STAFF
                 EST        EST         02-26-2004     CLO         03-03-2004

  325907-F1      10ZM/34ZM    TRANSFER TO LOWER SEC/SAFETY FROM INMATES & STAFF
                 EST        EST         02-26-2004     REJ         02-27-2004

  435662-F1      34ZM/        RETALIATED AGAINST BY SEVERAL STAFF
                 EST        EST         12-04-2006     REJ         12-05-2006

  446340-R1      20AM/        DHO HEARING DATE 02-13-07, CODE 203
                 SER        EST         03-20-2007     CLD         04-30-2007

  462385-F1      16ZM/        COMPLAINING ABOUT MAIL RESTRICTIONS
                 THA        THA         08-09-2007     CLD         08-27-2007


G0002           MORE PAGES TO FOLLOW . . .
```

```
  CSTAK          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-06-2021
PAGE 003 OF        *           SANITIZED FORMAT                *     13:02:02

  REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
               RCV-OFC    RCV-FACL    DATE-RCV        STATUS     STATUS-DATE

  465437-F1    14AS/       WANTS TRANSFERRED OUT OF CMU
               THA         THA         09-05-2007      CLD        09-14-2007

  462385-R1    16ZM/       COMPLAINING ABOUT MAIL RESTRICTIONS
               NCR         THA         09-10-2007      CLD        09-21-2007

  466205-F1    16ZS/       WANTS TO BE ABLE TO WRITE TO HIS FRIEND.
               THA         THA         09-12-2007      CLD        09-18-2007

  465437-R1    14AS/       WANTS TRANSFERRED OUT OF CMU
               NCR         THA         09-25-2007      CLD        10-11-2007

  466205-R1    16ZS/       WANTS TO BE ABLE TO WRITE TO HIS FRIEND.
               NCR         THA         10-01-2007      CLD        11-02-2007

  462385-A1    16ZM/       COMPLAINING ABOUT MAIL RESTRICTIONS
               BOP         THA         10-15-2007      CLD        12-20-2007

  470627-F1    16ES/       COMPLAINING ABOUT MAIL RESTRICTIONS.
               THA         THA         10-23-2007      CLD        10-26-2007

  465437-A1    14AS/       WANTS TRANSFERRED OUT OF CMU
               BOP         THA         11-01-2007      REJ        11-04-2007

  472032-F1    16ES/       APPEALING MAIL RESTRICTIONS
               THA         THA         11-05-2007      CLO        11-08-2007

  470627-R1    16ES/       COMPLAINING ABOUT MAIL RESTRICTIONS.
               NCR         THA         11-05-2007      CLD        11-27-2007

  465437-A2    15HM/       PROTESTS TRANSFER TO CMU
               BOP         THA         12-12-2007      CLD        02-20-2008

  466205-A1    16ZS/       WANTS TO BE ABLE TO WRITE TO HIS FRIEND.
               BOP         THA         12-17-2007      REJ        12-21-2007

  470627-A1    16ES/       COMPLAINS ABOUT MAIL RESTRICTIONS.
               BOP         THA         12-18-2007      CLD        02-15-2008

  476611-F1    25CS/       COMPLAINING ABOUT NOISE FROM STEAM PIPES
               THA         THA         12-19-2007      CLD        02-04-2008

  477658-F1    34CS/       CLAIMS STAFF DISCRIMIN
               THA         THA         01-02-2008      CLD        02-29-2008

  478226-F1    13CS/       WANTS SEPARATED FROM CERTAIN INMATES
               THA         THA         01-07-2008      CLO        01-15-2008


G0002       MORE PAGES TO FOLLOW . . .
```

```
  CSTAK            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 004 OF         *            SANITIZED FORMAT                *    13:02:02

  REMEDY-ID      SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
                 RCV-OFC    RCV-FACL    DATE-RCV       STATUS      STATUS-DATE

 466205-A2       16ZS/      WANTS TO BE ABLE TO WRITE TO HIS FRIEND.
                 BOP          THA         01-22-2008      CLD         03-07-2008

 482552-F1       27CM/      WANTS TO SEE DENTAL.
                 THA          THA         02-14-2008      CLO         02-29-2008

 482828-R1       20DS/      DHO APPEAL / CODE 203 / HEARING DATE 01-28-2008
                 NCR          THA         02-14-2008      CLD         03-17-2008

 483112-F1       34AS/      CLAIMS BEING DISCRIMINATED/RETALIATED/TORTURED
                 THA          THA         02-20-2008      CLD         03-04-2008

 476611-R1       25CS/      COMPLAINING ABOUT NOISE FROM STEAM PIPES
                 NCR          THA         02-21-2008      CLO         03-06-2008

 484269-R1       34ZS/      OTHER COMPLAINT AGAINST STAFF
                 NCR          THA         02-27-2008      CLO         04-02-2008

 484640-F1       34AS/      CLAIMS STAFF HARRASSMENT
                 THA          THA         03-04-2008      CLO         03-28-2008

 485727-F1       33FS/      SAYS HE IS NOT SENDING THREATENING LETTERS.
                 THA          THA         03-11-2008      CLD         03-26-2008

 485727-R1       33FS/      SAYS HE IS NOT SENDING THREATENING LETTERS.
                 NCR          FLM         04-14-2008      CLD         04-29-2008

 482828-A1       20DS/      DHO APPEAL / CODE 203 / HEARING DATE 01-28-2008
                 BOP          FLM         04-16-2008      CLD         05-01-2008

 485727-A1       33FS/      SAYS HE IS NOT SENDING THREATENING LETTERS.
                 BOP          FLM         06-02-2008      CLD         07-28-2008

 501151-R1       28ZM/
                 NCR          FLM         07-09-2008      REJ         07-09-2008

 504716-F1       28BM/      WANTS TO BE SEEN BY PSYCHOLOGY
                 FLM          FLM         08-06-2008      CLO         08-19-2008

 504717-F1       16EM/      COMPLAINING OF BEING ON GENERAL MAIL RESTRICTION
                 FLM          FLM         08-06-2008      CLO         08-27-2008

 529631-F1       16EM/      INQUIRING ABOUT RESTRICTED MAIL STATUS
                 FLM          FLM         03-09-2009      CLO         05-06-2009

 530448-F1       28ZM/      REQUESTS TO HAVE MENTAL HEALTH AXIS CHANGED-PSYCH
                 FLM          FLM         03-17-2009      CLO         03-20-2009


G0002           MORE PAGES TO FOLLOW . . .
```

```
  CSTAK           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     07-06-2021
PAGE 005 OF         *           SANITIZED FORMAT                *     13:02:02

  REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
                 RCV-OFC    RCV-FACL    DATE-RCV      STATUS     STATUS-DATE

  533572-F1      25EM/        REQUESTS ADEQUATE RAZORS SOLD IN COMMISSARY
                 FLM        FLM         04-07-2009    CLD        04-23-2009

  534613-F1      33FM/        MAIL PROCEDURES VIOLATE POLICY AND CONSTITUTION RIGH
                 FLM        FLM         04-15-2009    CLO        05-21-2009

  533572-R1      25EM/        REQUESTS ADEQUATE RAZORS SOLD IN COMMISSARY
                 NCR        FLM         05-04-2009    CLD        05-18-2009

  543910-F1      28ZM/        REQUESTS AXIA II PROGRAM BE AVAILABLE
                 FLM        FLM         06-22-2009    CLO        07-02-2009

  533572-A1      25EM/        REQUESTS ADEQUATE RAZORS SOLD IN COMMISSARY
                 BOP        FLM         06-25-2009    CLO        10-15-2009

  547734-F1      26AM/        CLAIMS DELAY OF CHRONIC CARE CLINIC
                 FLM        FLM         07-17-2009    CLO        07-31-2009

  543910-R1      28ZM/        REQUESTS AXIA II PROGRAM BE AVAILABLE
                 NCR        FLM         07-21-2009    CLO        07-30-2009

  547734-R1      26AM/        CLAIMS DELAY OF CHRONIC CARE CLINIC
                 NCR        FLM         08-19-2009    CLO        09-09-2009

  543910-A1      28ZM/        REQUESTS AXIS II PROGRAM BE AVAILABLE
                 BOP        FLM         08-26-2009    CLO        01-11-2010

  559821-F1      16EM/        CLAIMS MAIL RESTRICTION WAS TO BE LIFTED 08-25-2009
                 FLM        FLM         10-09-2009    CLO        11-19-2009

  547734-A1      26AM/        CLAIMS DELAY OF CHRONIC CARE CLINIC
                 BOP        FLM         10-14-2009    CLO        01-07-2010

  568817-F1      21AM/        CONTESTS UDC DECISION-RQTS INCIDENT REPORT EXPUNGED
                 FLM        FLM         12-11-2009    REJ        12-14-2009

  570511-R1      34ZM/        OTHER COMPLAINTS AGAINST STAFF
                 NCR        FLM         12-17-2009    REJ        12-17-2009

  570008-F1      28ZM/        MENTAL HEALTH CONCERNS-STAFF ISSUES
                 FLM        FLM         12-18-2009    CLO        01-11-2010

  570946-F1      26AM/        WANTS H1N1 VACCINE
                 FLM        FLM         12-30-2009    CLO        01-18-2010

  570968-F1      21AM/        APPEALS I/R
                 FLM        FLM         12-30-2009    REJ        12-30-2009


  G0002         MORE PAGES TO FOLLOW . . .
```

```
  CSTAK           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 006 OF         *          SANITIZED FORMAT                *    13:02:02

  REMEDY-ID     SUBJ1/SUBJ2   -------------------ABSTRACT----------------------
                RCV-OFC    RCV-FACL    DATE-RCV      STATUS      STATUS-DATE

  570968-F2     21AM/         APPEALS I/R
                FLM        FLM         01-08-2010    CLD         01-19-2010

  573766-F1     12DM/         CLAIMS WAS ASSIGNED RANGE ORDERLY-FIRED
                FLM        FLM         01-21-2010    CLD         01-29-2010

  570008-R1     28ZM/         MENTAL HEALTH CONCERNS-STAFF ISSUES
                NCR        FLM         01-25-2010    CLO         02-09-2010

  577123-F1     13HM/         REQUESTED SEPARATION IN OCTOBER 2009
                FLM        FLM         02-17-2010    REJ         02-17-2010

  573766-R1     12DM/         CLAIMS WAS ASSIGNED RANGE ORDERLY-FIRED
                NCR        FLM         02-18-2010    CLD         03-02-2010

  570968-R1     21AM/         APPEALS I/R
                NCR        FLM         02-22-2010    CLD         03-16-2010

  578566-F1     13CM/         REQUESTS SEPARATION-THREATS BY OTHER INMATES
                FLM        FLM         02-26-2010    CLO         03-15-2010

  579347-F1     13CM/         CLAIMS AB INMATES ADVISED HE IS ON A HIT LIST
                FLM        FLM         03-04-2010    CLO         03-15-2010

  570008-A1     28ZM/         MENTAL HEALTH CONCERNS-STAFF ISSUES
                BOP        FLM         03-18-2010    CLO         08-17-2010

  573766-A1     12DM/         CLAIMS WAS ASSIGNED RANGE ORDERLY-FIRED
                BOP        FLM         03-18-2010    REJ         04-09-2010

  582626-R1     11DM/34ZM     OTHER COMPLAINTS AGAINST STAFF
                NCR        FLM         03-19-2010    REJ         03-19-2010

  582415-F1     34ZM/         CLAIMS STAFF PASSING INAPPROPRIATE INFO
                FLM        FLM         03-25-2010    CLD         05-03-2010

  578566-R1     13CM/         REQUESTS SEPARATION-THREATS BY OTHER INMATES
                NCR        FLM         03-29-2010    CLO         05-04-2010

  579347-R1     13CM/         CLAIMS AB INMATES ADVISED HE IS ON A HIT LIST
                NCR        FLM         03-29-2010    CLO         05-04-2010

  573766-A2     12DM/         APPEALS REMOVAL FROM ORDERLY JOB
                BOP        FLM         04-26-2010    CLD         09-22-2010

  570968-A1     21AM/         APPEALS I/R
                BOP        FLM         05-03-2010    REJ         05-20-2010


G0002        MORE PAGES TO FOLLOW . . .
```

```
  CSTAK            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 007 OF         *          SANITIZED FORMAT                 *    13:02:02

  REMEDY-ID     SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
                RCV-OFC    RCV-FACL    DATE-RCV       STATUS      STATUS-DATE

  588986-F1     11GM/         BELIEVES OUTSIDE RECREATION YARDS UNSAFE
                FLM         FLM       05-06-2010      CLD         05-19-2010

  582415-R1     34ZM/         CLAIMS STAFF PASSING INAPPROPRIATE INFO
                NCR         FLM       05-14-2010      CLO         06-21-2010

  591175-F1     28BM/         CLAIMS NO ACCESS TO MENTAL HEALTH TREATMENT
                FLM         FLM       05-24-2010      CLO         06-14-2010

  592325-R1     28ZM/         OTHER MENTAL HEALTH MATTERS
                NCR         FLM       05-24-2010      REJ         05-24-2010

  578566-A1     13CM/         REQUESTS SEPARATION-THREATS BY OTHER INMATES
                BOP         FLM       05-25-2010      REJ         06-15-2010

  579347-A1     13CM/         CLAIMS AB INMATES ADVISED HE IS ON A HIT LIST
                BOP         FLM       05-25-2010      REJ         06-15-2010

  588986-R1     11GM/         BELIEVES OUTSIDE RECREATION YARDS UNSAFE
                NCR         FLM       06-01-2010      CLO         06-10-2010

  591175-R1     28BM/         CLAIMS NO ACCESS TO MENTAL HEALTH TREATMENT
                NCR         FLM       06-23-2010      VOD         06-23-2010

  591175-R2     28BM/         CLAIMS NO ACCESS TO MENTAL HEALTH TREATMENT
                NCR         FLM       06-23-2010      REJ         07-13-2010

  588986-A1     11GM/         BELIEVES OUTSIDE RECREATION YARDS UNSAFE
                BOP         FLM       06-28-2010      CLO         12-16-2010

  578566-A2     13CM/         REQUESTS SEPARATION-THREATS BY OTHER INMATES
                BOP         FLM       07-06-2010      CLO         02-24-2011

  579347-A2     13CM/         CLAIMS AB INMATES ADVISED HE IS ON A HIT LIST
                BOP         FLM       07-07-2010      CLD         12-21-2010

  609788-F1     28BM/         WANTS TRANSFER TO MENTAL HEALTH TREATMENT FACILITY
                FLM         FLM       10-04-2010      CLO         10-15-2010

  609788-R1     28BM/         WANTS TRANSFER TO MENTAL HEALTH TREATMENT FACILITY
                NCR         FLM       10-27-2010      CLO         11-19-2010

  609788-A1     28BM/26ZM     WANTS TRANSFER TO MENTAL HEALTH TREATMENT FACILITY
                BOP         FLM       12-27-2010      CLD         05-31-2011

  627225-R1     10ZM/         OTHER TRANSFER
                NCR         FLM       02-04-2011      REJ         02-04-2011


  G0002         MORE PAGES TO FOLLOW . . .
```

```
  CSTAK           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 008 OF          *             SANITIZED FORMAT             *    13:02:02

  REMEDY-ID     SUBJ1/SUBJ2  --------------------ABSTRACT----------------------
                RCV-OFC    RCV-FACL    DATE-RCV       STATUS      STATUS-DATE

  627228-R1     13HM/        HOUING ASSIGNMENT
                NCR          FLM        02-04-2011     REJ         02-04-2011

  629356-F1     25ZM/        CLMS CELL DOORS OPEN-NO C/O ON TIER;FEAR FOR SAFETY
                FLM          FLM        03-04-2011     CLO         03-15-2011

  629356-R1     34ZM/        FEARS FOR SAFETY FROM INMATES AND STAFF
                NCR          FLM        04-01-2011     CLO         05-03-2011

  629356-A1     34ZM/        FEARS FOR SAFETY FROM INMATES AND STAFF
                BOP          FLM        05-31-2011     CLO         07-14-2011

  647762-F1     34ZM/        CONTENDS HE IS A HOMOSEXUAL WHO HAS SOME MH ISSUES
                SPG          SPG        07-14-2011     CLO         07-15-2011

  687777-F1     22AS/10AS    REQUESTS TRANSFER FOR PROTECTION REASONS
                THP          THP        05-09-2012     CLD         05-28-2012

  699765-R1     34AM/        STAFF MISCONDUCT
                NCR          OKL        08-01-2012     REJ         08-01-2012

  708094-R1     13ZS/22BS    ALG SET UP BY PREV CELLIE CALL HIM RAT, MOLESTER, ET
                SCR          BMP        09-19-2012     REJ         09-19-2012

  713250-F1     13ZM/        REQ CUS CLASS BE RECAL - REM MAX -TRANSFER TO MEDIUM
                BMP          BMP        11-16-2012     CLD         12-07-2012

  726199-R1     34EM/        ALLEGES RECEIVING THREATS FROM GANGS
                SER          COP        03-12-2013     REJ         03-14-2013

  726731-R1     10AS/        REQ. XFER FOR PROTECTION
                SER          COP        03-19-2013     REJ         03-19-2013

  726731-R2     10AS/        REQ. XFER FOR PROTECTION
                SER          COP        04-01-2013     REJ         04-01-2013

  735956-R1     10AS/34AM    REQUEST TRANSFER/ALLEGES STAFF RETALIATION
                SER          COP        05-28-2013     REJ         05-28-2013

  756265-R1     34ZM/        STAFF COMPLAINT
                WXR          TCP        10-24-2013     REJ         10-24-2013

  764507-F1     10AM/        TRANSFER
                TCP          TCP        01-14-2014     REJ         01-14-2014

  788826-F1     16ZJ/        ALGS DELAY IN E-MAIL AND MAIL BEING REC
                OAD          OAD        08-01-2014     CLO         08-14-2014


  G0002         MORE PAGES TO FOLLOW . . .
```

```
  CSTAK            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 009 OF         *             SANITIZED FORMAT                *    13:02:02

  REMEDY-ID     SUBJ1/SUBJ2   --------------------ABSTRACT----------------------
                RCV-OFC    RCV-FACL    DATE-RCV       STATUS      STATUS-DATE

 839889-F1      37BM/        SOLICITED FOR ORAL SEX BY INMATES FOR PROTECTION
                  THP          THP       10-23-2015       CLO        11-23-2015

 840687-R1      10ZM/        REQUESTS TRANSFER - FEELS UNSAFE
                  NCR          THP       10-30-2015       REJ        10-30-2015

 843084-F1      34ZS/        STATES SAFETY CONCERN-STAFF WOULD NOT ALLOW PC
                  THP          THP       11-20-2015       CLO        11-27-2015

 843348-R1      37AM/        STAFF PREA ALLEGATION
                  NCR          OKL       11-23-2015       CLO        12-02-2015

 847019-F1      13IM/        WANTS POINTS CHANGED TO RELECT ACCURACY
                  FAI          FAI       12-30-2015       CLO        01-13-2016

 839889-R1      37BM/        SOLICITED FOR ORAL SEX BY INMATES FOR PROTECTION
                  NER          FAI       01-05-2016       CLD        02-04-2016

 843084-R1      34ZS/        STATES SAFETY CONCERN-STAFF WOULD NOT ALLOW PC
                  NER          FAI       01-05-2016       CLD        02-04-2016

 847615-R1      13ZM/        STAFF COMPLAINT; WANTS PC YARD ASSIGNMENT
                  NER          FAI       01-06-2016       REJ        01-06-2016

 849918-F1      26ZM/        WANTS SEXUAL REASSIGNMENT SURGERY
                  FAI          FAI       01-13-2016       VOD        01-28-2016

 849918-F2      26ZM/        WANTS SEXUAL REASSIGNMENT SURGERY
                  FAI          FAI       01-13-2016       REJ        01-28-2016

 849545-F1      26ZM/26EM    TRANSGENDER - WANTS HAIR REMOVAL TO LOOK FEMININE
                  FAI          FAI       01-22-2016       CLO        02-09-2016

 850118-R1      34AS/        STAFF COMPLAINT
                  NER          FAI       01-27-2016       REJ        01-29-2016

 847019-R1      13IM/        WANTS POINTS CHANGED TO RELECT ACCURACY
                  NER          FAI       02-10-2016       CLG        03-10-2016

 849545-R1      26ZM/26EM    TRANSGENDER - WANTS HAIR REMOVAL TO LOOK FEMININE
                  NER          FAI       02-18-2016       CLD        03-17-2016

 852396-F1      34BM/        SEXUAL HARRASSMENT/SEXUAL GESTURES MADE BY STAFF
                  FAI          FAI       02-19-2016       CLO        04-19-2016

 865332-F1      10ZM/        REQUESTS TO BE TRANSFERRED TO FEMAL PRISON
                  BUT          BUT       06-10-2016       CLO        06-23-2016


 G0002        MORE PAGES TO FOLLOW . . .
```

```
  CSTAK              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 010 OF          *           SANITIZED FORMAT                  *    13:02:02

  REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT-----------------------
               RCV-OFC    RCV-FACL     DATE-RCV      STATUS     STATUS-DATE

  865340-F1    26ZM/        REQUESTS SEXUAL REASSIGNMENT SURGERY
               BUT        BUT          06-10-2016    CLO        06-23-2016

  866991-R1    34AM/        STAFF MISCONDUCT
               MXR        BUT          06-24-2016    REJ        06-27-2016

  865332-R1    10ZM/        REQUESTS TO BE TRANSFERRED TO FEMAL PRISON
               MXR        BUT          07-07-2016    CLO        07-26-2016

  865340-R1    26ZM/        REQUESTS SEXUAL REASSIGNMENT SURGERY
               MXR        BUT          07-07-2016    CLD        07-28-2016

  868194-R1    34AM/        STAFF MISCONDUCT
               MXR        BUT          07-07-2016    CLO        07-12-2016

  868195-R1    34AM/        STAFF MISCONDUCT
               MXR        BUT          07-07-2016    CLO        07-12-2016

  868334-F1    28ZM/        REQUESTS TO BE TREATED & ADDRESSED AS FEMALE
               BUT        BUT          07-08-2016    CLO        07-26-2016

  868754-F1    26ZM/        REQUESTS LASER HAIR REMOVAL
               BUT        BUT          07-12-2016    CLD        07-26-2016

  868756-F1    26ZM/        REQUEST CARE LEVEL BE LOWERED
               BUT        BUT          07-12-2016    CLD        07-26-2016

  865332-A1    10ZS/26TS    TRANSFER TO FEMALE INST.;MALE TO FEMALE TRANSGENDER
               BOP        BUT          08-10-2016    CLD        02-28-2017

  865340-A1    26ZM/        REQUESTS SEXUAL REASSIGNMENT SURGERY
               BOP        BUT          08-10-2016    CLD        09-12-2016

  874458-R1    34AM/        STAFF MISCONDUCT
               MXR        BUT          08-25-2016    REJ        08-30-2016

  876082-F1    10ZM/        TRANSFER TO FEMALE INST.;MALE TO FEMALE TRANSGENDER
               BUT        BUT          09-14-2016    CLO        09-22-2016

  877642-R1    34AM/        STAFF MISCONDUCT
               MXR        BUT          09-26-2016    REJ        09-30-2016

  877668-R1    34AM/        STAFF MISCONDUCT
               MXR        BUT          09-30-2016    REJ        09-30-2016

  876082-R1    10ZM/        TRANSFER TO FEMALE INST.;MALE TO FEMALE TRANSGENDER
               MXR        BUT          10-18-2016    CLO        11-17-2016


G0002        MORE PAGES TO FOLLOW . . .
```

```
   REMEDY-ID    SUBJ1/SUBJ2   --------------------ABSTRACT----------------------
                RCV-OFC    RCV-FACL    DATE-RCV       STATUS      STATUS-DATE

   880626-R1    34AM/         STAFF MISCONDUCT
                MXR          BUT        10-24-2016     REJ         10-26-2016

   880455-F1    26TM/10ZM    TXF TO FEMALE PRISON;CHANGED FROM M TO FM IN SENTRY
                BUT          BUT        10-25-2016     CLD         11-04-2016

   880457-F1    13HM/26TM    REQUEST A SINGLE CELL DUE TO TRANSGENDER ISSUES
                BUT          BUT        10-25-2016     CLD         11-07-2016

   885300-F1    26TM/        REQUESTS TO LIVE & BE TREATED AS A FEMALE;TO NOT
                BUT          BUT        12-09-2016     CLO         12-22-2016

   876082-A1    10ZS/26TS    TRANSFER TO FEMALE INST.;MALE TO FEMALE TRANSGENDER
                BOP          BUT        12-19-2016     CLO         02-28-2017

   880457-R1    13HM/26TM    REQUEST A SINGLE CELL DUE TO TRANSGENDER ISSUES
                MXR          BUT        01-03-2017     CLO         01-12-2017

   880455-R1    26TM/10ZM    TXF TO FEMALE PRISON;CHANGED FROM M TO FM IN SENTRY
                MXR          BUT        01-03-2017     CLD         01-24-2017

   880457-A1    13HM/26TM    REQUEST A SINGLE CELL DUE TO TRANSGENDER ISSUES
                BOP          BTF        02-13-2017     REJ         03-01-2017

   880455-A1    26TM/10ZM    TXF TO FEMALE PRISON;CHANGED FROM M TO FM IN SENTRY
                BOP          BTF        03-06-2017     REJ         03-30-2017

   897368-F1    10ZM/        TRANSGENDER INMATE REQ TRANFER TO FEMALE INSTITUTION
                CUM          CUM        04-04-2017     CLO         04-13-2017

   898622-F1    26DM/        UNJUSTLY TAKEN OFF 81GM ASPRINIS/INCREASE BLOOD CLOT
                CUM          CUM        04-17-2017     CLD         04-26-2017

   899525-F1    13AM/        REQ GENDER CHANGE IN SENTRY
                CUM          CUM        04-25-2017     CLO         05-03-2017

   899736-F1    10DM/        REQ TRAUMA TREATMENT PRG AT FEMALE INSTITUTION
                CUM          CUM        04-26-2017     CLD         05-11-2017

   897368-R1    10ZM/        TRANSGENDER INMATE REQ TRANFER TO FEMALE INSTITUTION
                MXR          CUM        05-02-2017     CLO         05-09-2017

   880457-A2    13HM/26TM    REQUEST A SINGLE CELL DUE TO TRANSGENDER ISSUES
                BOP          CUM        05-02-2017     CLO         05-25-2017

   901261-F1    26TM/        UNJUSTLY DENIED LASER HAIR REMOVAL ON FACE
                CUM          CUM        05-09-2017     CLO         05-25-2017


   G0002        MORE PAGES TO FOLLOW . . .
```

```
  CSTAK          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 012 OF        *            SANITIZED FORMAT               *    13:02:02

 REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT----------------------
              RCV-OFC    RCV-FACL    DATE-RCV      STATUS     STATUS-DATE

 901262-F1    26TM/        UNJUSTLY DENIED SEXUAL REASSIGNMENT SURGERY
               CUM         CUM        05-09-2017     CLO        05-25-2017

 901624-R1    26TM/        OTHER I/M PRESSURE HER TO PROSTITUTE FOR THEM
               MXR         CUM        05-11-2017     REJ        05-11-2017

 899525-R1    13AM/        REQ GENDER CHANGE IN SENTRY
               MXR         CUM        05-26-2017     CLO        06-12-2017

 899736-R1    10DM/        REQ TRAUMA TREATMENT PRG AT FEMALE INSTITUTION
               MXR         CUM        05-26-2017     CLO        06-12-2017

 897368-A1    10ZM/26TM    TRANSGENDER INMATE / TRANSFER TO FEMALE INSTITUTION
               BOP         OKL        05-31-2017     CLD        07-06-2017

 913263-F1    25AM/        COMMISSARY ITEMS
               MAR         MAR        08-24-2017     CLO        09-20-2017

 914105-F1    26TM/        TRANSGENDER CODING
               MAR         MAR        08-31-2017     CLO        09-21-2017

 914685-F1    10ZM/        REQUESTING TO BE TRANSFERRED TO ANOTHER INSTITUTION
               MAR         MAR        09-07-2017     CLO        10-04-2017

 914685-R1    10ZM/        REQUESTING TO BE TRANSFERRED TO ANOTHER INSTITUTION
               NCR         MAR        10-13-2017     CLO        11-01-2017

 918696-R1    34ZM/        STAFF COMPLAINT
               NCR         MAR        10-16-2017     REJ        10-16-2017

 920251-F1    26TM/        REASSIGNMENT SURGERY
               MAR         MAR        11-01-2017     CLO        11-09-2017

 920251-R1    26TM/        REASSIGNMENT SURGERY
               NCR         MAR        11-24-2017     CLO        12-20-2017

 923114-F1    26TM/        TRANS GENDER
               MAR         MAR        11-29-2017     CLO        12-01-2017

 923754-F1    26TM/26BM    MEDICAL TREATMENT
               MAR         MAR        12-05-2017     CLD        12-27-2017

 914685-A1    10ZM/        REQUESTING TO BE TRANSFERRED TO ANOTHER INSTITUTION
               BOP         MAR        12-07-2017     CLO        01-18-2018

 923114-R1    26TM/        TRANS GENDER
               NCR         MAR        12-11-2017     CLO        01-11-2018


 G0002       MORE PAGES TO FOLLOW . . .
```

```
  CSTAK            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    07-06-2021
PAGE 013 OF        *              SANITIZED FORMAT                *    13:02:02

  REMEDY-ID      SUBJ1/SUBJ2   --------------------ABSTRACT----------------------
                 RCV-OFC       RCV-FACL    DATE-RCV       STATUS      STATUS-DATE

  923754-R1      26TM/26BM     MEDICAL TREATMENT
                 NCR           MAR         01-16-2018     CLD         02-09-2018

  920251-A1      26TM/         REASSIGNMENT SURGERY
                 BOP           MAR         01-18-2018     CLO         03-02-2018

  923754-A1      26TM/26BM     MEDICAL TREATMENT
                 BOP           MAR         03-14-2018     CLD         04-06-2018

  934312-F1      26TM/25EM     COMMISSARY
                 MAR           MAR         03-20-2018     CLO         03-27-2018

  944828-F1      13KM/26TM     REQ. REVISION OF POLICY, TRANSGENDER PLACEMENT
                 MAR           MAR         06-25-2018     CLO         07-05-2018

  945168-F1      26TM/32ZM     REQ MALE TO FEMALE REFLECT ON ALL DOCUMENTS
                 MAR           MAR         06-27-2018     CLO         07-05-2018

  944828-R1      13KM/26TM     REQ. REVISION OF POLICY, TRANSGENDER PLACEMENT
                 NCR           MAR         07-27-2018     CLO         08-06-2018

  945168-R1      26TM/32ZM     REQ MALE TO FEMALE REFLECT ON ALL DOCUMENTS
                 NCR           MAR         08-01-2018     CLO         08-16-2018

  944828-A1      13KM/26TM     REQ. REVISION OF POLICY, TRANSGENDER PLACEMENT
                 BOP           MAR         10-02-2018     CLD         10-04-2018

  945168-A1      26TM/32ZM     REQ MALE TO FEMALE REFLECT ON ALL DOCUMENTS
                 BOP           MAR         10-02-2018     VOD         10-19-2018

  945168-A2      26TM/32ZM     REQ MALE TO FEMALE REFLECT ON ALL DOCUMENTS
                 BOP           MAR         10-02-2018     REJ         10-19-2018

  961324-R1      37AM/         ALLEGED STAFF MISCONDUCT-PREA
                 NCR           MAR         11-16-2018     CLO         12-11-2018

  961316-R1      34ZM/         ALLEGED STAFF MISCONDUCT
                 NCR           MAR         11-19-2018     REJ         11-30-2018

  945168-A3      26TM/32ZM     REQ MALE TO FEMALE REFLECT ON ALL DOCUMENTS
                 BOP           MAR         11-20-2018     CLD         02-05-2019

  971558-F1      36EM/         REQ. FOIA DOCUMENTATION
                 MAR           MAR         03-20-2019     CLO         04-10-2019

  979878-F1      26TM/25AM     REQUEST SUPPORT BRA INSTEAD OR SPORTS BRA
                 MAR           MAR         06-05-2019     CLD         06-12-2019


G0002           MORE PAGES TO FOLLOW . . .
```

```
  REMEDY-ID    SUBJ1/SUBJ2  --------------------ABSTRACT-----------------------
               RCV-OFC    RCV-FACL    DATE-RCV       STATUS     STATUS-DATE

 980707-F1     26TM/25EM    MAKE MORE TRANSGENDER ITEMS AVAILABLE
               MAR         MAR        06-12-2019     CLD        06-24-2019

 988351-F1     16GM/        REQUEST $100.00 BE PUT BACK IN ACCT TO BUY SHOES
               MAR         MAR        08-22-2019     CLD        09-11-2019

 991304-F1     26TM/26AM    DELAY OF GENDER AFFIRMING SURGERY,
               MAR         MAR        09-18-2019     CLO        09-27-2019

 988351-R1     16GM/        REQUEST $100.00 BE PUT BACK IN ACCT TO BUY SHOES
               NCR         MAR        09-25-2019     CLO        10-08-2019

 992964-R1     26BM/        MEDICAL CARE COMPLAINT
               NCR         MAR        10-02-2019     CLO        10-25-2019

 992926-F1     26TM/        ACCOMODATION FOR DISABILITY OF GENDER DYSPHORIA
               MAR         MAR        10-03-2019     CLO        10-29-2019

 991304-R1     26TM/26AM    DELAY OF GENDER AFFIRMING SURGERY,
               NCR         MAR        10-03-2019     CLD        10-30-2019

 993966-F1     26TM/34CM    ALLOW TO LIVE FEMALE/DISCRIMINATION/EMOTIONAL PAIN
               MAR         MAR        10-15-2019     CLO        10-25-2019

 992926-R1     26TM/        ACCOMODATION FOR DISABILITY OF GENDER DYSPHORIA
               NCR         OKL        11-06-2019     CLO        12-06-2019

 991304-A1     26TM/26AM    DELAY OF GENDER AFFIRMING SURGERY,
               BOP         LEX        12-23-2019     CLO        03-13-2020

1003231-R1     34AM/        STAFF MISCONDUCT
               MXR         LEX        01-08-2020     REJ        01-16-2020

1008803-F1     26TM/        I/M REQ GENDER REASSIGNMENT SURGERY
               LEX         LEX        03-03-2020     CLO        03-20-2020

1011757-F1     26TM/        I/M CLAIMS GENDER DSYPHORIA
               LEX         LEX        03-27-2020     CLD        04-15-2020

1034164-F1     26TS/22CS    I/M STS HE IS NOT SAFE IN SHU AS A TRANSGENDER I/M
               LEX         LEX        07-21-2020     CLO        07-23-2020

1075354-F1     22BM/10AM    ALLEGES IF RETURNED TO GP- RISK OF PREA & SAFETY
               FTD         FTD        04-02-2021     REJ        04-02-2021



              207 REMEDY SUBMISSION(S) SELECTED
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```