# EXHIBIT 1

| | |
|---|---|
| **From:** | John Knight |
| **To:** | Gardner, Joshua E (CIV); Warner, Kevin; Feldon, Gary D. (CIV) |
| **Cc:** | Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Lemajeur, Shannon Denise |
| **Subject:** | Re: Response Deadline in Iglesias v. True |
| **Date:** | Friday, July 16, 2021 10:37:31 AM |

Hi Josh,

We expect that Ms. Iglesias's testimony would go to irreparable harm. We anticipate that Dr. Ettner would address her findings from her psychological evaluation of Cristina and her review of the medical records and address any questions the Court may have.

Thanks,
John

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Tuesday, July 13, 2021 12:21 PM
**To:** Warner, Kevin; Feldon, Gary D. (CIV)
**Cc:** Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; John Knight; Lemajeur, Shannon Denise
**Subject:** RE: Response Deadline in Iglesias v. True

Kevin:

As I just said, it completely depends on the scope of what your witness(es) intend to testify to at the hearing. Once you can share that information with me, we can be in a position to tell you who, if anyone, we would intend to call and whether we think depositions are necessary.

**From:** Warner, Kevin <KWarner@winston.com>
**Sent:** Tuesday, July 13, 2021 1:18 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Cc:** Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; John Knight <jknight@aclu-il.org>; Lemajeur, Shannon Denise <SLemajeur@winston.com>; Warner, Kevin <KWarner@winston.com>
**Subject:** RE: Response Deadline in Iglesias v. True

Hi Josh,
Can you tell us who are the possible witnesses you would call? Thanks,

**Kevin Warner**
Winston & Strawn LLP
D: +1 312-558-5852
winston.com



**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Tuesday, July 13, 2021 12:16 PM
**To:** Warner, Kevin <KWarner@winston.com>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Cc:** Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; John Knight <jknight@aclu-il.org>; Lemajeur, Shannon Denise <SLemajeur@winston.com>
**Subject:** RE: Response Deadline in Iglesias v. True

Thanks, Kevin – as I mentioned in my earlier email, until I know (a) who you intend to call; and (b) the scope of the testimony, we aren't in a position to know who we would call. But as I mentioned, to the extent you intend to limit the testimony of Plaintiff and/or Dr. Ettner to irreparable harm, we would not seek depositions of the witnesses or seek to put on live testimony. To the extent you anticipate testimony beyond irreparable harm, we would need to know the scope to assess whether we need depositions and/or to call witnesses. We look forward to hearing from you soon on these issues.

**From:** Warner, Kevin <KWarner@winston.com>
**Sent:** Tuesday, July 13, 2021 1:10 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Cc:** Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; John Knight <jknight@aclu-il.org>; Lemajeur, Shannon Denise <SLemajeur@winston.com>; Warner, Kevin <KWarner@winston.com>
**Subject:** RE: Response Deadline in Iglesias v. True

Hi Josh,
At this time we still anticipate calling either or both of Ms. Iglesias and Dr. Ettner as live witnesses. Can you please let us know what you have in mind for possible defense witnesses testifying live? We will get back to you shortly about the anticipated scope of testimony of Ms. Iglesias and Dr. Ettner.
Best,

**Kevin Warner**
Winston & Strawn LLP
D: +1 312-558-5852
winston.com



**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Friday, July 9, 2021 10:19 AM
**To:** John Knight <jknight@aclu-il.org>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>

**Cc:** Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Warner, Kevin <KWarner@winston.com>
**Subject:** RE: Response Deadline in Iglesias v. True

John:

I wanted to follow up on the parties' plans for the upcoming preliminary injunction hearing. Based on our joint motion for clarification, we understand that Plaintiff intends to introduce testimony "to show Plaintiffs' [sic] ongoing need for preliminary injunctive relief." ECF No. 126 ¶ 5. To the extent Plaintiff intends to limit the testimony of Dr. Ettner or Plaintiff to alleged ongoing irreparable harm, the government does not see a need to depose either witness or present its witnesses. To the extent Plaintiff intends to present evidence beyond that, however, we would need to know the nature of that additional testimony to determine whether we would need depositions or to call our own witnesses. Accordingly, could you please let us know at your earliest convenience the following: (1) who you intend to call; and (2) the scope of their testimony? Once we have this information, we can let you know our plans for the hearing. Thanks, and have a terrific weekend.

Josh

# DELETIA