# Exhibit B

| | |
|---|---|
| **From:** | Gardner, Joshua E (CIV) |
| **To:** | Battaglia, Frank; Feldon, Gary D. (CIV); John Knight; Smith, Laura K. (CIV); Warner, Kevin |
| **Cc:** | Hundt, Kate; Block, Courtney |
| **Subject:** | RE: Iglesias v. True et al., 19-cv-415 (S.D. Ill. 2019) - Plaintiff"s First Set of Requests for Production of Documents |
| **Date:** | Tuesday, January 12, 2021 10:37:29 AM |
| **Attachments:** | 1 12 2021 Letter to Plaintiff.pdf |

Frank,

Please see the attached correspondence.

Regards,

Josh

**From:** Battaglia, Frank <FBattaglia@winston.com>
**Sent:** Tuesday, December 29, 2020 4:06 PM
**To:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; John Knight <jknight@aclu-il.org>; Smith, Laura K. (CIV) <Laura.Smith2@usdoj.gov>; Warner, Kevin <KWarner@winston.com>; Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Hundt, Kate <KHundt@winston.com>; Block, Courtney <CBlock@winston.com>
**Subject:** Iglesias v. True et al., 19-cv-415 (S.D. Ill. 2019) - Plaintiff's First Set of Requests for Production of Documents

Gary,

Please see the attached service copy of Plaintiff's First Set of Requests for Production of Documents to certain Defendants in their official capacity in the above-captioned matter. A copy of the same was sent to you via U.S. Mail today.

Best,

**Frank A. Battaglia**

Winston & Strawn LLP

T: +1 312-558-5600

D: +1 312-558-7952

F: +1 312-558-5700

fbattaglia@winston.com

winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.



**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| | |
|---|---|
| **Mailing Address** | **Overnight Delivery Address** |
| P.O. Box 883 | 1100 L Street, N.W. |
| Washington, D.C. 20044 | Washington, D.C. 20005 |

*Joshua E. Gardner*
*Special Counsel*
Tel:  (202) 305-7583
Fax:  (202) 616-8202
Joshua.e.gardner@usdoj.gov

January 12, 2021

<u>Via Email</u>

Mr. Frank Battaglia, Esq.
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601

      RE:  *Iglesias v. Carvajal*, No. 19-cv-00415-JPG (S.D. Ill.)

Dear Mr. Battaglia:

      We are in receipt of Plaintiff's First Set of Requests for Production to Defendants Michael Carvajal, Alix McLearen, Chris Bina, Donald Lewis, Thomas J. Scarantino, and Ian Connors, in their official capacities.  As you are aware, the Court dismissed all of the official capacity claims in this case in its screening order.  Although Plaintiff has moved for reconsideration, in part, of that screening order, the Court has not yet ruled on that motion.  And as explained in BOP's response to Plaintiff's motion for reconsideration, Plaintiff did not seek reconsideration of the dismissal of the official capacity claims against the individual federal defendants.  ECF No. 76.  Accordingly, there presently are no official capacity claims in this case, and any discovery concerning the dismissed claims is inappropriate and, regardless, would be premature.  The official capacity defendants will not respond to Plaintiff's request for production at this juncture.

                        Sincerely,

                        <u>*/s/Joshua E. Gardner*</u>

                        Joshua E. Gardner
                        Special Counsel
                        Federal Programs Branch