# EXHIBIT 1

| | |
|---|---|
| **From:** | Gardner, Joshua E (CIV) |
| **To:** | Feldon, Gary D. (CIV); John Knight |
| **Cc:** | Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin |
| **Subject:** | RE: Response Deadline in Iglesias v. True |
| **Date:** | Friday, July 02, 2021 5:18:13 PM |

John:

To follow up on your request concerning Dr. Ettner's video conference with Plaintiff, the institution appears to have found a way to accommodate a private video conference. The staff member coordinating the legal call with you will also coordinate the video conference for Dr. Ettner in terms of finding a mutually agreeable time, date and length and ensuring that the equipment is compatible.

Have a nice holiday weekend.

Josh

**From:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Sent:** Friday, July 02, 2021 5:10 PM
**To:** John Knight <jknight@aclu-il.org>
**Cc:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>; Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Warner, Kevin <KWarner@winston.com>
**Subject:** Re: Response Deadline in Iglesias v. True

Thanks, John!  This looks good to us.

> On Jul 2, 2021, at 4:52 PM, John Knight <jknight@aclu-il.org> wrote:
>
> Gary,
>
> I've suggested a few edits in response to your additions.  I've cut the word "live" from paragraph 4, because the Court has set this hearing by Zoom and we are suggesting that the testimony be presented in that manner rather than having live witnesses in the court room.
>
> Please let me know if this is good to go or if you have further suggested edits.
>
> John

**From:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Sent:** Friday, July 2, 2021 3:13 PM
**To:** John Knight; Gardner, Joshua E (CIV)
**Cc:** Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
**Subject:** RE: Response Deadline in Iglesias v. True

John,

Thanks for drafting this. I've added the government's signature block and position regarding evidence. Also, I had one edit to paragraph 4 concerning the framing of the necessary clarification from the Court. Let me know if you need to discuss. Otherwise, enjoy your long weekends!

Best,
Gary

**From:** John Knight <jknight@aclu-il.org>
**Sent:** Friday, July 02, 2021 12:42 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Warner, Kevin <KWarner@winston.com>
**Subject:** Re: Response Deadline in Iglesias v. True

Here is a motion, Josh. If you are ok with this, please add your signature line (or we can do so). If you want to propose any edits, let us know that too.

thanks - John

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Thursday, July 1, 2021 3:56 PM
**To:** John Knight
**Cc:** Feldon, Gary D. (CIV); Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
**Subject:** RE: Response Deadline in Iglesias v. True

John:

Thank you for your email.

With respect to your first issue, we have provided your name to the relevant individual at the prison who will be in touch with your to arrange a time for an attorney-client phone conference outside the immediate presence of BOP employees.

With respect to your second issue, I am a little unclear as to what you are requesting. If this relates to Plaintiff's document production requests, I would refer you back to our previous correspondence on this issue. If this relates to Plaintiff's Freedom of Information Act request, my understanding is that BOP has produced documents and is continuing to review, process and produce documents. If this relates to something else, please let me know.

With respect to your third issue, my understanding is that the video conferencing at the facility is not currently configured for confidential communications and is in a public space. BOP is looking into potential ways to create a confidential environment. Alternatively, Dr. Ettner could meet with Plaintiff in person or by phone in a confidential environment, which is my understanding of the way these sorts of meetings are typically handled.

With respect to your fourth issue, if you are seeking depositions of the declarants that supported Defendants' opposition to Plaintiff's preliminary injunction in the absence of an evidentiary hearing, we do not understand the basis for claiming an entitlement to such discovery now. If the court decides to hold an evidentiary hearing, and if the Defendants decide to call witnesses, we are willing to discuss the possibility of making those witnesses available for deposition.

Finally, my understanding during our call was that you wanted to file a joint motion for clarification of the court's minute order to determine if the court intended to hold an evidentiary hearing. Please send me a draft of that motion at your convenience so I can share it with the agency and within the Department of Justice and get the appropriate sign-offs.

Regards,

Josh

---

**From:** John Knight <jknight@aclu-il.org>
**Sent:** Wednesday, June 30, 2021 4:44 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Warner, Kevin <KWarner@winston.com>
**Subject:** Re: Response Deadline in Iglesias v. True

Thanks, Josh.

---

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Wednesday, June 30, 2021 3:39 PM
**To:** John Knight
**Cc:** Feldon, Gary D. (CIV); Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
**Subject:** RE: Response Deadline in Iglesias v. True

John:

We are continuing to look into these issues and will get back to you as soon as we can.

Josh

---

**From:** John Knight <jknight@aclu-il.org>
**Sent:** Wednesday, June 30, 2021 12:48 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Warner, Kevin <KWarner@winston.com>

**Subject:** Re: Response Deadline in Iglesias v. True

Josh and Gary,

I am following up on our Monday call, since we haven't heard yet from you.  Please let us know by tomorrow at the latest the following:  1) an agreeable time for an attorney-client phone conference with our client in a confidential setting; 2) production of any medical and mental health records, including clinician notes, that have not already been produced; 3) some available times for our expert to conduct a video-conference psychological evaluation of Ms. Iglesias; and 4) Defendants' position regarding making available the 3 declarants who support Defendant's response to the Motion for Preliminary Injunction.

We believe that we need to get a motion on file by Friday regarding whether the Court will allow the parties to offer testimony.

Thanks - John

---

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Thursday, June 24, 2021 8:16 PM
**To:** John Knight
**Cc:** Feldon, Gary D. (CIV); Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
**Subject:** RE: Response Deadline in Iglesias v. True

Sure, we can use the following:

866-747-2291

Passcode: 1096075

**From:** John Knight <jknight@aclu-il.org>
**Sent:** Thursday, June 24, 2021 8:54 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Warner, Kevin <KWarner@winston.com>
**Subject:** Re: Response Deadline in Iglesias v. True


If you can, that would be great.  thanks.

---

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Thursday, June 24, 2021 7:52 PM
**To:** John Knight
**Cc:** Feldon, Gary D. (CIV); Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
**Subject:** Re: Response Deadline in Iglesias v. True


Terrific - did you want to circulate a call-in or did you want me to?

Sent from my iPhone


> On Jun 24, 2021, at 8:52 PM, John Knight <jknight@aclu-il.org> wrote:
>
>
> Yes, that's fine.
>
> ---
>
> **From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
> **Sent:** Thursday, June 24, 2021 7:14 PM
> **To:** John Knight
> **Cc:** Feldon, Gary D. (CIV); Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
> **Subject:** RE: Response Deadline in Iglesias v. True

Thanks John.  Could we do 4:30 ET?  After I sent my original email with my availability I got a meeting request for a meeting that should end at 4:15.

---

**From:** John Knight <jknight@aclu-il.org>
**Sent:** Thursday, June 24, 2021 8:10 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Warner, Kevin <KWarner@winston.com>
**Subject:** Re: Response Deadline in Iglesias v. True


3pm CT/4pm ET would work for us.

---

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Thursday, June 24, 2021 4:56 PM
**To:** John Knight
**Cc:** Feldon, Gary D. (CIV); Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
**Subject:** Re: Response Deadline in Iglesias v. True


I'm out of the office tomorrow, but could talk Monday late afternoon.

Sent from my iPhone

> On Jun 24, 2021, at 5:47 PM, John Knight <jknight@aclu-il.org> wrote:
>
>
> Josh and Gary,

In light of the upcoming hearing, could we speak tomorrow? If tomorrow works, please suggest some times that work for you.

Thanks - John

---

**From:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>
**Sent:** Thursday, June 17, 2021 2:50 PM
**To:** Battaglia, Frank; John Knight
**Cc:** Gardner, Joshua E (CIV); Block, Courtney; Hundt, Kate; Josh Blecher-Cohen; Taylor Brown; Warner, Kevin
**Subject:** Response Deadline in Iglesias v. True

Dear John (and team),

In light of today's screening order in *Iglesias*, Defendants intend to seek an enlargement of the response deadline to Plaintiffs' second amended complaint until two weeks after the Court resolves Plaintiff's motion for a preliminary injunction. It seems to us this would be most efficient for both parties, given that (a) the relief sought by the motion is the same as the ultimate relief sought by the Complaint, and (b) the court's ruling on the motion potentially will clarify the issues in the case. Although there is no requirement in the local rules to confer on this motion, as a courtesy, we wanted to see if Plaintiff would consent. We look forward to hearing from you.

Best,

Gary

Gary Feldon

Trial Attorney

United States Department of Justice

Civil Division, Federal Programs Branch

*Via Special Delivery*:  1100 L St NW, Room 11104, Washington, DC 20005

*Via U.S. Mail*: P.O. Box 883, Washington, DC 20044

(202) 598-0905

Gary.D.Feldon@usdoj.gov


<Iglesias - Joint Motion for Clarification (DOJ edits) (Plaintiff edits).docx>