**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), | |
| Plaintiff, | Case No. 19-cv-00415-RJN |
| v. | Judge Nancy J. Rosenstengel |
| IAN CONNORS, *et al.*, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL DECLARATION**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff hereby submits notice of the supplemental declaration of Dr. Randi Ettner in support of Plaintiff's Motion for Preliminary Injunction.

1. On April 6, 2021, Ms. Iglesias filed a motion for preliminary injunction and sought to "enjoin Defendants to (i) provide Plaintiff with the medically necessary healthcare she needs, including permanent hair removal and gender confirmation surgery; (ii) house Plaintiff at an institution consistent with her gender identity; and (iii) protect Plaintiff from the known and serious risks of harm she continues to face while housed in a men's prison." Dkt. No. 93. In support of that motion, Dr. Randi Ettner submitted a declaration. Dkt. No. 93-1.

2. Since the filing of Plaintiff's motion for preliminary injunction, Dr. Randi Ettner conducted an evaluation of Ms. Iglesias on July 20, 2021. Attached hereto as Exhibit A is Dr. Ettner's supplemental declaration from her recent evaluation of Ms. Iglesias.

Dated: July 29, 2021

Respectfully submitted,

*/s/ Frank Battaglia*
**Kevin Warner**
**Frank Battaglia**

**Katherine D. Hundt**
**Courtney Block**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
kwarner@winston.com
fbattaglia@winston.com
khundt@winston.com
cblock@winston.com

**John A. Knight**
**Joshua D. Blecher-Cohen**
ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org
jblechercohen@aclu-il.org

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

**Taylor Brown**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Nichole Iglesias*

**CERTIFICATE OF SERVICE**

  I, Frank A. Battaglia, certify that a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-captioned case.


Dated: July 29, 2021            /s/  *Frank A. Battaglia*
                   Frank A. Battaglia