# EXHIBIT 1

| | |
|---|---|
| **From:** | Deana Brinkley |
| **To:** | apovolish_fmgr.com; fbattaglia@winston.com; cblock@winston.com; *jknight@ACLU-il.org; josh.blechercohen@gmail.com; khundt@winston.com; kwarner@winston.com; tbrown@aclu.org; Gardner, Joshua E (CIV); Smith, Laura K. (CIV); Feldon, Gary D. (CIV); Jones, Laura J. (USAILS) |
| **Cc:** | Daniel Ritter |
| **Subject:** | 19-cv-415-NJR Iglesias v. True et al. |
| **Date:** | Tuesday, August 03, 2021 12:05:48 PM |

Counsel:  At the telephonic hearing set for August 30, 2021 at 3 PM, please be prepared to discuss the following:

1. if the parties need any expedited discovery before the preliminary hearing. Defendants note the possibility of deposing Dr. Ettner before the evidentiary hearing;

2. if Dr. Ettner is going to form new opinions on Iglesias, then will the parties need new briefing on the motion for preliminary injunction?;

3. if the parties want to establish deadlines for the names of witnesses who will appear at the preliminary injunction hearing;

4. if Defendants plan to file a motion for summary judgment on the issue of exhaustion of administrative remedies;


*Deana Brinkley*
*Courtroom Deputy to Chief Judge Nancy J. Rosenstengel*
*United States District Court - Southern District of Illinois*
*750 Missouri Avenue*
*East St. Louis, IL 62201*
*(618) 482-9342*