# EXHIBIT 2

| | |
|---|---|
| **From:** | John Knight |
| **To:** | Gardner, Joshua E (CIV) |
| **Cc:** | Feldon, Gary D. (CIV); Warner, Kevin; Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Lemajeur, Shannon Denise |
| **Subject:** | Re: Iglesias |
| **Date:** | Monday, August 30, 2021 3:25:47 PM |
| **Attachments:** | image003.png |

Josh and Gary,

After thinking more about the question of moving forward with expedited discovery, we are inclined to limit the expedited discovery we request to a deposition of Dr. Leukefeld.  I wanted to give you a heads up regarding that prior to the status.

John

---

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Monday, August 30, 2021 10:41 AM
**To:** John Knight
**Cc:** Feldon, Gary D. (CIV); Warner, Kevin; Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Lemajeur, Shannon Denise
**Subject:** RE: Iglesias

No, three psychologists and agency counsel.

**From:** John Knight <jknight@aclu-il.org>
**Sent:** Monday, August 30, 2021 11:03 AM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Warner, Kevin <KWarner@winston.com>; Battaglia, Frank <FBattaglia@winston.com>; Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Taylor Brown <TBrown@aclu.org>; Lemajeur, Shannon Denise <SLemajeur@winston.com>
**Subject:** Re: Iglesias

4 psychologists?

---

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Monday, August 30, 2021 9:50 AM
**To:** John Knight
**Cc:** Feldon, Gary D. (CIV); Warner, Kevin; Battaglia, Frank; Josh Blecher-Cohen; Taylor Brown; Lemajeur, Shannon Denise
**Subject:** RE: Iglesias

John – including agency counsel, four BOP employees will have access to the test results.

Josh