# EXHIBIT 5

| | |
|---|---|
| **From:** | John Knight |
| **To:** | deana_brinkley@ilsd.uscourts.gov; NJRpd@ilsd.uscourts.gov |
| **Cc:** | Josh Blecher-Cohen; Feldon, Gary D. (CIV); Battaglia, Frank; Taylor Brown; Lemajeur, Shannon Denise; Gardner, Joshua E (CIV) |
| **Subject:** | Iglesias v. Connors, No. 19-cv-00415-NJR |
| **Date:** | Friday, September 10, 2021 4:03:47 PM |

Dear Ms. Brinkley,

Plaintiffs intend to call Cristina Iglesias and Dr. Ettner at the preliminary injunction hearing on September 21, 2021.  They have taken the deposition of Dr. Leukefeld and do not anticipate the need for any additional depositions or discovery before that hearing.

Thank you,

John Knight
*Pronouns: he, him*
American Civil Liberties Union
LGBT & HIV Project
150 N. Michigan, Suite 600
Chicago, IL 60601
P:  (312) 201-9740, 335
F:  (312) 288-5225
jaknight@aclu.org
www.aclu.org/lgbt
www.aclu-il.org





This message and any files or text attached to it are intended only for the recipients named above, and contain information that may be confidential or privileged. If you are not an intended recipient, you must not read, copy, use or disclose this communication. Please also notify the sender by replying to this message, and then delete all copies of it from your system. Thank you.

---

**From:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Sent:** Friday, September 10, 2021 2:53 PM
**To:** deana_brinkley@ilsd.uscourts.gov; NJRpd@ilsd.uscourts.gov
**Cc:** John Knight; Josh Blecher-Cohen; Feldon, Gary D. (CIV); Battaglia, Frank; Taylor Brown; Lemajeur, Shannon Denise
**Subject:** Iglesias v. Connors, No. 19-cv-00415-NJR

Pursuant to the Court's August 31, 2021 order, ECF No. 143, the government intends to call Dr. Alison Leukefeld at the upcoming preliminary injunction hearing. In addition, the government is scheduled to depose Dr. Randi Ettner on Monday, September 13, 2021. Defendants do not anticipate the need for any additional depositions or discovery before the preliminary injunction hearing.

Regards,

Josh Gardner