# EXHIBIT 6

| | |
|---|---|
| **From:** | Gardner, Joshua E (CIV) |
| **To:** | John Knight |
| **Cc:** | Josh Blecher-Cohen; Chris Romer; Feldon, Gary D. (CIV); Warner, Kevin; Battaglia, Frank; Taylor Brown; Lemajeur, Shannon Denise |
| **Subject:** | RE: Iglesias |
| **Date:** | Thursday, September 23, 2021 9:05:37 AM |

John:

We have addressed your request on prior occasions, including as recently as our September 9, 2021 letter. We refer you back to that correspondence.

Josh

**From:** John Knight <jknight@aclu-il.org>
**Sent:** Wednesday, September 22, 2021 12:46 PM
**To:** Gardner, Joshua E (CIV) <Joshua.E.Gardner@usdoj.gov>
**Cc:** Josh Blecher-Cohen <JBlecherCohen@aclu-il.org>; Chris Romer <CRomer@aclu-il.org>; Feldon, Gary D. (CIV) <Gary.D.Feldon@usdoj.gov>; Warner, Kevin <KWarner@winston.com>; Battaglia, Frank <FBattaglia@winston.com>; Taylor Brown <TBrown@aclu.org>; Lemajeur, Shannon Denise <SLemajeur@winston.com>
**Subject:** [EXTERNAL] Re: Iglesias

Josh,
Thanks for sending these documents. We believe that there are still some documents that Defendants should produce as part of the limited discovery we have requested in anticipation of the preliminary injunction hearing.

We request the following:

o Agendas/minutes/records from all TEC and TCCT meetings where Cristina Iglesias was discussed that have not already been produced;
o All documents about Cristina Iglesias considered by members of the TEC and TCCT;
o Medical/mental-health records for Cristina Iglesias that have not already been produced for the period 2019 to September 2021, including unit-staff-only filings;
o All communications about Cristina Iglesias to the TEC, TCCT, and Dr. Stahl, since May 2021.

Please let us know when you can produce these or if a phone call about this request would be helpful.

Thank you - John