UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS <br> (a.k.a. CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> v. <br><br> IAN CONNORS, *et al.*, <br><br> Defendants. | Case No. 19-cv-00415-RJN |

**DEFENDANTS' NOTICE OF CASE DEVELOPMENTS**

Defendants, by their undersigned attorneys, submit this notice of case developments.

1. Plaintiff Christina Nicole Iglesias is currently housed at the Carswell Federal Medical Center ("FMC Carswell"), located in Fort Worth, Texas. *See* Ex. 1 at ¶ 2, Declaration of Jon Gustin.

2. FMC Carswell staff recently submitted a request that Plaintiff be housed in a Residential Reentry Center ("RRC"), commonly referred to as a "half-way house," for the final portion of her sentence, which is currently projected to end on December 25, 2022. *Id.*

3. The referral has been processed and has resulted in Plaintiff's RRC placement date of March 24, 2022. *Id.* at ¶ 3. On that date, Plaintiff is scheduled to transfer to an RRC which is located in the Southern District of Florida and houses female inmates. *Id.*

4. The Federal Bureau of Prisons remains responsible for Plaintiff's medical care while she is at an RRC. *Id.* at ¶ 3.

Dated: October 4, 2021

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Joshua E. Gardner*
JOSHUA E. GARDNER
Special Counsel
GARY D. FELDON
Trial Attorney
United States Department of Justice
Federal Programs Branch
1100 L St. NW, Room 11502
Washington, DC 20530
Tel.:   (202) 305-7583
Fax:   (202) 616-8470
Email:  joshua.e.gardner@usdoj.gov

*Counsel for Defendants*