IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS), | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-cv-00415-NJR ) |
| IAN CONNORS, ET AL., | ) ) ) |
| Defendants. | ) |

### DECLARATION OF ELIZABETE STAHL

I, Elizabete Stahl, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as Medical Director I have held my current position since March 2021. I have been employed by the BOP since August 2009.

2. I am aware that in the above referenced case, inmate Iglesias, reg. no. 17248-018, claims that I had considered and deferred her requests for gender affirming surgery and permanent hair removal. (Doc. 151 at 3, and Doc. 151-1 at ¶ 10).

3. More specifically, Iglesias claims that Dr. Charles Langham, the Clinical Director at the Carswell Federal Medical Center in Fort Worth, Texas (FMC Carswell), informed me that I had considered and deferred her request for gender-affirming surgery and permanent hair removal. *Id.* Iglesias claims this deferral (or denial) came sometime after Dr. Langham allegedly advised her that he was going to send me a recommendation that Iglesias receive gender-affirming surgery. *Id.*

4. I have not received any written or verbal recommendation or request from Dr.

1

Langham, nor any other staff member at FMC Carswell, that Iglesias receive gender-affirming surgery or permanent hair removal.

5. Accordingly, I have not denied or deferred such a request in regard to Iglesias.

6. If such a request is brought to my attention, it will be considered in accordance with BOP policy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of October 2021.

_____
Elizabete Stahl