UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>Plaintiff,<br><br>v.<br><br>IAN CONNORS, *et al.*,<br><br>Defendants. | Case No. 19-cv-00415-RJN |

**DEFENDANTS' MOTION FOR RELIEF FROM FULL COMPLIANCE WITH THE COURT'S OCTOBER 15 ORDER**

In its October 15, 2021 Order, the Court granted in part and denied in part Plaintiff's Motion to Compel Expedited Discovery and has order Defendants to produce four categories of documents: "(1) the agendas, minutes, and records from all Transgender Executive Counsel ("TEC") and Transgender Critical Care Team ("TCCT") meetings where Ms. Iglesias was discussed that have not already been produced; (2) all documents about Ms. Iglesias considered by members of the TEC and TCCT; (3) all medical and mental-health records for Ms. Iglesias that have not already been produced for the period of 2019 to present, including any unit-staff-only filings; and (4) all communications about Ms. Iglesias sent to or from the TEC, TCCT, and/or Dr. Elizabeth Stahl since May 2021." ECF 156 at 13. Although a compliance deadline is not on the face of the Order, the Court appears to contemplate that the Defendants will produce all responsive, non-privileged documents by the October 19, 2021 preliminary injunction hearing, *i.e.*, two business days from the date of the Order. *Id.* at 9.

Defendants have made every effort to comply with the Court's order as quickly as possible, and they are working to collect the documents encompassed by the Court's Order and prepare them for production. On October 16, 2021, Defendants produced to Plaintiffs the first and third

categories of documents—the TEC meeting minutes discussing Plaintiff and her medical and psychological records contained in the Federal Bureau of Prison's Bureau Electronic Medical Records System ("BEMR"), from 2019 to the present. These documents include Plaintiff's medical, social, and psychological history and ongoing data and related information records. The following day, Defendants produced to Plaintiff documents responsive to the second category of documents—administrative records concerning Plaintiff that may have been considered by the TEC. Defendants have produced 886 pages of documents in the last 48 hours.

However, it will be impossible to complete production of the fourth category of documents encompassed by the Court's October 15, 2021 order by Tuesday's evidentiary hearing. In particular, compliance with the fourth category of documents requires electronic custodial searches of a number of BOP employees, and the initial collection efforts resulted in hundreds of thousands of pages of emails. Although a preliminary review of the collection indicates that a substantial proportion—and likely a large majority—of these documents are either privileged or non-responsive, additional time will be necessary to de-duplicate the collection, review the documents for responsiveness and privilege, and redact any security sensitive information or information related only to other inmates. Accordingly, the review effort for responsive, non-privileged documents cannot be completed by tomorrow's preliminary injunction hearing.

Defendants therefore respectfully request relief from this aspect of the Court's October 15 Order to the extent it requires complete compliance by the date of the hearing, and that the Court permit the production of responsive, non-privileged documents after the October 19, 2021 evidentiary hearing. Defendants propose updating the Court on the status of their review and production efforts by Friday, October 22, 2021. To avoid any potential prejudice to Plaintiff, Defendants would agree to keep the preliminary injunction hearing record open for a period of two

weeks after Defendants complete their production to permit Plaintiff to submit any additional information received as a result of Defendants' production.

Dated: October 18, 2021                    Respectfully submitted,

STEVEN D. WEINHOEFT                        BRIAN M. BOYNTON
United States Attorney                     Acting Assistant Attorney General
                                           Civil Division
LAURA J. JONES
Assistant United States Attorney           ALEXANDER K. HAAS
                                           Director, Federal Programs Branch

                                           /s/ Joshua E. Gardner
                                           JOSHUA E. GARDNER
                                           Special Counsel
                                           GARY D. FELDON
                                           JOSHUA M. KOLSKY
                                           Trial Attorneys
                                           United States Department of Justice
                                           Federal Programs Branch
                                           1100 L St. NW, Room 11502
                                           Washington, DC 20530
                                           Tel.:   (202) 305-7583
                                           Fax:    (202) 616-8470
                                           Email:  joshua.e.gardner@usdoj.gov

                                           *Counsel for Defendants*