IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>  Plaintiff,<br><br>  v.<br><br>IAN CONNORS, *et al.*,<br><br>  Defendants. | Case No. 19-cv-00415-RJN<br><br>Judge Nancy J. Rosenstengel |

## PLAINTIFF'S NOTICE TO THE COURT

In compliance with this Court's October 19, 2021 order (Dkt. 159), Plaintiff provides the following status report regarding "Dr. Ettner's status and availability for November 22, 2021 hearing." *Id.*

Plaintiff reports that Dr. Ettner is recovering from surgery and should be available for a November 22, 2021 hearing, so long as her recovery continues successfully. Plaintiff's counsel anticipates having more definitive information by November 8 regarding Dr. Ettner's recovery and her ability to appear either in person or remotely for the hearing, and will file another status report at that time.

Dated: October 22, 2021                Respectfully submitted,

                            */s/* John A. Knight

                            **John A. Knight**
                            **Joshua D. Blecher-Cohen**
                            ROGER BALDWIN FOUNDATION OF ACLU, INC.
                            150 N. Michigan, Suite 600
                            Chicago, IL 60601
                            (312) 201-9740, 335
                            jaknight@aclu.org
                            jblechercohen@aclu-il.org

1

**Kevin Warner**
**Frank Battaglia**
**Katherine D. Hundt**
**Courtney Block**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
kwarner@winston.com
fbattaglia@winston.com
khundt@winston.com
cblock@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

**Taylor Brown**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Nichole Iglesias*

**CERTIFICATE OF SERVICE**

      I certify that on October 22, 2021, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.


Dated: October 22, 2021                /s/ John A. Knight
                                                John A. Knight