UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

# VIDEO WRIT

| CASE NAME: Iglesias v. True et al. | CASE NO.: 19-cv-415-NJR | Date of Hearing: November 22, 2021 at 9:00 AM CDT | Type of Hearing: Motion Hearing **Length of Hearing:** 1 day |
|---|---|---|---|

TO: **DIRECTOR OF BUREAU OF PRISONS and WARDEN OF FMC CARSWELL, FORT WORTH, TEXAS**

WE COMMAND that you make the following person(s) available at a designated facility to appear via video conference in the above proceeding before the **HONORABLE NANCY J. ROSENSTENGEL, CHIEF U.S. DISTRICT JUDGE**, sitting in East St. Louis, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID NO. | LOCATION | DATE | TIME TO APPEAR |
|---|---|---|---|---|
| Cristian Noel Iglesias | 17248-018 | FMC Carswell | 11/22/21 | 9:00 AM CDT |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: October 28, 2021**                **MARGARET M. ROBERTIE, Clerk of Court**
                                           **UNITED STATES DISTRICT COURT**

                              BY:   **s/ Deana Brinkley**
                                    **Deputy Clerk**

cc:     J Davison, Correctional Counselor, FMC Carswell

**For any questions associated with this telephone writ, please contact Deana Brinkley, Courtroom Deputy to the Chief Judge Nancy J. Rosenstengel, at (618) 482-9342.**