IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (also known as CHRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, MICHAEL CARVAJAL, CHRIS BINA, IAN CONNORS, DAN SPROUL, JEFFERY ALLEN, ALIX MCLEAREN, THOMAS SCARANTINO, and DONALD LEWIS,<br><br>    Defendants. | Case No. 19-CV-415-NJR |

## PRELIMINARY INJUNCTION

**ROSENSTENGEL, Chief Judge:**

Pursuant to *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), and the Court's Memorandum and Order entered this day (Doc. 176), the Court **ORDERS** Defendants to have the TEC meet to evaluate Iglesias's request for GCS **by Monday, January 24, 2022**. The Court **FURTHER ORDERS** Defendants to:

1. Schedule a certified court reporter to be present at the TEC meeting to provide the Court a transcript of the TEC's meeting.

Allowing the TEC to delay its recommendation until April 2022 will only delay the medical director's evaluation, referral to a surgeon, and the date of the GCS. At the hearing on November 22, 2021, Dr. Leukefeld testified that the TEC recommended GCS for the first time in October 2021. (Doc. 175, p. 146). Significantly, Dr. Leukefeld neither

knew how long it would take for BOP's medical director to refer the transgender inmate to a surgeon nor how long the whole process would ultimately take. (*Id*. at p. 190). The Court does not fault Dr. Leukefeld for not knowing how long the process will take, but the undersigned seeks assurance that Iglesias will not fall victim to any further delays. Thus, if the TEC *recommends* Iglesias for GCS, the Court **FURTHER ORDERS** Defendants to:

2. File a notice to the Court within **two days** of the recommendation;

3. Refer Iglesias to the BOP's medical director **immediately**;

4. The BOP's medical director shall assess Iglesias for GCS **as soon as possible**, but no later than **thirty days** of receiving TEC's recommendation.

If the BOP's medical director finds Iglesias is suitable for GCS, the Court **FURTHER ORDERS** Defendants to:

5. File a notice to the Court within **two days** of the medical director's approval including a plan for Iglesias to receive GCS. This plan shall include: a list of known and/or approved GCS surgeons, a timeline regarding preparation the BOP must do to ensure both it and Iglesias are ready for surgery, timeline for Iglesias's recovery, and any other time sensitive information the Court or parties must consider;

6. File notices regarding the progress of securing a surgeon every **seven days** until a surgeon is secured and a surgery is scheduled. In each notice, Defendants shall provide the Court with the following information: who Defendants contacted, dates Defendants contacted the surgeons, the method of contact, whether the surgeons have contacted them back, and the surgeon's schedule;

7. File a notice to the Court within **fourteen days** of the medical director's approval addressing the implications of Iglesias receiving GCS while serving the rest of her time at the Residential Reentry Center in Florida, commonly referred to as a "half-way house," starting on March 24, 2022;

8. Upon scheduling of GCS, Defendants should file notices with Court confirming GCS is still to proceed as scheduled every **seven days**.

If the TEC *does not* recommend Iglesias for GCS, then the Court **ORDERS** Defendants to:

9. File a notice with the Court explaining all the reasons for TEC's decision within **seven days** and include the policies and procedures Iglesias does not meet, when the policies were established, all documents providing when the policies were established.

10. Provide this Court the full transcript of the TEC's meeting where it discussed Iglesias for GCS. The transcript must be emailed to chambers within **fourteen days**, and shall be sent to njrpd@ilsd.uscourts.gov.

If BOP's medical director finds Iglesias is unsuitable for surgery, then the Court **FURTHER ORDERS** Defendants to:

11. File a notice with the Court explaining all medical reasons for the medical director's decision within **seven days**.

**IT IS SO ORDERED.**

DATED:  December 27, 2021

*[signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**