IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>         Plaintiff,<br><br>     v.<br><br>IAN CONNORS, *et al.*,<br><br>         Defendants. | Case No. 19-cv-00415-RJN<br><br>Judge Nancy J. Rosenstengel |

## MOTION TO WITHDRAW APPEARANCE

COMES NOW John A. Knight of the Roger Baldwin Foundation of ACLU, Inc. and hereby moves for leave to withdraw his appearance as counsel for Plaintiff Cristina Nichole Iglesias. All other counsel from the Roger Baldwin Foundation of ACLU, Inc., Winston & Strawn LLP, Feirich Mager Green Ryan, and American Civil Liberties Union will remain as counsel of record for the above-referenced Plaintiff.

Dated: January 31, 2022

Respectfully submitted,

*/s/* John A. Knight

**John A. Knight**
**Joshua D. Blecher-Cohen**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org
jblechercohen@aclu-il.org

1

**Frank Battaglia**
**Katherine D. Hundt**
**Courtney Block**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
khundt@winston.com
cblock@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

**Taylor Brown**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Nichole Iglesias*

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2022, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

Dated: January 31, 2022             /s/ John A. Knight
                                     John A. Knight