IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>    v.<br><br>IAN CONNORS, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00415-NJR<br><br>Judge Nancy J. Rosenstengel |

### DECLARATION OF CRISTINA NICHOLE IGLESIAS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF JANUARY 31, 2022

I, Cristina Nichole Iglesias, am the Plaintiff in the above-captioned case. I have personal knowledge of the information set forth herein and if called upon to testify, I would testify to the truth of the following:

1. I have been informed about the contents of the federal Bureau of Prisons' ("BOP") January 31, 2022 filing, which states that BOP's Transgender Executive Council ("TEC") recommends that I receive gender-affirming surgery but that the TEC will not refer me to a surgeon until approximately mid-April 2022. I have also been informed that the contents of this filing state that BOP's surgery recommendation is conditioned on their future assessment of my behavior and on any "other reasons" that would, in their view, render gender-affirming surgery inappropriate.

2. Given these unspecified conditions, I am afraid that BOP will ultimately decide to cancel my referral for gender-affirming surgery for inappropriate, inaccurate, or non-medical reasons.

3. I remain deeply concerned, anxious, and distressed about whether BOP will actually refer me for gender-affirming surgery at some later date and, especially, whether BOP will ever actually allow that surgery to happen.

4. In addition, I know that the process of preparing for, receiving, and recovering from gender-affirming surgery involves many steps and takes many months. My sentence is scheduled

to end on December 25, 2022. I am deeply concerned, anxious, and distressed about whether there is enough time remaining in my sentence to complete the surgery process before I am released from BOP custody. I am also distressed because, if BOP waits until April 2022 to refer me to a surgeon, there will be even less time left than there is now.

5. Waiting for the TEC to make a decision about my surgery was excruciating. When I found out that BOP had not filed anything on January 26, 2022, the deadline for giving notice if my surgery had been approved, I was upset and felt like I was losing hope. When I found out that BOP had filed a notice on January 31, 2022, approving surgery but delaying any referral until mid-April 2022, I again felt upset and like I was losing hope. Because BOP keeps figuring out new ways to delay or deny gender-affirming surgery for me, I have a constant and ever-growing worry that they will keep stalling until I leave their custody, so that I never get the care I need. This uncertainty about whether BOP will ever give me gender-affirming surgery intensifies the distress caused by my gender dysphoria.

6. I know that surgeons who perform gender-affirming surgery generally require referral letters from mental-health providers that have evaluated the person seeking surgery, as Dr. Randi Ettner testified at the court hearing in November 2021. No one at BOP has told me that they have been asked to write a referral letter for me or that they have actually written a referral letter for me. No one at BOP has told me that any other external mental-health provider has been asked to write a referral letter for me, or has actually done so.

7. I am very nervous about BOP's timeline for referring me for gender-affirming surgery. At the November 2021 hearing, Dr. Alison Leukefeld testified that the TEC had approved another transgender woman for gender-affirming surgery in October 2021. Based on conversations with medical providers at Federal Medical Center, Carswell ("FMC-Carswell"), and upon information

and belief, that other BOP prisoner was approved by the TEC and referred to the BOP Medical Director in October 2021. In January 2022, Dr. Quick told me that the other BOP prisoner approved by the TEC still did not have a surgeon identified for her or any scheduled appointment. Given that this initial part of the process has taken months for that other prisoner—and the many delays and denials in my own case—I am worried that, once it begins trying to do so in April 2022, BOP will similarly take months to even identify and refer me to a surgeon.

8. Since October 2021, I have been living in the Special Housing Unit ("SHU") at FMC-Carswell because separation orders were issued between me and three other prisoners at FMC-Carswell.

9. Being in the SHU has been very harmful for my mental health and has significantly increased my gender dysphoria by denying me access to medical treatment, including social transition. For example, during my time in the SHU, I do not have any access to makeup (except for once on the day of the court hearing). I was originally denied any ability to shave my face, which resulted in beard growth and caused me intense psychological distress. The first time I was able to shave my face in the SHU was on November 20, 2022, in advance of the court hearing. Now, I am only able to shave three times a week, which still results in visible beard growth between shavings. (Before going to the SHU, I shaved twice a day and used makeup to cover any beard growth.) When I have visible beard growth, I feel inadequate as a woman and it causes me distress and mental pain. At one point, BOP began providing me with Nair to use as a facial-hair remover, but when the bottle ran out around the end of December, and it took me complaining—and approximately three weeks—to get an additional supply.

10. Prisoners in the SHU are only provided "maternity" panties (except for transgender men, who receive boxers). These panties are made of mesh and are see-through. When I change in front

of other prisoners, which happens at least three times a week, the holes in the panties mean that parts of my skin and crotch are visible through the underwear to other people. In order to cover as much as possible, I wear three pairs of panties at all times, in addition to tucking.

11. I have filed administrative grievances complaining about the denial of treatment for my gender dysphoria while I am in the SHU, including two BP-9s and one BP-10. I have not gotten any response. In addition to other gender-affirming care, one of the BP-9s also seeks that my transfer to a residential reentry center happen sooner than March 10, 2022, so that I can get out of the SHU—where BOP has continually interfered with my social-transition treatment for my gender dysphoria—and live as a woman.

12. As I indicated in my October 7, 2021 declaration, Dr. Langham, my treating physician at FMC-Carswell, has previously informed me that permanent hair removal cannot be authorized by local BOP facilities.

13. At the court hearing in November 2021, which I attended by video, Dr. Alison Leukefeld testified that local staff at BOP prisons could authorize permanent hair removal for transgender prisoners without seeking or receiving approval from the TEC.

14. Based on Dr. Leukefeld's testimony, I asked my medical care team in or around December 2021 at FMC-Carswell to authorize permanent hair removal for my face to treat my gender dysphoria. However, Dr. Quick, my mental-health provider, informed me in or around January 2022 that he looked into whether he could authorize permanent hair removal. Dr. Quick told me that because permanent hair removal is considered cosmetic, the TEC must authorize it as a gender-dysphoria treatment before the local facility can receive funding for the procedure. He told me that staff at FMC-Carswell cannot approve permanent hair removal for me on their own.

4

15. I understand that I am currently scheduled to move from FMC-Carswell to a residential reentry center in Miami, Florida on March 10, 2022. Staff at FMC-Carswell, including my unit manager Ms. Rex, Captain Buckner, and Warden Carr, have told me that I will stay in the SHU until I leave for the residential reentry center, at which point I will have been housed separately and isolated for approximately five months.

16. I want to be moved out of the SHU as soon as possible and sooner than March 10, 2022. Dr. Quick told me that it is "not healthy" that I have been kept in the SHU since October 2021. Ms. Rex, my unit manager at FMC-Carswell, also told me that she had reached out to Dr. Leukefeld and Dr. Alix McLearen multiple times to try and get me moved out of the SHU and into a residential reentry center as soon as possible. She told me that BOP's central office moved my transfer date up two weeks, from March 24 to March 10, 2022, but said that the central office would not shift it up any further.

17. In their filing with this Court on January 31, 2022 and in an attached declaration by Dr. McLearen, BOP has suggested several reasons to keep me in the SHU and to delay the referral for my gender-affirming surgery.

18. In her declaration, Dr. McLearen expressed the idea that I should be "encourage[ed] . . . to remain compliant with [my] mental health treatment." McLearen Decl. ¶ 12. Contrary to any implication in Dr. McLearen's statement, I have always been compliant with my mental-health treatment, both at FMC-Carswell and any other facilities. Given that BOP has reserved the right to not refer me for gender-affirming surgery if they determine there to be unspecified behavioral or "other reasons," I am especially worried that stated concerns about mental-health compliance—which I do not recall having been raised in this case before—are being manufactured to potentially interfere with my future referral for gender-affirming surgery.

5

19. BOP has justified placing me in the SHU and delaying my referral for surgery, in part due to allegations that I have incurred debts with other inmates at FMC-Carswell and made false allegations against them to avoid repaying the debts, along with other unspecified "behavioral issues." I have never incurred any debt while at FMC-Carswell. I have not made, or threatened to make, false allegations against other prisoners to avoid repaying any debts. When I have asked why I am being held in the SHU, staff members have consistently mentioned separation orders with other prisoners, but never anything about debts.

20. Dr. McLearen's declaration also discusses an incident in August 2021 where I briefly requested to be transferred back to a men's prison. As I explained in detail at the court hearing in November 2021, I made that request to escape documented sexual harassment from two other prisoners at FMC-Carswell, because I did not believe being transferred to another women's prison was a possible option. On the same day I made that request, after Dr. Quick corrected my misunderstanding, I immediately rescinded my transfer request and instead requested to be kept safe from my harassers at a women's facility. I do not want to be transferred to a men's facility.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Dated:  February 8, 2022                                    /s/ Cristina Nichole Iglesias
                                                                             Cristina Nichole Iglesias[1]

---

[1] Plaintiff's counsel spoke with Ms. Iglesias on February 8, 2022 by telephone. During this conversation Ms. Iglesias authorized Plaintiff's counsel to file this declaration on her behalf. Plaintiff's counsel will supplement this declaration with a signed copy from Ms. Iglesias once it is returned to them by U.S. Mail from Ms. Iglesias.