# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| _____ | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: _____ |
| _____ | ) | |
| *Defendant(s)* | ) | |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of _____.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of _____. The state and federal bar numbers issued to me are: _____.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:_____        _____
             Date                                                          Signature of Movant

_____        _____
         Street Address                                                          Printed Name

_____
         City, State, Zip