UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>    v.<br><br>IAN CONNORS, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00415-NJR |

**DEFENDANTS' NOTICE OF FILING GARY FELDON'S
SUPPLEMENTAL DECLARATION**

Following this Court's Minute Order of February 18, 2022, *see* Doc. 195, Defendants realized that one of the declarations previously filed in this matter, Doc. 191-7, contained an inadvertent typographical error. Defendants respectfully submit the attached supplemental declaration from Mr. Gary Feldon in order to correct the error. The United States sincerely apologizes for and regrets the error.

Dated: February 18, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
United States Department of Justice
Federal Programs Branch
U.S. Department of Justice
1100 L St. NW

        Washington, DC 20530
        Tel.: (202) 305-8693
        Fax: (202) 616-8470
        Email: Daniel.S.Schwei@usdoj.gov

        *Counsel for Defendants*