IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS), </br></br>Plaintiff, </br></br>vs. </br></br>IAN CONNORS, ET AL., </br></br>Defendants. | ) ) ) ) ) ) ) ) Case No. 19-cv-00415-NJR ) ) ) ) ) |

### SUPPLEMENTAL DECLARATION OF GARY FELDON

I, Gary Feldon, make the following supplemental declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. On February 14, 2022, I executed a declaration (ECF No. 191-7) to be submitted in conjunction with Defendants' response to the Court's February 10, 2022 Show Cause Order (ECF No. 187). After seeing the Court's February 18, 2022 minute order (ECF No. 195), I realized that my declaration contained an inadvertent typographical error. I hereby submit this supplemental declaration to remedy that error.

2. Paragraph 2 of my February 14 declaration states that I was "assigned to the above-captioned litigation in September 2021." In fact, I was assigned to the case in September <u>2020</u>.

3. I intended that my declaration fully disclose my involvement with this case, which is why I specifically noted those filings with which I had a particular involvement, several of which predated September 2021. *See* ECF No. 191-7 ¶ 2 (listing ECF Nos. 99, 129, 130, 132, & 137). And, as the Court alluded to in its February 18 minute order, I entered my appearance on the public docket in February 2021. ECF No. 90. In sum, my misstatement was accidental and not intended to mislead the Court in any way. I sincerely regret any confusion caused by my mistake.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of February 2022.

_____
Gary Feldon