## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>Plaintiff,<br><br>v.<br><br>IAN CONNORS, *et al.*,<br><br>Defendants. | Case No. 19-cv-00415-NJR |

## DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL DECLARATION

In further response to this Court's Order to Show Cause, Doc. 187, and in addition to the materials previously submitted, *see* Doc. 191, Defendants respectfully submit this supplemental declaration from Dr. Alix M. McLearen, apprising the Court and Plaintiff of recent factual developments in this case regarding the Bureau of Prisons' ongoing efforts to arrange gender-confirmation surgery for Plaintiff. For the reasons previously set forth, *see* Doc. 191, and in light of these ongoing efforts, Defendants respectfully submit that sanctions are not warranted and this Court should formally discharge its Order to Show Cause, Doc. 187.

Dated: February 18, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel

*/s/ Daniel Schwei*
DANIEL SCHWEI
Special Counsel
United States Department of Justice

        Federal Programs Branch
        U.S. Department of Justice
        1100 L St. NW
        Washington, DC 20530
        Tel.:   (202) 305-8693
        Fax:   (202) 616-8470
        Email:  Daniel.S.Schwei@usdoj.gov

*Counsel for Defendants*