UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> v. <br><br> IAN CONNORS, *et al.*, <br><br> Defendants. | Case No. 19-cv-00415-NJR |

## NOTICE

During the February 22, 2022 show cause hearing, the Court directed Defendants to provide to the Court *ex parte* the name of the surgeon that BOP's contractor has contacted regarding Plaintiff's request for gender-confirmation surgery. Defendants now provide notice on the public docket that on February 23, they filed a notice *ex parte* providing the name of the surgeon.

Dated: February 23, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ John Robinson
GARY D. FELDON
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 616-8489
E-mail: john.j.robinson@usdoj.gov

*Counsel for Defendants*