UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>    v.<br><br>IAN CONNORS, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00415-RJN |

**DEFENDANTS' STATUS REPORT**

Defendants respectfully submit this Status Report pursuant to the Court's February 22, 2022 Order providing that "Defendants shall file weekly updates on contacts with the surgeon, the surgeon's response, and any other items relating to Ms. Iglesias's care on Friday, February 25, 2022, by 5:00 p.m., and every Friday thereafter by 5 p.m. until further notice." ECF No. 200 at 2.

Through the attached Declaration of Dr. Alix McLearen, BOP reports that on February 24, 2022, BOP's contractor forwarded to BOP a message from the surgeon that the contractor had previously contacted about potentially providing gender confirmation surgery to Plaintiff. McLearen Decl. ¶ 5. A summary of that message is contained in the McLearen Declaration. *See id.* In short, the surgeon has not yet made a decision about whether she would accept Ms. Iglesias as a patient for surgery, but the surgeon appears to be open to potentially accepting Ms. Iglesias as a patient if certain requirements are satisfied. *See id.* The surgeon indicated that the surgery could feasibly be completed by December 2022. *Id.*

On February 25, 2022, Dr. McLearen asked her staff to respond to the surgeon, through the contractor. *Id.* ¶ 6. The response addressed the requirements identified by the surgeon and sought to confirm the appointment for a consultation for Ms. Iglesias. *Id.*

BOP also reports that it has taken steps to broaden its search beyond the above-referenced surgeon. *Id.* ¶ 7. Specifically, BOP determined that it was appropriate to ask the contractor to reach out to another surgeon (and potentially a third surgeon) while awaiting a decision from the first surgeon, and BOP so notified the contractor on February 24, 2022. *Id.*

Also on February 24, 2022, BOP informed its contractor that while BOP believes it makes sense for the removal of hair at the surgical site to be part of the consultation with the surgeon, in the interest of time, BOP is requesting the contractor identify other options for hair removal at the surgical site. *Id.* ¶ 8. BOP has also confirmed that there are no BOP staff or currently contracted providers at FMC Carswell who can provide hair removal at the surgical site. *Id.* ¶ 9.

Dated: February 25, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Joshua M. Kolsky*
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: 202-305-7664
E-mail: joshua.kolsky@usdoj.gov