# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> v. <br><br> IAN CONNORS, *et al.*, <br><br> Defendants. | Case No. 19-cv-00415-RJN |

## DEFENDANTS' STATUS REPORT

Defendants respectfully submit this Status Report pursuant to the Court's February 22, 2022 Order providing that "Defendants shall file weekly updates on contacts with the surgeon, the surgeon's response, and any other items relating to Ms. Iglesias's care on Friday, February 25, 2022, by 5:00 p.m., and every Friday thereafter by 5 p.m. until further notice." ECF No. 200 at 2.

As previously reported, BOP's contractor has scheduled an appointment with a surgeon for a consultation for gender-confirmation surgery on April 7, 2022. Through the attached Declaration of Jenna Epplin, BOP reports that on March 4, 2022, BOP was informed by its contractor that it had found and scheduled an earlier appointment for a consultation on March 23 with a second surgeon. Epplin Decl. ¶ 5. As Plaintiff's recent filing indicates, Defendants have advised Plaintiff's counsel of this earlier appointment with the second surgeon and provided the surgeon's name to Plaintiff's counsel. Doc. 219 at 3. Defendants will also provide this surgeon's name and other relevant information to the Court in a sealed supplement to this status report. BOP continues to consider both surgeons and, for the time being, plans to keep both the March 23 appointment and the April 7 appointment.

BOP further reports that its contractor has also now identified a dermatologist who has agreed to have a consultation with Ms. Iglesias regarding permanent hair removal at the surgical site. Epplin Decl. ¶ 9. BOP has scheduled an initial consultation for Ms. Iglesias with that dermatologist for March 24, 2022. *Id.*

BOP has also made substantial progress on securing the two letters of referral from mental health professional recommending Plaintiff for surgery. *Id.* ¶ 10. On March 10, 2022, one such letter was completed. *Id.* The second letter is in progress, and BOP expects that it will be completed in advance of Ms. Iglesias's scheduled consultations. *Id.*

Finally, BOP reports that Ms. Iglesias transferred to a Residential Reentry Center on March 10, 2022 as scheduled. *Id.* ¶ 11.

Dated: March 11, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ John Robinson
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: 202-616-8489
E-mail: john.j.robinson@usdoj.gov