# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Cristina Nichole Iglesias<br>*Plaintiff(s)*<br>v.<br>Ian Connors, et al.<br>*Defendant(s)* | )<br>)<br>)  Case Number: 3:19-cv-00415-NJR<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff Cristina Nichole Iglesias (aka Cristian Noel Iglesias).

DATED: March 15, 2022

/s/ James D. Esseks
Signature

James D. Esseks
Name

125 Broad St., 18th Floor, NY, NY, 10004
Address

212-549-2623
Phone Number

212-549-2650
Fax Number

JEsseks@aclu.org
E-Mail Address

Rev. 2/11