UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS
(a.k.a. CRISTIAN NOEL IGLESIAS),

   Plaintiff,

     v.

IAN CONNORS, *et al.*,

   Defendants.

Case No. 19-cv-00415-NJR

**DEFENDANTS' STATUS REPORT**

Defendants respectfully submit this Status Report pursuant to the Court's February 22, 2022 Order providing that "Defendants shall file weekly updates on contacts with the surgeon, the surgeon's response, and any other items relating to Ms. Iglesias's care on Friday, February 25, 2022, by 5:00 p.m., and every Friday thereafter by 5 p.m. until further notice."  ECF No. 200 at 2.

**I.**    **BOP's Efforts to Secure a Surgeon**

As previously reported, BOP's contractor has scheduled an appointment with a surgeon (Surgeon 1) for a consultation for gender-confirmation surgery on April 7, 2022.  The appointment with Surgeon 1 remains scheduled.  Declaration of Jenna Epplin ¶ 4.

BOP is also working to identify alternative options in case Surgeon 1 declines Ms. Iglesias as a patient.  BOP continues to evaluate whether it might be feasible to have Ms. Iglesias referred to the Chicago-based surgeon identified by Plaintiff's counsel.  *Id.* ¶ 9.  BOP has inquired with the Office of Probation and Pretrial Services at the Administrative Office for the United States Courts regarding housing Ms. Iglesias in Chicago.  *Id.*  Additionally, BOP has begun to evaluate whether using the Chicago-based surgeon identified by Plaintiff's counsel would present any procurement or contracting

issues. *Id.* BOP also is considering expanding its search for a surgeon beyond Miami, to include the surrounding area in Florida. *Id.* ¶ 10.

## II. BOP's Efforts to Provide Permanent Hair Removal

As previously reported, BOP's contractor identified a dermatologist in the Miami area and scheduled an appointment for Ms. Iglesias for March 24, 2022. Doc. 220 at 2. That appointment took place on March 24, 2022. Epplin Decl. ¶ 6. BOP has requested the record from the dermatology appointment. *Id.*

## III. BOP's Efforts to Provide Two Referral Letters

As previously reported, BOP has also made substantial progress on securing the two letters of referral from mental health professionals recommending Plaintiff for surgery. Doc. 227 at 3-4. One such letter was completed on March 10, 2022. *Id.* at 3. The second letter is being prepared by a BOP psychologist in the Miami area, who met with Ms. Iglesias on March 23, 2022, for purposes of preparing the letter. Epplin Decl. ¶ 7. It is expected the second letter will be completed by approximately the end of March. *Id.*

## IV. Information About BOP Practices for Specialized Medical Care

Plaintiff has requested information about "how Defendants ordinarily handle situations where an individual in their custody needs specialized medical care that is not available nearby[.]" Doc. 228 at 2. On March 24, 2022, Defendants' counsel provided information in response to Plaintiff's request. Thereafter, Plaintiff's counsel asked an additional question, and BOP is looking into that question.

Dated: March 24, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS

| | |
|---|---|
| Assistant United States Attorney | Director, Federal Programs Branch |
| | /s/ Joshua M. Kolsky |
| | JOSHUA M. KOLSKY |
| | JOHN ROBINSON |
| | Trial Attorneys |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, DC 20005 |
| | Tel: 202-305-7664 |
| | E-mail: joshua.kolsky@usdoj.gov |