IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> Defendants. | Case No. 19-cv-00415-NJR <br><br> Judge Nancy J. Rosenstengel |

**PLAINTIFF'S RESPONSE TO
DEFENDANTS' MARCH 25, 2022 STATUS REPORT**

On February 22, 2022, this Court ordered Defendants to "file weekly updates on contacts with the surgeon, the surgeon's response, and any other items relating to Ms. Iglesias's care" every Friday until further notice. ECF No. 200 at 2. On February 26, 2022, the Court provided that, "[a]s Defendants file weekly updates . . . every Friday, Iglesias's counsel may file responses to the Defendants' weekly updates every Wednesday" until further notice. ECF No. 205. Accordingly, Plaintiff submits her fifth such filing in response to Defendants' March 25, 2022 Status Report, ECF No. 229 ("Mar. 25 Rep."), and accompanying declaration from Jenna Epplin, ECF No. 229-1 ("Epplin Decl.").

Ms. Iglesias has long needed gender-affirming surgery and Defendants are obliged to provide her with that medically necessary care without further delay. Ms. Iglesias notes that there is no surgeon yet contracted and that, if Surgeon 1 does not accept Ms. Iglesias, Defendants currently have no concrete backup plan. *See* Mar. 25 Rep. at 1-2. Nor have Defendants yet secured completion of the necessary surgery-referral letters. *See id.* at 2.

Last week, Ms. Iglesias was seen by a dermatology practice in Miami Beach for an initial consultation on pre-surgery hair removal. *See* Iglesias Declaration at ¶ 1. At that appointment, the provider examined Ms. Iglesias's body and pattern of hair growth and estimated that Ms. Iglesias

1

will need six hair-removal appointments for laser treatment to achieve the necessary level of pre-surgery hair removal. *Id.* at ¶ 3. The provider also told Ms. Iglesias that there will need to be at least a full month in between each laser-treatment appointment. *Id.* Ms. Iglesias currently has her first session of laser hair removal scheduled for April 8, 2022. *Id*. at ¶ 4. Assuming (i) that there are no delays in scheduling appointments, (ii) that Ms. Iglesias's body responds to treatment strictly in line with the provider's estimation, and (iii) that no other unforeseen issues arise, the earliest that permanent hair removal at the surgery site would be complete is September 2022.

Had Defendants begun permanent hair removal for Ms. Iglesias much earlier—or even when they finally approved her for gender-affirming surgery over two months ago in January 2022—Ms. Iglesias would be ready to get the surgery she so urgently needs that much sooner.[1] Gender-affirming surgery has been medically necessary for Ms. Iglesias for *years*, and she suffers each day it is delayed because of the cumulative effect of Defendants' past and present actions.

---

[1] Of course, Defendants did not even discuss permanent pre-surgery hair removal at their January 2022 meeting approving Ms. Iglesias's surgery, Hearing Tr. at 101—and their subsequent proposal expressly called for waiting until after Ms. Iglesias's initial surgical consultation (which has not yet occurred) to begin arranging the pre-surgery hair-removal process, *id.* at 100-101.

Dated: March 30, 2022

Respectfully submitted,

/s/ Frank Battaglia

**Joshua D. Blecher-Cohen**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jblechercohen@aclu-il.org

**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*

4

## **CERTIFICATE OF SERVICE**

      I certify that on March 30, 2022, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.


Dated: March 30, 2022                                  /s/ Frank Battaglia
                                                                          Frank Battaglia