IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF PRISONS, *et al.*, <br><br> Defendants. | Case No. 19-cv-00415-NJR <br><br> Judge Nancy J. Rosenstengel |

**DECLARATION OF CRISTINA NICHOLE IGLESIAS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' REPORT OF MARCH 23, 2022**

I, Cristina Nichole Iglesias, am the Plaintiff in the above-captioned case. I have personal knowledge of the information set forth herein and if called upon to testify, I would testify to the truth of the following:

1. On March 24, 2022, I had an appointment and initial consultation with Dr. Marcy Alvarez at Lincoln Road Dermatology, a dermatology practice in Miami Beach, Florida.

2. Upon information and belief, Lincoln Road Dermatology uses laser hair removal as their technique for all permanent hair-removal treatments.

3. At the appointment, Dr. Alvarez examined my body and pattern of hair growth. Based on this examination, she estimated that I will need six hair-removal appointments for laser treatment to achieve the necessary level of pre-surgery hair removal. She also said that there will need to be a minimum of one month in between each laser-treatment appointment.

4. I have not yet had any permanent hair removal treatment. My first session is currently scheduled for April 8, 2022.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

1

Dated:   March 29, 2022                                  /s/ Cristina Nichole Iglesias
                                                         Cristina Nichole Iglesias[1]

---

[1] Plaintiff's counsel spoke with Ms. Iglesias on March 29, 2022, by telephone. During this conversation Ms. Iglesias authorized Plaintiff's counsel to file this declaration on her behalf. Plaintiff's counsel will supplement this declaration with a signed copy from Ms. Iglesias once it is returned to them by U.S. Mail from Ms. Iglesias.