UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>  Plaintiff,<br><br>  v.<br><br>IAN CONNORS, *et al.*,<br><br>  Defendants. | Case No. 19-cv-00415-NJR |

**DEFENDANTS' STATUS REPORT**

Defendants respectfully submit this Status Report pursuant to the Court's February 22, 2022 Order providing that "Defendants shall file weekly updates on contacts with the surgeon, the surgeon's response, and any other items relating to Ms. Iglesias's care on Friday, February 25, 2022, by 5:00 p.m., and every Friday thereafter by 5 p.m. until further notice." ECF No. 200 at 2.

**I.   BOP's Efforts to Secure a Surgeon**

As previously reported, BOP's contractor has scheduled an appointment with a surgeon (Surgeon 1) for a consultation for gender-confirmation surgery on April 7, 2022. The appointment with Surgeon 1 remains scheduled. Declaration of Jenna Epplin ¶ 4.

In furtherance of identifying an alternative option in case Surgeon 1 declines Ms. Iglesias as a patient, on March 31, 2022, BOP asked its contractor to search for a potential alternate surgeon outside of Miami but within the surrounding area in Florida. *Id.* ¶ 5. In addition, BOP has explored with its procurement staff and leadership whether there are any procurement issues with a referral of Ms. Iglesias to the Chicago-based surgeon identified by Plaintiff's counsel. *Id.* ¶ 6. BOP has also inquired with the Office of Probation and Pretrial Services at the Administrative Office for the United States Courts about the possibility of such a referral. *Id.* That office explained the process for

coordinating the move of an inmate to another jurisdiction and the importance of stability in a location for the reentry planning process, and requested transfer issues be revisited after the surgical consultation, which is scheduled for April 7, 2022. *Id.*

## II. BOP's Efforts to Provide Permanent Hair Removal

As previously reported, Ms. Iglesias attended a dermatology appointment involving a consultation for permanent hair removal on March 24, 2022. After that appointment, the dermatologist indicated they were prepared to proceed with hair removal as soon as April 8, 2022. Epplin Decl.¶ 8. BOP requested that the appointment be rescheduled for the next available appointment date, as Ms. Iglesias has a consultation scheduled with Surgeon 1 on April 7, 2022. *Id.* As Surgeon 1 has not yet accepted Ms. Iglesias as a patient, BOP needs to provide Surgeon 1 adequate time after the April 7, 2022, consultation in which to make that determination and to provide a physician's order that documents the medical necessity of hair removal at the surgical site as well as a clinical treatment plan before the next appointment. *Id.* Additionally, a short time between Surgeon 1's consultation and the next dermatology appointment should allow BOP the opportunity to work through any remaining logistics of procurement. *Id.* The dermatologist has scheduled an appointment for Ms. Iglesias for April 25, 2022, which was the next available appointment date after April 8. *Id.* BOP has asked its contractor to hold the April 25 appointment, and also to ask the dermatologist to advise if an earlier appointment becomes available. *Id.*

Additionally, the dermatologist provided a record to BOP indicating she conducted a cosmetic consultation with Ms. Iglesias for hair removal in the beard and mons areas. *Id.* ¶ 9. BOP intends to confirm with the surgeon who is retained to perform Ms. Iglesias's surgery whether such procedures would be necessary in furtherance of gender confirmation surgery. *Id.*

### III. BOP's Efforts to Provide Two Referral Letters

Defendants previously reported that BOP had secured one of the two letters of referral from mental health professionals recommending Plaintiff for surgery. Doc. 227 at 3-4. The second letter was completed on March 31, 2022. Epplin Decl. ¶ 10. BOP is prepared to submit these letters to a surgeon upon request. *Id.*

Dated: April 1, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ Joshua M. Kolsky
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: 202-305-7664
E-mail: joshua.kolsky@usdoj.gov