## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS
(a.k.a. CRISTIAN NOEL IGLESIAS),

    Plaintiff,

      v.

IAN CONNORS, *et al.*,

    Defendants.

Case No. 19-cv-00415-NJR

## DEFENDANTS' STATUS REPORT

Defendants respectfully submit this Status Report pursuant to the Court's February 22, 2022 Order providing that "Defendants shall file weekly updates on contacts with the surgeon, the surgeon's response, and any other items relating to Ms. Iglesias's care on Friday, February 25, 2022, by 5:00 p.m., and every Friday thereafter by 5 p.m. until further notice." ECF No. 200 at 2.

## I.  BOP's Efforts to Secure a Surgeon

As previously reported, BOP's contractor scheduled an appointment with a surgeon ("Surgeon 1") for a consultation for gender-confirmation surgery on April 7, 2022.  The consultation with Surgeon 1 took place on April 7.  4/8/2022 Declaration of Jenna Epplin ("Epplin Decl.") ¶ 4.  On April 8, BOP received a message from Surgeon 1 indicating that Surgeon 1 discussed options for breast augmentation and facial feminization with Ms. Iglesias.  *Id.*  BOP has requested the record from the consultation with Surgeon 1 and will further update the Court on the outcome of the consultation once it has received and reviewed the record.  *Id.*

As BOP has previously explained, Surgeon 1 refers patients out to other providers for vaginoplasty.  *See* 3/4/2022 Epplin Decl. ¶ 6, ECF No. 212-1.  In her April 8 communication, Surgeon 1 provided a list of four doctors in Florida who provide vaginoplasty.  Epplin Decl. ¶ 5.  That same

day, BOP asked its contractor to contact three of these providers (the fourth provider had previously declined to accept Ms. Iglesias as a patient). *Id.* One of these providers ("Surgeon 5") indicated that they are available for a tele-consult on Monday, April 11th, and BOP's contractor scheduled a tele-consultation for that day. *Id.*

After the April 7 consultation, Plaintiff's counsel requested a meet-and-confer with Defendants' counsel to discuss their concerns that Surgeon 1 does not perform vaginoplasties herself. Defendants' counsel noted that BOP had previously reported that Surgeon 1 refers patients out to other providers for vaginoplasty and that BOP would need to review the medical record from Surgeon 1 before considering appropriate next steps. As noted, BOP has since received a list of doctors who perform vaginoplasties from Surgeon 1 and has scheduled an appointment for a tele-consult with one of these doctors for Monday, April 11th. *Id.* BOP's contractor also continues to search for other potential alternate surgeons outside of Miami. Epplin Decl. ¶ 6.

## II.     BOP's Efforts to Provide Permanent Hair Removal

As previously reported, Ms. Iglesias attended a dermatology appointment involving a consultation for permanent hair removal on March 24, 2022. A second appointment was scheduled with the dermatologist for April 25, 2022. Epplin Decl. ¶ 7. That appointment has since been rescheduled for April 26. *Id.* In advance of that appointment, BOP intends to confirm with a physician that the procedures identified by the Dermatologist are necessary in furtherance of gender confirmation surgery. *Id.*

## III.    BOP's Efforts to Provide Two Referral Letters

As noted in Defendants' April 1, 2022 status report, BOP has secured two letters of referral from mental health professionals recommending Plaintiff for surgery and is prepared to submit these letters to a surgeon upon request.

Dated:  April 8, 2022

STEVEN D. WEINHOEFT
United States Attorney


LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ John Robinson
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel:  202-616-8489
E-mail: john.j.robinson@usdoj.gov