IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS),  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>IAN CONNORS, ET AL.,  )<br>)<br>Defendants.  ) | Case No. 19-cv-00415-NJR |

**DECLARATION OF JENNA EPPLIN**

I, Jenna Epplin, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as National Policy and Program Coordinator (Transgender Inmates) for the BOP's Women and Special Populations Branch of the Reentry Services Division. I have held my current position since August 2020. I have been employed by the BOP since June 2002. Additionally, I serve as a member of the BOP's Transgender Executive Council and have done so since August 2020.

2. I am aware the Court ordered Defendants to "file weekly updates on contacts with the surgeon, the surgeon's response, and any other items relating to Ms. Iglesias's care on Friday, February 25, 2022, by 5:00 p.m., and every Friday thereafter by 5 p.m. until further notice." (Doc. 200).

3. I have been informed of certain developments since the Court was last updated on April 1, 2022 (Doc. 231). I write now to update the Court about those developments.

4. I previously advised the Court that Surgeon 1 scheduled an appointment for consultation with Ms. Iglesias on April 7, 2022 (Doc. 212-1). The consultation with Surgeon 1 took

1

place on April 7, 2022. On April 8, 2022, BOP received a message from Surgeon 1 indicating that Surgeon 1 discussed options for breast augmentation and facial feminization with Ms. Iglesias. BOP has requested the record from the consultation with Surgeon 1 and will further update the Court on the outcome of the consultation once it has received and reviewed the record. BOP was advised on April 7, 2022, that per Surgeon 1's office staff, medical records are usually not available until three to four business days after a visit.

5. Surgeon 1 also provided a list of four doctors in Florida who provide vaginoplasty. On April 8, 2022, BOP asked its contractor to contact three of these providers (the fourth provider had previously declined to accept Ms. Iglesias as a patient). One of these providers ("Surgeon 5") indicated that they are available for a tele-consult on Monday, April 11th, and BOP's contractor scheduled a tele-consultation for that day

6. Additionally, I have been advised that BOP's contractor continues to search for other potential alternate surgeons outside of Miami but within the surrounding area in Florida. I have been advised BOP has not yet been notified that the search has identified any potential alternate surgeons, but I understand that BOP's contractor will continue to search for other potential alternate surgeons.

7. As I previously advised, Ms. Iglesias attended a dermatology appointment on March 24, 2022, and a second appointment was scheduled with the Dermatologist for April 25, 2022. I have been advised that the second appointment has since been rescheduled for April 26, 2022. As previously reported, in advance of the April 26 appointment, BOP intends to confirm with the surgeon who is retained to perform Ms. Iglesias's surgery whether the procedures identified by the Dermatologist are necessary in furtherance of gender confirmation surgery. Such a surgeon's order will also aid BOP in working through the logistics of procurement.

8. BOP remains prepared to submit two letters of referral from qualified mental health providers (both of which have been completed) to a surgeon upon request.

9. I have been advised that since her transfer to the Residential Reentry Center (RRC), Ms. Iglesias has had continued access to hormone therapy.

10. BOP remains committed to providing Ms. Iglesias appropriate care and continues working diligently with our contractor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief. Executed on this 8th day of April 2022.

                                                                  Jenna Epplin