# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.,*<br><br>Defendants. | Case No. 19-cv-00415-NJR<br><br>Judge Nancy J. Rosenstengel |

## MOTION TO WITHDRAW APPEARANCE

Plaintiff Cristina Nichole Iglesias, by and through her undersigned counsel, moves for an order granting the withdrawal of Kevin Warner, Katherine D. Hundt, and Courtney Block of Winston & Strawn LLP as counsel of record. Plaintiff will continue to be represented by her other counsel from the Roger Baldwin Foundation of ACLU, Inc., Winston & Strawn LLP, and Feirich Mager Green Ryan, and American Civil Liberties Union.

WHEREFORE, Plaintiff Iglesias respectfully requests leave of Court for the withdrawal of Kevin Warner, Katherine D. Hundt, and Courtney Block of Winston & Strawn LLP as Plaintiff Iglesias's counsel of record and for such other relief as is deemed just and proper.

Dated: May 5, 2022

    Respectfully submitted,

    */s/ Frank Battaglia*
    Kevin Warner
    Frank Battaglia
    Katherine D. Hundt
    Courtney Block
    **WINSTON & STRAWN LLP**
    35 W. Wacker Drive
    Chicago, IL 60601-9703
    (312) 558-5600
    fbattaglia@winston.com
    khundt@winston.com
    cblock@winston.com

    Joshua D. Blecher-Cohen

**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org

Angela M. Povolish
**FEIRICH MAGER GREEN RYAN**
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

James Esseks
Taylor Brown
L. Nowlin-Sohl
**AMERICAN CIVIL LIBERTIES UNION**
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Noel Iglesias*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2022, a copy of the foregoing document was filed electronically with the Court's CM/ECF system and thereby served electronically upon all ECF-registered counsel of record.

Respectfully submitted,

*/s/ Frank Battaglia*
Kevin Warner
Frank Battaglia
Katherine D. Hundt
Courtney Block
**WINSTON & STRAWN LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
khundt@winston.com
cblock@winston.com

Joshua D. Blecher-Cohen
**ROGER BALDWIN FOUNDATION OF ACLU, INC.**
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jaknight@aclu.org

Angela M. Povolish
**FEIRICH MAGER GREEN RYAN**
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

James Esseks
Taylor Brown
L. Nowlin-Sohl
**AMERICAN CIVIL LIBERTIES UNION**
125 Broad Street
New York, NY 10004
(212) 519-7887
tbrown@aclu.org

*Attorneys for Plaintiff Cristina Noel Iglesias*

4