# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), Plaintiff, v. FEDERAL BUREAU OF PRISONS, *et al.*, Defendants. | No. 19-cv-00415-NJR<br><br>Judge Nancy J. Rosenstengel |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report and Motion to Modify Preliminary Injunction, it is by the Court this ___ day of _____, 2022,

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Defendants' obligation to file status reports pursuant to the Court's February 22, 2022 Order (Doc. 200), and paragraphs 7-8 of the Court's April 18, 2022 Preliminary Injunction (Doc. 239), is stayed through May 27, 2022; and it is further

**ORDERED** that the portions of Defendants' response to the Court's Memorandum and Order of April 18, 2022 (Doc. 238) showing cause why Defendants and individual attorneys shall not be held in contempt and/or sanctioned shall be due on June 9, 2022; and it is further

**ORDERED** that the requirements of the April 18, 2022 preliminary injunction, Doc. 239, are stayed. Should the parties fail to reach an agreement to resolve this case by May 27, 2022, the requirements of the April 18, 2022 preliminary injunction shall resume effect, with all deadlines postponed by five weeks unless otherwise ordered by the Court; and it is further

**ORDERED** that paragraphs 4 and 7 of the April 26, 2022 preliminary injunction, Doc. 252, are modified such that if Defendants transport Plaintiff for the purpose of receiving medical treatment, Defendants need not use the Federal Bureau of Prisons' "medical furlough" procedure.

_____
UNITED STATES DISTRICT JUDGE