**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), | ) ) ) | |
| Plaintiff, | ) ) | No. 19-cv-00415-NJR |
| v. | ) ) | Judge Nancy J. Rosenstengel |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE

On May 17, 2022, Defendants filed the parties' Joint Status Report and Motion to Modify Preliminary Injunction. ECF No. 263. That filing included the Declaration of Jenna Epplin. Ms. Epplin approved the contents of that declaration prior to filing but was not able to provide a signed version by the filing deadline. Accordingly, Defendants now respectfully submit the attached signed version of the Epplin Declaration.

Dated: May 19, 2022

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LAURA J. JONES
Assistant United States Attorney

ALEXANDER K. HAAS
Director

/s/ Joshua M. Kolsky
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-305-7664
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*