IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (also known as CHRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, MICHAEL CARVAJAL, CHRIS BINA, IAN CONNORS, DAN SPROUL, JEFFERY ALLEN, ALIX MCLEAREN, THOMAS SCARANTINO, and DONALD LEWIS,<br><br>    Defendants. | Case No. 19-CV-415-NJR |

## PRELIMINARY INJUNCTION

**ROSENSTENGEL, Chief Judge:**

Pursuant to *MillerCoors LLC v. Anheuser-Busch Companies, LLC*, 940 F.3d 922 (7th Cir. 2019), and upon review of the joint motion to modify this Court's preliminary injunction (Doc. 263), the Court hereby **GRANTS** the motion and the Court **ORDERS** Defendants as follows:

1. Defendants' obligation to file status reports pursuant to the Court's February 22, 2022 Order (Doc. 200), and paragraphs 7-8 of the Court's April 18, 2022 Preliminary Injunction (Doc. 239), is stayed through May 27, 2022.

2. The portions of Defendants' response to the Court's Memorandum and Order of April 18, 2022 (Doc. 238) showing cause why Defendants and individual attorneys shall not be held in contempt and/or sanctioned shall be due on June 9, 2022.

3. The requirements of the April 18, 2022 preliminary injunction, Doc. 239, are

stayed. Should the parties fail to reach an agreement to resolve this case by May 27, 2022, the requirements of the April 18, 2022 preliminary injunction shall resume effect, with all deadlines postponed by five weeks unless otherwise ordered by the Court.

4. Paragraphs 4 and 7 of the April 26, 2022 preliminary injunction, Doc. 252, are modified such that if Defendants transport Plaintiff for the purpose of receiving medical treatment, Defendants need not use the Federal Bureau of Prisons' "medical furlough" procedure.

**IT IS SO ORDERED.**

**DATED: May 19, 2022**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**