UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>   Plaintiff,<br><br>       v.<br><br>IAN CONNORS, *et al.*,<br><br>   Defendants. | Case No. 19-cv-00415-NJR |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Doc. 269.

**Facial Feminization and Breast Augmentation**

Defendants previously reported that BOP was advised that the surgeon identified as Surgeon 1 in the Stipulated Order generally performs facial feminization surgery in two stages, with breast augmentation occurring during one of those stages. Doc. 256-1 at 3. BOP was further advised the two surgeries would be spaced apart by approximately one month, and after the second surgery, Ms. Iglesias will want to wait about four weeks before having another surgery (such as vaginoplasty). *Id.*

On May 31, 2022, Ms. Iglesias had a CT scan performed in preparation for facial feminization surgery. Decl. of Gregg Fearday ¶ 5. Defendants report that a follow-up appointment is scheduled with Surgeon 1 for June 16, 2022, and that Surgeon 1 has scheduled the first facial surgery for August 23, 2022, which is the first available date that Surgeon 1 can accommodate Ms. Iglesias. *Id.* BOP also asked its contractor to reach out to Surgeon 1 to schedule the second surgery, which is to include facial feminization and breast augmentation. *Id.* BOP has not yet been advised of a date for this

surgery.  *Id.*

**Vaginoplasty**

Defendants report that BOP was advised that the office of the Chicago-based surgeon identified as Surgeon 2 in the Stipulated Order needs to work on contracts and some other logistical issues before they can arrange to see Ms. Iglesias for an in–person consult.  Fearday Decl. ¶ 6.  BOP was advised that the surgeon's office will be in touch when they have approval to move forward.  *Id.*

**Hair Removal**

Ms. Iglesias had a second dermatology appointment for laser hair removal on June 6, 2022. Fearday Decl. ¶ 7.  At that appointment she received laser hair removal at the surgical site, as well as facial hair removal.  *Id.*  The next hair removal appointment is scheduled for July 11, 2022.  *Id.*

Dated:  June 10, 2022

STEVEN D. WEINHOEFT
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/ Joshua M. Kolsky
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-305-7664
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

/s/ L. Nowlin-Sohl

**Joshua D. Blecher-Cohen**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jblechercohen@aclu-il.org

**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*