IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS), | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 19-cv-00415-NJR |
| IAN CONNORS, ET AL., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF GREGG FEARDAY

I, Gregg Fearday, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as Health Systems Specialist for the BOP's Residential Reentry Branch of the Reentry Services Division. I have held my current position since December 2014. I have been employed by the BOP since April 1994.

2. I am aware the Court ordered the Parties to "file a joint status report updating the Court on significant developments related to the surgeries described [in the Court's May 31, 2022 Stipulated Order] on Friday, June 10, 2022, and every four weeks thereafter, until the Parties believe that such joint status reports are no longer necessary, but in no case extending past Plaintiff's release from BOP custody." (Doc. 269).

3. I write now to update the Court about those developments.

4. Ms. Iglesias previously had a consultation with the surgeon identified as Surgeon 1 in the Court's Stipulated Order on April 7, 2022. BOP was advised that Surgeon 1 generally performs facial feminization surgery in two stages, with breast augmentation occurring during one of those stages. BOP was further advised the two surgeries would be spaced apart by approximately one

1

month, and after the second surgery, Ms. Iglesias will want to wait about four weeks before having another surgery (such as vaginoplasty).

5. On May 31, 2022, Ms. Iglesias had a CT scan performed in preparation for facial feminization surgery. A follow up appointment is scheduled with Surgeon 1 for June 16, 2022. BOP has been advised that Surgeon 1 has scheduled the first facial surgery for August 23, 2022, which is the first available date that Surgeon 1 can accommodate Ms. Iglesias. BOP also asked its contractor to reach out to Surgeon 1 to schedule the second surgery, which is to include facial feminization and breast augmentation. BOP has not yet been advised of a date for this surgery.

6. BOP was advised the Chicago-based surgeon's office (Surgeon 2) needs to work on contracts and some other logistical issues before they can arrange to see Ms. Iglesias for an in–person consult. BOP was advised the surgeon's office will be in touch when they have approval to move forward. In a follow up to this message, BOP was advised that Surgeon 2 is waiting to hear from their administration, and that the contractor plans to follow up weekly with Surgeon 2.

7. Ms. Iglesias had a second dermatology appointment for laser hair removal on June 6, 2022.[1] At that appointment she received laser hair removal at the surgical site, as well as facial hair removal. The next hair removal appointment is scheduled for July 11, 2022.

8. BOP remains committed to providing Ms. Iglesias appropriate care and continues working diligently with our contractor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief. Executed on this 10th day of June 2022.

Gregg Fearday

---

[1] This appointment had been scheduled for June 2, 2022, but was rescheduled by the provider.

2