IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS), )<br><br>Plaintiff, )<br><br>vs. )<br><br>IAN CONNORS, ET AL., )<br><br>Defendants. ) | Case No. 19-cv-00415-NJR |

### **FOURTH DECLARATION OF GARY FELDON**

I, Gary Feldon, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am a Trial Attorney with the Federal Programs Branch of the Department of Justice, a career civil service role. I represent Defendants in the above-captioned litigation. I make this declaration based on my personal knowledge of the facts stated herein.

2. This is my fourth declaration in the above-captioned matter, following declarations dated February 14, February 18, and March 4, 2022.

3. Pursuant to the Court's April 18 Memorandum and Order, Dkt. No. 238, its minute order, Dkt. No. 243, and April 26 Preliminary Injunction, Dkt. No. 252, I am required to appear at a hearing in East St. Louis, Illinois, at a date and time to be determined, and show cause why I should not be sanctioned for representations, made in seven status reports filed by Defendants, Dkt. Nos. 204, 212, 220, 221, 227, 229, and 231, that BOP had scheduled a surgical consultation for Plaintiff to discuss gender-confirmation surgery, despite the fact that BOP had been advised that the surgeon in question refers patients out to other providers for vaginoplasty. Dkt. No. 238 at 29-30.

4. I have had no involvement in the preparation or submission of the seven status reports identified in the Court's Memorandum and Order and only minimal awareness of or involvement in the efforts made by BOP and its contractor described in those reports to locate a surgeon to perform gender-confirmation surgery (GCS) for Plaintiff. I was on a three-month full-time parental leave to care for my infant son from February 25, only three days after the February 22 show cause hearing, until May 23, 2022. I was a participant in a few group discussions relating generally to BOP's efforts to identify a GCS surgeon for Plaintiff prior to beginning my leave the following week. Those conversations all presumed that the doctor discussed during the Court's February 22, 2022 show cause hearing was a possible candidate to perform a vaginoplasty for Plaintiff. Had anyone suggested in any way during those conversations that the doctor would be unwilling or unable to perform vaginoplasty, I would have advised that we inform Plaintiff and the Court and then pursue alternative surgeons. Since beginning my parental leave on February 25, I have had no involvement in the above-captioned case, including any efforts to locate a surgeon or to report to

1

the Court on that topic, except discussions on responding to the Court's most recent show cause order, Dkt. No. 238.

    5.  Consistent with Federal Programs Branch practice, I did not temporarily withdraw from the case during my leave. However, I was not a signatory to any of the filings addressed in the Court's most recent show cause order. Dkt. No. 238.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of June 2022.

_____
Gary Feldon

2