UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>Plaintiff,<br><br>v.<br><br>IAN CONNORS, ET AL.,<br><br>Defendants. | 19-CV-00415-NJR |

**SUPPLEMENTAL DECLARATION OF JOSHUA E. GARDNER**

I, Joshua E. Gardner, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am currently employed by the Department of Justice (DOJ), Office of Legislative Affairs, where I have been detailed since October 27, 2021. My permanent position is with the Federal Programs Branch, Civil Division, DOJ, as a Special Counsel, a Senior Level career civil-service position. I have worked at DOJ since February 2004, and have worked in the Federal Programs Branch since 2008. Previously I worked at the law firm of Shearman & Sterling, and before that I served as a law clerk for a Justice on the Florida Supreme Court. During my time at DOJ, I have been responsible for personally litigating and managing numerous cases, often involving complex issues of federal constitutional and administrative law. My direct supervisors are three Federal Programs Branch Directors, each of whom is also a career civil servant. As part of my job responsibilities, since 2016 I have worked on behalf of DOJ on the Advisory Committee for Civil Rules. In this role, I work with numerous federal district court and appellate court judges, law professors, and practitioners, to

consider potential amendments to the Federal Rules of Civil Procedure. In addition to my work at DOJ, I have been an adjunct professor at The George Washington University Law School since 2005, where I have taught at various times Legal Research & Writing, Government Lawyering and Pretrial Advocacy. A substantial portion of my teaching involves instruction on legal ethics and professional responsibility. I graduated from The George Washington University Law School in 2000 with high honors. I have received numerous awards for my work at DOJ, including awards recognizing my integrity as a litigator.

2. I make this declaration based on personal knowledge and in response to the Court's April 18, 2022, Memorandum and Order, Dkt. No. 238, in which the Court has ordered certain Department of Justice attorneys who have worked on this case to show cause why sanctions should not be imposed for particular representations contained in status reports submitted by Defendants at docket entries 204, 212, 220, 221, 227, 229, and 231 (collectively, "Status Reports"). Dkt. No. 238 at 30.

3. Because I have been on detail to the Office of Legislative Affairs since October 27, 2021, I have had no involvement in the preparation, drafting, or review of the Status Reports, in any of the representations contained in those Status Reports, or in BOP's efforts described in the Status Reports to arrange gender-confirming surgery for Plaintiff Iglesias. I have no recollection of anyone from the Federal Bureau of Prisons or the Department of Justice telling me at any time before March 3, 2022, that the surgeon it identified did not perform vaginoplasties, and given that I was on detail during this time, it is highly unlikely that I had any awareness of this fact before the filing of the March 3, 2022 status report. Even then, I cannot say with any degree of certainty that I read the March 3, 2022 status report at the time it was filed, although I have reviewed the status report since it was filed. I am not a signatory on any of the Status Reports.

Alexandria, Virginia  
June 30, 2022

*/s/ Joshua E. Gardner*  
Joshua E. Gardner  
Special Counsel  
United States Department of Justice