UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00415-NJR |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Doc. 269.

**Facial Feminization and Breast Augmentation**

Defendants previously reported that BOP was advised that the surgeon identified as Surgeon 1 in the Stipulated Order generally performs facial feminization surgery in two stages, with breast augmentation occurring during one of those stages. Doc. 256-1 at 3. BOP was further advised the two surgeries would be spaced apart by approximately one month, and after the second surgery, Ms. Iglesias will want to wait about four weeks before having another surgery (such as vaginoplasty). *Id.*

On June 16, 2022, Ms. Iglesias had a follow-up telehealth appointment with Surgeon 1 to review CT results and set a plan for surgery. July 8, 2022 Decl. of Gregg Fearday ¶ 4. Defendants report that Ms. Iglesias is currently scheduled for the first (of two) facial feminization surgeries with Surgeon 1 on August 23, 2022. *Id.* The second facial feminization surgery, which will also include breast augmentation, is currently pending scheduling by Surgeon 1. *Id.* On July 6 and again on July 7, BOP's contractor contacted Surgeon 1's office to again request a date for the second surgery. *Id.*

Ms. Iglesias went to the emergency room on June 21, 2022 for an issue related to her gallbladder, and she had a follow-up appointment with a general surgeon regarding her gallbladder on June 28. *Id.* ¶¶ 5-6. According to the medical records, the general surgeon advised Ms. Iglesias can be scheduled for a "laparoscopic cholecystectomy, possible open, possible intraoperative cholangiogram" whenever she can return to the hospital. *Id.* ¶ 6. Defendants report that after receiving those medical records on July 6, BOP asked its contractor to arrange for surgery as soon as possible. *Id.* On July 7, BOP's contractor advised that a cholecystectomy is scheduled for July 14. *Id.* BOP intends to keep Surgeon 1 apprised of the status of Ms. Iglesias's gallbladder-related procedures, so that Surgeon 1 can make a clinical determination on the appropriateness of moving forward with facial feminization on the currently scheduled surgery date of August 23. *Id.* ¶ 6 n.1.

**Vaginoplasty**

Defendants previously reported that BOP was advised that the office of the Chicago-based surgeon identified as Surgeon 2 in the Stipulated Order needs to work on contracts and some other logistical issues before they can arrange to see Ms. Iglesias for an in–person consult. June 10 Declaration of Gregg Fearday ¶ 6. Defendants report that on June 13, 2022, BOP was advised that Surgeon 2's office was still working on those same issues they previously identified. July 8 Fearday Decl. ¶ 7. On June 28, 2022, Surgeon 2 advised he was checking with administration. *Id.* Also on June 28, 2022, Surgeon 2's office advised the decision is still being worked on with the administration's "senior leaders," that they were hoping to have an answer in the "next few weeks," and that their legal team asked if there was a contract to review. *Id.* Defendants report that BOP's contractor advised that they sent a contract to Surgeon 2's office on June 28 and plan to follow up with that office on July 8.

**Hair Removal**

Ms. Iglesias has a third dermatology appointment for laser hair removal scheduled for July 11,

2022.  Fearday Decl. ¶ 8.

| | |
|---|---|
| Dated:  July 8, 2022 | Respectfully submitted, |
| RACHELLE AUD CROWE<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| LAURA J. JONES<br>Assistant United States Attorney | ALEXANDER K. HAAS<br>Director |

/s/ Joshua M. Kolsky
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-305-7664
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*


/s/ L. Nowlin-Sohl
**Joshua D. Blecher-Cohen**
ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jblechercohen@aclu-il.org

**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

3

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*