IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),  Plaintiff,  v.  FEDERAL BUREAU OF PRISONS, *et al.*,  Defendants. | No. 19-cv-00415-NJR  Judge Nancy J. Rosenstengel |

**NOTICE REGARDING PARAGRAPH 10 OF THE
COURT'S MAY 31, 2022 STIPULATED ORDER**

The parties respectfully submit this Notice pursuant to paragraph 10 of the Court's May 31, 2022, Stipulated Order. Doc. 269. That Order stated, in relevant part:

> Former U.S. District Judge G. Patrick Murphy will be appointed as Special Master for the purpose of administering the escrow or trust account referenced in paragraphs 7 and 8 above. *See* Fed. R. Civ. P. 53. The Parties shall confer with former Judge Murphy no later than **June 21, 2022**, to discuss the terms of his appointment as Special Master and to prepare a proposed order reflecting the agreed-upon terms for the Court's signature. If the Parties cannot agree on such terms, they shall each submit a proposed order and memorandum of law. Such proposed order or orders and memoranda shall be submitted to the Court no later than **July 12, 2022**.

Doc. 269 ¶ 10.

On June 15, 2022, the parties provided former Judge Murphy with a draft proposed order pursuant to Federal Rule of Civil Procedure 53. On June 21, 2022, counsel for the parties participated in a telephonic conference with Judge Murphy to discuss the terms of his appointment. During the conference, Judge Murphy stated that he did not have any revisions to the proposed order. That

proposed order is attached hereto. The parties respectfully request the Court enter the order appointing Judge Murphy as Special Master.[1]

Dated: July 12, 2022

|  |  |
|---|---|
|  | Respectfully submitted, |
| RACHELLE AUD CROWE<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| LAURA J. JONES<br>Assistant United States Attorney | ALEXANDER K. HAAS<br>Director |

/s/ Joshua M. Kolsky
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-305-7664
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

/s/ L. Nowlin-Sohl (with consent)
**Joshua D. Blecher-Cohen**
ROGER BALDWIN FOUNDATION OF
ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
jblechercohen@aclu-il.org

**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**

---

[1] The proposed Rule 53 Order states that Judge Murphy has filed the declaration required by Fed. R. Civ. P. 53(b)(3)(A). Judge Murphy has indicated to the parties' counsel that he will file that declaration.

AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*