# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), | |
| Plaintiff, | No. 19-cv-00415-NJR |
| v. | Judge Nancy J. Rosenstengel |
| FEDERAL BUREAU OF PRISONS, et al, | |
| Defendants. | |

## Declaration of G. Patrick Murphy

This declaration is made under F.R.C.P. Rule 53(b)(3)(A).

I, the undersigned G Patrick Murphy, declare there is no ground for my disqualification under 28 U.S.C. 455 and as such I am fully prepared to serve as a special master in this action.

Under 28 U.S. Code § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 15, 2022

                                                                s/ G. Patrick Murphy

**MURPHY & MURPHY LLC**
3415 Office Park Drive, Suite D
Marion, IL  62959
Ph: 618.248.3236
*gpatrick@murphymurphyllc.com*

# Certificate of Service

I hereby certify that on July 15, 2022, I electronically filed the foregoing Declaration with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Joshua D. Blecher-Cohen, jblechercohen@aclu-il.org
Roger Baldwin Foundation of ACLU, Inc.
150 N. Michigan, Suite 600
Chicago, IL  60601

James Esseks, jesseks@aclu.org
Taylor Brown, tbrown@aclu.org
L. Nowlin-Sohl, lnowlin-sohl@aclu.org
American Civil Liberties Union
125 Broad Street
New York, NY  10004

Frank Battaglia, fbattaglia@winston.com
Shannon Lemajeur, slemajeur@winston.com
Winston & Strawn LLP
35 W. Wacher Drive
Chicago, IL  60601-9703

Angela M. Povolish, apovolish@fmgr.com
Feirich Mager Green Ryan
2001 West Main Street
PO Box 1570
Carbondale, IL  62903

Meredith Taylor Brown, tbrown@aclu.org
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY  10004

*Attorneys for Plaintiff*

Brian M. Boynton, brian.m.boynton@usdoj.gov
US Department of Justice – Civil Rights Division
Washington DC – 2
Civil Division
950 Pennsylvania Avenue, NW
Rm. 7240
Washington, DC  20530

Laura J. Jones, laura.jones@usdoj.gov
Assistant United States Attorney
9 Executive Drive
Fairview Heights, IL  62208

Joshua M. Kolsky, Joshua.kolsky@usdoj.gov
John Robinson, john.j.robinson@usdoj.gov
James Jordan Gilligan, james.gilligan@usdoj.gov
Gary Daniel Feldon, gary.d.feldon@usdoj.gov
Joshua Edward Gardner, Joshua.e.gardner@usdoj.gov
Daniel Schwei, Daniel.s.schwei@usdoj.gov
Kate Talmor, kate.talmor@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005

Laura K. Smith, laura.smith@usdoj.gov
US Department of Justice
PO Box 7146
Washington DC  20044

*Attorneys for Defendants*

and I hereby certify that on July 15, 2022, I mailed by United States Postal Service, the document(s) to the following non-registered participants:  None

G. Patrick Murphy