# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Cristina Nichole Iglesias (aka Cristian Noel Iglesias) )<br>*Plaintiff(s)* )<br>v. )<br>Federal Bureau of Prisons, et al. )<br>*Defendant(s)* ) | Case Number: 19-cv-415 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiff Cristina Nichole Iglesias (aka Cristian Noel Iglesias).

DATED: August 11, 2022

/s/ Michelle Teresa García
Signature

Michelle Teresa García
Name

150 N. Michigan Ave., Ste. 600, Chicago, IL 60601
Address

312-201-9740
Phone Number

312-535-6571
Fax Number

mgarcia@aclu-il.org
E-Mail Address

Rev. 2/11