# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS
(a.k.a. CRISTIAN NOEL IGLESIAS),

   Plaintiff,

     v.

IAN CONNORS, *et al.*,

   Defendants.

Case No. 19-cv-00415-NJR

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Doc. 269.

As reported previously, Ms. Iglesias was scheduled for the first of two facial feminization surgeries on August 23, 2022. Ms. Iglesias attended a preoperative appointment with the surgeon on August 10, 2022, and the surgeon cleared Ms. Iglesias to proceed with the surgery.

On August 19, 2022, however, Ms. Iglesias left without authorization the Residential Reentry Center (RRC) where she was being housed and did not return. *See* Fearday Decl. ¶ 5. On August 21, Ms. Iglesias was arrested by local authorities for grand theft auto in the third degree. *Id.* Ms. Iglesias has since remained in the custody of local authorities. *Id.* Accordingly, BOP has postponed the August 23 surgery for the time being given that Ms. Iglesias is not currently in federal custody. *Id.*

Ms. Iglesias is currently being held at the Turner Guilford Knight Correctional Center in Miami, Florida (under her birth name of Kenneth West). *Id.* ¶ 6. The United States Marshals Service has been notified, and the Marshals Service has lodged a detainer so that Ms. Iglesias will be transferred back to federal custody when she is released by local authorities. *Id.* It is unclear at this time, however,

when Ms. Iglesias will be released by local authorities. *Id.* The public docket indicates that an arraignment hearing has been set for September 12, 2022. *Id.*

Because Ms. Iglesias remains in the custody of local authorities and it is unclear when she will be released, there is currently uncertainty as to when the previously scheduled surgeries will be able to proceed. BOP nonetheless remains committed to satisfying its obligations under the parties' settlement agreement and the Court's stipulated order. BOP notes that, because Ms. Iglesias has not been in federal custody since August 20, 2022, her release date from federal custody (which was previously scheduled for December 25, 2022) will likely be extended. *Id.* ¶ 7.

Before Ms. Iglesias was arrested by local authorities, BOP had scheduled her second facial feminization surgery for October 7, 2022. *Id.* ¶ 8. After Ms. Iglesias left BOP custody, BOP advised its contractor that it should keep that date on the calendar so that, if Ms. Iglesias has been returned to BOP custody by that date, the first facial feminization surgery could proceed. *Id.*

Additionally, as reported previously, BOP, through its contractor, has been following up with a second surgeon to perform the vaginoplasty surgery. *Id.* ¶ 9. BOP's contractor has continued to follow up with that surgeon's office and is waiting to hear whether they will accept Ms. Iglesias as a patient. *Id.*

BOP also reports that Ms. Iglesias had a fourth dermatology appointment for laser hair removal, on August 11, 2022. *Id.* ¶ 10. BOP had scheduled the next appointment for September 12, 2022, but canceled that appointment because Ms. Iglesias is not currently in BOP custody and it is unclear when she will return to BOP custody. *Id.* Once Ms. Iglesias is returned to BOP custody, BOP intends to reschedule a dermatology appointment. *Id.*

Finally, BOP previously reported that BOP's contractor scheduled Ms. Iglesias for a consultation related to her gallbladder for August 16, 2022. *Id.* ¶ 11. Ms. Iglesias did not attend that

appointment as there was an issue at the RRC and Ms. Iglesias was not provided with a pass for the appointment. *Id.*

Counsel for the parties have been in active discussions about the developments described above and intend to continue to work together cooperatively to address them. As noted, while there is currently uncertainty as to when the previously scheduled surgeries will be able to proceed, the parties remain committed to implementing the settlement agreement and the Court's stipulated order.

Dated: September 2, 2022

RACHELLE AUD CROWE
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/ John Robinson
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*

/s/ L. Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org

        tbrown@aclu.org
        lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, Inc.
150 N. Michigan, Suite 500
Chicago, IL 60601
(312) 201-9740
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*