# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), <br><br> Plaintiff, <br><br> v. <br><br> IAN CONNORS, *et al.*, <br><br> Defendants. | Case No. 19-cv-00415-NJR |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Doc. 269.

As reported previously, at the time of the parties' last joint status report, Ms. Iglesias had recently been returned to federal custody. ECF No. 294 at 1–2. The parties conferred about where Ms. Iglesias would be housed, and BOP noted that it planned to transfer Ms. Iglesias to a facility near Chicago, Illinois, in an effort to facilitate an in-person consult and eventual surgery with Surgeon 2. *Id.* at 2. Plaintiff did not object to being relocated to a facility near Chicago. *Id.*

BOP has since transferred Ms. Iglesias to MCC Chicago, where she has been housed since October 19, 2022. *See* Declaration of Shari Himlie ("Himlie Decl.") ¶ 4. She is being housed in a unit for female inmates and is receiving hormone injections every two weeks. *Id.* ¶¶ 5–6. Ms. Iglesias's projected release date remains January 22, 2023, although that date is subject to change. BOP has offered that the MCC Health Services Administrator attend future medical appointments with Ms. Iglesias to assist with administration and scheduling. Ms. Iglesias has consented to working the MCC Health Services Administrator.

### Consultation with Surgeon 2 for Vaginoplasty and Breast Augmentation

On October 26, 2022, accompanied by the MCC Health Services Administrator, Ms. Iglesias attended an in-person consultation with Surgeon 2.  *Id.* ¶ 8.  At the appointment, Surgeon 2 indicated that he would be willing to perform vaginoplasty for Ms. Iglesias.  *Id.*  The parties agreed to ask Surgeon 2 whether he would also be willing to perform breast augmentation, and he stated that he would be willing to do so and that the two procedures could be performed at the same time.  *Id.* ¶ 10.  Surgeon 2 stated that Ms. Iglesias will need a mammogram prior to breast augmentation, and BOP will request the earliest practicable date for the mammogram.  *Id.*  Surgeon 2's office stated that he is currently booked for surgery through March 2023, and BOP will request the earliest practicable date for surgery from Surgeon 2's office.  *Id.* ¶ 8.

Surgeon 2's office asked for two letters of recommendation, which BOP provided on October 27, 2022.  *Id.* ¶ 9.  Surgeon 2's office also asked for informed consent paperwork to be completed, which was completed and returned on October 27, 2022.  *Id.*

### Facial Feminization Surgery

Surgeon 2 stated that he does not perform facial feminization surgery and instead referred Ms. Iglesias to another Chicago-based provider affiliated with his practice.  *Id.* ¶ 11.  BOP intends to reach out to this provider in an effort to schedule a consultation for facial feminization surgery for as soon as practicable.  *Id.*  The parties agree that, assuming the Chicago-based provider is willing to perform facial feminization surgery for Ms. Iglesias and the parties agree that the provider is qualified, they would prefer that the facial feminization surgery be performed by a Chicago-based provider given that Ms. Iglesias is now housed in Chicago.

### Hair Removal

Surgeon 2 stated that he does not provide hair removal in advance of vaginoplasty.  *Id.* ¶ 12. He stated that he could remove some (but not all) hair from the surgical site as part of surgery.  *Id.*

Alternatively, he suggested that Ms. Iglesias could receive one or two electrolysis treatments at the surgical site in advance of surgery. *Id.* Surgeon 2 recommended another provider in the Chicago area to perform electrolysis hair removal. *Id.* BOP will contact the provider in an effort to schedule appointments for both facial hair removal and hair removal at the surgical site for as soon as practicable. *Id.*

### Change in Contractor

As the Court is aware, BOP was previously working with a contractor, NaphCare, Inc., to provide care to Ms. Iglesias while she was housed in a Residential Reentry Center. BOP notes that, now that Ms. Iglesias is housed in a secure facility, it will either work with the providers directly or through a different contractor who is responsible for arranging outside medical appointments for individuals housed at MCC Chicago. *Id.* ¶ 13.

Dated:  October 28, 2022

RACHELLE AUD CROWE
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/ John Robinson
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*

/s/ L. Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740, 335
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*