IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., | ) | |
| CRISTIAN NOEL IGLESIAS), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-00415-NJR |
| | ) | |
| IAN CONNORS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF SHARI HIMLIE

I, Shari Himlie, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1.      I am currently employed by the Federal Bureau of Prisons ("BOP") as Health Services Administrator at the Metropolitan Correctional Center in Chicago, Illinois (MCC Chicago). I have held my current position since November 2021. I have been employed by the BOP since November 2008.[1]

2.      I am aware the Court ordered the Parties to "file a joint status report updating the Court on significant developments related to the surgeries described [in the Court's May 31, 2022 Stipulated Order] on Friday, June 10, 2022, and every four weeks thereafter, until the Parties believe that such joint status reports are no longer necessary, but in no case extending past Plaintiff's release from BOP custody." (Doc. 269).

3.      I write now to update the Court about those developments that have occurred since the last status report submitted on September 30, 2022.

---

[1] Another BOP employee, Gregg Fearday, previously provided declarations in connection with the parties' joint status reports. I am submitting this declaration because, as explained below, I attended Ms. Iglesias's October 26 consultation with Surgeon 2 and can provide the Court with an update on that appointment.

1

4.     Ms. Iglesias arrived at MCC Chicago on October 19, 2022. She was transferred from the Federal Detention Center in Miami, Florida to MCC Chicago in an effort to facilitate an in-person consult and eventual surgery with Surgeon 2.

5.     Since her arrival at MCC Chicago, Ms. Iglesias has been housed in a unit for female inmates.

6.     Ms. Iglesias received a hormone injection on October 20, 2022, and is currently scheduled to receive injections every two weeks.

7.     Ms. Iglesias attended a consultation with Surgeon 2 on October 26, 2022.  I attended the appointment along with Ms. Iglesias.  BOP has not yet received records from the appointment, but for the purposes of this update, I am providing the following to the best of my recollection and understanding.

8.     At the appointment, Surgeon 2 indicated that he would be willing to perform vaginoplasty for Ms. Iglesias.  He indicated that he would also be willing to perform breast augmentation for Ms. Iglesias, and that the two procedures could be performed at the same time. Surgeon 2's office indicated that currently his schedule is booked through approximately March 2023. BOP plans to request an appointment for surgery for as soon as practicable.

9.     Surgeon 2's office asked for two letters of recommendation, which were then provided on October 27, 2022.  Surgeon 2's office also asked for informed consent paperwork to be completed, which was completed and returned on October 27, 2022.

10.     Surgeon 2 indicated that Ms. Iglesias will need a mammogram prior to breast augmentation.  BOP plans to request an appointment for a mammogram for as soon as practicable.

11.     Surgeon 2 indicated that he could not perform facial feminization for Ms. Iglesias and instead referred to another provider.  BOP intends to reach out to this provider in an effort to schedule a consultation as soon as practicable.

2

12.     Surgeon 2 indicated that he did not provide hair removal in advance of surgery.  He indicated that he could remove some (but not all) hair from the surgical site as part of surgery. Alternatively, he suggested that Ms. Iglesias could receive one or two electrolysis treatments at the surgical site in advance of surgery.   Surgeon 2 recommended another provider to perform electrolysis hair removal. BOP intends to reach out to this provider in an effort to schedule appointments for hair removal at the surgical site and face as soon as practicable.

13.     BOP remains committed to providing Ms. Iglesias appropriate care.  BOP notes that it was previously working with NaphCare, Inc. to provide care to Ms. Iglesias, as NaphCare is the contractor responsible for arranging care for inmates in RRCs.  Now that Ms. Iglesias is housed at MCC Chicago, BOP notes that it will either work with the providers directly or through a different contractor who is responsible for arranging outside medical appointments for individuals housed at MCC Chicago.


I declare under penalty of perjury that the foregoing is true and correct to the best of my belief.  Executed on this 28th day of October 2022.

Shari Winlie RN/HSA
Shari Himlie