## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS
(a.k.a. CRISTIAN NOEL IGLESIAS),

    Plaintiff,

      v.

BUREAU OF PRISONS, *et al.*,

    Defendants.

Case No. 19-cv-00415-NJR

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order.  Doc. 269.

### Vaginoplasty, Breast Augmentation, and Hormones

BOP has scheduled vaginoplasty and breast augmentation procedures for Ms. Iglesias with Surgeon 2 for the end of March/beginning of April 2023.  Dec. 2, 2022 Decl. of Shari Himlie, ¶ 6.[1] [2] On November 23, 2022, Ms. Iglesias received a mammogram, at the direction of Surgeon 2, in anticipation of breast augmentation.  *Id.* ¶ 7.  Ms. Iglesias received hormone injections on November 3 and November 24.  *Id.* ¶ 5.

---

[1] BOP has determined that it could present a security risk to provide advance notice of the date an inmate in a secure facility will be transported out of the facility.  Therefore, BOP is not disclosing the specific dates of Ms. Iglesias's medical appointments but instead provides general timeframes.  *Id.* ¶ 6 n.1.

[2] Counsel for Plaintiff has requested that BOP provide a more precise surgery date to enable Plaintiff's counsel to advocate for her timely medical care and ensure compliance with the Settlement Agreement and Stipulated Order. The parties will continue to discuss Plaintiff's counsel's request in an attempt to reach agreement before the next joint status report.

**Facial Feminization Surgery**

As Surgeon 2 indicated that he could not perform facial feminization for Ms. Iglesias, BOP arranged for a consultation with another provider (Surgeon 3) who was recommended by Surgeon 2. *Id.* ¶ 8.  Ms. Iglesias had a consultation with Surgeon 3 on November 30, 2022.  *Id.*  The Health Services Administrator at the Metropolitan Correctional Center in Chicago, Illinois attended the consultation with Ms. Iglesias.  *Id.* ¶ 9.

Surgeon 3 generally approved Ms. Iglesias for facial feminization.  *Id.* ¶ 10.  Facial feminization will likely be completed in two stages.  *Id.*  The recovery time is two to three months minimum between surgeries.  *Id.*  Surgeon 3's office has not yet provided a date of availability for the facial feminization surgeries.  *Id.*

**Hair Removal**

Ms. Iglesias is scheduled for a consultation for permanent hair removal (electrolysis) with a provider specializing in hair removal in the coming weeks.  *Id.* ¶ 12.  The appointment is a consultation for facial hair removal and hair removal at the surgical site.  *Id.*

**Criminal Proceedings**

Ms. Iglesias is involved in criminal proceedings in the Southern District of Florida.  *Id.* ¶ 12. BOP has communicated with the United States Attorney's Office ("USAO") for the Southern District of Florida, which has indicated that Ms. Iglesias may be needed for court appearances in that district. *Id.*  BOP intends for Ms. Iglesias to remain housed at MCC Chicago and transported to Miami as needed.  *Id.*  BOP has communicated with the USAO regarding Ms. Iglesias's currently scheduled medical procedures.  *Id.*  BOP plans to work in conjunction with the USAO to accommodate currently scheduled procedures to the extent practicable, while making Ms. Iglesias available for criminal proceedings in the Southern District of Florida.  *Id.*

**Release Date**

Ms. Iglesias had a BOP Discipline Hearing Officer ("DHO") hearing on November 30, 2022.
*Id.* ¶ 13.  The subject of the hearing was Ms. Iglesias's escape and related misconduct while housed in
a Residential Reentry Center in August 2022.  *Id.*  The DHO found Ms. Iglesias guilty of three charges
(two charges for escape and one charge for disruptive conduct).  *Id.*  The discipline resulted in a loss
of approximately 209 days of Good Conduct Time.  *Id.*  As a result, Ms. Iglesias's projected release
date (currently January 23, 2023) is likely to be delayed by approximately 209 days, once the loss of
Good Conduct Time is fully processed.  *Id.*

Dated:  December 2, 2022

RACHELLE AUD CROWE
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/ Joshua Kolsky
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*

/s/ L. Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**

3

**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*