IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS (a.k.a., )
CRISTIAN NOEL IGLESIAS), )
 )
    Plaintiff, )
 )
vs. ) Case No. 19-cv-00415-NJR
 )
IAN CONNORS, ET AL., )
 )
    Defendants. )

**DECLARATION OF SHARI HIMLIE**

I, Shari Himlie, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as Health Services Administrator at the Metropolitan Correctional Center in Chicago, Illinois (MCC Chicago). I have held my current position since November 2021. I have been employed by the BOP since November 2008.

2. I am aware the Court ordered the Parties to "file a joint status report updating the Court on significant developments related to the surgeries described [in the Court's May 31, 2022 Stipulated Order] on Friday, June 10, 2022, and every four weeks thereafter, until the Parties believe that such joint status reports are no longer necessary, but in no case extending past Plaintiff's release from BOP custody." (Doc. 269).

3. I write now to update the Court about those developments that have occurred since the last status report submitted on October 28, 2022.

4. Ms. Iglesias continues to be housed in a unit for female inmates at MCC Chicago.

5. Ms. Iglesias received hormone injections on November 3 and November 24.

1

6.     BOP has scheduled vaginoplasty and breast augmentation procedures for Ms. Iglesias with Surgeon 2 for the end of March/beginning of April of 2023.[1]

7.     On November 23, 2022, Ms. Iglesias received a mammogram, at the direction of Surgeon 2, in anticipation of breast augmentation.

8.     As Surgeon 2 indicated that he could not perform facial feminization for Ms. Iglesias, BOP arranged for a consultation with another provider (Surgeon 3) who was recommended by Surgeon 2. Ms. Iglesias had a consultation with Surgeon 3 on November 30, 2022.

9.     I attended the consultation on November 30 along with Ms. Iglesias. BOP has not yet received records from the appointment, but for the purposes of this update, I am providing the following to the best of my recollection and understanding.

10.    Surgeon 3 generally approved Ms. Iglesias for facial feminization. Facial feminization will likely be completed in two stages. The recovery time is two to three months minimum between surgeries. Surgeon 3's office has not yet provided a date of availability for the facial feminization surgeries.

11.    Additionally, Ms. Iglesias is scheduled for a consultation for permanent hair removal (electrolysis) with a provider specializing in hair removal in the coming weeks. The appointment is a consultation for facial hair removal and hair removal at the surgical site.

12.    BOP is aware that Ms. Iglesias is involved in criminal proceedings in the Southern District of Florida. BOP has communicated with the United States Attorney's Office (USAO) for the Southern District of Florida, who has indicated that Ms. Iglesias may be needed for court appearances in that district. BOP intends for Ms. Iglesias to remain housed at MCC Chicago and transported to Miami as needed. BOP has communicated with the USAO regarding Ms. Iglesias's

---

[1] Ms. Iglesias is currently housed at MCC Chicago. Inmates at secure facilities such as MCC Chicago are generally not given advance notice of dates that they will be transported outside of the facility (e.g. for a medical appointment) as doing so could present a security risk. Accordingly, in this declaration I use general time frames rather than exact dates of future medical appointments here.

currently scheduled medical procedures. BOP plans to work in conjunction with the USAO to accommodate currently scheduled procedures to the extent practicable, while making Ms. Iglesias available for criminal proceedings in the Southern District of Florida.

13. Additionally, Ms. Iglesias had a BOP Discipline Hearing Officer (DHO) hearing on November 30, 2022. The subject of the hearing was Ms. Iglesias's escape and related misconduct while housed in a Residential Reentry Center (RRC) in August 2022. The DHO found Ms. Iglesias guilty of three charges (two charges for escape and one charge for disruptive conduct). The discipline resulted in a loss of approximately 209 days of Good Conduct Time (GCT). As a result, Ms. Iglesias's projected release date (currently January 23, 2023) is likely to be delayed by approximately 209 days, once the loss of GCT is fully processed.

14. BOP remains committed to providing Ms. Iglesias appropriate care. BOP is continuing to work with providers and the contractor who is responsible for arranging outside medical appointments for individuals housed at MCC Chicago.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief. Executed on this 2nd day of December 2022.

*Shari Himlie HSA*
Shari Himlie