## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>Defendants. | Case No. 19-cv-00415-NJR |

### JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Doc. 269.

**Vaginoplasty, Breast Augmentation, and Hormones**

As previously reported, BOP has scheduled vaginoplasty and breast augmentation procedures for Ms. Iglesias with Surgeon 2. Jt. Status Rpt., ECF No. 299, at 1. Ms. Iglesias received hormone injections on January 5 and January 19. 1/26/2023 Decl. of Shari Himlie ¶ 5.

**Facial Feminization Surgery**

As previously reported, Ms. Iglesias had a consultation with a provider (Surgeon 3) for facial feminization surgery. Jt. Status Rpt., ECF No. 299, at 1. In response to a request from Surgeon 3's office, BOP (through its contractor) provided letters in support of facial feminization on January 17, 2023. 1/26/2023 Himlie Decl. ¶ 6. On January 24, 2023, BOP's contractor asked Surgeon 3's office if they are able to set a date for facial feminization surgery. *Id.* Surgeon 3's office responded the same day that they "have not yet set a date for the FFS. Will keep you updated." *Id.*

### Hair Removal

Ms. Iglesias attended appointments for permanent hair removal (electrolysis) with a provider specializing in hair removal on January 11, 17, and 24. 1/26/2023 Himlie Decl. ¶ 7. The appointments included facial hair removal and hair removal at the surgical site. *Id.* BOP has asked its contractor to schedule several more such appointments in February and March 2023. *Id.*

### Criminal Proceedings

As previously reported, Ms. Iglesias is involved in criminal proceedings in the Southern District of Florida. Jt. Status Rpt., ECF No. 299, at 3. On January 10, 2023, Ms. Iglesias arrived back at the Metropolitan Correctional Center in Chicago after being temporarily housed in the Southern District of Florida for the purpose of a hearing in her criminal case. 1/26/2023 Himlie Decl. ¶ 4. At this time, BOP has not received any request to transfer Ms. Iglesias back to Florida, although that could change depending on developments in the criminal case. *Id.* The AUSA handling Ms. Iglesias's criminal case reported that she still expects that Ms. Iglesias will be able to attend any plea and/or sentencing hearings remotely, and that should the matter go to trial, any trial would take place in or after August 2023.

|  |  |
|---|---|
| Dated: January 25, 2023 | Respectfully submitted, |
| RACHELLE AUD CROWE<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| LAURA J. JONES<br>Assistant United States Attorney | ALEXANDER K. HAAS<br>Director |
|  | /s/ Joshua Kolsky<br>JOSHUA M. KOLSKY<br>JOHN ROBINSON<br>Trial Attorneys |
|  | United States Department of Justice<br>Civil Division, Federal Programs Branch |

1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*


/s/ L. Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*

3