IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS), </br> </br>    Plaintiff, </br> </br> vs. </br> </br> IAN CONNORS, ET AL., </br> </br>    Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 19-cv-00415-NJR </br> ) </br> ) </br> ) </br> ) |

## DECLARATION OF SHARI HIMLIE

I, Shari Himlie, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as Health Services Administrator at the Metropolitan Correctional Center in Chicago, Illinois (MCC Chicago). I have held my current position since November 2021. I have been employed by the BOP since November 2008.

2. I am aware the Court ordered the Parties to "file a joint status report updating the Court on significant developments related to the surgeries described [in the Court's May 31, 2022 Stipulated Order] on Friday, June 10, 2022, and every four weeks thereafter, until the Parties believe that such joint status reports are no longer necessary, but in no case extending past Plaintiff's release from BOP custody." (Doc. 269).

3. I write now to update the Court about those developments that have occurred since the last status report submitted on December 29, 2022.

4. On January 10, 2023, Ms. Iglesias arrived back at MCC Chicago after being temporarily housed in the Southern District of Florida for the purpose of a hearing in her criminal

case pending in that district. *See United States v. Iglesias*, No. 22-cr-20550-KMW (S.D. Fl.). At this time, BOP has not received any request to transfer Ms. Iglesias back to Florida, although that could change depending on developments in the criminal case.

5. Ms. Iglesias received hormone injections on January 5 and January 19, 2023.

6. In response to a request from Surgeon 3's office, BOP (through its contractor) provided letters in support of facial feminization on January 17, 2023. On January 24, 2023, BOP's contractor asked Surgeon 3's office if they are able to set a date for facial feminization surgery. Surgeon 3's office responded the same day that they "have not yet set a date for the FFS. Will keep you updated."

7. Ms. Iglesias attended appointments for permanent hair removal (electrolysis) with a provider specializing in hair removal on January 11, 17, and 24. The appointments included facial hair removal and hair removal at the surgical site. BOP has asked its contractor to schedule several more such appointments in February and March 2023.

8. BOP remains committed to providing Ms. Iglesias appropriate care. BOP is continuing to work with providers and the contractor who is responsible for arranging outside medical appointments for individuals housed at MCC Chicago.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief. Executed on this 26th day of January 2023.

_____
Shari Himlie