IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS), ) ) ) ) Plaintiff, ) ) v. ) ) FEDERAL BUREAU OF PRISONS, *et al.*, ) ) Defendants. ) ) | No. 19-cv-00415-NJR<br><br>Judge Nancy J. Rosenstengel |

**JOINT MOTION TO MODIFY THE COURT'S MAY 31, 2022 STIPULATED ORDER**

The parties respectfully move to modify the Court's May 31, 2022 stipulated order ("Stipulated Order") so that the order accurately reflects the surgeons who will be performing facial feminization and breast augmentation for Ms. Iglesias. *See* Stipulated Order ¶ 3, ECF No. 269.

The Stipulated Order currently provides that Defendants shall schedule appointments for facial feminization surgeries and breast augmentation with "Surgeon 1," a Miami-based surgeon identified in a sealed supplement to the Stipulated Order. ECF No. 270. The parties had proposed that Surgeon 1 perform these surgeries because, at the time the parties prepared the Stipulated Order, Ms. Iglesias was being housed in Miami and had attended a consultation with Surgeon 1.

As the Court is aware, however, Ms. Iglesias is now housed in Chicago. The Bureau of Prisons transferred Ms. Iglesias to Chicago in October 2022 without objection in order to facilitate vaginoplasty with "Surgeon 2," who is based in Chicago. *See* 10/28/2022 Joint Status Report at 1, ECF No. 295. The parties then agreed to ask Surgeon 2 whether he would also be willing to perform breast augmentation, and he stated that he would be willing to do so and that the two procedures could be performed at the same time. *Id.* at 2. He also informed BOP that another Chicago-based provider affiliated with his practice could perform the facial feminization surgery. *Id.* The parties

agreed that they would prefer the facial feminization surgery be performed by the Chicago-based provider given that Ms. Iglesias is now housed in Chicago.  *Id.*

BOP has now scheduled facial feminization surgery with the Chicago-based provider affiliated with Surgeon 2's practice.  *See* 2/23/23 Joint Status Report at 1, ECF No. 305.[1]  Accordingly, the parties jointly request that the Stipulated Order be modified so that it accurately reflects the surgeons who will be performing facial feminization and breast augmentation for Ms. Iglesias.  Specifically, the parties request that the Court modify paragraph 3 of the Stipulated Order so that it reads as follows:

> **Facial feminization and breast augmentation**.[2] Defendants shall schedule an appointment for as soon as practicable[3] for breast augmentation with Surgeon 2. Defendants shall schedule an appointment for as soon as practicable for facial feminization surgery with Surgeon 9.

A proposed order is attached.

Dated:  March 10, 2023                                      Respectfully submitted,

STEVEN D. WEINHOEFT                                  BRIAN M. BOYNTON
United States Attorney                                       Principal Deputy Assistant Attorney General

LAURA J. JONES                                              ALEXANDER K. HAAS
Assistant United States Attorney                        Director

/s/ John Robinson
JOSHUA M. KOLSKY
JOHN ROBINSON
Trial Attorneys

---

[1] Since their December 2, 2022 joint status report, the parties have referred to the surgeon who will perform the facial feminization surgery as "Surgeon 3." However, this surgeon is different from the "Surgeon 3" identified in the sealed supplement to the Stipulated Order.  ECF No. 270.  The parties will identify the name of the surgeon performing the facial feminization surgery in a separate sealed notice.  To avoid confusion, going forward, the parties will refer to this surgeon as "Surgeon 9."

[2] "Facial feminization and breast augmentation" refer to the procedures referenced on page 5 of the medical record provided by Surgeon 1, *see* ECF No. 249-1.

[3] The term "as soon as practicable" in this order means as soon as reasonably possible, taking into account the provider's schedule and recommendations and time for BOP to make arrangements for payment and other logistics.

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-616-8489
E-mail: john.j.robinson@usdoj.gov

*Attorneys for Defendants*

/s/ L. Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*