UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>    Defendants. | Case No. 19-cv-00415-NJR |

### [Joint Proposed] Order

Upon consideration of the joint motion to modify the Court's May 31 2022 Stipulated Order, the Court hereby **GRANTS** that motion and **ORDERS** that paragraph 3 of the Stipulated Order be modified so that it reads as follows:

> **Facial feminization and breast augmentation**.[1] Defendants shall schedule an appointment for as soon as practicable[2] for breast augmentation with Surgeon 2. Defendants shall schedule an appointment for as soon as practicable for facial feminization surgery with Surgeon 9.

**IT IS SO ORDERED.**

**DATED:**  March _____, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**

---

[1] "Facial feminization and breast augmentation" refer to the procedures referenced on page 5 of the medical record provided by Surgeon 1, *see* ECF No. 249-1.

[2] The term "as soon as practicable" in this order means as soon as reasonably possible, taking into account the provider's schedule and recommendations and time for BOP to make arrangements for payment and other logistics.