# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS
(a.k.a. CRISTIAN NOEL IGLESIAS),

   Plaintiff,

     v.

BUREAU OF PRISONS, *et al.*,

   Defendants.

Case No. 19-cv-00415-NJR

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Doc. 269.

### Vaginoplasty, Breast Augmentation, and Hormones

Ms. Iglesias underwent vaginoplasty and breast augmentation procedures with Surgeon 2 on March 30, 2023. 3/31/2023 Himlie Decl. ¶ 4. Medical staff report that the procedures took place without complication. *Id.* Ms. Iglesias is currently recovering in the hospital, and is currently expected to be discharged within the next couple of weeks, after which she will return to MCC Chicago. *Id.*

Hormone treatment was stopped approximately two weeks prior to surgery, per Surgeon 2's instructions. Jt. Status Rpt., ECF No. 310, at 1. BOP is prepared to resume hormone treatment when medically appropriate. 3/31/2023 Himlie Decl. ¶ 6.

### Facial Feminization Surgery

As previously reported, BOP has scheduled facial feminization for Ms. Iglesias for June 2023. Jt. Status Rpt., ECF No. 310, at 1. That appointment remains scheduled. 3/31/2023 Himlie Decl. ¶ 8.

**Hair Removal**

Hair removal at the surgical site was stopped approximately two weeks prior to surgery, per Surgeon 2's instructions. Jt. Status Rpt., ECF No. 310, at 2. Ms. Iglesias attended an appointment for facial hair removal on March 21, 2023. *Id.* BOP is prepared to resume facial hair removal appointments when medically appropriate. 3/31/2023 Himlie Decl. ¶ 7.

| | |
|---|---|
| Dated: April 4, 2023 | Respectfully submitted, |
| RACHELLE AUD CROWE<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| LAURA J. JONES<br>Assistant United States Attorney | ALEXANDER K. HAAS<br>Director |
| | /s/ John Robinson<br>JOSHUA M. KOLSKY<br>JOHN ROBINSON<br>Trial Attorneys |
| | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Tel: 202-616-8489<br>E-mail: john.j.robinson@usdoj.gov |
| | *Attorneys for Defendants* |
| | /s/ L. Nowlin-Sohl (with consent)<br>**James Esseks**<br>**Taylor Brown**<br>**L. Nowlin-Sohl**<br>AMERICAN CIVIL LIBERTIES UNION<br>125 Broad Street<br>New York, NY 10004<br>(212) 519-7887<br>jesseks@aclu.org<br>tbrown@aclu.org<br>lnowlin-sohl@aclu.org |

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*