IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a., CRISTIAN NOEL IGLESIAS),<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IAN CONNORS, ET AL.,<br><br>　　　　Defendants. | Case No. 19-cv-00415-NJR |

### DECLARATION OF SHARI HIMLIE

I, Shari Himlie, make the following declaration, in accordance with the provisions of 28 U.S.C. § 1746:

1. I am currently employed by the Federal Bureau of Prisons ("BOP") as Health Services Administrator at the Metropolitan Correctional Center in Chicago, Illinois (MCC Chicago). I have held my current position since November 2021. I have been employed by the BOP since November 2008.

2. I am aware the Court ordered the Parties to "file a joint status report updating the Court on significant developments related to the surgeries described [in the Court's May 31, 2022 Stipulated Order] on Friday, June 10, 2022, and every four weeks thereafter, until the Parties believe that such joint status reports are no longer necessary, but in no case extending past Plaintiff's release from BOP custody." (Doc. 269).

3. I write now to update the Court about those developments that have occurred since the last status report submitted on April 4, 2023.

4. After Ms. Iglesias underwent vaginoplasty and breast augmentation procedures with Surgeon 2 on March 30, 2023, she remained in the hospital until April 12, 2023, at which time she

1

returned to MCC Chicago, where she is currently housed.

5. During her stay at the hospital, Ms. Iglesias also underwent a previously unscheduled procedure to have her gallbladder removed on April 8, 2023. This procedure was unrelated to the vaginoplasty and breast augmentation procedures, but rather related to Ms. Iglesias's history of gallbladder issues.

6. After returning to MCC Chicago on April 12, 2023, Ms. Iglesias had follow-up visits with Surgeon 2 on April 18 and 28, 2023. She also has post-operation visits scheduled with Surgeon 2 (or Surgeon 2's team) in May and June 2023.

7. Since her return to MCC Chicago, Ms. Iglesias has been receiving regular treatment for wound and post operative care.

8. Ms. Iglesias resumed hormone therapy on April 17, 2023. The formulation of administration was changed from injections to daily self-administration by pill.

9. Ms. Iglesias attended appointments for permanent hair removal (electrolysis) with a provider specializing in hair removal on April 25 and May 1, 2023. The appointments included facial hair removal. BOP has asked its contractor to schedule several more such appointments prior to the scheduled facial feminization procedure.

10. An appointment for facial feminization surgery remains scheduled with Surgeon 9 for June 2023. A pre-operation appointment is scheduled prior to surgery, also in June 2023. Based on medical records provided from Ms. Iglesias's April 28, 2023 appointment, the facial feminization will be performed in two stages. BOP will schedule the second stage for as soon as practicable after the first stage, subject to the availability and recommendation of the surgeon.

11. BOP remains committed to providing Ms. Iglesias appropriate care. BOP is continuing to work with providers and the contractor who is responsible for arranging outside medical appointments for individuals housed at MCC Chicago.

I declare under penalty of perjury that the foregoing is true and correct to the best of my belief. Executed on this 2nd day of May 2023.

_____
Shari Himlie