## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

CRISTINA NICHOLE IGLESIAS
(a.k.a. CRISTIAN NOEL IGLESIAS),

    Plaintiff,

      v.

BUREAU OF PRISONS, *et al.*,

    Defendants.

Case No. 19-cv-00415-NJR

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to the Court's April 5, 2023, Order, Doc. 313, and paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order.  Doc. 269.

**A.**    **Response to the Court's April 5, 2023, Order**

The Court's April 5, 2023 Order directed the parties to address five questions in their May 2, 2023 status report.  In their May 2, 2023 status report, the parties noted that they were continuing to confer about two of those questions.  The parties further address those two questions below.

    **1.**    **An estimation of when the parties will jointly move to modify the Order at Doc. 269 and be relieved from the reporting obligation**

The parties propose that, after the first facial feminization procedure is completed in June 2023, the parties submit the next status report according to the current schedule (*i.e.*, on June 27) and then every eight weeks going forward.  Accordingly, status reports would be due on June 27, August 22, October 17, etc.  The parties further propose that they be relieved of the reporting obligation when Plaintiff files a stipulation of dismissal.

**2. An estimation of when Plaintiff will file a stipulation of dismissal with prejudice**

The parties' settlement agreement requires Plaintiff to file a stipulation of dismissal within fourteen days of Defendants making the paragraph 1(b) payment or, if paragraph 1(b) is not triggered, within fourteen days of making the payment under paragraph 1(c).  Doc. 267-2 at 4.[1]

If, as the parties currently expect, Plaintiff's surgeries and recovery are complete before Ms. Iglesias's release from BOP custody, no payment will be due under paragraph 1(b).  In that event, Defendants would make the payment under paragraph 1(c) after Ms. Iglesias's facial feminization surgery is completed, and no later than five days before Ms. Iglesias's release from BOP custody, which is currently scheduled for December 28, 2023.  Plaintiff would then file a stipulation of dismissal within fourteen days of Defendants making the paragraph 1(c) payment.

If facial feminization surgery and/or Plaintiff's recovery will not be completed prior to Ms. Iglesias's release from BOP custody, the parties will meet and confer pursuant to paragraph 1(b).  Defendants would then make payment under paragraph 1(b) and Plaintiff would file a stipulation of dismissal within fourteen days of Defendants making the paragraph 1(b) payment, per the settlement agreement.

**B.    Update on significant developments related to the surgeries**

**1. Vaginoplasty, Breast Augmentation, and Hormones**

As previously reported, Ms. Iglesias underwent vaginoplasty and breast augmentation procedures with Surgeon 2 on March 30, 2023.  After her return to MCC Chicago following those

---

[1] The parties' settlement agreement contemplates three potential payments.  Paragraph 1(b) contemplates a potential payment in the event that surgery and/or recoveries cannot be completed prior to Plaintiff's release date.  Doc. 267-2 at 1–2.  Paragraph 1(c) contemplates a payment of $502,000 into an escrow account to cover unexpected medical or associated out-of-pocket costs associated with the surgeries and/or permanent hair removal, to be available for thirteen months from the date of Plaintiff's vaginoplasty surgery.  *Id.* at 2–3.  Paragraph 1(f) contemplates a payment of $983,552 for attorneys' fees.  *Id.* at 3–4.

procedures, Ms. Iglesias received regular treatment for wound and post operative care. 5/26/2023 Decl. of Shari Himlie ¶ 4.   On May 24, 2023, Ms. Iglesias experienced epigastric pain and was transported to an outside hospital.   *Id.*   On May 25, 2023, Ms. Iglesias underwent surgery to remove gallstones.   *Id.*   Ms. Iglesias is now back at MCC Chicago.

Ms. Iglesias had a follow-up visit with Surgeon 2 on May 17, 2023.   *Id.* ¶ 5.   Ms. Iglesias previously had another post-operation visit scheduled with Surgeon 2 (or Surgeon 2's team) for June 2023.   *Id.*   That appointment was rescheduled to July 2023 due to provider availability.   *Id.*

Ms. Iglesias has continued access to hormone therapy via daily self-administration by pill.   *Id.* ¶ 7.

### 2.   Facial Feminization Surgery

At Ms. Iglesias's May 17 hospital visit discussed above, Ms. Iglesias was also seen by Surgeon 9 for a pre-operation appointment in advance of facial feminization surgery.   5/26/2023 Himlie Decl. ¶ 6.   Ms. Iglesias previously had a pre-operation appointment scheduled with Surgeon 9 for June 2023. *Id.*   Given the May 17 appointment with Surgeon 9, however, Surgeon 9's office advised that the June appointment is no longer necessary.   *Id.*   The parties understand that currently, based on medical records provided from Ms. Iglesias's April 28, 2023 appointment, Ms. Iglesias's facial feminization surgery will be performed in two stages.   May 2, 2023 Jt. Status Rpt. at 4.   An appointment for the first stage of facial feminization surgery remains scheduled with Surgeon 9 for June 2023.   *Id.*   BOP will schedule the second stage for as soon as practicable after the first stage, subject to the availability and recommendation of the surgical provider.   May 2, 2023 Jt. Status Rpt. at 4.

### 3.   Hair Removal

Ms. Iglesias attended an appointment for permanent facial hair removal (electrolysis) with a provider specializing in hair removal on May 9, 2023.   5/26/2023 Himlie Decl. ¶ 8.   Ms. Iglesias was offered but declined to attend such appointments scheduled for May 16 and 23, 2023, *id.*, and Plaintiff

3

reports that she declined those appointments due to her health.  Additionally, hair removal was scheduled to stop in advance of facial feminization surgery per the instructions of Surgeon 9's office. *Id.*  Accordingly, further appointments for electrolysis will not be scheduled in advance of facial feminization surgery.  *Id.*  Surgeon 9's office has indicated laser hair removal after facial feminization surgery may be appropriate.  *Id.*  BOP will await further instructions from Surgeon 9 regarding facial hair removal.  *Id.*


Dated:  May 30, 2023

RACHELLE AUD CROWE
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/ Joshua M. Kolsky
JOSHUA M. KOLSKY
Senior Trial Counsel
JOHN ROBINSON
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-305-7664
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*


/s/ Li Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887

jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*