IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),  )<br>Plaintiff,  )<br>v.  )<br>FEDERAL BUREAU OF PRISONS, *et al.*,  )<br>Defendants.  ) | No. 19-cv-00415-NJR<br><br>Judge Nancy J. Rosenstengel |

**JOINT MOTION TO MODIFY PARAGRAPH 9 OF THE COURT'S MAY 31, 2022 STIPULATED ORDER**

The parties respectfully move to modify paragraph 9 of the Court's May 31, 2022 stipulated order, which currently provides that the parties file a joint status report "every four weeks . . . , until the Parties believe that such joint status reports are no longer necessary, but in no case extending past Plaintiff's release from BOP custody." Stipulated Order ¶ 9, ECF No. 269. For the reasons explained below, the parties request that this paragraph be modified to require the parties to file their next joint status report on August 22, 2023, and, if necessary, every eight weeks thereafter, until (i) the Parties believe that the reports are no longer necessary, (ii) Plaintiff files a joint stipulation of dismissal, or (iii) Plaintiff is released from BOP custody. In support of this motion, the parties state as follows:

1. On May 27, 2022, the parties entered into a settlement agreement and moved for entry of a joint stipulated order. ECF No. 267. The proposed stipulated order directed the Bureau of Prisons to, among other things, schedule appointments for Plaintiff for vaginoplasty, breast augmentation, and facial feminization. ECF No. 267-1. Paragraph 9 of the order directed the parties to file joint status reports updating the Court on developments related to the surgeries on "June 10,

2022, and every four weeks thereafter, until the Parties believe that such joint status reports are no longer necessary." *Id.* ¶ 9. The Court entered the parties' proposed stipulated order. ECF No. 269.

2. Since the entry of the stipulated order, the parties have submitted periodic joint status reports updating the Court on developments related to the surgeries. As those reports have explained, Plaintiff underwent vaginoplasty and breast augmentation procedures on March 30, 2023. ECF No. 312 at 1. Plaintiff underwent facial feminization surgery on June 15, 2023. 6/27/2023 Jt. Status Report at 1, ECF No. 317. Plaintiff has now had follow-up appointments with both providers, *id.* at 1-2, and Defendants have provided updates to Plaintiff's counsel about these appointments, as well as future upcoming appointments including efforts to schedule future appointments for laser facial hair removal.

3. In light of these developments, the parties believe that it is no longer necessary that they file joint status reports every four weeks. *See* Stipulated Order ¶ 9 (directing parties to file joint status reports every four weeks "until the Parties believe that such joint status reports are no longer necessary"); 5/30/2023 Jt. Status Report at 1, ECF No. 316 (proposing that the parties submit joint status reports every eight weeks). Instead, the parties propose that they file their next joint status report in eight weeks, on August 22, 2023. This will allow the parties time to confer further on the remaining issues in this case, including the timing of the government's payment to cover future unexpected medical costs associated with the surgeries and Plaintiff's stipulation of dismissal with prejudice. *See* 5/2/2023 Jt. Status Report at 2–3, ECF No. 315; Settlement Agreement ¶¶ 1(c), 2, ECF No. 267-2. If the parties believe that further status reports are necessary after August 22, 2023, they propose that they be filed every eight weeks thereafter.

4. A proposed order is attached.

| | |
|---|---|
| Dated:  July 20, 2023 | Respectfully submitted, |
| RACHELLE AUD CROWE<br>United States Attorney | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| LAURA J. JONES<br>Assistant United States Attorney | ALEXANDER K. HAAS<br>Director |

/s/ Daniel Schwei
DANIEL SCHWEI
Special Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Tel: 202-305-8693
E-mail: daniel.s.schwei@usdoj.gov

*Attorneys for Defendants*


/s/ Li Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

(312) 558-5600  
fbattaglia@winston.com  
slemajeur@winston.com

**Angela M. Povolish**  
FEIRICH MAGER GREEN RYAN  
2001 West Main Street  
P.O. Box 1570  
Carbondale, IL 62903  
(618) 529-3000  
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*