**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),  Plaintiff,  v.  FEDERAL BUREAU OF PRISONS, *et al.*,  Defendants. | Case No. 19-cv-00415-NJR |

### [Joint Proposed] Order

Upon consideration of the joint motion to modify paragraph 9 of the Court's May 31 2022 Stipulated Order, the Court hereby **GRANTS** that motion and **ORDERS** that paragraph 9 of the Stipulated Order be modified so that it reads as follows:

> **Reporting requirement.** The parties shall file a joint status report updating the Court on significant developments related to the surgeries described above on August 22, 2023, and every eight weeks thereafter, until the Parties believe that such joint status reports are no longer necessary, but in no case extending past Plaintiff's release from BOP custody or Plaintiff's filing of a stipulation of dismissal. When the Parties have determined that such joint status reports are no longer necessary, they may jointly move to modify this Order to be relieved of this reporting obligation (to the extent this case is not otherwise dismissed at that point).

**IT IS SO ORDERED.**

**DATED:** _____, 2023

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**