UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>  Plaintiff,<br><br>  v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>  Defendants. | Case No. 19-cv-00415-NJR |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Doc. 269.[1]

**Vaginoplasty, Breast Augmentation, and Hormones**

As previously reported, Ms. Iglesias underwent vaginoplasty and breast augmentation procedures with Surgeon 2 on March 30, 2023. Ms. Iglesias had a follow-up visit with Surgeon 2 on May 17, 2023. Ms. Iglesias had an additional follow-up visit with Surgeon 2's team on July 5, 2023, and had another post-operation visit with Surgeon 2 on July 12, 2023. During the July 5, 2023 appointment, Ms. Iglesias was cleared from restrictions from her vaginoplasty and breast augmentation procedures. An additional follow-up appointment with Surgeon 2 (and/or Surgeon 2's

---

[1] This Joint Status Report is submitted without an accompanying declaration from BOP. Given the parties' pending Joint Motion to Modify Paragraph 9 of the Court's May 31, 2022 Stipulated Order, *see* Doc. 318, which would have extended the parties' obligation to file a status report until August 22, 2023, Defendants were not anticipating the need for a BOP declaration in connection with a filing due today. The information set forth in this Joint Status Report is based on medical records made available to undersigned counsel for Defendants. Defendants will ensure that, in connection with the parties' next status report due to be filed by August 22, 2023, the accompanying BOP declaration addresses the information reported herein.

team) is currently scheduled for mid-September 2023. Undersigned counsel is not aware of any interruptions to Ms. Iglesias's continued access to hormone therapy via daily self-administration by pill.

### Facial Feminization Surgery

As previously reported, Ms. Iglesias underwent facial feminization surgery with Surgeon 9 on June 15, 2023. On June 23, 2023, Ms. Iglesias had a follow-up appointment with Surgeon 9's office. Additionally, Ms. Iglesias had a follow-up appointment with Surgeon 9's team on July 5, 2023, and was advised that restrictions from facial surgery can be tentatively lifted on July 27, 2023.

### Hair Removal

During the appointment with Surgeon 9's team on July 5, 2023, Surgeon 9's office indicated that facial laser hair removal could resume on July 27, 2023. BOP has begun the process of attempting to schedule future appointments for laser facial hair removal.

### Release Date

Ms. Iglesias's current release date is December 28, 2023.

Dated: July 25, 2023

RACHELLE AUD CROWE
United States Attorney

LAURA J. JONES
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

/s/ Daniel Schwei
DANIEL SCHWEI
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: 202-305-8693
E-mail: daniel.s.schwei@usdoj.gov

*Attorneys for Defendants*

/s/ Li Nowlin-Sohl (with consent)
**James Esseks**
**Taylor Brown**
**L. Nowlin-Sohl**
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street
New York, NY 10004
(212) 519-7887
jesseks@aclu.org
tbrown@aclu.org
lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**
ROGER BALDWIN FOUNDATION OF ACLU, INC.
150 N. Michigan, Suite 600
Chicago, IL 60601
(312) 201-9740 ext. 319
mgarcia@aclu-il.org

**Frank Battaglia**
**Shannon Lemajeur**
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*