# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTINA NICHOLE IGLESIAS (a.k.a. CRISTIAN NOEL IGLESIAS),<br><br>　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>　　Defendants. | Case No. 19-cv-00415-NJR |

## JOINT STATUS REPORT

The parties respectfully submit this Joint Status Report pursuant to paragraph 9 of the Court's May 31, 2022, Stipulated Order, as modified on July 28, 2023, providing that the parties shall update the Court on significant developments related to the surgeries described in the Stipulated Order. Docs. 269, 320.

**Vaginoplasty, Breast Augmentation, and Hormones**

As previously reported, Ms. Iglesias underwent vaginoplasty and breast augmentation procedures with Surgeon 2 on March 30, 2023. Most recently, Ms. Iglesias had a follow-up visit with Surgeon 2's team on July 5, 2023, and had another post-operation visit with Surgeon 2 on July 12, 2023. 8/22/2023 Hurt Decl. ¶ 4.[1] During the July 5, 2023, appointment, Ms. Iglesias was cleared from restrictions from her vaginoplasty and breast augmentation procedures. *Id.* An additional follow-up appointment with Surgeon 2 (and/or Surgeon 2's team) is currently scheduled for mid-September 2023. *Id.* Ms. Iglesias has had continued access to hormone therapy via daily self-

---

[1] This Joint Status Report is accompanied by a declaration from the Assistant Health Services Administrator at the Metropolitan Correctional Center in Chicago, Illinois (MCC Chicago), because the prior declarant—Ms. Himlie, the Health Services Administrator at MCC Chicago—has recently been on extended leave. 8/22/2023 Hurt Decl. ¶ 3.

administration by pill.  *Id.* ¶ 6.

### Facial Feminization Surgery

As previously reported, Ms. Iglesias underwent facial feminization surgery with Surgeon 9 on June 15, 2023.  Most recently, Ms. Iglesias had a follow-up appointment with Surgeon 9's team on July 5, 2023, and was advised that restrictions from facial surgery could be tentatively lifted as of July 27, 2023.   8/22/2023 Hurt Decl. ¶ 5.  An additional follow-up appointment with Surgeon 9 (and/or Surgeon 9's team) is currently scheduled for mid-September 2023.  *Id.*

### Hair Removal

During the appointment with Surgeon 9's team on July 5, 2023, Surgeon 9's office indicated that facial laser hair removal could resume beginning July 27, 2023, assuming Ms. Iglesias is healing appropriately at that time.  Because no complications have developed, Ms. Iglesias has an appointment for laser hair removal scheduled for late August 2023.  8/22/2023 Hurt Decl. ¶ 5.

### Release Date

Ms. Iglesias's current release date is December 28, 2023.

### Settlement Agreement Payment and Stipulation of Dismissal

In light of Ms. Iglesias's upcoming follow-up appointments scheduled for mid-September 2023, the parties are continuing to confer about the timing of the government's payment to cover future unexpected medical costs associated with the surgeries and Plaintiff's stipulation of dismissal with prejudice.  *See* 5/2/2023 Jt. Status Report at 2–3, Doc. 315; Settlement Agreement ¶¶ 1(c), 2, Doc. 267-2.  The parties anticipate providing a more substantive update on these issues in their next joint status report, due to be filed on October 17, 2023, to the extent the case remains pending on that date.

Dated:  August 22, 2023

RACHELLE AUD CROWE  
United States Attorney

LAURA J. JONES  
Assistant United States Attorney

Respectfully submitted,

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS  
Director

/s/ Daniel Schwei  
DANIEL SCHWEI  
Special Counsel  
United States Department of Justice  
Civil Division, Federal Programs Branch  
1100 L Street, N.W.  
Washington, D.C.  20005  
Tel: 202-305-8693  
E-mail: daniel.s.schwei@usdoj.gov

*Attorneys for Defendants*

/s/ Li Nowlin-Sohl (with consent)  
**James Esseks**  
**Taylor Brown**  
**L. Nowlin-Sohl**  
AMERICAN CIVIL LIBERTIES UNION  
125 Broad Street  
New York, NY 10004  
(212) 519-7887  
jesseks@aclu.org  
tbrown@aclu.org  
lnowlin-sohl@aclu.org

**Michelle Teresa Garcia**  
ROGER BALDWIN FOUNDATION OF ACLU, INC.  
150 N. Michigan, Suite 600  
Chicago, IL 60601  
(312) 201-9740 ext. 319  
mgarcia@aclu-il.org

**Frank Battaglia**  
**Shannon Lemajeur**  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL 60601-9703

3

(312) 558-5600
fbattaglia@winston.com
slemajeur@winston.com

**Angela M. Povolish**
FEIRICH MAGER GREEN RYAN
2001 West Main Street
P.O. Box 1570
Carbondale, IL 62903
(618) 529-3000
apovolish@fmgr.com

*Attorneys for Plaintiff Cristina Nichole Iglesias*