IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CRISTIAN NOEL IGLESIAS *also known as* CRISTINA NICHOLE IGLESIAS,<br><br>**Plaintiff,**<br><br>v.<br><br>WARDEN TRUE, IAN CONNORS, JOHN DOES 1-10, DEBORAH SCHULT, ALIX MCLEAREN, DONALD TRUMP, DIRECTOR OF THE FEDERAL BUREAU OF PRISONS, MICHAEL CARVAJAL, L.J.W. HOLLINGSWORTH, THOMAS SCARANTINO, DONALD LEWIS, CHRIS BINA, FEDERAL BUREAU OF PRISONS, J. DOE, DAN SPROUL, and JEFFERY ALLEN,<br><br>**Defendants.** | Case No. 3:19-CV-00415-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of July 25, 2019 (Doc. 14), Defendants Warden True, John Does 1-10, Deborah Schult, and Donald Trump were **DISMISSED without prejudice** as to Counts 1, 3, 4, and 6.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order of July 25, 2019 (Doc. 14), Defendants Warden True, John Does 1-10, Deborah Schult, and Donald Trump were **DISMISSED with prejudice** as to Counts 2 and 5.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the filing of the Amended Complaint (Doc. 106) on April 30, 2021, Defendants Director of the Federal Bureau of Prisons, L.J.W. Hollingsworth, and J. Doe were **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on December 12, 2023 (Doc. 323) and the Court's Order of December 13, 2023 (Doc. 324), this entire action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs and fees.

DATED:   December 13, 2023

                                              MONICA A. STUMP,
                                              Clerk of Court

                                              By:   s/ *Deana Brinkley*
                                                              Deputy Clerk

**APPROVED:**   _/s/ Nancy J. Rosenstengel_
                          **NANCY J. ROSENSTENGEL**
                          **Chief U.S. District Judge**